## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 2:17-CV-01512-JAM-DB

Plaintiff:
N.L.
vs.
Defendant:
Credit One Bank, N.A.

For: Marcus & Zelman, LLC

Received by Front Range Legal Process Service, Inc. on the 25th day of July, 2017 at 9:17 am to be served on **Credit One Bank, 585 Pilot Road, Las Vegas, NV 89119**, I, _Roger Payne_, being duly sworn, depose and say that on the __26__ day of __July__, 20__17__ at __11:36 A__.m., executed service by delivering a true copy of the **Civil Case Cover Sheet, Order RE Filing Requirements for Cases Assigned to Judge Mendez, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program Pursuant to Local Rule 271, Amended Complaint and Jury Trial Demand, Order Requiring Joint Status Report, Summons in a Civil Case** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _Randy Guthrie_ as _Legal Compliance Specialist_
( ) POSTING _____
(X) DESCRIPTION ) Age _30_ Sex _M_ Race _C_ Height _5'10_ Weight _160_ Hair _Brown_ Glasses _No_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _27TH_ day of _July_, _2017_ by the affiant who is personally known to me.

NOTARY PUBLIC

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2020

Roger Payne
PROCESS SERVER # _322_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2017005024

ORIGINAL

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  7/21/2017 |
| NAME OF SERVER (PRINT) ROGER PAYNE | TITLE  REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: RANDY GUTHRIE

☐ Returned unexecuted: _____

☒ Other (specify): BUSINESS SERVE - CREDIT ONE BANK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/2017
         Date

*Signature of Server*  Roger Payne

*Address of Server*  CLARK COUNTY, NV

ORIGINAL

5024