# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A. and JOHN DOES 1-25,<br><br>Defendants. | Case No. 2:17-cv-01512- JAM-DB<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Having considered the Parties Stipulation to Extend Time to respond to Plaintiff's Complaint, the Court orders as follows:

The Stipulation is granted, and Defendant CREDIT ONE BANK, N.A. shall file its responsive pleading on or before August 31, 2017.

IT IS SO ORDERED.

Dated: 8/15/2017      /s/ John A. Mendez
                    Hon. John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE