**Yitzchak Zelman, Esq.**
*Admitted Pro Hac Vice*
**MARCUS & ZELMAN, LLC**
**1500 Allaire Avenue, Suite 101**
**Ocean, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email:** Yzelman@marcuszelman.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS**, <br><br> Plaintiff, <br><br> -against- <br> **CREDIT ONE BANK, N.A., and JOHN DOES 1-25,** <br><br> Defendants. | **Civil Case No.: 2:17-cv-01512-JAM-DB** <br><br> **NOTICE OF MOTION SEEKING LEAVE TO FILE AMENDED COMPLAINT** <br><br> **CIVIL ACTION** |

**PLEASE TAKE NOTICE** that on Tuesday, February 13, 2018, at 1:30 p.m., or soon thereafter as this matter may be heard, in Courtroom 6 of the Robert T. Matsui United States Courthouse, 14th Floor, 501 I Street, Sacramento, CA 95814, Plaintiff, N.L., an infant by his mother and natural guardian Sandra Lemos, will move the Court, for an Order, pursuant to FRCP 15 and 16, for Plaintiff's Motion to Amend the Complaint filed in this action.

This motion will be based on this Notice of Motion, the Memorandum of Law in Support, the Declaration of Yitzchak Zelman, Esq. and the Exhibits annexed thereto,

along with the pleadings and files in this action and such other oral or documentary evidence as may be made at the hearing of this Motion.

Dated:   January 15, 2018			MARCUS & ZELMAN, LLC

/s/ Yitzchak Zelman_____
Yitzchak Zelman

*Attorneys for Plaintiff, N.L., an infant by his mother and natural guardian SANDRA LEMOS*

NOTICE OF MOTION FOR CLASS ACTION CERTIFICATION