**Yitzchak Zelman, Esq.**
*Admitted Pro Hac Vice*
**MARCUS & ZELMAN, LLC**
**1500 Allaire Avenue, Suite 101**
**Ocean, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email:** Yzelman@marcuszelman.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS**, <br><br> Plaintiff, <br><br> -against- <br><br> **CREDIT ONE BANK, N.A., and JOHN DOES 1-25,** <br><br> Defendants. | Civil Case No.: 2:17-cv-01512-JAM-DB <br><br> **PLAINTIFF'S COUNSELS DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION SEEKING LEAVE TO FILE AMENDED COMPLAINT** <br><br> <u>**CIVIL ACTION**</u> |

I, **YITZCHAK ZELMAN**, hereby affirm, that if called to testify in this case, I would plead as follows:

1. I am the lead counsel to the Plaintiff in this matter.
2. I submit this declaration in support of the Plaintiff's Motion for leave to file an Amended Complaint.
3. On December 19, 2017, the Defendant first produced its call log, identifying the vendors who made the actual calls to Plaintiff, along with the dates and times that those calls were made.

4. Attached hereto as Exhibit A is a true and accurate copy of the Initial Disclosures served by Defendant in this action.

5. Attached hereto as Exhibit B is the email by the undersigned to Defendant's counsel advising that the dialer vendors should have been disclosed in these Initial Disclosures.

6. Attached hereto as Exhibit C is the Plaintiff's Proposed Amended Complaint.

7. I declare under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Dated:       January 15, 2018

                                              MARCUS & ZELMAN, LLC

                                              <u>/s/ Yitzchak Zelman</u>
                                              Yitzchak Zelman, Esq.
                                              Attorney for Plaintiff
                                              *Attorneys for Plaintiff, N.L., an infant by his mother and natural guardian SANDRA LEMOS*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28