David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A. and JOHN DOES 1-25,<br><br>Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**INITIAL DISCLOSURES** |

Defendant CREDIT ONE BANK, N.A., ("Defendant") hereby provides the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

Defendant has not yet finalized its investigation of this matter and discovery has not been completed. These disclosures are made on the information presently available to Defendant based on its current understanding of Plaintiff's claims and the limited information provided by Plaintiff to Defendant thus far. Defendant reserves the right to supplement or modify these

{00075985;1}

1

disclosures and to use any additional information, witnesses, or evidence discovered hereafter, up to and including trial, as Plaintiff elaborates on his allegations or identifies witnesses, new information is discovered, or new defenses or theories or facts are developed.  Defendant also reserves the right to object to the disclosure of information to the extent such information is not relevant to any claim or defense, or is protected from disclosure by the attorney-client privilege, the attorney work product privilege, or any other applicable privilege.

## INITIAL DISCLOSURES

**A.     Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, together with the subjects of such information:**

1.     Plaintiff.  It is anticipated that Plaintiff will testify regarding the allegations made in the complaint, Plaintiff's contacts with Defendant and/or other parties, and Plaintiff's alleged damages.

2.     Employees and representatives of Defendant, including but not necessarily limited to Defendant's Person Most Knowledgeable, who can be contacted through defense counsel.  Said employees and representatives are expected to testify regarding the allegations made by Plaintiff in the complaint and Defendant's defenses thereto; Defendant's practices and procedures; communications with Plaintiff and/or other persons, if any; Defendant's compliance with applicable laws and proper collection; and any related information.

3.     All witnesses/individuals disclosed by Plaintiff.

4.     Expert testimony as needed.  Defendant may seek to use expert testimony, but has not consulted nor retained any experts at this time.

5.     Other witnesses/individuals not yet known, but who may have information relevant to Plaintiff' allegations and/or Defendant's defenses.

1

2

**B.     Documents, electronically stored information, and tangible things Defendant may use to support its claims or defenses:**

3

1.     Defendant's files and records, except privileged communications.

4

5

6

7

2.     Defendant's manuals, policies, procedures and/or other materials, if any, regarding Defendant's collection procedures; and related information.  At this time, Defendant objects to the disclosure of any such documents without a protective order in place.

8

9

3.     Documents and other tangible items disclosed and/or produced by Plaintiff, to the extent relevant to any defense raised by Defendant.

10

4.     Expert reports and related materials as needed.

11

12

13

5.     Other documents, electronically stored information or tangible things not yet discovered or located, but which may be relevant to Plaintiff's allegations and/or Defendant's defenses.

14

**C.     Computation of damages claimed by Defendant:**

15

16

17

18

Defendant does not seek damages at this time but reserves the right to do so in the future.  Defendant also reserves the right to seek recovery of its legal fees and costs to the extent this action was not brought in good faith.  The amounts cannot presently be determined.

19

**D.     Insurance**

20

None.

21

**CARLSON & MESSER LLP**

22

23

24

Dated: October 16, 2017

By:/s/Alex A. Wade____
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
CREDIT ONE BANK, N.A.

25

26

27

28

INITIAL DISCLOSURES
CASE NO.:  2:17-cv-01512-JAM-DB

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )   ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action.  My business address is 9841 Airport Blvd., Suite 1200, Los Angeles, California 90045.

On **October 16, 2017**, I served the foregoing document(s) described as: **INITIAL DISCLOSURES** on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[X]   **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X]   **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list).  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]   **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[]   **BY OVERNIGHT DELIVERY:**  I deposited the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[]   **(STATE):**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **16th** day of **October, 2017** at Los Angeles, California.

_____
Susie Valiente

{00075987;1}

1

**SERVICE LIST**
*N.L. v. Credit One Bank, N.A.*
Case No. 2:17-cv-01512-JAM-DB
File No. 09184.00

| | |
|---|---|
| Jonathan Aaron Stieglitz, Esq.<br>**Law Office of Jonathan A. Stieglitz**<br>11845 W. Olympic Blvd., Suite 800<br>Los Angeles, CA 90064<br>Tel: 323-979-2063<br>Fax: 323-488-6748<br>Email: jonathan.a.stieglitz@gmail.com | **Attorneys for Plaintiff:**<br>*N.L., an infant by his mother and natural guardian SANDRA LEMOS* |
| Yitzchak Zelman, PHV<br>**Marcus & Zelman, LLC**<br>1500 Allaire Avenue<br>Ocean, NJ 07712<br>Tel: 845-367-7146<br>Fax: 732-298-6256<br>Email: yzelman@marcuszelman.com | **Attorneys for Plaintiff:**<br>*N.L., an infant by his mother and natural guardian SANDRA LEMOS* |

{00075987;1}

2