

Yitzchak Zelman <yzelman@marcuszelman.com>

## N.L. v. Credit One Bank - Initial Disclosures

**Yitzchak Zelman** <yzelman@marcuszelman.com>  Tue, Oct 17, 2017 at 10:32 AM
To: Susie Valiente <ValienteS@cmtlaw.com>
Cc: David Kaminski <KaminskiD@cmtlaw.com>, Alex Wade <WadeA@cmtlaw.com>

Counselors,

We reject these Initial Disclosures as deficient boilerplate. We know that Credit One used outside dialer vendors to place these calls to Plaintiff. Those entities clearly have discoverable information about the calls made and dialers used, and their identities clearly should be included on Defendant's Initial Disclosures.

Providing Initial Disclosures without identifying those entities does not comply with FRCP 26, it merely pays lip service to the Rule. This is also important as I intend to name these entities as additional Defendants, as I specifically noted in our Joint 26f Report.

I ask that you immediately supplement these Disclosures and identify the parties who actually made these calls.

Yitzchak.
[Quoted text hidden]

--
*Yitzchak Zelman, Esq.*

**Marcus & Zelman, LLC**
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Office:     (732) 695-3282
Fax:        (732) 298-6256
Email:     yzelman@MarcusZelman.com

# MARCUSZELMAN

CONFIDENTIALITY NOTICE:  This communication (including any related attachments) may contain confidential and/or privileged material.  Any unauthorized disclosure or use is prohibited. If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE:  To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law