**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
CREDIT ONE BANK, N.A.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | Case No. 2:17-cv-01512- JAM-DB<br><br>**DECLARATION OF DAVID J. KAMINSKI IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date:       February 13, 2018<br>Time:      1:30 p.m.<br>Courtroom: 6<br>Judge:     Hon. John A. Mendez |

I, David J. Kaminski, declare as follows:

1. I am an attorney at law, licensed to practice before all of the courts of the State of California and a partner of the law firm of Carlson & Messer LLP, attorneys of record for Defendant, CREDIT ONE BANK, N.A.

2. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to File Amended Complaint. The facts set forth herein are true to my own personal knowledge, and if called upon, and sworn as a witness, I could and would competently testify thereto.

3. Defendant served responses to Plaintiff's First Set of Interrogatories, Requests for Admission and Requests for Production on December 4, 2017. Defendant's response to Plaintiff's Interrogatory No. 4 clearly identified iEnergizer, GC Services and First Contact, the parties that Plaintiff seeks to add to this suit.

1 | I declare under penalty of perjury under the laws of United States of America that the foregoing
2 | is true and correct.
3 | Executed this 30th day of January 2018, at Los Angeles, California.

          /s/ David J. Kaminski
          David J. Kaminski