David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex Wade (SBN 304022)
Wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>                Plaintiff,<br><br>    vs.<br><br>CREDIT ONE BANK, N.A.<br><br>                Defendant. | Case No. 2:17-cv-01512-JAM-DB<br><br>**REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOTION TO STAY; MEMORANDUM POINTS AND AUTHORITIES**<br><br>**Judge: Hon. John A. Mendez**<br>**Date:   March 27, 2018**<br>**Time:  1:30 p.m.**<br>**Courtroom: 6** |

TO THE HONORABLE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

   Defendant CREDIT ONE BANK, N.A. hereby requests that the Court take judicial notice of the following documents pursuant to F.R.E. 201:

   1. Amended Petition for Review in *ACA International v. Federal Communications Commission*, No. 15-1211 (D.C. Cir. July 13, 2015).

*///*

*///*

*///*

*///*

2. Federal Communications Commission's July 10, 2015, declaratory ruling regarding the Telephone Consumer Protection Act, FCC 15-72.

**CARLSON & MESSER LLP**

DATED: February 7, 2018

By: s/ David J. Kaminski
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*