**Yitzchak Zelman, Esq.**
*Admitted Pro Hac Vice*
**MARCUS & ZELMAN, LLC**
**1500 Allaire Avenue, Suite 101**
**Ocean, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email:** Yzelman@marcuszelman.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS**, <br><br> Plaintiff, <br><br> -against- <br> **CREDIT ONE BANK, N.A., and JOHN DOES 1-25,** <br><br> Defendants. | Civil Case No.: 2:17-cv-01512-JAM-DB <br><br> **ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** <br><br> **CIVIL ACTION** |

Plaintiff N.L., an infant by his mother and natural guardian SANDRA LEMOS ("Lemos") has filed with the Court a Motion to File an Amended Complaint.

**AND NOW**, this 14th day of February, 2018, upon consideration of Plaintiff's Motion for Leave to Amend, and any response thereto,

It is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to file an Amended Complaint is **GRANTED** under Federal Rule of Civil Procedure 15 and 16.

2. The proposed Amended Complaint attached to the Plaintiff's Motion as Exhibit C is hereby deemed filed.

Dated: 2/14/2018

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE