## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 2:17-CV-01512-JAM-DB

Plaintiff:
**N.L.**,

vs.

Defendant:
**CREDIT ONE BANK, ET AL.**

For:
Marcus & Zelman, LLC
1500 Allaire Avenue - Suite 101
Ocean, NJ 07712

Received by Accel Process Service, Inc. on the 16th day of February, 2018 at 8:46 am to be served on **First Contact, Llc Aka Iqor Holdings, Inc., 200 CENTRAL AVE 7TH FLOOR, ST PETERSBURG, FL 33701.**

I, TERESA DUCADY, being duly sworn, depose and say that on the **20th day of February, 2018** at **12:38 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT AND JURY TRIAL DEMAND CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **NAIDA BERA** as **Legal Assistant** for **First Contact, Llc Aka Iqor Holdings, Inc.**, at the address of: **200 CENTRAL AVE 7TH FLOOR, ST PETERSBURG, FL 33701**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 160, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B)(2).

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document Subscribed and Sworn to (or affirmed) before me on the 21st day of February, 2018 by affiant, who proved to me on the basis of satisfactory evidence to be the person who appeared before me. Notary Signature: _____

**TERESA DUCADY**
20754

Accel Process Service, Inc.
10485 Hazel Street
Largo, FL 33778
(727) 492-0651

Our Job Serial Number: DAT-2018001785



DOLORES ANN TEDESCO
Notary Public - State of Florida
Commission # GG 130452
My Comm. Expires Sep 1, 2021
Bonded through National Notary Assn.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**N. L. ,**

              V.                    **SUMMONS IN A CIVIL CASE**

**CREDIT ONE BANK, ET AL. ,**

                                   CASE NO:  **2:17–CV–01512–JAM–DB**

   TO: **First Contact, LLC, GC Services Limited Partnership, Ienergizer Holdings, Limited**
Defendant's Address:

        **First Contact, LLC aka IQOR Holdings, Inc.**
        **200 Central Avenue, 7th Floor**
        **St. Petersburg, FL 33701**

   **YOU ARE HEREBY SUMMONED** and required to serve on

**Yitzchak Zelman**
**Marcus & Zelman, LLC**
**1500 Allaire Avenue**
**Ocean, NJ 07712**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

   **MARIANNE MATHERLY**
   CLERK

   **/s/  M. York**

(By) DEPUTY CLERK



ISSUED ON **2018–02–14 13:21:47.0**, Clerk
USDC EDCA