David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite #1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CREDIT ONE BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC. a/k/a IQOR HOLDINGS, INC.<br><br>                    Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**ANSWER TO AMENDED COMPLAINT** |

COMES NOW Defendant CREDIT ONE BANK, N.A. (hereinafter "Defendant"), by and through its counsel of record, and hereby answers the Amended Complaint under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et. seq.* ("TCPA"), the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788 *et. seq.* ("RFDPCA"), and Invasion of Privacy by Intrusion Upon Seclusion ("Intrusion") of Plaintiff N.L., an infant by his mother and natural guardian SANDRA LEMOS, ("Plaintiff"), by admitting, denying and alleging as follows:

## INTRODUCTION/PRELIMINARY STATEMENT

1.     Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 1 of the Plaintiff's Amended Complaint, which are also vague, ambiguous, lack foundation, and constitute legal conclusions and thereby denies them at the present time.

2.     Paragraph 2 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.   If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

3.     Paragraph 3 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.   If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

4.     Paragraph 4 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.   If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

5.     Paragraph 5 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.   If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## PARTIES

6.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 6 of Plaintiff's Amended Complaint, and on that basis Defendant denies them for the present time.

7.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 7 of Plaintiff's Amended Complaint, and on that basis Defendant denies them for the present time.

8.      Defendant admits that it has a business address at 585 Pilot Road, Las Vegas, Nevada 89119.

9.      Paragraph 9 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

10.     Paragraph 10 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

11.     Paragraph 11 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same

## JURISDICTION AND VENUE

12.     Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint on the basis that they constitute legal conclusions.

13.     Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint on the basis that they constitute legal conclusions.

## ALLEGATIONS OF FACTS

14.     Defendant incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

15.     Defendant denies the allegations in Paragraph 15 of Plaintiff's Amended Complaint.

16.     Defendant denies the allegations in Paragraph 16 of Plaintiff's Amended Complaint.

17.     Defendant denies the allegations in Paragraph 17 of Plaintiff's Amended Complaint.

18.     Defendant denies the allegations in Paragraph 18 of Plaintiff's Amended Complaint.

19.     Defendant denies the allegations in Paragraph 19 of Plaintiff's Amended Complaint.

20.     Defendant denies the allegations in Paragraph 20 of Plaintiff's Amended Complaint.

21.     Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 21, and thereby denies them at the present time.

22.     Defendant denies the allegations in Paragraph 22 of Plaintiff's Amended Complaint.

23.     Defendant denies the allegations in Paragraph 23 of Plaintiff's Amended Complaint.

24.     Defendant denies the allegations in Paragraph 24 of Plaintiff's Amended Complaint.

25.     Defendant denies the allegations in Paragraph 25 of Plaintiff's Amended Complaint.

26.     Defendant denies the allegations in Paragraph 26 of Plaintiff's Amended Complaint.

27.     Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 27, which are also vague, ambiguous and lack foundation, and thereby denies them at the present time.

