IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>Defendants. | **C.A. No. 2:17-cv-01512-JAM-DB**<br><br>**Hon. District Judge John A. Mendez**<br><br>**(AS MODIFIED BY THE COURT) ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES SET FORTH IN THE SCHEDULING ORDER** |

Plaintiff N.L., an infant by his mother and natural guardian Sandra Lemos, and

Defendant Credit One Bank, N.A., has filed with the Court a Joint Motion to Extend

the deadlines set forth in the Scheduling Order.

**AND NOW**, this 8TH Day of March, 2018, upon consideration of the Joint Motion

for an extension of time, and upon good cause shown,

It is hereby **ORDERED** that:

1. The Joint Motion is **GRANTED.**

2. The Court amends the Status (Pre-trial Scheduling) Order, entered in this

   action on September 28, 2017, solely to extend the following dates:

## MOTION HEARINGS SCHEDULES

All dispositive motions shall be filed by **October 9, 2018.** Hearing on such motions shall be on **November 6, 2018 at 1:30 p.m.**

## DISCOVERY

All discovery shall be completed by **August 16, 2018.** In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

## DISCLOSURE OF EXPERT WITNESSES

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **June 7, 2018.** Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by **June 21, 2018.**

## FINAL PRE-TRIAL CONFERENCE

The final pre-trial conference is set for December 14, 2018 at 11:00 a.m. The parties joint pretrial statement shall be filed no later than December 7, 2018.

1

<u>TRIAL SETTING</u>

2

Jury trial in this matter is set for **January 28, 2019 at 9:00 a.m.**

3

4

5
Dated:  March 8, 2018

6
/s/ John A. Mendez_____

7
HONORABLE JOHN A. MENDEZ

8
UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28