1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  Alex A. Wade (SBN 304022)
   wadea@cmtlaw.com
3  **CARLSON & MESSER LLP**
   5901 W. Century Blvd., Suite 1200
4  Los Angeles, CA 90045
   Telephone: (310) 242-2200
5  Facsimile: (310) 242-2222

6  Attorneys for Defendant,
   CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS, | Case No. 2:17-cv-01512-JAM-DB |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| CREDIT ONE BANK, N.A., | |
| Defendant. | |

**TO THE COURT AND TO PLAINTIFF AND HIS RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant CREDIT ONE BANK, N.A. ("Defendant"), withdraws its Notice of Motion and Motion to Stay, Docket No. 35 that was filed on March 14, 2018. The ruling in *ACA International v. FCC* was issued by the DC Circuit Court of Appeals on March 16, 2018, and therefore, Defendant's Motion is now moot.

DATED: March 20, 2018                CARLSON & MESSER LLP

                                     By: /s/David J. Kaminski
                                         David J. Kaminski
                                         Alex A. Wade
                                         Attorneys for Defendant,
                                         CREDIT ONE BANK, N.A.
                                     .

{00086503;1}                           1

NOTCE OF WITHDRAWAL

(08406.20)

**CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 20th day of March, 2018, a true and accurate copy of the foregoing Notice to Withdrawal [Docket No. 35] were served via the District Court ECF System on the Following:

Email: jonathan.a.stieglitz@gmail.com
yzelman@marcuszelman.com
paul.grammatico@kattenlaw.com
cocarroll@behblaw.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP