Yitzchak Zelman, *Admitted Pro Hac Vice*
Yzelman@marcuszelman.com
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
*Attorney for Plaintiff*
N.L., an infant by his mother
and natural guardian SANDRA LEMOS

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA  90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
CREDIT ONE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>  Defendants. | C.A. No. 2:17-cv-01512-JAM-DB<br><br>**Hon. District Judge John A. Mendez**<br><br>**JOINT MOTION FOR ORDER RELEASING PLAINTIFF'S WIRELESS RECORDS** |

## JOINT MOTION FOR ORDER
## RELEASING PLAINTIFF'S WIRELESS RECORDS

Plaintiff N.L., an infant by his mother and natural guardian Sandra Lemos, and Defendant Credit One Bank, N.A., by their undersigned counsel, respectfully moves this Honorable Court for an Order, requiring Plaintiff's wireless carrier to release Plaintiff's own wireless records.  In support of this Motion, the parties state:

In this action, Plaintiff alleges that Defendant violated the Telephone Consumer Protection Act by repeatedly calling his cellular phone with an autodialer without the Plaintiff's prior, express consent.  In order to establish Plaintiff's claims – such as that the Plaintiff was the wireless subscriber during the time period in question - Plaintiff seeks disclosure of his own wireless records from T-Mobile/Metro PCS, his wireless carrier.  While T-Mobile/Metro PCS freely provides these records in response to a subpoena, it has a separate policy for accounts based in Pennsylvania, California and Delaware.  For no discernible reason, T-Mobile/Metro PCS requires a Court Order before releasing wireless records relating to an account based in these three states.

As Plaintiff resides in California, T-Mobile/Metro PCS will therefore not release his own wireless records without a Court Order.  *See,* Exhibit A.  It is therefore respectfully requested that an Order be entered, compelling T-Mobile/Metro PCS to release Plaintiff's wireless records.

A proposed Order is annexed hereto as Exhibit B.

| | | |
|---|---|---|
| 1 | Dated:   March 21, 2018 | /s/ Yitzchak Zelman_____ |
| 2 | | MARCUS & ZELMAN, LLC |
| | | 1500 Allaire Avenue, Suite 101 |
| 3 | | Ocean, New Jersey 07712 |
| 4 | | Tel: (732) 695-3282 |
| | | Fax: (732) 298-6256 |
| 5 | | Email: Yzelman@marcuszelman.com |
| 6 | | *Attorney for Plaintiff* |

Dated:   March 21, 2018        /s/ David Kaminski_____
                                                CARLSON & MESSER LLP
                                                David J. Kaminski
                                                *Attorneys for Defendant*
                                                *Credit One Bank, N.A.*