

## Unable to Respond

March 20, 2018

---

T-Mobile / MetroPCS Tracking ID:   1756741

Target Identifier(s):   9163089847

T-Mobile / MetroPCS is unable to respond to your legal demand for the following reasons:

---

The target telephone number is associated with a CA, PA or DE pre-paid account. COURT ORDER REQUIRED FOR RELEASE OF RECORDS.

---

T-Mobile Law Enforcement Relations            Phone: 973-292-8911            Fax: 972-860-2635

Email: LERInbound@T-Mobile.com   or   Subpoenas@metropcs.com

81