IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>Defendants. | C.A. No. 2:17-cv-01512-JAM-DB<br><br>**Hon. District Judge John A. Mendez**<br><br>**ORDER GRANTING JOINT MOTION FOR AN ORDER COMPELLING THE RELEASE OF PLAINTIFF'S WIRELESS RECORDS** |

Plaintiff N.L., an infant by his mother and natural guardian Sandra Lemos ("Plaintiff"), and Defendant Credit One Bank, N.A. ("Defendant"), have filed with the Court a Joint Motion for an Order, requiring Plaintiff's Wireless Carrier, T-Mobile/Metro PCS, to release Plaintiff's wireless records and all records related to the -9847 phone number for the period of January 1, 2014 to present.

**AND NOW**, this 26th day of March, 2018, upon consideration of the Joint Motion, and upon good cause shown,

It is hereby **ORDERED** that:

1. The Joint Motion is **GRANTED.**

2. T-Mobile/Metro PCS is hereby ordered to release the Plaintiff's wireless records, and to provide the information sought by the Defendant's January 19, 2018 Subpoena.

3. The requested information is to be provided within ten days of service of this Order.

Dated: March 26, 2018

**/s/ JOHN A. MENDEZ**
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE