**Yitzchak Zelman, Esq.**
*Admitted Pro Hac Vice*
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email:** Yzelman@marcuszelman.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS**, <br><br> Plaintiff, <br><br> -against- <br> **CREDIT ONE BANK, N.A., and JOHN DOES 1-25,** <br><br> Defendants. | **Civil Case No.: 2:17-cv-01512-JAM-DB** <br><br> **PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> <u>**CIVIL ACTION**</u> |

**PLEASE TAKE NOTICE** that on Tuesday, November 6, 2018, at 1:30 p.m., or soon thereafter as this matter may be heard, in Courtroom 6 of the Robert T. Matsui United States Courthouse, 14th Floor, 501 I Street, Sacramento, CA 95814, Plaintiff, N.L., an infant by his mother and natural guardian Sandra Lemos, will move the Court, for an Order, pursuant to FRCP 56, for an Order granting Plaintiff's Motion for Summary Judgment on his claims brought pursuant to the Telephone Consumer Protection Act.

This motion will be based on this Notice of Motion, the Memorandum of Law in Support, the Declaration of Yitzchak Zelman, Esq. and the Exhibits annexed thereto, along with the pleadings and files in this action and such other oral or documentary evidence as may be made at the hearing of this Motion.

Dated:   September 21, 2018         MARCUS & ZELMAN, LLC

/s/ Yitzchak Zelman_____
Yitzchak Zelman

*Attorneys for Plaintiff, N.L., an infant by his mother and natural guardian*
SANDRA LEMOS