Yitzchak Zelman (Admitted *Pro Hac Vice*)
New York Bar No. (5086509)
Email: yzelman@marcuszelman.com
**MARCUS & ZELMAN, LLC**
701 Cookman Avenue
Asbury Park, New Jersey 07712
Tel: (845)367-7146
Fax: (732)695-3282
Attorney for Plaintiff
N.L., an infant by his mother and natural guardian
SANDRA LEMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,<br><br>Defendant. | **C.A. No. 2:17-cv-01512-JAM-DB**<br><br>**PLAINTIFF'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 260** |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS,
PURSUANT TO LOCAL RULE 260**

Plaintiff, N.L., an infant by his mother and natural guardian SANDRA LEMOS, by and through the undersigned counsel, hereby submits this statement pursuant to Local Rule 260(a) of the Local Rules of the United States District Court for the Eastern District of California, to set forth the material facts as to which he contends there is no genuine issue to be tried:

1. From February 20, 2017 to June 13, 2017, a total of 189 calls were placed by Defendants First Contact, iEnergizer and GC Services to the phone number (916)308-9847. (*See,* Credit One Bank's Call Log, annexed hereto as Exhibit A, pages 19-26; GC Services' Call Log, annexed hereto as Exhibit B).

2. The Plaintiff is currently a twelve-year-old child, who was ten years old when these calls started, and who turned eleven in April of 2016, while these calls were being received. (*See,* Deposition of N.L., annexed as Exhibit "C", 11:21-23).

3. From December 19, 2016 through the present, the infant Plaintiff's cell phone number was (916)308-9847. (*See,* Deposition of Sandra Lemos, annexed hereto as Exhibit "D", 41:1-13; 51:8-18).

4. During this time period, Plaintiff was the only person who used this phone number. (Ex. C, 26:6 – 27:11).

1

5. Plaintiff has been receiving calls from individuals identifying themselves as Credit One Bank representatives. (Ex. C, 35:18 – 36:5; Ex. E, 80:4-23).

6. These calls were, in fact, placed by GC Services Limited Partnership, iEnergizer Holdings, Limited, and First Contact, LLC a/k/a iQOR Holdings, Inc. (*See*, Deposition Of Jeffrey Meek, annexed as Exhibit "E", 6:15-19; 22:2-20; 23:7-12; Defendant's Response to Plaintiff's Interrogatories, annexed hereto as Exhibit F, page 4; Ex. A).

7. Defendant did not have the consent of the Plaintiff to call his cellular phone. (Ex. E, 84:4-17).

8. These calls were all placed in an attempt to reach an individual named Derrick Vincent (Ex. E, 44:12-15).

9. Plaintiff does not personally know any individual named Derrick Vincent. (Ex. C, 71:4-21).

10. Defendant Credit One Bank directly hired Defendants iEnergizer, First Contact and GC Services to call the Plaintiff's phone number in an attempt to collect a debt from this Derrick Vincent. (Ex. E, 69:16 – 70:10).

11. On February 22, 2018 the Plaintiff answered a call from the Defendant and told them that he was a child and that they should stop calling him (Ex. C, 44:1 – 45:24).

12. Credit One Bank's representatives noted in Credit One Bank's account notes and system of record that they spoke with a third party on February 22, 2018. (Ex. E, 59:16 – 60:14).

13. Although Credit One Bank retains the recordings of its calls with debtors for two years if a payment is made on that call, all other call recordings are only retained for ninety days. (Ex. E, 53:12-16).

14. Credit One therefore does not know what was said during the February 22, 2017 call. (Ex. E, 92:6-13).

15. If someone tells Credit One Bank that it has the wrong number and that Credit One is calling the wrong party, Credit One will only keep that recording for ninety days. (Ex. E, 54:11-24).

16. From February 20, 2017 through March 16, 2017, iEnergizer placed 114 calls to the Plaintiff on behalf of Credit One Bank (Ex. A, pages 8-13).

