1   Yitzchak Zelman (Admitted *Pro Hac Vice*)
    New York Bar No. (5086509)
2   Email: yzelman@marcuszelman.com
    **MARCUS & ZELMAN, LLC**
3   701 Cookman Avenue
    Asbury Park, New Jersey 07712
4   Tel:  (845)367-7146
    Fax: (732)695-3282
5   Attorney for Plaintiff
    N.L., an infant by his mother and natural guardian
6   SANDRA LEMOS

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11  N.L., an infant by his mother and natural    **C.A. No. 2:17-cv-01512-JAM-DB**
    guardian SANDRA LEMOS,
12
            Plaintiff,
13
        v.                                       **PLAINTIFF'S COUNSEL'S**
14                                               **DECLARATION IN SUPPORT OF**
    CREDIT ONE BANK, N.A., GC                    **PLAINTIFF'S   MOTION FOR**
15  SERVICES LIMITED PARTNERSHIP,                **SUMMARY JUDGMENT**
    IENERGIZER HOLDINGS, LIMITED,
16  and FIRST CONTACT, LLC a/k/a IQOR
    HOLDINGS, INC.,
17
            Defendant.
18

19

20

21

22

23

24

25

26

27

28

## PLAINTIFF'S COUNSEL'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, **YITZCHAK ZELMAN**, hereby affirm, that if called to testify in this case, I would plead as follows:

1. I am the lead counsel to the Plaintiff in this matter.

2. I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

**Exhibits Attached Hereto**

3. Attached hereto as Exhibit A is a true and accurate copy of the Call Log produced by Credit One Bank in this matter, which Credit One maintains is a complete record of the calls placed to the Plaintiff's cellular phone by Credit One Bank's vendors, which iEnergizer, First Contact and GC Services.

4. Attached hereto as Exhibit B is a true and accurate copy of the Call Log produced by GC Services in this matter, which GC Services maintains is a complete record of the calls placed to the Plaintiff's cellular phone by GC Services on behalf of Credit One Bank.

5. Attached hereto as Exhibit C is a true and accurate copy of the transcript of the infant Plaintiff's deposition, conducted in this action on July 11, 2018.

6. Attached hereto as Exhibit D is a true and accurate copy of the transcript of the deposition of Sandra Lemos, the infant Plaintiff's mother, conducted in this action on July 11, 2018.

7. Attached hereto as Exhibit E is a true and accurate copy of the transcript of the deposition of Jeffrey Meek, the corporate representative of Defendant Credit One Bank, conducted in this action pursuant to FRCP 30(b)(6) on June 15, 2018.

8. Attached hereto as Exhibit F is a true and accurate copy of Defendant Credit One Bank's responses to Plaintiff's First Set of Interrogatories.

9. Attached hereto as Exhibit G is a true and accurate copy of the transcript of the deposition of Shon Sherman, the corporate representative for Defendant GC Services Limited Partnership, conducted in this matter pursuant to FRCP 30(b)(6) on June 6, 2018.

10. Attached hereto as Exhibit H is the sworn Declaration of Don Hudecek, provided in this action by non-party Aspect – the manufacturer of the dialing equipment used by the Defendants - in response to a subpoena served by the undersigned.

11. Attached hereto as Exhibit I is the Expert Report and accompanying documents of Plaintiff's expert, Randall Snyder.

**Number Of Calls Placed In This Action**

12. None of the Defendants have given a hard, actual, number of the total calls placed to Plaintiff.  As a result, the undersigned has undertaken to individually count

each call listed on the call logs produced by the Defendants. (attached here as Exhibit A).

13. Exhibit A reflects 114 calls placed by iEnergizer to the Plaintiff's phone number during the time period of February 20, 2017 through March 16, 2017.

14. While Exhibit A reflects forty-two calls placed by GC Services to the Plaintiff, GC Services produced a call log reflecting forty-eight calls.  *See,* Exhibit B. Moreover, GC Services specifically testified that they placed forty-eight calls to the Plaintiff.  *See, Exhibit G,* 9:8-22.

15. Exhibit A further reflects twenty-seven calls placed by First Contact during the time period that the Plaintiff had this phone number.

16. I declare under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.


Dated:          September 21, 2018

                                        Marcus & Zelman, LLC


                                        By: /s/ Yitzchak Zelman_____
                                        Yitzchak Zelman (YZ5857)
                                        701 Cookman Avenue, Suite 300
                                        Asbury Park, New Jersey 07712
                                        Phone:       (845)367-7146
                                        Fax:   (732) 298-6256
                                        Email:       yzelman@MarcusZelman.com

                                        *Attorney for Plaintiff N.L., an infant by his*
                                        *mother and natural guardian SANDRA LEMOS*