| Inbound / Outbound | Vendor | Date | Time | Phone No. | Description | Call Result |
|---|---|---|---|---|---|---|
| Outbound | First Contact | 10/10/2014 | 12:35:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 10/11/2014 | 3:56:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 10/12/2014 | 1:35:00 PM | 9163089847 | Answering machine | |
| Outbound | iEnergizer | 12/18/2015 | 1:06:00 PM | 9163089847 | Busy signal | |
| Outbound | TPUSA | 12/19/2015 | 10:11:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/19/2015 | 11:53:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/19/2015 | 12:51:00 PM | 9163089847 | Fast busy | Fast Busy |
| Outbound | TPUSA | 12/19/2015 | 1:29:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/19/2015 | 2:32:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 9:27:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 10:44:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 11:32:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 12:32:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 1:14:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/20/2015 | 1:53:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 9:09:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 9:52:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 10:44:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 11:28:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 12:03:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 12:43:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 1:06:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 1:29:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 1:57:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/21/2015 | 2:31:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 9:07:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 9:57:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 11:08:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 11:45:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 12:19:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 12/22/2015 | 12:53:00 PM | 9163089847 | Answering machine | |

| | | | | | |
|---|---|---|---|---|---|
| Outbound | TPUSA | 12/22/2015 | 1:18:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/22/2015 | 1:51:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/22/2015 | 2:51:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/22/2015 | 3:45:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 9:18:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 10:13:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 11:15:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 11:41:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 1:06:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 1:37:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 2:07:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 4:08:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/23/2015 | 5:49:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 9:47:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 11:14:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 11:59:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 12:36:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 1:03:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 1:21:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/24/2015 | 1:39:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 9:15:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 10:44:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 11:22:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 11:56:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 12:42:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 1:16:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/26/2015 | 1:41:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 9:27:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 10:34:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 12:01:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 12:40:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 1:12:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 12/27/2015 | 1:49:00 PM | 9163089847 | Answering machine |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000013

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | First Contact | 1/8/2016 | 11:44:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 1/8/2016 | 12:57:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/8/2016 | 6:34:00 PM | 9163089847 | No answer | |
| Outbound | First Contact | 1/9/2016 | 10:36:00 AM | 9163089847 | No answer | |
| Outbound | First Contact | 1/9/2016 | 1:37:00 PM | 9163089847 | No answer | |
| Outbound | First Contact | 1/9/2016 | 2:50:00 PM | 9163089847 | No answer | |
| Outbound | First Contact | 1/10/2016 | 9:34:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 1/10/2016 | 11:32:00 AM | 9163089847 | No answer | |
| Outbound | First Contact | 1/10/2016 | 4:45:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 1/11/2016 | 11:08:00 AM | 9163089847 | No answer | |
| Outbound | First Contact | 1/11/2016 | 12:37:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/11/2016 | 1:42:00 PM | 9163089847 | No answer | |
| Outbound | First Contact | 1/12/2016 | 11:09:00 AM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/12/2016 | 2:15:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/12/2016 | 7:04:00 PM | 9163089847 | No answer | |
| INBOUND | First Contact | 1/12/2016 | 7:45:00 PM | . | CustomerContact | Debit Card |
| Outbound | First Contact | 1/15/2016 | 10:14:00 AM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/15/2016 | 1:53:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 1/15/2016 | 7:03:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 2/10/2016 | 11:04:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 2/10/2016 | 2:22:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/11/2016 | 10:57:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 2/11/2016 | 1:45:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/11/2016 | 2:58:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/12/2016 | 11:44:00 AM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/12/2016 | 1:14:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 2/13/2016 | 11:34:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 2/13/2016 | 1:33:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/13/2016 | 3:12:00 PM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/14/2016 | 9:49:00 AM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/14/2016 | 11:40:00 AM | 9163089847 | Disconnected number | |
| Outbound | First Contact | 2/14/2016 | 12:46:00 PM | 9163089847 | Disconnected number | |
| Outbound | TPUSA | 5/23/2016 | 9:17:00 AM | 9163089847 | Answering machine | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | TPUSA | 5/23/2016 | 12:39:00 PM | 9163089847 | NML Machine AMD No ID | No Message Left AMD No ID Customer |
| Outbound | TPUSA | 5/23/2016 | 1:13:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/23/2016 | 1:44:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/23/2016 | 2:11:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/23/2016 | 2:46:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/23/2016 | 3:17:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/23/2016 | 3:50:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 9:02:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 9:29:00 AM | 9163089847 | Cust hung up in OUT | |
| Outbound | TPUSA | 5/24/2016 | 9:31:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 12:59:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 1:31:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 2:01:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 2:34:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/24/2016 | 3:07:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 9:03:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 9:32:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 10:37:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 1:10:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 1:40:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 2:09:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 2:49:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/25/2016 | 3:20:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 9:04:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 9:33:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 12:49:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 1:25:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 1:55:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 2:26:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 3:03:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/26/2016 | 3:45:00 PM | 9163089847 | NML Machine AMD No ID | No Message Left AMD No ID Customer |
| Outbound | TPUSA | 5/27/2016 | 9:20:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/27/2016 | 10:14:00 AM | 9163089847 | Answering machine | |