28.     Defendant denies the allegations in Paragraph 28 of Plaintiff's Amended Complaint.

29.     Defendant denies the allegations in Paragraph 29 of Plaintiff's Amended Complaint.

30. Defendant denies the allegations in Paragraph 30 of Plaintiff's Amended Complaint.

31. Defendant denies the allegations in Paragraph 31 of Plaintiff's Amended Complaint.

32. Defendant denies the allegations in Paragraph 32 of Plaintiff's Amended Complaint.

33. Defendant denies the allegations in Paragraph 33 of Plaintiff's Amended Complaint.

34. Defendant denies the allegations in Paragraph 34 of Plaintiff's Amended Complaint.

35. Defendant denies the allegations in Paragraph 35 of Plaintiff's Amended Complaint.

36. Defendant denies the allegations in Paragraph 36 of Plaintiff's Amended Complaint.

## FIRST CAUSE OF ACTION

## (Violations Of The TCPA By Credit One Bank)

37. Defendant incorporates by reference Paragraphs 1-36 above.

38. Defendant denies the allegations in Paragraph 38 of Plaintiff's Amended Complaint.

39. Defendant denies the allegations in Paragraph 39 of Plaintiff's Amended Complaint.

40. Defendant denies the allegations in Paragraph 40 of Plaintiff's Amended Complaint.

41. Defendant denies the allegations in Paragraph 41 of Plaintiff's Amended Complaint.

42. Defendant denies the allegations in Paragraph 42 of Plaintiff's Amended Complaint.

43.     Defendant denies the allegations in Paragraph 43 of Plaintiff's Amended Complaint.

44.     Defendant denies the allegations in Paragraph 44 of Plaintiff's Amended Complaint.

## SECOND CAUSE OF ACTION

### (Violations Of The Rosenthal Fair Debt Collection Practices Act
### by Credit One Bank)

45.     Defendant incorporates by reference Paragraphs 1-44 above.

46.     Defendant denies the allegations in Paragraph 46 of Plaintiff's Complaint, as they lack foundation, are vague and ambiguous, and constitute legal conclusions.

47.     Paragraph 47 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

48.     Paragraph 48 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

49.     Paragraph 49 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

50.     Paragraph 50 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

51.     Defendant denies the allegations in Paragraph 51 of Plaintiff's Amended Complaint.

52.    Paragraph 52 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.    If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

53.    Paragraph 53 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.    If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

54.    Paragraph 54 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.    Therefore, Defendant is not required to respond to this paragraph.    If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

55.    Defendant denies the allegations in Paragraph 55 of Plaintiff's Amended Complaint.

56.    Defendant denies the allegations in Paragraph 56 of Plaintiff's Amended Complaint.

57.    Defendant denies the allegations in Paragraph 57 of Plaintiff's Amended Complaint.

## THIRD CAUSE OF ACTION

### (Invasion Of Privacy By Intrusion Upon Seclusion By Credit One Bank)

58.    Defendant incorporates by reference Paragraphs 1-57 above.

59.    Defendant denies the allegations in Paragraph 59 of Plaintiff's Amended Complaint.

60.    Defendant denies the allegations in Paragraph 60 of Plaintiff's Amended Complaint.

61.    Defendant denies the allegations in Paragraph 61 of Plaintiff's Amended Complaint.

62.     Defendant denies the allegations in Paragraph 62 of Plaintiff's Amended Complaint.

63.     Defendant denies the allegations in Paragraph 63 of Plaintiff's Amended Complaint.

64.     Defendant denies the allegations in Paragraph 64 of Plaintiff's Amended Complaint.

## FOURTH CAUSE OF ACTION

### (Violations of The TCPA By GC Services)

65.     Defendant incorporates by reference Paragraphs 1-64 above.

66.     Defendant denies the allegations in Paragraph 66 of Plaintiff's Amended Complaint.

67.     Paragraph 67 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

68.     Paragraph 68 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

69.     Paragraph 69 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

70.     Paragraph 70 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

71.     Paragraph 71 the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

72.     Defendant denies the allegations in Paragraph 72 of Plaintiff's Amended Complaint.

73.     Paragraph 73 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

74.     Paragraph 74 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

75.     Paragraph 75 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

76.     Paragraph 76 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

77.     Paragraph 77 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

78.     Paragraph 78 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to

respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## **FIFTH CAUSE OF ACTION**