17. Each of these 114 calls were placed through version 7.3 of the Unified IP Aspect dialing system. (Ex. F, page 4).

18. From March 18, 2017 – March 26, 2017, GC Services placed forty-eight (48) calls to the Plaintiff on behalf of Credit One Bank. (Deposition of Shon Sherman, annexed hereto as Exhibit G, 9:8-22; 11:24 – 12:2).

19. Each of these 48 calls were placed through versions 6.7 and 7.3 of the Unified IP Aspect dialing system. (Ex. F, page 4; Ex. G, 28:15-22).

20. The Aspect Unified IP dialing system used by iEnergizer and GC Services has the ability to automatically dial customer-provided telephone numbers, and can attempt to place the correct number of automatic calls in order to correspond to the number of contact center agents who are or will become available to speak with end users. (*See,* Declaration of Don Hudacek, annexed hereto as Exhibit H, ¶5)

21. Versions 6.7 and 7.3 of the Aspect dialing system – the versions used by iEnergizer and GC Services - each have predictive dialer capabilities and the ability to automatically dial customer-provided telephone numbers. (Ex. H, at ¶9).

22. Once the customer-provided phone numbers have been input into the Aspect Unified IP dialer, the product can then automatically dial the numbers according to the customer-defined and configured dialing rules. (Ex. H, at ¶4).

23. When using the Aspect dialing system, the dialer manager receives a file of accounts from Credit One with accounts that will be collected on that day. (Ex. G, 19:16-19; 44:23-25).

24. The dialer manager then sets parameters for the accounts and phone numbers to be called that day, for example, deciding to call all accounts that are thirty days delinquent and to call home and cell phones. (Ex. G, 45:4-11).

4

25. The Aspect system will then generate a list of phone numbers to be called, using the parameters set by the dialer manager. (Ex. G, 45:11-13; 46:8-19; 47:23-25; 53:1-3).

26. The Aspect system will then place calls to those phone numbers, which are stored in the Aspect system during that time. (Ex. G, 52:1-5; 58:17 – 59:3).

27. There are no agents actually on the phone when a call is made in the predictive mode of the Aspect dialing system. (Ex. G, 61:14-18).

28. Instead, the Aspect system launches the calls automatically, working off the list created that morning. (Ex. G, 62:19-23).

29. If the Aspect dialing system places too many calls, and there are more answered calls than available customer service representatives, the debtor who was called would then be placed on hold until an agent becomes available to talk to those called debtors. (Ex. G, 67:25 – 68:1-4).

30. A customer service representative using the predictive mode of the Aspect dialing system does not physically input a phone number or select a specific account to call before the system calls that number. (Ex. G, 70:16-23).

31. The Aspect Unified IP automatic dialing system is equipment that stores telephone numbers to be called and dials such numbers. (*See,* Declaration of Randall Snyder, annexed hereto as Exhibit I, at ¶38).

32. In addition, the Aspect UIP automatic dialing system is equipment that dials telephone numbers from a stored list of numbers without human intervention (Ex. I, at ¶38).

33. The Aspect UIP automatic dialing system can import lists call records to be stored for particular dialing campaigns. These call records contain one or more phone numbers to be automatically called by the dialing system. (Ex. I, at ¶36).

34. Credit One Banks's vendors are contracted and operate as Credit One Bank employees, and are contractually required by Credit One to solely identify themselves as Credit One Bank representatives when calling Credit One Bank cardholders. (Ex. E, 80:4 – 82:17; Ex. G, 20:19 – 22:10).

35. Credit One Bank's vendors advise Credit One Bank of the dialing systems they use to contact Credit One Bank customers at the beginning of their business relationship, and then update Credit One Bank whenever any changes were made to that dialing system. (Ex. E, 71:10 – 72:19).

Dated:       September 20, 2018

By: /s/ Yitzchak Zelman  
Yitzchak Zelman (YZ5857)  
Marcus & Zelman, LLC  
701 Cookman Avenue, Suite 300  
Asbury Park, New Jersey 07712  
Phone:       (845)367-7146  
Fax:   (732) 298-6256  
Email:       yzelman@MarcusZelman.com  

*Attorney for Plaintiff N.L., an infant by his mother and natural guardian SANDRA LEMOS*