| Outbound | TPUSA | 5/27/2016 12:49:00 PM | 9163089847 | Answering machine | |
|---|---|---|---|---|---|
| Outbound | TPUSA | 5/27/2016 1:16:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/27/2016 1:42:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/27/2016 1:59:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/27/2016 2:26:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/27/2016 3:12:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/28/2016 9:28:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/28/2016 11:01:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/28/2016 12:33:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/28/2016 1:10:00 PM | 9163089847 | NML Machine AMD No ID | Dead Air |
| Outbound | TPUSA | 5/29/2016 9:06:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/29/2016 10:01:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/29/2016 11:04:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/29/2016 1:05:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 9:35:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 10:19:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 10:50:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 11:07:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 11:21:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 11:31:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 11:40:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/30/2016 11:50:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 9:36:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 10:34:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 12:57:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 1:47:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 2:36:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 3:37:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 4:40:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 5/31/2016 5:45:00 PM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 6/1/2016 9:18:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 6/1/2016 9:58:00 AM | 9163089847 | Answering machine | |
| Outbound | TPUSA | 6/1/2016 12:52:00 PM | 9163089847 | Answering machine | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000016

| | | | | |
|---|---|---|---|---|
| Outbound | TPUSA | 6/1/2016 1:30:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/1/2016 2:00:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/1/2016 2:44:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/1/2016 3:19:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/1/2016 4:11:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 9:02:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 9:23:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 12:35:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 1:16:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 1:47:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 2:12:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 2:50:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/2/2016 3:47:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 9:04:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 9:47:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 12:47:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 1:18:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 1:43:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 2:00:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 2:26:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/3/2016 3:04:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 9:38:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 10:28:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 11:06:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 12:57:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 1:23:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/4/2016 1:51:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 9:24:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 9:55:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 12:02:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 12:38:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 1:03:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/5/2016 1:23:00 PM | 9163089847 | Answering machine |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000017

| | | | | | |
|---|---|---|---|---|---|
| Outbound | TPUSA | 6/5/2016 | 1:38:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 9:35:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 12:38:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 1:01:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 1:24:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 1:42:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 2:01:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 2:22:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/6/2016 | 2:46:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 12:54:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 1:36:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 2:15:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 2:48:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 3:22:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 4:09:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 5:04:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/7/2016 | 5:38:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 9:50:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 12:40:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 1:08:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 1:35:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 1:54:00 PM | 9163089847 | NML Machine AMD No ID |
| Outbound | TPUSA | 6/8/2016 | 1:55:00 PM | 9163089847 | NoMessageLeft — No Message Left AMD No ID Customer |
| Outbound | TPUSA | 6/8/2016 | 2:13:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 2:38:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/8/2016 | 3:00:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 9:30:00 AM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 12:49:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 1:17:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 1:43:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 2:14:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 2:48:00 PM | 9163089847 | Answering machine |
| Outbound | TPUSA | 6/9/2016 | 3:19:00 PM | 9163089847 | Answering machine |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000018