### *(Violations of the TCPA By Defendant IEnergizer)*

79.     Defendant incorporates by reference Paragraphs 1-78 above.

80.     Defendant denies the allegations in Paragraph 80 of Plaintiff's Amended Complaint.

81.     Paragraph 81 of the Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

82.     Paragraph 82 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

83.     Defendant denies the allegations in Paragraph 83 of Plaintiff's Amended Complaint.

84.     Paragraph 84 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

85.     Paragraph 85 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

86.     Defendant denies the allegations in Paragraph 86 of Plaintiff's Amended Complaint.

87.    Paragraph 87 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

88.    Paragraph 88 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

89.    Paragraph 89 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

90.    Paragraph 90 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

91.    Paragraph 91 Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

92.    Paragraph 92 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## **SIXTH CAUSE OF ACTION**

### **(Violations of The Rosenthal Act by GC Services)**

93.    Defendant incorporates by reference Paragraphs 1-92 above.

94.     Paragraph 94 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

95.     Paragraph 95 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

96.     Paragraph 96 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

97.     Paragraph 97 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

98.     Paragraph 98 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

99.     Paragraph 99 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

100.    Paragraph 100 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

101.   Paragraph 101 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

102.   Paragraph 102 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

103.   Paragraph 103 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

104.   Paragraph 104 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## SEVENTH CAUSE OF ACTION

### (Violations Of The Rosenthal Act by First Contact)

105**.**   Defendant incorporates by reference Paragraphs 1-104 above.

106.   Paragraph 106 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

107.   Paragraph 107 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

108.   Paragraph 108 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

109.   Paragraph 109 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

110.   Paragraph 110 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

111.   Paragraph 111 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

112.   Paragraph 112 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

113.   Paragraph 113 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

114.   Paragraph 114 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

115.   Paragraph 115 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

116.   Paragraph 116 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## EIGHT CAUSE OF ACTION

### (Violations Of The Rosenthal Act by IEnergizer)

117.   Defendant incorporates by reference Paragraphs 1-116 above.

118.   Paragraph 118 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

119.   Paragraph 119 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

120.   Paragraph 120 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

121.   Paragraph 121 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

122.   Paragraph 122 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

123.   Paragraph 123 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

124.   Paragraph 124 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

125.   Paragraph 125 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

126.   Paragraph 126 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

127.   Paragraph 127 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

128.   Paragraph 128 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

## NINTH CAUSE OF ACTION

### (Invasion Of Privacy By Intrusion Upon Seclusion By GC Services)

129.   Defendant incorporates by reference Paragraphs 1-128 .

130.   Paragraph 130 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

131.   Paragraph 131 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

132.   Paragraph 132 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

133.   Paragraph 133 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

134.   Paragraph 134 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

135.   Paragraph 135 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

///

# TENTH CAUSE OF ACTION

## (Invasion Of Privacy By Intrusion Upon Seclusion By iEnergizer)

136. Defendant incorporates by reference Paragraphs 1-135 above.

137. Paragraph 137 Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

138. Paragraph 138 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

139. Paragraph 139 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

140. Paragraph 140 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

141. Paragraph 141 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

142. Paragraph 142 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

/ / /

## ELEVENTH CAUSE OF ACTION

### (Invasion Of Privacy By Intrusion Upon Seclusion By First Contact)

143.   Defendant incorporates by reference Paragraphs 1-142 above.

144.   Paragraph 144 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

145.   Paragraph 145 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

146.   Paragraph 146 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

147.   Paragraph 147 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

148.   Paragraph 148 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

149.   Paragraph 149 of Plaintiff's Amended Complaint does not contain any affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant denies same.

///

### DEMAND FOR TRIAL BY JURY

150.   Defendant admits that Plaintiff requests a trial by jury but denies that it violated any statute or law.  Further, Defendant denies that Plaintiff is entitled to the relief sought in the unnumbered paragraphs A-E following Paragraph 150.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

Plaintiff's Complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a valid cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Defendant is informed and believes and based thereon alleges that Plaintiff's Complaint, and each cause of action contained therein, or portions thereof, is barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

Plaintiff is not entitled to recover any damages, or any recovery awarded should be reduced by the amount of damages which reasonably could have been avoided, because Plaintiff failed to take reasonable steps to mitigate his damages with respect to the matters alleged in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

As a separate, affirmative defense, the Complaint, and each cause of action alleged therein against Defendant is barred by the conduct, actions, and inactions of Plaintiff, which amount to and constitute an estoppel of the claims and any relief sought by the Complaint.