| Direction | Vendor | Date | Time | Phone | Result | Detail |
|---|---|---|---|---|---|---|
| Outbound | TPUSA | 6/9/2016 | 3:50:00 PM | 9163089847 | Answering machine | |
| INBOUND | NA | 11/12/2016 | 11:55:00 AM | . | CustomerContact | Direct Check |
| INBOUND | NA | 1/12/2017 | 2:45:00 PM | . | CustomerContact | Direct Check |
| Outbound | iEnergizer | 2/20/2017 | 9:54:00 AM | 9163089847 | No Message Left | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/20/2017 | 1:05:00 PM | 9163089847 | No Message Left | |
| | | 2/20/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/20/2017 | 2:18:00 PM | 9163089847 | No Message Left | |
| | | 2/20/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/22/2017 | 1:54:00 PM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 2/22/2017 | 1:56:00 PM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/22/2017 | 2:29:00 PM | 9163089847 | LM Machine AMD ID | |
| | | 2/22/2017 | | 9163089847 | | No Message Left |
| Outbound | iEnergizer | 2/22/2017 | 3:10:00 PM | 9163089847 | No Message Left | |
| | | 2/22/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/22/2017 | 4:54:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/22/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/23/2017 | 10:49:00 AM | 9163089847 | No answer | |
| Outbound | iEnergizer | 2/23/2017 | 1:21:00 PM | 9163089847 | No Message Left | |
| | | 2/23/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/23/2017 | 1:54:00 PM | 9163089847 | No Message Left | |
| | | 2/23/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/23/2017 | 3:17:00 PM | 9163089847 | No Message Left | |
| | | 2/23/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/23/2017 | 5:28:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/23/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/24/2017 | 10:03:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 2/24/2017 | 10:07:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/24/2017 | 11:33:00 AM | 9163089847 | No Message Left | |
| | | 2/24/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/24/2017 | 12:17:00 PM | 9163089847 | Answering machine | |
| Outbound | iEnergizer | 2/24/2017 | 2:45:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/24/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/25/2017 | 9:49:00 AM | 9163089847 | No Message Left | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000019

| | | | | | |
|---|---|---|---|---|---|
| | | 2/25/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/25/2017 10:46:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 2/25/2017 10:47:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/25/2017 11:39:00 AM | 9163089847 | AGENT NO ANSWSER | |
| | | 2/25/2017 | 9163089847 | | No Answer |
| Outbound | iEnergizer | 2/25/2017 12:43:00 PM | 9163089847 | No Message Left | |
| | | 2/25/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/25/2017 1:48:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/25/2017 | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/26/2017 10:32:00 AM | 9163089847 | No Message Left | |
| | | 2/26/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/26/2017 12:20:00 PM | 9163089847 | No Message Left | |
| | | 2/26/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/26/2017 1:21:00 PM | 9163089847 | No Message Left | |
| | | 2/26/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/26/2017 2:07:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/26/2017 | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/27/2017 9:24:00 AM | 9163089847 | No Message Left | |
| | | 2/27/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/27/2017 10:15:00 AM | 9163089847 | No Message Left | |
| | | 2/27/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/27/2017 12:07:00 PM | 9163089847 | No Message Left | |
| | | 2/27/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/27/2017 12:39:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/27/2017 | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/28/2017 10:16:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 2/28/2017 10:17:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/28/2017 10:54:00 AM | 9163089847 | No Message Left | |
| | | 2/28/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/28/2017 1:23:00 PM | 9163089847 | No Message Left | |
| | | 2/28/2017 | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 2/28/2017 2:52:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 2/28/2017 | 9163089847 | | Message Left AMD No ID Customer |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000020

| Direction | Source | Date | Time | Number | Note | Result |
|---|---|---|---|---|---|---|
| Outbound | iEnergizer | 3/1/2017 | 9:42:00 AM | 9163089847 | No Message Left | |
| | | 3/1/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/1/2017 | 10:40:00 AM | 9163089847 | No Message Left | |
| | | 3/1/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/1/2017 | 11:34:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/1/2017 | 12:40:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 3/1/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/2/2017 | 9:35:00 AM | 9163089847 | No Message Left | |
| | | 3/2/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/2/2017 | 12:16:00 PM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/2/2017 | 1:51:00 PM | 9163089847 | No Message Left | |
| | | 3/2/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/2/2017 | 2:55:00 PM | 9163089847 | Left Msg POE Mach | |
| | | 3/2/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/4/2017 | 10:37:00 AM | 9163089847 | No Message Left | |
| | | 3/4/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/4/2017 | 12:00:00 PM | 9163089847 | No Message Left | |
| | | 3/4/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/4/2017 | 1:21:00 PM | 9163089847 | No Message Left | |
| | | 3/4/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/4/2017 | 2:03:00 PM | 9163089847 | No Message Left | |
| | | 3/4/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/4/2017 | 2:35:00 PM | 9163089847 | LEFT MSG MACHINE | |
| Outbound | iEnergizer | 3/5/2017 | 11:08:00 AM | 9163089847 | No Message Left | |
| | | 3/5/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/5/2017 | 12:27:00 PM | 9163089847 | No Message Left | |
| | | 3/5/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/5/2017 | 1:55:00 PM | 9163089847 | No Message Left | |
| | | 3/5/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/5/2017 | 2:45:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 3/5/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/6/2017 | 10:27:00 AM | 9163089847 | No Message Left | |
| | | 3/6/2017 | | 9163089847 | | No Message Left AMD No ID Customer |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000021