///

///

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff is barred from maintaining the Complaint and each purported cause of action alleged therein against Defendant as a result of unclean hands with respect to the events upon which the Complaint and purported causes of action allegedly are based.

## SIXTH AFFIRMATIVE DEFENSE

### (Compliance with Statute)

The conduct of Defendant at all times complied with all applicable statutes, regulations and laws; accordingly, the Complaint and each purported cause of action alleged therein against Defendant is barred.

## SEVENTH AFFIRMATIVE DEFENSE

### (Actions Were Proper)

As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provisions of 47 U.S.C. § 227, *et seq.* and Cal. Civ. Code § 1788, *et seq.*

## EIGHTH AFFIRMATIVE DEFENSE

### (No Intentional or Reckless Conduct)

As a separate, affirmative defense, Defendant contends that it did not engage in any conduct that was outrageous, intentional and malicious or done with reckless disregard with respect to Plaintiff.  Defendant also alleges that it never engaged in any knowing, willful or fraudulent conduct with respect to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

As a separate, affirmative defense, assuming *arguendo* that Defendant violated a statute alleged in the Complaint, which presupposition Defendant denies, such violation was not intentional and resulted from a bona fide error,

notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## TENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff is barred by the doctrine of laches from pursuing his Complaint and each purported cause of action alleged therein against Defendant by reason of his inexcusable and unreasonable delay in filing his Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Maintained Reasonable Rosenthal Act and TCPA Procedures)

As a separate, affirmative defense, Defendant alleges that at all times alleged in the Complaint, Defendant maintained reasonable procedures created to prevent any type of intentional or negligent violations of the TCPA or RFDCPA.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Proximate Cause)

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are, or may be, barred because the claimed injuries and damages were not proximately caused by any acts or omissions of Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Conduct of Third Parties)

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are, or may be, barred because the claimed injuries and damages, if any, were or may have been caused by the conduct of third parties, including, but not limited to, the prior, intervening, or superseding conduct of third parties.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails as a matter of law due to lack of standing to bring an action.

///

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Damages Not Specific)

Plaintiff's complaint fails to state a cause of action against   Defendant because it does not plead special damages with sufficient particularity.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (No Vicarious Liability)

As a separate, affirmative defense, Defendant alleges that it is not vicariously liable for the acts of any other party.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Damages are Limited)

As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by the TCPA and RFDCPA.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Consent)

As a separate, affirmative defense, Defendant alleges that Plaintiff expressly and implicitly consented to all of the acts or omissions of Defendant alleged in Plaintiff's Complaint.

## NINTEENTH AFFIRMATIVE DEFENSE
### (Arbitration)

As a separate, affirmative defense, Defendant reserves the right to compel arbitration.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Choice of Law)

As a separate, affirmative defense, Defendant alleges that the claims of Plaintiff are barred by his choice of law.

## RESERVATION OF RIGHTS

Defendant reserves the right to amend its answer and claims herein by adding additional parties, affirmative defenses, counterclaims, cross-claims,

and/or third party claims, as additional investigation, discovery or circumstances warrant.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant prays that the Amended Complaint be dismissed with prejudice, for its attorneys' fees and costs incurred herein, and for such further relief as the court deems just and equitable.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Defendant CREDIT ONE BANK, N.A. demands a jury trial in this case.

**CARLSON & MESSER LLP**

DATED:  February 28, 2018

By: /s/ Alex A. Wade_____
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I, Alex A. Wade, hereby certify that on this 28th day of February, 2018, a true and accurate copy of the foregoing Answer to Amended Complaint were served via the District Court ECF System on the Following:

        Email: jonathan.a.stieglitz@gmail.com
                yzelman@marcuszelman.com


                                        /s/Alex A. Wade
                                        Alex A. Wade
                                        CARLSON & MESSER LLP