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | iEnergizer | 3/6/2017 | 1:36:00 PM | 9163089847 | No Message Left | |
| | | 3/6/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/6/2017 | 2:33:00 PM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/6/2017 | 4:16:00 PM | 9163089847 | No Message Left | |
| | | 3/6/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/6/2017 | 4:50:00 PM | 9163089847 | LEFT MSG MACHINE | |
| Outbound | iEnergizer | 3/6/2017 | 4:52:00 PM | 9163089847 | LMTC(Machine) | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/7/2017 | 9:54:00 AM | 9163089847 | No Message Left | |
| | | 3/7/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/7/2017 | 11:27:00 AM | 9163089847 | No Message Left | |
| | | 3/7/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/7/2017 | 1:20:00 PM | 9163089847 | No Message Left | |
| | | 3/7/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/7/2017 | 2:33:00 PM | 9163089847 | Busy signal | |
| Outbound | iEnergizer | 3/7/2017 | 3:56:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 3/7/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/8/2017 | 9:43:00 AM | 9163089847 | No Message Left | |
| | | 3/8/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/8/2017 | 10:35:00 AM | 9163089847 | No Message Left | |
| | | 3/8/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/8/2017 | 12:00:00 PM | 9163089847 | No Message Left | |
| | | 3/8/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/8/2017 | 1:13:00 PM | 9163089847 | LEFT MSG MACHINE | |
| | | 3/8/2017 | | 9163089847 | | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/9/2017 | 9:33:00 AM | 9163089847 | No Message Left | |
| | | 3/9/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/9/2017 | 10:35:00 AM | 9163089847 | No Message Left | |
| | | 3/9/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/9/2017 | 11:15:00 AM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/9/2017 | 11:59:00 AM | 9163089847 | No Message Left | |
| | | 3/9/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/9/2017 | 1:37:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/9/2017 | 2:20:00 PM | 9163089847 | LEFT MSG MACHINE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | iEnergizer | 3/11/2017 | 11:03:00 AM | 9163089847 | No Message Left | |
| | | 3/11/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/11/2017 | 1:51:00 PM | 9163089847 | No Message Left | |
| | | 3/11/2017 | | 9163089847 | | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/12/2017 | 9:29:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/12/2017 | 10:30:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD ID's Customer |
| Outbound | iEnergizer | 3/12/2017 | 10:50:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/12/2017 | 11:51:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/12/2017 | 12:10:00 PM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/12/2017 | 12:59:00 PM | 9163089847 | LEFT MSG MACHINE | |
| Outbound | iEnergizer | 3/12/2017 | 1:11:00 PM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/12/2017 | 2:00:00 PM | 9163089847 | LMTC(Machine) | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/13/2017 | 9:54:00 AM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 10:56:00 AM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 11:37:00 AM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 12:27:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 12:58:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 1:30:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 2:27:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/13/2017 | 4:18:00 PM | 9163089847 | No answer | |
| Outbound | iEnergizer | 3/14/2017 | 9:48:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/14/2017 | 10:35:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/14/2017 | 10:49:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/14/2017 | 11:34:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/14/2017 | 11:36:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/14/2017 | 12:35:00 PM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/14/2017 | 12:39:00 PM | 9163089847 | LEFT MSG MACHINE | |
| Outbound | iEnergizer | 3/14/2017 | 1:41:00 PM | 9163089847 | LMTC(Machine) | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/15/2017 | 9:03:00 AM | 9163089847 | AGENT NO ANSWSER | |
| Outbound | iEnergizer | 3/15/2017 | 10:05:00 AM | 9163089847 | NoAnswer | No Answer |
| Outbound | iEnergizer | 3/15/2017 | 10:41:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/15/2017 | 11:42:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/15/2017 | 11:57:00 AM | 9163089847 | LEFT MSG MACHINE | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000023

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | iEnergizer | 3/15/2017 | 1:00:00 PM | 9163089847 | LMTC(Machine) | Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/16/2017 | 9:00:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/16/2017 | 9:32:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/16/2017 | 10:01:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/16/2017 | 10:12:00 AM | 9163089847 | No Message Left | |
| Outbound | iEnergizer | 3/16/2017 | 10:33:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/16/2017 | 10:52:00 AM | 9163089847 | LEFT MSG MACHINE | |
| Outbound | iEnergizer | 3/16/2017 | 11:13:00 AM | 9163089847 | NoMessageLeft | No Message Left AMD No ID Customer |
| Outbound | iEnergizer | 3/16/2017 | 11:54:00 AM | 9163089847 | LMTC(Machine) | Message Left AMD No ID Customer |
| Outbound | GC Services | 3/18/2017 | 9:32:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/18/2017 | 10:55:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/18/2017 | 11:52:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/18/2017 | 12:48:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/18/2017 | 1:33:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/19/2017 | 9:26:00 AM | 9163089847 | Disconnected number | |
| Outbound | GC Services | 3/19/2017 | 10:24:00 AM | 9163089847 | Disconnected number | |
| Outbound | GC Services | 3/19/2017 | 11:24:00 AM | 9163089847 | Disconnected number | |
| Outbound | GC Services | 3/19/2017 | 12:58:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/19/2017 | 2:16:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/20/2017 | 9:47:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/20/2017 | 11:37:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/20/2017 | 1:03:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/20/2017 | 2:55:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/20/2017 | 3:49:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/20/2017 | 7:28:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/21/2017 | 9:17:00 AM | 9163089847 | No answer | |
| Outbound | GC Services | 3/21/2017 | 10:38:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/21/2017 | 1:11:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/21/2017 | 2:26:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/21/2017 | 3:31:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/21/2017 | 5:16:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/21/2017 | 6:07:00 PM | 9163089847 | No answer | |
| Outbound | GC Services | 3/23/2017 | 9:12:00 AM | 9163089847 | Answering machine | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000024

| | | | | | | |
|---|---|---|---|---|---|---|
| Outbound | GC Services | 3/23/2017 | 10:54:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/23/2017 | 1:07:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/23/2017 | 5:11:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 9:07:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 10:12:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 11:15:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 12:05:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 1:11:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 2:19:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/24/2017 | 4:31:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/25/2017 | 9:10:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/25/2017 | 10:04:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/25/2017 | 11:17:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/25/2017 | 12:27:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/25/2017 | 1:26:00 PM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/26/2017 | 9:45:00 AM | 9163089847 | Answering machine | |
| Outbound | GC Services | 3/26/2017 | 1:06:00 PM | 9163089847 | Line Idle After Dial | |
| Outbound | GC Services | 3/26/2017 | 2:48:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/8/2017 | 10:19:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/8/2017 | 12:57:00 PM | 9163089847 | No Message Left | No Message Left |
| Outbound | First Contact | 4/8/2017 | 2:46:00 PM | 9163089847 | NML Machine AMD No ID | No Message Left AMD No ID Customer |
| Outbound | First Contact | 4/8/2017 | 7:15:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/8/2017 | 7:34:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/9/2017 | 9:05:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/9/2017 | 11:37:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/9/2017 | 3:18:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 4/9/2017 | 6:17:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 6/10/2017 | 10:49:00 AM | 9163089847 | Answering machine | |
| Outbound | First Contact | 6/10/2017 | 12:54:00 PM | 9163089847 | NML Machine AMD No ID | |
| Outbound | First Contact | 6/10/2017 | 2:14:00 PM | 9163089847 | NML Machine AMD No ID | |
| Outbound | First Contact | 6/10/2017 | 5:52:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 6/10/2017 | 6:42:00 PM | 9163089847 | Answering machine | |
| Outbound | First Contact | 6/11/2017 | 9:03:00 AM | 9163089847 | NML Machine AMD No ID | |

| | | | | |
|---|---|---|---|---|
| Outbound | First Contact | 6/11/2017 11:04:00 AM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/11/2017 12:36:00 PM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/11/2017 2:52:00 PM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/11/2017 4:33:00 PM | 9163089847 | NML Machine AMD No ID |
| Outbound | First Contact | 6/12/2017 11:49:00 AM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/12/2017 1:57:00 PM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/12/2017 6:21:00 PM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/12/2017 7:14:00 PM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/12/2017 7:49:00 PM | 9163089847 | NML Machine AMD No ID |
| Outbound | First Contact | 6/13/2017 9:32:00 AM | 9163089847 | Answering machine |
| Outbound | First Contact | 6/13/2017 11:09:00 AM | 9163089847 | Answering machine |
| INBOUND | First Contact | 6/13/2017 2:43:00 PM | . | CustomerContact |