IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

---oOo---

N.L., an infant by his mother and natural guardian, SANDRA LEMOS,

Plaintiff,

vs.

CREDIT ONE BANK, N.D. and JOHN DOES 1-25,

Defendants.

No. 2:17-cv-01512-JAM-DB

# DEPOSITION OF NOAH LEMOS

July 11, 2018

Reported by: LAURA AXELSEN, CSR NO. 6173, RMR, CRP, CRR

Job No: 143650

BE IT REMEMBERED THAT, pursuant to Notice and on Wednesday, July 11, 2018 at 11:11 a.m. thereof at 1215 K Street, 17th Floor, Sacramento, California, before me, LAURA AXELSEN, a Certified Shorthand Reporter, personally appeared

NOAH LEMOS,

called as a witness by the Defendants.

---oOo---

APPEARANCES

FOR THE PLAINTIFF:

MARCUS & ZELMAN
BY: ARI MARCUS, ESQ.
701 Cookman Avenue
Asbury Park, NJ 07712

FOR CREDIT ONE:

CARLSON & MESSER
BY: ALEX WADE, ESQ.
DAVID KAMINSKI, ESQ.
5901 Wesy Century Boulevard
Los Angeles, CA 90045

FOR GC SERVICES:

BASSI EDLIN HUIE & BLUM
BY: FARHEENA HABIB, ESQ.
500 Washington Street
San Francisco, CA 94111

---oOo---

INDEX

| | PAGE |
|---|---|
| EXAMINATION BY MR. WADE | 6 |
| EXAMINATION BY MS. HABIB | 85 |

---oOo---

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A | Response to Requests for Admission | 55 |
| Exhibit B | Response to Interrogatories | 61 |
| Exhibit C1 | Call log | 64 |
| Exhibit C2 | Call log | 69 |

---oOo---

NOAH LEMOS

having been duly sworn, testified as follows:

EXAMINATION BY MR. WADE

MR. WADE: Q. Good morning. My name is Alex Wade, and I will be taking your deposition today. Would you please state your full name and spell your last name, please?

A. Uhm, Noah Thomas Lemos. Lemos spelled L-e-m-o-s.

Q. Have you ever had your deposition taken before?

A. No, never.

Q. Okay. Okay. Well, since you've never had your deposition taken before, I'm going to go over a few ground rules, if you will, kind of explain what we're going to be doing today. Uhm, and we're going to help you go through the process, okay?

A. Okay.

Q. Do you understand that you promised to tell the truth here today?

A. Yes.

Q. Okay. Do you understand that it's important not to lie here today?

A. Yes.

Q. Okay. Do you understand the difference between a truth and a lie?

A. Yes.
Q. You do. Okay. Let me give you an example just in case. If your teacher asked you whether you did your homework, and you didn't do your homework, but you told your teacher that you did do your homework, you understand that would be a lie, correct?
A. Yes.
Q. Okay. I know you always do your homework. So -- all right. And also do you understand that this is a deposition and what your story that you're telling here today is just as important as if you were sitting in a courtroom telling your story to a judge in front of the -- in front of the courtroom. Do you understand that?
A. Yes.
Q. Okay. So it is very important that you tell the truth in this informal setting. The court reporter, her name is Lori. Very sweet lady. I had a chance to meet her today. She's typing everything that we're saying today, uhm, so it's extremely important that you answer with a yes or a no instead of shaking your head or nodding. Uhm, she can't capture you're shaking your head or nodding, so if you could please answer my question with a yes or a no, I would greatly appreciate it, okay?

A. Okay.
Q. The court reporter, Laura -- excuse me, Laura -- is taking down everything that we're saying here today. She could only type but so fast. She's a very fast typer. I know she is. But she can only type one person at a time, so if you could please let me finish my question before you answer my question, I'll do the same for you, okay?
A. All right.
Q. Please listen to my question, uhm, and make sure you know what I'm asking before you -- before you answer my question. Uhm, if you don't understand my question, just let me know. I'll rephrase my question or change it, okay?
A. (Nods head.)
Q. And if you answer my question, I'll assume that you understood what I asked, okay?
A. All right.
Q. All right. Perfect. At some later point, Laura is going to be making a notebook of everything that she types here today. Uhm, you will have the opportunity to review that notebook and make any changes that you see fit. Do you understand that?
A. Yes.
Q. Okay. Will you agree to look over that

notebook and make changes if you -- if you -- if you need to make any changes?
A. Yes.
Q. Okay. Uhm, if you do make changes, however, uhm, I will caution you that I or some other attorney may, uhm, comment on those changes at trial or at a later date. Do you understand that?
A. (Nods head.)
Q. Okay. So it's extremely important for you to listen to my questions, uhm, and give your best testimony today. Do you agree to do that?
A. Yes, I do.
Q. Okay. Also, I will be asking some questions for events that happened years ago. Uhm, you may not remember everything, uhm, but what I am entitled to is your best estimate. Uhm, I ask you that you please not guess. Uhm, do you know the difference between an estimate and a guess?
A. Yes.
Q. Okay. I know you're a very smart young -- young -- I want to say young man, but young boy. But, uhm, I'll explain the difference between an estimate and a guess just so we're crystal clear. Okay? If I asked you how big is my dining room table at my house, or if I asked you the size of my dining room table at my house,

you've never seen my dining room table, so you would be guessing, right?
A. Right.
Q. If I asked the size of your dining room table at your house, you would be able to estimate the size of that dining room table because you've seen it, right?
A. Right.
Q. Do you understand that?
A. Yes.
Q. Okay. Thank you. All right. Uhm, and as Ari, your attorney, said, if you ever need to take a break at any time, just let me know, and we'll take a break, okay?
A. Okay.
Q. All right. Is there any reason that you cannot give your best testimony today?
A. No.
Q. Do you understand what the word testimony is?
A. Hmm.
Q. Okay.
A. A little.
Q. Testimony -- we'll call it your story, okay? So I'm going to be asking you questions events that happened some time ago. Testimony is synonymous with your story, what happened to you. Testimony is just a

legal jargon that us attorneys use in the legal world, okay? So it's basically your story. You understand?
A. Yes.
Q. Okay. So is it -- is there any reason you cannot give your best testimony or story today?
A. No.
Q. Okay. Have you taken any medications within the last 12 hours which you may -- which you believe may affect your testimony today?
A. No.
Q. No. Okay. Do you feel that you're able to testify truthfully to the best of your ability today?
A. Yes, but I am a little nervous and a little shaky today. So --
Q. Absolutely. And I completely understand, Noah. And by the way, can I call you Noah?
A. Yes.
Q. You can call me Alex.
A. All right.
Q. All right. And I know this is your first deposition. I know you're going to be nervous. I'm going to try my best not to make you nervous, because we just want to hear your story. That's all.
A. Right.
Q. There's no need to be nervous. You're well

protected. You have a great attorney here. Your mom's here. We don't bite, as David said, so you will be okay.
MR. MARCUS: Good water pourer.
MR. WADE: Q. That's for off the record. But -- so I know you're nervous. If you need to take a break, you need to go to the bathroom, just let me know. Okay? I know it's nerve-racking. We're sitting here with our suit and tie. But, you know, this will be good experience for you, uhm, even when you get older, okay?
A. Okay.
Q. Have you gone by any other names other than Noah Lemos?
A. Uhm, no. Like nicknames or anything?
Q. Uhm, sure.
A. No, like, I don't have a nickname or any other name that I use.
Q. Okay. All right. Nothing like Mr. Awesome or anything like that?
A. No, no.
Q. Okay. I'm just kidding. What is your date of birth, Noah?
A. April 14th, 2006.
Q. Okay. What is your current residential address? Where do you live?

A. Uhm, 6252 Calle Montalvo Circle.
Q. Can you say that a little bit slower, if you don't mind?
A. 6252 Calle Montalvo Circle.
Q. Okay. How long have you lived there?
A. Uhm, maybe three -- two, three, four years. I, uhm, honestly don't know how long I've been living there. It's our second house.
Q. Okay.
A. Or --
MS. HABIB: Could I just ask what city that's in?
THE WITNESS: Granite Bay.
MR. WADE: Q. So you said -- you estimate two, three -- you've been living at that --
A. Maybe three, four. I don't -- yeah.
Q. Okay. Where did you live -- what was your address before that 6252 Calle -- that address.
A. 822 Spotted Pony Lane.
Q. And what city is that in?
A. Rocklin.
Q. Rockwin?
A. Rocklin.
Q. Rocklin. Got it. And how long did you live there?

A. Uhm, well, I'm pretty sure I lived there my entire life before, uhm, I moved -- I moved into the new house. But my parents -- my parents had a first house, but I don't know if, uhm, I ever lived there or they just lived there.
Q. Okay. So in your memory, you've lived at two addresses, really, from what you can remember?
A. Yeah.
Q. The Spotted Pony and the 6252 address, correct?
A. Uh-huh.
Q. Okay. All right. What's your telephone number?
A. Uhm, I can't get off the top of my head.
Q. Okay. Do you have a cell phone?
A. Yes.
Q. You do? How long have you had that cell phone?
A. Uhm, I think if I were to say maybe December 2016.
Q. Okay. That seems like a pretty specific date range. How do you know you got it in December of 2016?
A. I just remember having it since then.
Q. Is there a reason why you remember that particular date?
A. No, not at all.
Q. Have you ever had any other cell phones before

that date?
A. No, it was my first.
Q. That was your first?
A. And I still have it.
Q. You still have it. Okay. Who do you live with?
A. My mom and my dad and my brother.
Q. Okay. What's your mother's name?
A. Sandra.
Q. Full name, please.
A. Sandra Simone Lemos.
Q. You know your mom's middle name. Good for you. What's your dad's name full name, please?
A. Uhm, Calvin Carey Lemos.
Q. And you said you had a sister?
A. No, a brother.
Q. Brother. What's your brother's name?
A. Joshua James Lemos.
Q. And how old is your brother?
A. 10.
Q. So you're about two years older than him?
A. 18 months.
Q. 18. I hope you don't pick on him being the bigger brother.
A. No.

Q. No? Okay. I'm the youngest. I have four brothers, so I'm used to my older brothers picking on me. That's why I asked. Okay. So you said you live with your mother and your father and your brother, correct?
A. Yes.
Q. In Granite Bay -- at that Granite Bay address, correct?
A. (Nods head.)
Q. Okay. Has your mother -- your mother and your father always lived together?
A. Uhm, in -- like for their entire lives or what?
Q. Since you've been born.
A. Yes.
Q. They've always lived together?
A. Uh-huh.
Q. Okay. So it's fair to say that your mother and your father live with you at the Granite Bay address for roughly the past three years, and then your mother and your father lived with you at the Spotted Pony address, correct?
A. Uh-huh.
Q. Okay. Did you review any documents to prepare for your deposition today?
A. No.

Q. Okay. From -- aside from your attorney, did you speak with anyone about your deposition?
A. Uhm, well, my mom, but no one else, no.
Q. No one else but your mom. Okay. Did you make any notes to prepare for your deposition?
A. Nope.
Q. Did you bring any documents to this deposition?
A. No.
Q. No. Okay. Have you ever been involved in any legal matters?
A. Never.
Q. Never. This is a funny question, but have you ever been arrested?
A. No.
Q. No. Okay. You look like a great young kid, so that's what I expected. All right. I want to get into your background a little bit, so just bear with me. Uhm, you're doing okay?
A. Yep.
Q. Okay. What grade are you in?
A. I'm -- I was in sixth for this year school, and next year I'm going to seventh.
Q. So you're going into seventh. Where do you go to school?
A. Franklin Elementary. It goes from K to 12.

Q. And have you been there since K through sixth grade?
A. Uhm, no.
Q. Where did you go to school before Franklin Elementary?
A. Sunset Ranch Elementary.
Q. And from what grades did you go to Sunset Ranch?
A. Uhm, I think preschool to third.
Q. Okay. Okay. And then you went to Franklin Elementary from fourth to sixth grade, going into seventh?
A. I went into Franklin in the middle of the third grade year. So --
Q. Okay. Okay. And why did you switch schools?
A. Moving.
Q. Moved. Okay. So it's fair to say during that time period you moved from the Spotted Pony to the Granite Bay address?
A. Yes.
Q. By the way, I'll never forget the Spotted Pony address. That's a great address. Uhm, what do you want to be when you grow up?
A. Uhm, don't really know yet.
Q. Okay. If you said lawyer, I would give you a

golden star, but that's okay. I don't want to scare you, you know? Do you play any sports?
A. I play tennis.
Q. How long have you played tennis?
A. Maybe for one or two years.
Q. Okay.
A. Probably one and a half years.
Q. So you follow Wimbledon right now? You know Wimbledon, right?
A. Uhm, no.
Q. Okay.
MR. MARCUS: You didn't see Roger Federer lose today?
THE WITNESS: I don't watch tennis. I just play it.
MR. WADE: Q. Okay. You just play it. Okay.
A. But our coach wants us to watch it to just see how --
Q. I agree. You should watch. See how the pros do it, you know, so as Ari said, Roger Federer -- you know Roger Federer?
A. No, I don't know any of them.
Q. That's fine. That's fair. All right. That's fair.

MR. MARCUS: Not important.
MR. WADE: Q. Not important. Right. Right. So you play tennis. Did you play any other sports?
A. I did hockey.
Q. Hockey. Wow.
A. For a long time.
Q. Oh, okay. It's funny when you say a long time, because you're only 12 years. So it's -- how come you stopped playing hockey?
A. I just think I was done with it.
Q. Okay.
A. I still -- I still, like, play with friends sometimes. I skate, but I don't play it.
Q. Okay. Okay. Very good. How -- how are your grades in school? Did you do pretty good?
A. No, not at all.
Q. Not at all. Okay. What type of grades are we talking about?
A. Well, good in everything except my homeroom.
Q. Oh, okay.
A. So math and science is just -- well, I think science is better, but math I'm just sucking at.
Q. Right. Right. You and me both, Noah. Math was never my strong suit. So, you know, well, you -- maybe should, uh, you know, I don't know how they mark

your school grades, but hopefully you're not playing too much tennis, and you'll focus -- you will focus on school more.
A. Yeah.
Q. Okay. That was my little lecture for today, but I'll stop. All right. I want to move on a little bit. Are you aware that your mother, Sandra Lemos -- and I will refer to her as your mom or Sandra, if that's okay with you. Is that okay with you?
A. Yes.
Q. Are you aware that your mother, Sandra Lemos, had a Credit One account?
A. I had no idea that she had a Credit One account.
Q. You had no idea. Okay. Have you ever used your mom's Credit One credit card?
A. I don't believe so.
Q. Okay. Have you ever used any of your mother's credit cards?
A. With her permission, of course, but --
Q. Right. What credit cards do you remember using?
A. Mostly -- I think all of them I've ever, like, had to type stuff in on something is a visa.
Q. And what would you purchase with your mom's

credit card?
A. I think I bought a Game Boy. Sorry. I bought -- I give her money -- I gave her some of my money, and then she lets me just buy -- buy something with that amount.
Q. Okay. When you say money, I assume you get an allowance?
A. I -- I work for it, and, uhm, you know, birthdays, grandma sending me a card or something, you know?
Q. Right. Right. So she'll -- you'll give her money, essentially, and she'll let you use her credit card to buy a Game Boy. Did you buy anything else with your mom's credit card?
A. I've bought other things with it.
Q. What else?
A. It's kind of hard to say since, like, her Amazon account is hooked up to things. So I bought T-shirts for my dad's birthday. I'm trying to think. Generally, a lot of stuff that I've purchased has come from her credit card. I also purchase games on my computer.
Q. Like video games?
A. Yes.
Q. What type of games?

A. Uhm, well, platforming games, like Mario Brothers, games like that. Shooter games, like, a few of them.
Q. Okay. So it's fair to say you like to play video games.
A. Yeah.
Q. Okay. Like every other 12-year-old. You're 12, right?
A. Uh-huh.
Q. Okay. Like every other 12-year-old boy. And seems like you shop on Amazon a lot.
A. Not -- not a lot. Just sometimes when I'm getting something. Like you could say recently I bought -- I don't know if this was with her credit card because I don't know if my dad's thing was hooked up to the account at the time but I bought screen protectors for my Nintendo Switch.
Q. Okay. Has Credit One ever called your phone number regarding your mother's Credit One account?
A. I don't know if the calls that I were getting were about her account.
Q. Okay. And earlier asked what your cell phone number is, and you don't remember your cell phone number.
A. I don't remember it.

Q. Do you remember any -- any of the digits within your cell phone number?
A. I'm trying to think. I know my parents' phone number more than mine, so I'm thinking I might accidentally say a part of my mom or my dad's phone number instead of mine.
Q. How about let's do it this way. What's your parents' phone numbers?
A. I don't -- I don't know my dad's full one, but I know my mom's.
Q. What's your mom's?
A. 1 (510) 708-9155.
Q. So is it fair to say you know your mother's cell phone because you call her the most?
A. Yeah, and I've had -- yeah.
Q. And she calls you --
A. Yeah, I've had to call her before I ever had a cell phone on our house phone.
Q. Okay. And is that 9155 number, is that your mother's cell phone number?
A. No.
Q. What number is that?
A. I don't -- 9155 number, that -- trying to think.
Q. Okay. I mean, that's okay. No. It's okay.

I'll rephrase. So you said your mother's number was 1 (510) 708-9155, correct?
A. Yes.
Q. Okay. Is that your mother's cell phone number?
A. Yes.
Q. Do you know if your mother has any other cell phones?
A. Oh, yes. This one called the Coolpad. It's like mostly Samsung, LG, like cheap ones, like $80.
Q. And is that a cell phone?
A. A Coolpad? Yeah.
Q. What -- what is a Coolpad?
A. I don't know. It's some like -- it's some -- I have no idea. It just -- she got it a bit ago. She just breaks phones way too easily, so she buys cheap ones.
Q. Okay. So she has two cell phones?
A. I don't know how many she has or how many she's broken.
Q. Okay. So her main number is the 915 -- if you need to reach your mom, what number do you call?
A. 1-510 -- that one.
Q. Okay. And is that a cheap phone? What type of phone is that? Do you know?
A. I don't know the exact type of phone she has.

I know she has a Samsung phone and --
Q. Okay.
A. -- that other one.
Q. Do you know any of your mother's other phone numbers?
A. Uh-uh.
Q. Okay. And do you know -- and we're going back to your phone number. Do you know the name of the telephone company that provides you telephone service?
A. Metro PCS.
Q. Metro PCS. Okay. Do you know what type of calling plan you have?
A. No, my mom knows most of that.
Q. Okay. Okay. In December of 2016 -- let me -- let me back up. I know -- well, you can strike that.
In December of 20 -- 2016 -- I know you don't remember your phone number. Was that always your personal phone number?
A. The one I got in December?
Q. Correct, of 2016.
A. Yes, I believe so.
Q. Okay. Was it always a cell phone number?
A. Uh-huh.
Q. Okay. Who pays for your cell phone service?
A. Uhm, I believe my mom.

Q. Since you've had the phone?
A. Yes.
Q. Do you know whose name is on your phone bill?
A. No. Maybe my mom. Maybe my dad. I have no idea.
Q. Okay. Fair enough. Does anyone else use your cell phone?
A. No. You mean if I share one?
Q. Correct.
A. No.
Q. So let me rephrase. You're the only one that uses your cell phone?
A. Yes, my cell phone is my cell phone. My brother has his own.
Q. Okay. Do you know your brother's cell phone number?
A. No.
Q. Okay. Has anyone else ever used your cell phone?
A. Uhm, I think -- I can't think of it off the top of my head, but I think my friends might have had to call somebody using my phone. My mom might have taken my cell phone to talk to my brother when I call him, but nobody has actually ever used my phone.
Q. When you say "used," you mean no one else has

ever --
A. Like -- like without me knowing or just like without the phone being -- without the phone being in my sight, I don't think.
Q. Has your mother ever borrowed your cell phone?
A. No, I don't think so.
Q. Has your dad ever used your cell phone?
A. No.
Q. Has your brother ever used your cell phone?
A. Well, he tries to take it from me, but, no, he hasn't actually used it.
Q. Okay. How often do you use your cell phone?
A. I use it on trips when I listen to music. I call people. I sometimes use it to maybe watch a show or something. So I don't use it that often. Like, I'm not constantly on it 24/7, but I use it a few times a day, maybe.
Q. Okay. And when you say use it, you mean using, like, the internet service?
A. Yeah, and just turning it on.
Q. On average, how many calls a day do you think you make from your cell phone?
A. Mostly depends on what I'm doing. If I'm at home not doing anything, it's a lazy day, I'm probably not going to make any. But I sometimes call my friends

a lot that live down the street. Sometimes I have to call my parents. Yeah, that's really it.
Q. How many calls, on average, do you think you receive on your cell phone a day?
A. One or two, but that usually depends. Maybe none in a day. I do get these phone calls that sometimes -- that when you look at it -- when you look at the number in the call log, it just says "scam likely" or specify just a number that I don't know.
Q. I hate to -- what type of phone do you have?
A. LG K10.
Q. LG. Is that a smart phone?
A. Yeah. Smart in the sense that it can use the internet?
Q. Right. Right.
A. Yeah.
Q. There you go. I'm very impressed, Noah. Very impressed. And you said you call -- you either call your friends or your --
A. My parents.
Q. Your parents. Do you call anyone else?
A. No, I don't think so, other than friends and family.
Q. Was there ever a time where your parents took your phone away from you?

A. I think so. Maybe once.
Q. Do you remember when?
A. No.
Q. Okay. Was it couple days ago?
A. No.
Q. A year ago?
A. I honestly don't know any of the dates. I just -- I think I remember I got grounded one time and got it taken away from me.
Q. And why did you get grounded?
A. Don't remember.
Q. Okay. Did you ever take your phone to school?
A. I usually take it -- I usually take it to school every day just because I have to call my mom, make sure she knows where we are. Yeah.
Q. Do you ever -- ever use your phone at school?
A. During?
Q. During school.
A. Uhm, I think I have once, and that got me in trouble, but, uhm, only once.
Q. Have you ever had any other phone numbers?
A. No.
Q. Do you know the names of the companies involved in this lawsuit?
A. I only know Credit One Bank.

Q. And how do you know Credit One Bank?
A. Because when -- when I received the calls, they were telling me I -- that I tried to call back, and it just redirected me to the Credit One phone system. And also it's been mentioned several times.
Q. Mentioned several times by whom?
A. Usually my parents and, yeah, the phone thing.
Q. When you say your parents, in what context?
A. Well, my mom is involved with this and she's here. Yeah.
MR. MARCUS: I just want to be clear for the record, any conversations that Noah had with his attorneys obviously are privileged.
MR. WADE: Of course.
MR. MARCUS: That may be included but --
MR. WADE: Q. Of course. Aside from your attorney. But your mother, certainly --
MR. MARCUS: Right.
MR. WADE: Q. Just aside from your attorneys. So Credit One Bank is the only company that you're aware of in this lawsuit, correct?
A. Yes.
Q. You doing okay? Do you need a break?
A. Yeah, I'm fine.
Q. You sure?

A. Yeah, I'm fine.
Q. Okay. Want to fill up your water? Maybe we should take a little five.
A. I'm good.
MR. MARCUS: Okay. Let's go take a walk. Just walk around for a couple minutes. I got to use the restroom anyway.
MR. WADE: Okay. Off the record.
(The deposition was in recess from 11:44 to 11:55.)
MR. WADE: Q. All right we're back on the record. And Noah, I just want to make sure you understand that it's important to tell the truth today.
A. Yes.
Q. Do you understand that it's important not to lie today?
A. Yes.
Q. Thank you. Uhm, by the way, I'd like to establish the fact that I'm aware of your cell phone number or your alleged cell phone number, and I've learned that number through the lawsuit. Uhm, and that number is (916) 308-9847. Does that sound familiar?
A. Yes, it does.
Q. Okay.
A. I actually had the 308 part in my mind when you

said do I know a little bit of my cell phone number, but I was afraid it was part of my dad's or --
Q. And what number sounded familiar to you?
A. 308-9847. I think I know it when I'm reminded of it. It's familiar to me. But I can't kind of do it off the top of my head.
Q. So now that we have that established, I'd like to refer to that as your cell phone number or the 9847 number, okay? And by the way, earlier when I referred to your cell phone, that's the number I was referring. When I say "that," the 9847 number is the number I was referring to, okay?
A. Okay.
Q. Did you ever have a rule at your school -- and I want to go to Franklin Elementary, because I believe that's -- you were in Franklin Elementary School from December 2016 until present, correct?
A. I've had my -- I'm sorry. I'm sorry. I forgot the question.
Q. Sure. When have you gone to Franklin Elementary School?
A. Uhm, hard to say. I can't give you an exact date, but I remember I went to my first day at Franklin while I was still living in my old house.
Q. Okay. So it's fair to say that December 2016

is about a year and a half ago, correct?
A. Yeah.
Q. You lived at your Granite Bay address for the past two to three years, correct?
A. Yeah.
Q. So it's fair to say that since December of 2016, you've been going to Franklin Elementary School, correct?
A. Yes.
Q. Did Franklin Elementary School have a rule that you had to turn your phone off during class?
A. You couldn't bring it inside your classroom or -- and you couldn't use it in school when it was in session.
Q. When is school in session?
A. Just, like, for the entire day. You're allowed to -- you're not allowed to use your phone for the entire day until dismissal.
Q. And what time is the dismissal?
A. 2:30.
Q. What time does school begin?
A. 8:30 a.m.
Q. So from 8:30 to 2:30, you could not use your phone?
A. Yes.

Q. Where did you put your cell phone?
A. In my backpack.
Q. Did you carry your backpack with you?
A. During school?
Q. During school.
A. No.
Q. Where did you keep your backpack?
A. Uhm, on this -- on a rack outside of my classroom.
Q. So you didn't have your cell phone number on you from 8:30 to 2:30, correct?
A. Yes.
Q. What do you do after school?
A. I call my mom, make sure she knows where I am. I go home. I do my homework. I have a snack. Usually I hang out with friends or play games.
Q. Okay. Do you go tennis practice after school?
A. Uhm, that's on Thursdays.
Q. Okay.
A. And a few other days.
Q. And what time does tennis practice start, would you say?
A. Uhm, maybe 4:30. I can't -- somewhere about 4:00 or -- yeah, 4:00 or 4:30.
Q. And how long is tennis practice, would you say?

A. One and a half hours.
Q. So 4:00 to 5:30 or 4:30 to 6:00 p.m.?
A. (Nods head.)
Q. Okay. And when did you start playing tennis?
A. It's kind of hard to say. I think I've been playing it for, like I said, maybe one and a half years, two years.
Q. Is it fair to say that you did not use your cell phone during tennis practice?
A. I never use my cell phone during tennis.
Q. All right. Did you ever write to Credit One?
A. Uhm, a letter?
Q. A letter.
A. No.
Q. Okay. Did you ever mail anything to Credit One?
A. No.
Q. Did Credit One ever call you?
A. Yes, many times.
Q. How do you know it was Credit One?
A. Uhm, like I said, when I got the -- when I received the calls, I would, uhm -- I would call them back, and it would -- and the call would redirect me to the Credit One calling system.
Q. How many times did you call Credit One back?

A. Once or twice, I believe.
Q. And you said Credit One called you many times. How many times did they call you?
A. Uhm, from what I've heard, maybe hundreds. I honestly don't know the total of calls.
Q. And you said what you've heard. From who?
A. Uhm, well, also -- it's also from what I've seen. Like call logs -- call logs have, uhm -- the last time I checked the call logs they were like maybe 100 -- like 130 calls. I don't remember that well.
Q. And what call logs are you referring to?
A. Uhm, this -- there's a Metro PCS app that records -- that records and lets you report callers, and it has an entire list of how many times I got calls from Credit One.
Q. Okay. And when did you access that Metro PCS app?
A. Uhm, I can't give you a date, but I think it was around the time that I just started noticing that these calls were -- didn't stop. They kept coming in. And I dropped my phone.
Q. How many -- oh, pick up your phone.
A. Got it.
Q. How many calls a day do you think you were getting and -- let me strike that. How many calls do

you think you were allegedly getting from alleged Credit One?
A. I, uhm, think I received -- at the peak -- I don't think I'm receiving them any more, but at the peak I think I was getting maybe 5 or 10 a day. Between that area. Maybe less on certain days. It's just random. But it was a large quantity of calls.
Q. Would you hear your phone ring?
A. Uhm, just in general?
Q. Would you hear your phone ring -- you said -- strike that.
I'll back up. You said you were receiving or you were allegedly receiving 5 to 10 calls a day from Credit One, correct?
A. Yes.
Q. How do you know you were getting those calls?
A. I, uhm, checked my -- I get the calls after school, so I was able to check them when it was in my pocket. I could hear it. And I would check the call logs of how many times that number has called immediately and there would be times during the school day where I was receiving calls.
Q. But it's safe to say you would check your cell phone later in the day to see how many calls were made?
A. Yeah, as soon as -- yeah, noticed that it was

picking up and they kept calling and calling.
Q. What did your caller I.D. say?
A. About the number?
Q. Strike that. Good question. What did your caller I.D. say when these alleged calls from Credit One were being made to your phone?
A. I don't know. Like, the default call logs on the call on the phone app just say the number. Uhm, but I think on the Metro PCS thing, it said "debt collector." Or --
Q. Were --
A. -- there was multiple numbers, actually, that called me. I think one of them said "scam likely," because it just does that to numbers that you've never been called by before.
Q. Were you checking that app every day?
A. Uhm, not every day, but I was checking when it was at, like, the peak.
Q. When you say the peak, when -- when is that?
A. When, like, I was -- when, uhm, I was getting, like, the most calls, and, like, the 5 to 10, just the random amount. Now it's slowed down. I'm not getting any calls. But back then, there was a ton of calls coming in.
Q. I'm trying to get a sense of the time frame

here. When you say peak, what date are you referring to? When was the peak?
A. I think, uhm, somewhere -- it was after maybe March, February or -- kind of hard to say.
Q. What year? March, February -- what year would you say?
A. I believe 2016.
Q. So I just want to back up to you had mentioned that you remember the exact date that you got your cell phone number, the 9847 number?
A. The month I remember the month.
Q. The month. And that was December of 2016. So is it fair to say that you would not have gotten any calls from anyone that could have been Credit One --
A. I think --
Q. -- before December of Credit One?
A. I think I just made a mistake when I said -- did I say 20 -- uhm, did I say I was receiving like calls February 2016?
Q. Yeah.
A. I just made a mistake it was probably 2017 because I didn't get the phone until December.
Q. It's okay.
MS. HABIB: You figured it out.
THE WITNESS: Yes, finally.

MR. WADE: Q. How many times do you allege you were receiving 5 to 10 calls a day? How many days?
A. Can you rephrase that?
Q. Sure. You said that you received -- during the peak you were receiving 5 to 10 calls a day. Did that happen on two separate occasions? Did that happen three separate occasions, four separate occasions?
A. Uhm, I have to say I just remember getting this -- like, at first I believe I was getting, uhm -- I think I wasn't getting as many calls. It's really just fuzzy to me. But, uhm, I remember like during the middle of me getting called, it was, like, a lot more, and then it started slowing down. I believe that's how it went, but I still don't -- I can't really put an exact date or anything on it.
Q. And I just want to make something clear, so I'm going to back up here a little bit. So it's safe to say the whole time that you've had the 9847 number you were at Franklin Elementary School?
A. Yes.
Q. And Franklin Elementary School doesn't allow you to have your phone from 8:30 to 2:30, correct?
A. Yes.
Q. So you did not know that you were getting calls during that time period, correct?

A. Yes, I was aware, uhm -- aware of them after school.
Q. After school?
A. But I didn't know that they -- that those calls were made during that time.
Q. So you would look at your phone and you would see two missed calls?
A. Yeah.
Q. Okay. But you didn't physically hear your phone number ringing?
A. Actually, uhm, has -- it has happened during school. I have heard it.
Q. You have heard your phone ring?
A. Yes.
Q. Okay. And when did you hear your phone ring during school?
A. Well, usually when we have to go outside, so maybe like -- lunchtime is around 11:00, 11:30, 11:50.
Q. And where do you keep your -- because you stated earlier that you keep your cell phone in your backpack. Where do you keep your backpack with your cell phone?
A. On this rack just outside of our classroom next to the door.
Q. So you heard your phone in your backpack

outside of your classroom ringing during class?
A. Yes, when we were heading to lunch.
Q. And how do you know it was your phone?
A. Because I went to -- I went closer to it. It was my -- it was my phone. I heard it.
Q. Was it vibrating?
A. Uhm, I don't remember.
Q. Was it ringing? Did it make a noise?
A. Yes.
Q. Okay. Did your teacher say anything?
A. I don't think she did.
Q. And how many occasions did you hear your phone ring during class?
A. I only remember maybe one or two times.
Q. And who was calling you?
A. I don't know -- I don't know. Uhm, could have been -- could have been the people that were spam calling me. Uhm, most likely was during that time, but I only knew after school.
Q. You only knew after school when you would check your phone, correct?
A. Yes.
Q. You said you claimed that Credit One allegedly made calls to you. Did you ask why they were calling you?

A. Yes. Uhm, I either asked or I knew it was made clear because they said they were a debt collector or they answered my question. I just -- I don't exactly remember precisely.
Q. So you answered their call?
A. Yes.
Q. When did you answer their call?
A. I can't say, but I think it was around when I started getting the calls. Uhm, I picked up and they said they were a debt collector.
Q. Do you remember when you answered the call?
A. I believe it was right after school.
Q. Do you know how many times you answered the phone and Credit One -- or someone allegedly from Credit One that called you? Do you know how many times you answered the phone?
A. I think, uhm, I picked up maybe three -- two, three times.
Q. And those two to three times you said you picked up the phone after school?
A. Yes, or -- or like just maybe on a weekend. I don't remember.
Q. But it's fair to say that you never answer your phone during school?
A. Yes, I never answer my phone during school.

Q. Okay. Did you ever have an actual telephone conversation with someone claiming to be from Credit One?
A. Well, I, uhm -- I told them to stop calling me, and I also told one of the calls, because I think there was -- there was multiple numbers, and it could have been multiple different people. But I told them I was a minor.
Q. And when did you tell them that?
A. Maybe around the first bit I was getting the calls.
Q. And when did you start getting the calls?
A. February of 2017.
Q. Do you remember their name?
A. No.
Q. What, exactly, did that person say to you?
A. I remember them saying that they were a debt collector for -- well, they said they were a debt collector and I think they were calling me for some debt they thought I owed.
Q. They thought that you owed?
A. Yes.
Q. So they were calling for you to collect on debt that you owed?
A. Yes, but I don't owe a debt.

Q. So just to recap, they were asking for Noah Lemos?
A. They weren't asking for Noah Lemos. They were -- I don't know who they were asking for, but I don't owe any debt. I'm a 12-year-old kid.
Q. So do you know who they were calling for?
A. No.
Q. How many times did you tell Credit One to -- you said stop calling?
A. Once.
Q. Did the person on the other side acknowledge that?
A. I don't believe so. Uhm, I don't really remember.
Q. Did they say anything to you?
A. They weren't really listening to me. I just told -- the time I told them to stop I was like -- I was, like, trying to get their attention, but they just -- I don't know if they weren't -- I don't know. They weren't listening to me.
Q. And how do you know that?
A. Well, from what -- from what I remember, they were just going on about a debt I owed. But I don't owe a debt.
Q. When you said the debt you owed, they weren't

calling to collect a debt from you, because you're a 12-year-old boy, correct?
A. Yes.
Q. Did you ever tell your mom that Credit One was allegedly calling you?
A. Yes.
Q. Okay.
A. I just kept telling her I was getting these phone calls over and over and over.
Q. Did you ever tell your dad?
A. Uhm, yes. I believe so.
Q. And what did they say?
A. Well, uhm, I don't -- I don't quite remember. Yeah. I don't remember.
Q. Did your mom or dad ever answer any of the calls from Credit One Bank or allegedly from Credit One Bank?
A. No, I don't believe so.
Q. When did the calls allegedly from Credit One stop?
A. It's hard to say. Maybe because if they were starting at somewhat in the beginning of the year, I think they went on until -- I mean, I think I stopped getting them in 2018 this year, but I think it was like raging on for the entire -- for all of 2017 until maybe

the, uhm -- maybe close to the end of 2017. I don't really remember when it stopped.
Q. Do you know why the calls stopped?
A. No.
Q. Do you have any records or notes about your conversation with Credit One?
A. No.
Q. Do you have any recordings?
A. No.
Q. Did you ever make any records, notes, uhm, about those conversations -- that conversation you had?
A. No.
Q. And I just want to make something clear. You had one conversation allegedly with Credit One, correct?
A. Yes.
Q. How many calls do you believe you answered allegedly from Credit One?
A. Two or three. Or just --
Q. But you only had one conversation with them, correct?
A. I believe so.
Q. What happened on the other two instances that you answered the phone?
A. I think I just picked up and I went -- when I heard debt collector I just hung up.

Q. Okay. Did you ever call Credit One?
A. Uhm, yes, uhm, and it just took me to the phone system.
Q. How many times did you call them?
A. I think I said, uhm, somewhere between one and three times.
Q. Did you have a conversation with anyone when you called Credit One?
A. No, because I was looking for the person that had directly called me, not the system.
Q. Okay. When you called Credit One, what number did you use?
A. Uhm, the 9847 number.
Q. So the three instances that you called in to Credit One, you used the 9847 phone number?
A. Yes, my phone.
Q. Did Credit One ever leave messages on your voice mail?
A. I believe so.
Q. How do you know it was Credit One?
A. I didn't. I think -- I think, uhm, might have been the number.
Q. So how do you know the number was linked to Credit One?
A. Because it was, uhm -- because if I did receive

any voice mails it was, uhm, from the numbers that kept calling me.
Q. And what did the voice mail say?
A. I don't remember.
Q. Did you ever receive any calls from a person alleging to be from Credit One before 8:00 a.m.?
A. I, uhm -- I don't remember if I got any calls before 8:00 a.m.
Q. Okay. Did you create a log of calls that you believe were made by Credit One?
A. I made one and I filled it, uhm -- I filled it a tiny bit up until there were like -- I tried logging each call on my mom's computer, but it just got -- there was too many of them to log.
Q. Did you create this log after each call?
A. No. About after I got, uhm -- about after like maybe a hundred or so calls, uhm, we just decided to log -- log some of them. But --
Q. And when you say "we," who is we?
A. Me and my mom.
Q. So after about a hundred calls or so, you decided to log the calls?
A. Yeah, but it was too much.
Q. Okay. And why did you begin to log the calls?
A. We just wanted to have a record.

Q. For?
A. Can --
MR. MARCUS: Uhm --
MR. KAMINSKI: Take your time.
MR. MARCUS: Can I -- yeah. Take your time, Noah.
THE WITNESS: Trying to think of a way to say it, but I guess I just say what he said earlier. I guess it's privileged.
MR. MARCUS: Is it something to do with attorney-client privilege?
THE WITNESS: Yeah, it has to do with a person.
MR. MARCUS: So did you keep records because of the lawsuit?
THE WITNESS: Uhm, because --
MR. MARCUS: Somebody told to you keep records?
THE WITNESS: Yes.
MR. MARCUS: Okay.
MR. WADE: Q. Was that someone your mom or your attorney?
A. Uhm, attorney.
Q. Okay. So when did you create this log? And I'm not asking for privileged communications with your attorney, but what is important, uhm -- I am entitled to everything that happened before you sought your

attorney. So it sounds like you created this log after you retained an attorney; is that correct?
A. Yes. Well, it was -- it was when I reported that -- it was some time after I reported the person -- reported the numbers on the app.
Q. Just trying to get a sense of a time did you create the call log specifically for this lawsuit?
A. Well, I guess it was for the attorney.
Q. So you created this call log after you retained an attorney?
A. Yes.
Q. And I'm not going to get into whatever happens after that is -- the communications are privileged. So, uhm -- when did you retain your attorney?
A. I don't -- I think it was after maybe the first dozen or so calls. It's kind of hard to say still, because it happened a while ago. But --
Q. So you retained your attorney early on when the calls started happening?
A. Uhm, yeah. Like sometime in like the first -- just, uhm, a little while after they started coming. And I -- they wanted to talk to me after I reported the number.
Q. Okay. So you said you began receiving calls around February 2017, correct?

A. Yes.
Q. When do you -- having said that, when do you think you retained your attorney? March 2017?
MR. MARCUS: Can we just clarify what retain means? I don't know if Noah understands that phrase.
MR. WADE: Q. Understood. When did you hire your attorney? Do you understand hire?
A. Yes.
Q. Okay. So you said you started receiving calls around February 2017. When did you hire your attorney?
A. Maybe a half a month -- a little bit of a -- like 20 to 30 days after. Maybe less.
Q. Do you know if your attorney ever reached out to Credit One to have them stop the calls?
A. I don't remember.
Q. Okay. Have you ever downloaded an app to your phone that logs your call?
A. Uhm, downloaded, no. The app -- the app that told me that it was a debt collector and had all the logs was built in with Metro PCS.
Q. So if you could help me understand the app, because I don't have Metro PCS, is it an app that's already on your phone?
A. Yes.
Q. Okay. And you did -- it would already -- that

app came with your phone?
A. Yes.
Q. And do you know the exact name of that app?
A. I think it was something like "Caller I.D."
Q. Caller I.D.
A. Might have been caller I.D., yeah.
Q. And I know i asked you earlier, but what did your caller I.D. say when you received these calls allegedly from Credit One?
A. Wait. What did it say about the number?
Q. Correct.
A. Well, I think there was three numbers. One of them said "debt collector," and one of them was just a number. Uh, and one of them was just the number. It didn't have anything special about it, but it was Credit One, I believe. And the last one I think said "scam likely," because my phone just does that to random numbers that have never been --
Q. Did your caller I.D. ever say Credit One?
A. No, it just said debt collector.
Q. Okay. So in order to find out whether it was Credit One, or allegedly Credit One, you would call the number back, correct?
A. Yes, and I think it might have -- I think it might have said, like, Credit One debt collector. I

don't really remember.
Q. Okay. Have you ever downloaded an app to your phone that blocks certain calls?
A. Uhm, no.
Q. No. Okay.
MR. WADE: All right. Uhm, I want to go through, uhm, some exhibits here. Uhm, I know -- so bear with me. I want to go through, uhm, first your responses to our request for admissions. Uhm, so give this to the court reporter to mark.
(EXHIBIT A WAS MARKED FOR IDENTIFICATION.)
MR. WADE: And then I'll let Ari look at this first, and then if we have an extra copy, we can give to Farheena.
(Discussion off the record.)
MR. WADE: Q. So, Noah, I can direct you to RFA. That means request for admission, okay? So if I could direct you to RFA No. 5, can you please read the request?
A. This one?
Q. Yes.
A. "Admit that defendant did not call your cell phone using an automatic telephone dialing system as defined by the TCPA."
Q. Okay. What was your response?

A. Denied.
Q. Okay. What's the basis for your denial?
A. That, uhm, I was called by a robocaller.
Q. How do you know what a -- what is a robocaller?
A. Mostly telemarketers that -- it's not a real person. It just automatically calls you.
Q. And how do you know you were getting automatic calls?
A. I, uhm --
Q. Or excuse me. Let me -- strike that.
A. I don't think I admitted that they were robocalls or --
Q. How do you know that a robocaller was calling you?
A. The -- if I knew what a -- how -- I would find out that if somebody was a robocaller I would check that caller I.D. app and it would specify that it's not a real person, or it's just a robocaller that just automatically dials me.
Q. So let's back up to this app, then, because I want to make sure I'm understanding this app. What information does this app give you?
A. Gives you the number, and it gives you, uhm -- it gives you the, uhm -- it gives you also these little details, like robocaller, debt collector, scam. Uhm,

also has that report feature that I used.
Q. When you say report feature, can you please explain?
A. I -- you report a number to the app and that's -- and then that's how the attorney got in contact with me.
Q. You said the app was Caller I.D., or do you know the name of the app?
A. I believe it was called Caller I.D.
Q. Okay. And does it show up on the screen of your phone?
A. Yes.
Q. Okay. So if you could walk me through -- so you get a call on your phone?
A. Yes.
Q. You go to the Caller I.D. app, and you can see what number just called you?
A. Yeah, I can, uhm -- it doesn't just show you what number just called you. There's an, uhm -- the call logs on your regular phone. It does that. But that's just if you want to know -- what you need to know about it. And they have this weird thing where if you pay you can see the -- like the call. Like, I don't remember exactly, but it was something about like a description where you'll know the person who is calling

you.
Q. Did you ever pay for that description?
A. No, never.
Q. So you reported your number to the app. When did you report the number allegedly from Credit One to the app?
A. Uhm, it was after, uhm -- after a little bit when I started getting the calls when they were -- when a lot of them were coming in, uhm, that was around -- and when I reported them, yeah, I got -- I got in contact with the attorney that's --
Q. So after you reported the number, your attorney contacted you?
A. Yes.
Q. And you said as you testified earlier, that was earlier on in the calls when you started receiving the calls?
A. Yes, a little bit after, like just when I realized that they just kept coming in and it was a problem.
Q. So the app would tell you whether a robocaller was calling, right?
A. Yeah.
Q. Did it tell you whether an automatic telephone dialing system was being used?

A. I don't exactly remember.
Q. Do you know what an automatic telephone dialing system is?
A. Uhm, not really.
Q. Okay. Can I direct your attention to RFA No. 7?
A. Okay.
Q. Can you please read that?
A. "Admit that you were not the subscriber of the phone number at issue and ending in 9847 at all times defendant allegedly called you."
Q. Okay. What was your response?
A. Denied.
Q. And what's the basis for your denial on that one?
A. I'm trying to -- I'm trying to figure out. So I say no to this. I'm trying to figure out what this means. Admit that you were not the subscriber. Oh, that I have the number.
Q. I'll rephrase it, because we wrote the question, so I kind of know where we were going with the question, and you could help if you wanted to chime in on this. But we wanted to know who the subscriber of the phone was, right?
A. Who you --

Q. Who the subscriber of your cell phone number was.
MR. MARCUS: If he knows -- I think he's having a difficult time with the word subscriber.
MR. WADE: Q. Okay. Subscriber is someone that pays for a service.
A. So probably my parents.
Q. Okay. So what's the basis for your denial, then to Request No. 7?
A. That I'm not.
Q. And I'll help you, because your denial to us means that you are the subscriber of the phone.
A. I don't pay for it, but I use it.
MR. MARCUS: Right.
MR. WADE: Q. So is it fair to say that you admit that you're not the subscriber of your cell phone?
A. Yes, if that means I paid for it, then I don't pay for it. I just use my phone.
Q. Okay. And you said your name isn't on your cell phone bill, correct?
A. I don't believe so.
Q. Okay.
A. I don't know much about who is paying subscribers.
Q. Okay. Okay. And then lastly on the RFAs, if I

could direct your attention to, uhm, No. 10, could you please read that?
A. "Admit that you called defendant. Response: Admitted."
Q. Okay. And that's -- you admitted that because that's when you called Credit One back or allegedly called Credit One back to figure out what was the number that was calling you, correct?
A. Yes, correct.
Q. But you never had an actual conversation with Credit One when you called them personally, correct?
A. It was just their calling system.
MR. WADE: So we'll mark that as Exhibit A, by the way, and I think we already -- Farheena and you have a copy all right. All right. Now I want to move on to your response to interrogatories, and I know these are all legal jargon, but interrogatories are essentially -- we're asking you a question, and, you know, we just want you to answer the question truthfully, of course. Okay? Uhm, so we can mark this as Exhibit B.
(EXHIBIT B WAS MARKED FOR IDENTIFICATION.)
(Discussion off the record.)
MR. WADE: Q. Okay. Can I direct your attention to Interrogatory No. 4?
A. Yes.

Q. Okay. Actually, I just -- if you read your response, that would be great, please.
A. All right. "Response: As alleged in the complaint, the defendant used automated dialers and pre-recorded messages to call the plaintiffs cellular phone without his express consent and then continued to do so after the plaintiff advised that the defendant had the wrong number, the first of which conversations took place on February 21st, 2017."
Q. Okay. What's your basis for that, meaning how do you know it was February 21st, 2017?
A. The call logs -- the call logs stated that it was February 21st.
Q. I just want to -- I know I'm asking it, but I just want to make clear; what call logs are you referring to?
A. I believe it was the Caller I.D. call logs and the regular call logs on my, uhm, default phone app.
Q. Do you have those call logs?
A. Uhm, I might still do.
Q. How many calls do you think are logged on that call log?
A. That I made on my mom's computer?
Q. Yes.
A. I don't know. I never really went far with

that one. I did take screenshots on -- of the -- on the Caller I.D. app of how many calls I received from Credit One.

Q. What did your screenshot say?

A. I believe they gave me the date, if I answered or if I didn't, then the time. I don't remember much of that.

Q. Would the screenshot specifically say Credit One, or would it just provide a number that called your phone?

A. I don't remember if it said Credit One or not. I think it just told me the number, and maybe it said debt collector if it was the number that said that. There were multiple numbers.

Q. Okay. Uhm, let's go through Interrogatory No. 8.

A. All right.

Q. Could you please read your response?

A. "Defendant's calls to plaintiff were placed via the Aspect Unified System, which is clearly a predictive dialer.

Q. And what's your basis for that response?

MR. MARCUS: I'm just going to object, because we're touching on attorney-client privilege with that question.

MR. WADE: Q. So I don't want anything that you talked with your attorney. That's privileged. But what I am entitled to is your basis for -- for that response?

MR. MARCUS: So outside of what your attorneys told you, do you have any basis for this response?

THE WITNESS: That -- that the calls were made by an --

MR. WADE: Q. Aspect Unified System?

A. Which means automatic caller or -- I'm confused here.

Q. So the basis of your knowledge for this response was from your attorney?

MR. MARCUS: That's right.

THE WITNESS: Yes.

MR. WADE: Q. So without your attorney -- okay. Have you ever heard of an Aspect Unified System?

A. No.

MR. WADE: Okay. Done with that. All right. Now I want to direct your attention to a call log that was produced by you, and I just wanted to go over a few questions. Okay. We'll mark this as Exhibit C, please.

(EXHIBIT C1 WAS MARKED FOR IDENTIFICATION.)

MR. WADE: And, actually, Ari, you can take a look at it first.

THE WITNESS: So that was --

MR. MARCUS: Yeah.

THE WITNESS: So that was the call log I made.

MR. WADE: Hold on. Let's let Ari take a look at it.

MR. MARCUS: Okay.

THE WITNESS: Okay.

MR. WADE: Q. What is this?

MR. MARCUS: I just want to say, Noah, if you need time to review the document, you take your time.

THE WITNESS: So you said this was the one that I recorded?

MR. WADE: Q. I'm asking you what is this document that you produced?

A. It's a log of the calls I got from the app and --

Q. When did you create this?

A. I, uhm -- well, it -- it must have been after all these dates. So maybe sometime -- maybe a few days after the last call, which is March 20th. I don't really -- I don't really remember when I made this.

Q. Did you create this yourself?

A. I don't know. I think this is -- might have been -- I made one. I didn't -- I don't know if this is mine, because I don't remember putting this many calls

into this. This could just be -- I don't know. I don't know if this is mine or not.

Q. Okay. Why did you create this log? Let me strike that.

So you're not sure if this is your log or not, correct?

A. Uhm, I mean, I don't know. I don't know. I also don't know how it's here right now. I think this might be mine probably.

Q. I'm just asking. I just want to know who created this log. Uhm --

A. I don't --

Q. You don't know?

A. I don't know if -- it might be me. It might not be. Maybe it is, because I think I might remember just not putting the thing between the time.

Q. What do you mean?

MR. MARCUS: Can I -- can I just jump in one second?

MR. WADE: Sure.

MR. MARCUS: Noah, the log that you created, do you remember what program you created it in?

THE WITNESS: It was like -- I believe it was, uhm, a Microsoft program. I don't really remember.

MR. MARCUS: Would it have been Microsoft

Excel?
THE WITNESS: Maybe. I don't remember that well.
MR. MARCUS: Did the log look a little bit different than what you're looking at?
THE WITNESS: Yes, it was in this --
MR. MARCUS: Did it look similar to this log?
THE WITNESS: Yes.
MR. MARCUS: Just want to show you. I think Noah's just having a difficult time because the logs just look different.
MR. WADE: Okay.
MR. MARCUS: The one that you showed him and the one that's printed from Excel.
THE WITNESS: This might be mine.
MR. WADE: Okay. Want me to use this as an exhibit, then?
MR. MARCUS: I don't mind if you want to just compare the records to see if they're the same. Looks like they were the same.
MR. WADE: It's just a little cut off here. So --
MR. MARCUS: Right. No, no, we can use yours. I just want to clarify that point.
MR. WADE: Q. Okay. Does this log look

familiar to you?
A. Yes.
Q. Okay. So, then, if that log doesn't look familiar to you, then I would like to use this as an exhibit.
A. This looks somewhat familiar with like how I put in the times, but it doesn't look like the one that I created.
Q. Okay. This looks like the one you created?
A. Yes, more.
Q. Okay. What's the difference between those two call logs?
A. This one is in the -- this one is in this -- this one is top down like this instead of -- it goes like that instead of this, and I remember it being in these boxes --
Q. Okay.
A. -- when I made it.
MS. HABIB: So one of them is vertical and one's horizontal.
THE WITNESS: Yeah.
MS. HABIB: Okay.
MR. WADE: Q. Okay. Since you remember this call log, I would like to mark this as Exhibit C; is that okay?

A. Yeah.
MR. WADE: Okay. Can we mark that is Exhibit C?
(EXHIBIT C2 WAS MARKED FOR IDENTIFICATION.)
(Discussion off the record.)
MR. WADE: Q. I'm going over the call log, and I just wanted to ask questions about the call log. I'm literally in the middle of the question.
MR. KAMINSKI: Can you hold off for a second?
THE WITNESS: Yeah, I'm fine.
MR. KAMINSKI: Thank you.
MR. WADE: Q. All right. So on this call log, did you create this call log?
A. I believe so.
Q. And what if you look on the third column where it says -- do you see where it says, "Noah answered"?
A. Right here?
Q. Yes.
A. Yeah.
Q. Who wrote that?
A. I believe -- I believe me or my mom did the first part. I still don't know exactly if this is mine or not.
Q. Okay. Okay. Do you see where it also said, "Noah answered," where it says, "Date: February 21st"?

A. Yes.
Q. Okay. Do you see February 21st where it says, "Noah spoke with a male agent"?
A. Yes.
Q. Okay. Who wrote that note on the third column down where it says, "Noah spoke with a male agent"?
A. I believe it was me or my mom. The entire thing was either written by me or my mom. I still don't know. I don't know if we put this many in or not.
Q. When did you write that note? Would it have been on February 21st? Or would it have been after February 21st?
A. It would have been way after, like I think it was, uhm, after -- it was after all of these calls. Maybe like a week or so after.
Q. Okay. So it's fair to say you didn't make this note directly after you made the call -- or directly after you have received the call from allegedly Credit One?
A. No, I made this later on.
Q. Who did you create this for?
A. Uhm --
MR. MARCUS: Objection; asked and answered. If you have anything else to add, you can answer.
THE WITNESS: Uhm, it was created by the -- it

was created for the -- the attorney wanted to see it.
MR. WADE: Q. On the call log here it says that there were three calls answered. Do you agree?
A. Yes.
Q. What happened during those three answered calls?
A. I don't really remember. I think I -- I think two of them, like the call log said, uhm, I hung up like -- or just listened. They said, "debt collector." I hung up. And then one of the times I said that I was a -- that I didn't owe any debt.
MR. MARCUS: Can Noah use the restroom now? I mean, I understand you're in a line of questioning but he answered the question that you had posed.
MR. WADE: Sure.
MR. MARCUS: Just run to the restroom. Go for it, Noah.
THE WITNESS: All right.
(The deposition was in recess from 12:51 to 1:05.)
MR. WADE: Q. So we're back on the record. And, again, as whenever we would like to take a break, I always like the remind you, do you understand that it's important to tell the truth today?
A. Yes.

Q. Do you understand that it's important not to lie today?
A. Yes.
Q. Do you know a person by the name of Derek Vincent?
A. I -- that name doesn't sound that familiar to me.
Q. Okay. You paused. Does it ring a bell?
A. I was just thinking -- trying to think if I've ever heard that name before. I honestly don't think I have.
Q. Okay. When you say you don't think you have, have you ever heard of the name Derek Vincent?
A. Well, now I have, but I don't know. I'm trying to think if it rings a bell at all. No, I don't -- have never heard. I've either never of heard of him or I just don't remember the name.
Q. So you do not know a person by the name of Derek Vincent?
A. Uhm, yes, I do not know a person by the name of Derek Vincent.
Q. Do you know if your mom had any friends named Derek Vincent?
A. I don't know. She has a lot of friends.
Q. Do you know any person by the last name

Vincent?
A. I don't believe so.
Q. Do you know a person by the name Dwayne Wilson?
A. I don't think I've heard that name before.
Q. Do you know anyone with the last name Wilson?
A. No.
Q. So you do not know anyone by the name of Dwayne Wilson?
A. No, I -- well, yes, I don't know anybody by the name of -- with the last name Wilson.
Q. How about -- you said last name. Do you know anyone by the name of Dwayne Wilson?
A. No.
Q. Has anyone else other than Credit One ever called your phone number regarding unpaid debt?
A. So any other number that wasn't Credit Bank but did want to collect debt?
Q. Correct.
A. No, I don't believe so. I think it was all Credit One.
Q. So no one else was trying to collect a debt that called your phone number other than allegedly Credit One?
A. No, it was only Credit One.
Q. Did you ever get any calls looking for another

person by the name of Derek Vincent on your phone?
A. I don't know. That might have been the last -- if that -- if they were -- if somebody was trying to collect a debt with somebody with that name? Sorry. Just lost track here, but, uhm, can you say the question again?
Q. Sure. Did you ever get calls from any other person looking for Derek Vincent?
A. I -- I don't know. Maybe -- I don't remember any names that the debt collector said, nothing.
Q. Okay. All right. I want to play a recording for you, okay? And David has a hundred windows open. Uhm, so I want you to listen closely, okay?
A. Is this is a recording of me in it?
Q. We'll see. Okay. So I'm going to play it, and then I'll ask questions after I play it, okay? All right.
(Audio playing.)
MR. WADE: I'll play it again. Okay. Can you hear it okay?
THE WITNESS: Yes, I heard it.
MR. WADE: Q. Okay. Let me play it one more time.
A. Did I -- was that me?
(Audio playing.)

MR. WADE: Q. Is that your voice?
A. Sounds -- it sounds like me. I don't know what happened in the last part of that recording. Maybe I sneezed or something, but --
Q. Did you hang up?
A. I don't remember.
Q. I'll play it one more time just for the record, okay?
(Audio playing).
MR. WADE: Q. Okay. Does that sound like your voice?
A. Kind of.
Q. Kind of.
A. Yeah.
Q. Do you remember that call?
A. No, I don't -- I don't remember much about the calls.
Q. Okay. Okay. What happened during that call that I just played?
MR. MARCUS: Objection; it's on the record what happened during the call, and Noah said he doesn't remember the call.
MR. WADE: Q. You don't remember the call?
MR. MARCUS: So if you have anything to add, you can answer.

THE WITNESS: So I mentioned Derek Vincent. I still have no idea what happened in the last part of the call. I probably just sneezed and then I don't know.
MR. WADE: Q. Okay. What damages do you believe you suffered due to the calls from -- alleged calls from Credit One Bank?
A. It was quite annoying. One thing, I kept getting them constantly, which was a disturbance. And, I mean, I didn't owe any debt. They were calling for no reason.
Q. Okay. Were you ever charged for the calls that allegedly were from Credit One?
A. Me, no. I think it -- I don't know if my parents were charged. I don't know if anybody was charged but --
Q. What expenses have you incurred, uhm, from the calls allegedly from Credit One Bank?
A. So like what -- what inconveniences did this cause me or --
Q. Do you owe anything to anyone because of the calls allegedly from Credit One Bank?
A. No, I don't owe anything. I don't believe so.
Q. Do you claim that you suffered any emotional problems, emotional distress?
A. Well, was I freaking out, no, but it did kind

of piss me off.
Q. And why did it piss you off?
A. Because I kept getting these constantly, every day. Look at this. It kept -- like that was maybe five calls, five calls on one day. That was ridiculous.
Q. Okay. And what are you looking at, just for the record?
A. I'm looking at the -- this call log.
Q. And how do you know those were the calls that you received allegedly from Credit One Bank?
A. Well, if this is mine, I logged them straight out of, uhm, the call logs.
Q. Do you have any logs or any journals of -- any logs or journals documenting your -- you said pissed off?
A. No, I didn't write anything about me being pissed off, but it was like -- it was a bit of an issue.
Q. Why was it an issue?
MR. KAMINSKI: Excuse me. Off the record for one second.
(The deposition was in recess from 1:15 to 1:15.)
MR. WADE: If you could repeat my question, please.
(Record read by the reporter:

"QUESTION: Why was it an issue?")
THE WITNESS: The calls, like -- I was also getting called like sometimes during the morning, which was pretty -- which was, uhm, kind of bad. I think I might have gotten calls on weekends. I don't know. I don't know if March 20th is a weekend, but I was getting calls at, like, 9:00 a.m. Those times -- a lot of calls in school, which could land me in trouble during school, because you're not allowed to have -- like your phone's not allowed to be active during that time.
MR. WADE: Q. And for the record, what were you looking at just now?
A. The call logs that I -- that I think I made.
Q. Have you seen any -- did you see any medical provider for treatment as a result of the calls allegedly from Credit One?
A. No.
Q. Did you purchase any medication as a result of the calls allegedly from Credit One?
A. No.
Q. And you're laughing. Why are you laughing?
A. I don't know. Just kind of -- it's a weird question, but --
Q. Okay. Were you prescribed any medication over

the counter or through prescription as a result of the calls from Credit One Bank -- allegedly from Credit One Bank?

A. No.

Q. Okay. All right. Uhm, how did you find your lawyer in this case?

A. Through the Metro PCS recording system on the app.

Q. Okay. Is it the same lawyer that you have today that contacted you after you reported the information in the Metro PCS app?

A. So -- can you please repeat that?

MR. WADE: Sure. Can you please repeat that?

(Record read by the reporter:

"QUESTION: Okay. Is it the same lawyer that you have today that contacted you after you reported the information in the Metro PCS app?")

THE WITNESS: I'm trying to think like --

MR. WADE: Q. I could rephrase it if you want me to.

A. Uhm, I understand the question. Have -- is that the same person. I'm trying to think if they are, if I always have -- so --

MR. MARCUS: You have to answer, and if you

don't know, then you can say you don't know.

THE WITNESS: I don't know. I just -- I'm getting a little confused.

MR. WADE: Q. Okay. Is the same lawyer that represents you today the same lawyer that contacted you after you put the number?

A. Okay.

Q. In the Metro PCS report?

A. Can I ask who currently is my lawyer?

Q. Okay. Your lawyer is currently Yitzchak Zelman and Ari Marcus, and Ari Marcus is sitting to your right today.

A. So I -- so I guess not the same.

Q. Okay. Who -- what lawyer reached out to you?

A. Uhm, first guy, what was his name? Kevin? Mentioned his -- uh -- well, the first one that reached out to me was the one through the app.

Q. And it's not the same lawyer that represents you today?

A. No.

Q. Okay. When did you -- when did you hire your current lawyers?

A. I don't know.

Q. Okay. What happened after that first lawyer reached out to you, that contacted you after you put the

number in the Metro PCS app?

MR. MARCUS: Objection; it's vague and ambiguous. What do you mean, what happened?

MR. WADE: Q. Did that lawyer -- when that lawyer contacted you, what did he say?

MR. MARCUS: Objection on privilege.

MR. WADE: Q. It's not -- that's -- I mean, that wouldn't be attorney-client privilege as to you, so it wouldn't be privileged information regarding --

MR. MARCUS: If he had previous counsel, it could be privileged but --

MS. HABIB: We don't know if they were retained.

MR. MARCUS: Right. I understand that.

MS. HABIB: And they're soliciting him, so I think we're entitled to know --

MR. KAMINSKI: Uh-huh.

MS. HABIB: -- what the tenor of the conversation was, if not the detail.

MR. MARCUS: Well, the -- if the conversation was about retaining that attorney, then I think it would run on privilege.

MS. HABIB: Well, if they didn't retain them for purposes of litigation, then it's not privileged.

MR. MARCUS: How do you know they didn't retain

them? Is that the question? Are you asking did he retain an attorney? Is that --

MR. KAMINSKI: The fact --

MR. MARCUS: Are you asking about what happened in the conversation?

MR. KAMINSKI: No, I think he's just saying did he retain a different attorney.

MR. MARCUS: So you want to know if he retained the attorney that called him; is that what you're asking him?

MR. WADE: That's part of the questions. I have many questions on that, but, yes, that's one of the questions.

MR. MARCUS: Noah, do you understand the question?

THE WITNESS: No. I'm getting kind of confused here.

MR. MARCUS: Yes.

MR. WADE: Q. Did you hire the attorney that first contacted you?

A. Well, they just -- got first in contact with me -- I don't really -- I'm kind of confused how this whole -- I'm trying to find who is it, and I'm lost again. I'm sorry, but can you please repeat the question just one more time?

Q. Sure. Did you hire the attorney that first contacted you after you put -- after you reported the number in your Metro PCS app?
A. Yes, I guess.
Q. Okay.
A. I mean, hire in the sense that I don't know how most of it works, but I guess, yes.
Q. And you don't remember his name or her name?
A. It -- I forgot. Yeah. I don't know their name.
Q. Okay. How did you find your lawyers in this case?
A. So the -- in the sense find, you mean how did I hire my current --
Q. Correct.
A. I don't really know how -- I don't really know how it happened. I --
Q. You don't remember how?
A. I don't remember how.
Q. Did you, yourself, contact your current attorneys?
A. I think it was -- no.
Q. Who contacted them?
A. I think my mom, honestly.
Q. And do you know when your mom contacted your

current attorneys?
A. No.
Q. Did you fire the first attorney that contacted you?
A. Fire, no.
Q. Did you -- strike that.
Does that attorney still represent you, the first attorney that contacted you?
A. I don't know.
Q. Okay. So you stated that you hired that attorney, correct?
A. I guess in a sense, yeah, hired.
Q. So do you still contact that attorney to any degree?
A. Not now, no.
Q. And why not?
A. I don't know. I just haven't been in contact.
Q. All right. I think I'm almost done. I'm just going to go through my notes, and then after I'm done I think Farheena is going to clean up some of the things that --
MS. HABIB: Noah, are you okay to go for a little bit longer, or do you need a five minute break?
THE WITNESS: I'm fine to go on.

EXAMINATION BY MS. HABIB

MS. HABIB: Q. I shouldn't be more than 10 minutes. So my name is Farheena. I'm an attorney in this case as well. I just want to ask you a few questions. Alex obviously asked you a lot of questions. I won't be asking you everything again, but I just wanted to know you said you play tennis on Thursdays and a couple of other days. Do you remember what other days you play?
A. Well, uhm, at certain times I've had to miss Thursday, so we would do makeup days.
Q. Okay. But during the week you just play once a week?
A. Yeah.
Q. Okay. Do you do any other activities?
A. I play viola.
Q. Do you get lessons?
A. Uh-huh.
Q. And do you get those lessons once a week, twice a week?
A. Once a week.
Q. And what day is that?
A. Monday.
Q. Do you know what time?
A. I think around 3:05, 3:15.
Q. And how long is that lesson?

A. Uhm, 40 minutes.
Q. And when you get out of school, how do you get home?
A. Uhm, my parents pick me up.
Q. Okay. Uhm, do you call your mom and she comes and gets you?
A. Well, I call her to -- just to make sure that she's -- yeah, she always comes after -- she always comes when school comes out.
Q. Okay. And how often is your school from your house?
A. Uhm, like 10 -- not even maybe 5 minutes away. A little bit longer like seven, eight. I don't really know, but it's not that far away from my house.
Q. Okay. And do you get homework every day?
A. Uhm, yes, sometimes, but sometimes we get days where we don't have homework or weeks where we don't have to do homework because we have something big coming up.
Q. Okay. So just on average, do you know what that means, like on average, like on a regular day, how much time do you spend after school doing homework?
A. Half an hour.
Q. Half an hour. Okay. And you don't have your phone on you at that time, right?

A. Uhm, no.
Q. Okay. And after you do your homework, what do you do, usually?
A. Uhm, play games. Sometimes I swim when it's hot out. I hang out with friends.
Q. Okay. Do you guys hang out outside the house?
A. Sometimes. Uhm, sometimes outside. Sometimes inside. Sometimes at my friend's house.
Q. Okay. Uhm, and do you have dinner with your family?
A. Yes.
Q. About how long do you spend having dinner with your family?
A. Depends. Like maybe a half hour.
Q. Okay. And you don't keep your phone at the dinner table, right, when you're eating?
A. Not usually, no.
Q. Okay. And what time do you guys have dinner?
A. We don't really have a designated time just have it around evening.
Q. Okay. Around evening like between 5:30 and 7:30, something like that?
A. Yeah.
Q. The Metro PCS app, did that come already installed on your phone or is that something you had to

download?
A. Uhm, came with my phone.
Q. And what's the first time you found that app?
A. Uhm, I believe when I started getting the calls.
Q. And how did you know to look for that app?
A. I guess I was just -- I just tried to find a way to make the calls stop, and I found that app. It just went from there.
Q. So you were looking through your phone, right, and your phone has different apps on the screen, and how did you pick that one as one that you thought might stop the calls?
A. I honestly don't remember how I chose that one.
Q. Did anyone tell you about that app?
A. I don't believe so.
Q. Okay. When you first started getting the calls that you believe are from Credit One, did you talk to anyone about that?
A. Uhm, my parents.
Q. Okay. And what did you tell them?
A. I just told them I started getting phone calls from -- from the bank, from Credit One.
Q. And did they tell you anything about what to do about that?

A. I don't remember.
Q. Okay. And on your phone, is there any feature that allows you to block a given number?
A. I don't know if I have an app that does that.
Q. Did you look for that?
A. I think I did.
Q. And you didn't find anything?
A. I don't remember.
Q. When Alex was just asking you about the lawyer that reached out to you because you recorded these numbers on the app, do you remember if that lawyer talked to you or one of your patients?
A. Well, talked to both of us.
Q. Okay. So you talked to them first?
A. Yeah.
Q. Correct?
A. (Nods head.)
Q. Okay. And then you gave the phone to your mom or dad?
A. Yes.
Q. Do you remember who? Is it your mom or your dad?
A. Mom.
Q. Okay. Do you have -- do you have a consumer counselor at school, like a guidance counselor?

A. We do have one at school.
Q. Did you ever talk to your guidance counselor about these calls?
A. No.
Q. Did you talk to any of your friends about these calls?
A. Well, I just think I did talk to my friend saying, wow, I'm getting these annoying calls constantly, but yeah.
Q. Okay. And I think early on maybe I misheard you but I thought you said when you're at school you have to turn your phone off, like you have to power it down; is that right?
A. I -- you're just not allowed to have anything running. You're not allowed to have it do anything. I mean, you can have it on. I don't know many of the rules on that.
Q. But you never powered down your phone while you were at school?
A. No, I don't -- I think after a while I got those calls my teacher just -- my teacher told me to power down. I don't really remember.
Q. Okay. And sorry if we've asked this many times, but do you remember the date you first told you mom about the calls? Was it February 2017?

A. Yeah, somewhat -- yeah, after the first few calls.
Q. Okay. And we've been talking about this log that you started making on your mom's computer. Did someone tell you to do that?
A. Uhm --
MR. MARCUS: I think we went over this.
MS. HABIB: Q. The attorney. And just to clarify is it the first attorney or --
A. The first attorney, yes.
Q. Okay. Oh, the attorneys that called you because you reported the calls on the app, did they call your cell phone number?
A. Yes, I think so.
Q. And do you -- did you take a screenshot of the Metro PCS app?
A. Uhm, not like just of the app for no reason, but I did take pictures. I did take screenshots of the calls.
Q. And do you have those?
A. Yes.
Q. And have those been produced?
MR. MARCUS: I don't know.
MS. HABIB: Q. Okay. You have them?
A. Most of them are on that log.

Q. Okay. But do you actually have -- on your phone do you have a copy of the screenshot like in your photos or anywhere?
A. I think I do.
Q. You do. Okay. Uhm, do you think you would be able to get us that?
MR. MARCUS: Sure.
MS. HABIB: Like to take a look at what that looks like.
MR. MARCUS: Sure. If Noah has them we can send them over to you.
MS. HABIB: Q. Okay. Great. And did --
MR. MARCUS: Follow up in writing so I remember after the deposition.
MS. HABIB: Q. Okay. And did someone tell you to take that screenshot or --
A. I just did it myself. Me and my mom.
Q. Okay. And the information on the log that you made on your mom's computer, that information came from that app, correct?
A. Yes.
Q. And as you sit here today, your memory is that that app told you that some of these calls were robocalls?
A. Well, no, I don't believe that -- I said that,

uhm -- that this app can detect robo calls. But it told me that it was -- it detailed some of the calls as debt collectors, it specified.
Q. Okay. You don't remember the word robo call on the app?
A. I've seen it on the app. I've seen -- I've been called by robo calls a few times. I don't know if it was from Metro PCS -- I mean from Credit One Bank. I'm sorry. But I don't know. It could have.
Q. Okay. You think the app maybe said it, yeah? Not sure? Maybe? Okay. Uhm, that's all my questions. I think we're done.
MR. MARCUS: I don't have any questions.
MR. WADE: I'm all done, uhm, and for the record, we'll agree that Laura will send me the original transcript. I will make that available to you and Yitzchak.
MR. MARCUS: Appreciate it.
MR. WADE: And then if you could have Noah review, correct, sign it if any changes need to be made, and then you can send that back to us within 30 days after we send it to you.
MR. MARCUS: Got it.
MR. KAMINSKI: Do we have enough time for 30 days?

MR. WADE: Thirty days should work fine. I mean, we'll get it to you when we get it. The sooner the better.
MR. MARCUS: Sure.
MR. WADE: If you guys could get it back to us sooner --
MR. KAMINSKI: Laura, a question for you off the record.
(The deposition was in recess from 1:37 to 1:37.)
MR. WADE: So plaintiff's counsel and defendant's counsel agree that after plaintiff counsel receives the deposition transcript for plaintiff to review, plaintiff's counsel will return that signed deposition transcript within 15 days after his receipt of the transcript from defense counsel.
MR. MARCUS: That's right.
THE REPORTER: Are you ordering your own certified copy?
MR. WADE: I just want to add something. If we don't receive it in 15 days, we'll assume that no changes were being made to the transcript.
MR. MARCUS: That's fine. No, I don't need a copy, then, if you're going to give us certified. You're sending us the certified copy, right?

MR. WADE: Correct.

MR. MARCUS: Just send us an electronic copy, if you can.

THE REPORTER: So that's ordering a copy, then. How about you?

MS. HABIB: I don't know yet. I'll let you know.

MR. WADE: We're off the record.

(The deposition was concluded at 1:38 p.m.)

____________________

NOAH LEMOS

CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter, State of California, hereby certify that the witness in the foregoing deposition was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was reported by me, a disinterested person, and was thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete, and true record of said testimony; and that the witness did not request an opportunity to read it and, if necessary, correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said caption.

Executed this 23rd day of July, 2018.

____________________________

LAURA AXELSEN, C.S.R. 6173

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: N.L. vs. Credit One

Dep. Date: July 11, 2018

Deponent: Noah Lemos

Pg. Ln. Now reads Should read Reason

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____ ____ ______________ ______________ ______

____________________

SIGNATURE OF DEPONENT

SUBSCRIBED AND SWORN BEFORE ME

THIS____DAY OF_____________, 2018

_____________________________________

(Notary Public) MY COMMISSION EXPIRES:________

**A**

**$80** 24:9
**a.m** 2:2 33:22 49:6 49:8 77:7
**ability** 10:12
**able** 9:5 10:11 37:18 91:6
**Absolutely** 10:15
**access** 36:16
**accidentally** 23:5
**account** 20:12,14 21:18 22:16,19,21
**acknowledge** 45:11
**active** 77:10
**activities** 84:14
**actual** 44:1 60:10
**add** 69:24 74:24 93:20
**address** 11:25 12:18,18 13:9 15:7,18,20 17:19 17:22,22 33:3
**addresses** 13:7
**admission** 4:13 54:17
**admissions** 54:9
**admit** 54:22 58:9 58:18 59:16 60:3
**admitted** 55:11 60:4,5
**advised** 61:7
**affect** 10:9
**afraid** 32:2
**agent** 69:3,6
**ago** 8:14 9:24 24:14 29:4,6 33:1 51:17
**agree** 7:25 8:11 18:20 70:3 92:15 93:12
**Alex** 3:13 5:5 10:18 84:4 88:9
**allege** 40:1
**alleged** 31:20 37:1 38:5 61:3 75:5
**allegedly** 37:1,13 42:23 43:14 46:5 46:16,19 47:14,17 53:9,22 57:5 58:11 60:6 69:18 72:22 75:12,17,21 76:10 77:17,20 78:2
**alleging** 49:6
**allow** 40:21
**allowance** 21:7
**allowed** 33:16,17 77:9,10 89:14,15
**allows** 88:3
**Amazon** 21:18 22:11
**ambiguous** 80:3
**amount** 21:5 38:22
**Angeles** 3:16
**annoying** 75:7 89:8
**answer** 6:21,23 7:7 7:12,16 43:7,23 43:25 46:15 60:19 69:24 74:25 78:25
**answered** 43:3,5,11 43:13,16 47:16,23 62:5 68:16,25 69:23 70:3,5,14
**anybody** 72:9 75:14
**anyway** 31:7
**app** 36:12,17 38:8 38:16 51:5 52:16 52:18,18,21,22 53:1,3 54:2 55:17 55:20,21,22 56:4 56:7,8,16 57:4,6 57:21 61:18 62:2 64:15 78:8,11,18 79:17 80:1 82:3 86:24 87:3,6,8,15 88:4,11 90:12,16 90:17 91:20,23 92:1,5,6,10
**APPEARANCES** 3:1
**appeared** 2:5
**appreciate** 6:24 92:18
**apps** 87:11
**April** 11:23
**area** 37:6
**Ari** 3:6 9:10 18:21 54:12 63:24 64:4 79:11,11
**arrested** 16:13
**Asbury** 3:8
**aside** 16:1 30:16,19
**asked** 6:3 7:17 8:23 8:25 9:4 15:3 22:22 43:1 53:7 69:23 84:4 89:23
**asking** 7:11 8:13 9:23 45:1,3,4 50:23 60:18 61:14 64:13 65:10 81:1 81:4,9 84:5 88:9
**Aspect** 62:20 63:9 63:17
**assume** 7:16 21:6 93:21
**attention** 45:18 58:5 60:1,24 63:20
**attorney** 8:5 9:11 11:1 16:1 30:17 50:20,21,24 51:1 51:2,8,10,14,18 52:3,7,10,13 56:5 57:11,12 63:2,13 63:16 70:1 80:21 81:2,7,9,19 82:1 83:3,7,8,11,13 84:2 90:8,9,10 95:17
**attorney-client** 50:11 62:24 80:8
**attorneys** 10:1 30:13,20 63:5 82:21 83:1 90:11
**Audio** 73:18,25 74:9
**automated** 61:4
**automatic** 54:23 55:7 57:24 58:2 63:10
**automatically** 55:6 55:19
**available** 92:16
**Avenue** 3:7
**average** 27:21 28:3 85:20,21
**aware** 20:7,11 30:21 31:19 41:1 41:1
**Awesome** 11:18
**AXELSEN** 1:24 2:4 95:23

**B**

**B** 4:14 60:20,21
**back** 25:7,15 30:3 31:11 35:23,25 37:12 38:23 39:8 40:17 53:23 55:20 60:6,7 70:21 92:21 93:5
**background** 16:17
**backpack** 34:2,3,7 41:21,21,25
**bad** 77:4
**bank** 1:9 29:25 30:1,20 46:16,17 72:16 75:6,17,21 76:10 78:2,3 87:23 92:8
**basically** 10:2
**basis** 55:2 58:14 59:8 61:10 62:22 63:3,6,12
**BASSI** 3:20
**bathroom** 11:7
**Bay** 12:13 15:7,7 15:18 17:19 33:3
**bear** 16:17 54:8
**began** 51:24
**beginning** 46:22
**believe** 10:8 20:17 25:21,25 32:15 36:1 39:7 40:9,13 43:12 45:13 46:11 46:18 47:16,21 48:19 49:10 53:16 56:9 59:21 61:17 62:5 65:23 68:14 68:21,21 69:7 72:2,19 75:5,22 87:4,16,18 91:25
**bell** 71:8,15
**best** 8:10,16 9:16 10:5,12,22
**better** 19:22 93:3
**big** 8:24 85:18
**bigger** 14:24
**bill** 26:3 59:20
**birth** 11:22
**birthday** 21:19
**birthdays** 21:9
**bit** 12:2 16:17 20:7 24:14 32:1 40:17 44:10 49:12 52:11 57:7,18 66:4 76:17 83:23 85:13
**bite** 11:2
**block** 88:3
**blocks** 54:3
**BLUM** 3:20
**born** 15:13
**borrowed** 27:5
**bought** 21:2,3,15 21:18 22:14,16
**Boulevard** 3:15
**boxes** 67:16
**boy** 8:21 21:2,13 22:10 46:2
**break** 9:11,12 11:7 30:23 70:22 83:23
**breaks** 24:15
**bring** 16:7 33:12
**broken** 24:19
**brother** 14:7,16,17 14:19,24 15:4 26:14,23 27:9
**brother's** 14:17 26:15
**brothers** 15:2,2 22:2
**built** 52:20
**buy** 21:4,4,13,13
**buys** 24:15

**C**

**C** 63:22 67:24 68:3
**C.S.R** 95:23
**C1** 4:15 63:23
**C2** 4:16 68:4

**CA** 3:16,23
**California** 1:2 2:3 95:4
**call** 4:15,16 9:22 10:16,18 23:14,17 24:21 26:22,23 27:14,25 28:2,8 28:18,18,21 29:14 30:3 34:14 35:18 35:22,23,25 36:3 36:8,8,9,11 37:19 38:7,8 43:5,7,11 48:1,4 49:13,15 51:7,9 52:17 53:22 54:22 56:14 56:20,23 61:5,12 61:12,15,17,18,19 61:22 63:20 64:3 64:20 67:12,24 68:6,7,12,13 69:17,18 70:2,8 74:15,18,21,22,23 75:3 76:8,12 77:14 85:5,7 90:12 92:4
**Calle** 12:1,4,18
**called** 2:7 22:18 24:8 36:2 37:20 38:13,15 40:12 43:15 48:8,10,11 48:14 55:3 56:9 56:17,19 58:11 60:3,6,7,11 62:9 72:15,22 77:3 81:9 90:11 92:7
**caller** 38:2,5 53:4,5 53:6,8,19 55:17 56:7,9,16 61:17 62:2 63:10
**callers** 36:13
**calling** 25:12 35:24 38:1,1 42:15,18 42:24 44:4,19,23 45:6,9 46:1,5 49:2 55:13 56:25 57:22 60:8,12 75:9
**calls** 22:20 23:16 27:21 28:3,6 30:2 35:22 36:5,10,14 36:20,24,25 37:7 37:13,16,17,22,24 38:5,21,23,23 39:14,19 40:2,5 40:10,24 41:4,7 42:24 43:9 44:5 44:11,12 46:9,16 46:19 47:3,16 49:5,7,9,17,21,22 49:24 51:16,19,24 52:9,14 53:8 54:3 55:6,8 57:8,16,17 61:21 62:2,19 63:7 64:15,25 69:14 70:3,6 72:25 73:7 74:17 75:5,6,11,17,21 76:5,5,9 77:2,5,7 77:8,16,20 78:2 87:5,8,13,17,22 89:3,6,8,21,25 90:2,12,19 91:23 92:1,2,7
**Calvin** 14:14
**caption** 95:18,20
**capture** 6:22
**card** 20:16 21:1,9 21:13,14,21 22:14
**cards** 20:19,21
**Carey** 14:14
**CARLSON** 3:12
**carry** 34:3
**case** 6:3 78:6 82:12 84:3 96:2
**cause** 75:19 95:7,19
**caution** 8:5
**cell** 13:14,16,25 22:22,23 23:2,14 23:18,20 24:4,6 24:10,17 25:22,24 26:7,12,13,13,15 26:18,23 27:5,7,9 27:12,22 28:4 31:19,20 32:1,8 32:10 34:1,10 35:9,10 37:23 39:9 41:20,22 54:22 59:1,16,20 90:13
**cellular** 61:5
**Century** 3:15
**certain** 37:6 54:3 84:9
**certainly** 30:17
**CERTIFICATE** 95:1
**certified** 2:4 93:19 93:24,25 95:3
**certify** 95:4,16
**chance** 6:18
**change** 7:14
**changes** 7:22 8:1,2 8:4,6 92:20 93:22
**charged** 75:11,14 75:15
**cheap** 24:9,15,23
**check** 37:18,19,23 42:20 55:16
**checked** 36:9 37:17
**checking** 38:16,17
**chime** 58:22
**chose** 87:14
**Circle** 12:1,4
**city** 12:11,20
**claim** 75:23
**claimed** 42:23
**claiming** 44:2
**clarify** 52:4 66:24 90:9
**class** 33:11 42:1,13
**classroom** 33:12 34:9 41:23 42:1
**clean** 83:20
**clear** 8:23 30:11 40:16 43:2 47:13 61:15
**clearly** 62:20
**close** 47:1
**closely** 73:13
**closer** 42:4
**coach** 18:18
**collect** 44:23 46:1 72:17,21 73:4
**collector** 38:10 43:2,10 44:18,19 47:25 52:19 53:13 53:20,25 55:25 62:13 70:9 73:10
**collectors** 92:3
**column** 68:15 69:5
**come** 19:8 21:20 86:24
**comes** 85:5,8,9,9
**coming** 36:20 38:24 51:21 57:9 57:19 85:18
**comment** 8:6
**COMMISSION** 96:24
**communications** 50:23 51:13
**companies** 29:23
**company** 25:9 30:20
**compare** 66:19
**complaint** 61:4
**complete** 95:12
**completely** 10:15
**computer** 21:22 49:13 61:23 90:4 91:19
**concluded** 94:9
**confused** 63:10 79:3 81:16,22
**consent** 61:6
**constantly** 27:16 75:8 76:3 89:9
**consumer** 88:24
**contact** 56:6 57:11 81:21 82:20 83:13 83:17
**contacted** 57:13 78:10,16 79:5,25 80:5 81:20 82:2 82:23,25 83:3,8
**context** 30:8
**continued** 61:6
**conversation** 44:2 47:6,11,14,19 48:7 60:10 80:19 80:20 81:5
**conversations** 30:12 47:11 61:8
**Cookman** 3:7
**Coolpad** 24:8,11,12
**copy** 54:13 60:15 91:2 93:19,24,25 94:2,4
**correct** 6:6 13:9 15:5,8,21 24:2 25:20 26:9 30:21 32:17 33:1,4,8 34:11 37:14 40:22 40:25 42:21 46:2 47:14,20 51:2,25 53:11,23 59:20 60:8,9,11 65:6 72:18 82:15 83:11 88:16 91:20 92:20 94:1 95:15
**counsel** 80:10 93:11,12,12,14,16 95:16
**counselor** 88:25,25 89:2
**counter** 78:1
**couple** 29:4 31:6 84:7
**course** 20:20 30:14 30:16 60:19
**court** 1:1 6:17 7:2 54:10
**courtroom** 6:12,13
**create** 49:9,15 50:22 51:7 64:17 64:22 65:3 68:13 69:21
**created** 51:1,9 65:11,21,22 67:8 67:9 69:25 70:1
**credit** 1:9 3:10 20:12,13,16,16,19 20:21 21:1,12,14 21:21 22:14,18,19 29:25 30:1,4,20 35:11,15,18,20,24 35:25 36:2,15 37:1,14 38:5 39:14,16 42:23 43:14,14 44:2 45:8 46:4,16,16

46:19 47:6,14,17
48:1,8,11,15,17
48:20,24 49:6,10
52:14 53:9,15,19
53:22,22,25 57:5
60:6,7,11 62:2,8
62:11 69:18 72:14
72:16,20,23,24
75:6,12,17,21
76:10 77:17,20
78:2,2 87:18,23
92:8 96:2
**CRP** 1:24
**CRR** 1:24
**crystal** 8:23
**CSR** 1:24
**current** 11:24
79:22 82:14,20
83:1
**currently** 79:9,10
**cut** 66:21

**D**

**dad** 14:7 26:4 27:7
46:10,15 88:19,22
**dad's** 14:13 21:19
22:15 23:5,9 32:2
**damages** 75:4
**date** 8:7 11:21
13:19,23 14:1
32:23 36:18 39:1
39:9 40:15 62:5
68:25 89:24 96:3
**dates** 29:7 64:19
**David** 3:14 11:2
73:12
**day** 27:17,21,24
28:4,6 29:14
32:23 33:16,18
36:24 37:5,13,22
37:24 38:16,17
40:2,5 76:4,5
84:21 85:15,21
95:21 96:21
**days** 29:4 34:20
37:6 40:2 52:12
64:19 84:7,7,10
85:16 92:21,25

93:1,15,21
**debt** 38:9 43:2,10
44:17,18,19,23,25
45:5,23,24,25
46:1 47:25 52:19
53:13,20,25 55:25
62:13 70:9,11
72:15,17,21 73:4
73:10 75:9 92:2
**December** 13:17,20
25:14,16,19 32:17
32:25 33:6 39:12
39:16,22
**decided** 49:17,22
**default** 38:7 61:18
**defendant** 54:22
58:11 60:3 61:4,7
**defendant's** 62:19
93:12
**Defendants** 1:10
2:7
**defense** 93:16
**defined** 54:24
**degree** 83:14
**denial** 55:2 58:14
59:8,11
**Denied** 55:1 58:13
**Dep** 96:3
**depends** 27:23 28:5
86:14
**Deponent** 96:4,19
**deposition** 1:16 5:5
5:10,13 6:10
10:21 15:24 16:2
16:5,7 31:9 70:19
76:21 91:14 93:9
93:13,15 94:9
95:5,8,15,18
**Derek** 71:4,13,19
71:21,23 73:1,8
75:1
**description** 4:11
56:25 57:2
**designated** 86:19
**detail** 80:19
**detailed** 92:2
**details** 55:25
**detect** 92:1

**dialer** 62:21
**dialers** 61:4
**dialing** 54:23 57:25
58:2
**dials** 55:19
**difference** 5:24
8:17,22 67:11
**different** 44:7 66:5
66:11 81:7 87:11
**difficult** 59:4 66:10
**digits** 23:1
**dining** 8:24,25 9:1
9:4,6
**dinner** 86:9,12,16
86:18
**direct** 54:16,18
58:5 60:1,23
63:20
**direction** 95:11
**directly** 48:10
69:17,17
**Discussion** 54:15
60:22 68:5
**disinterested** 95:10
**dismissal** 33:18,19
**distress** 75:24
**DISTRICT** 1:1,2
**disturbance** 75:8
**DIVISION** 1:3
**document** 64:10,14
**documenting** 76:14
**documents** 15:23
16:7
**doing** 5:15 16:18
27:23,24 30:23
85:22
**door** 41:24
**download** 87:1
**downloaded** 52:16
52:18 54:2
**dozen** 51:16
**dropped** 36:21
**due** 75:5
**duly** 5:2 95:5
**Dwayne** 72:3,7,12

**E**

**earlier** 22:22 32:9

41:20 50:8 53:7
57:15,16
**early** 51:18 89:10
**easily** 24:15
**EASTERN** 1:2
**eating** 86:16
**EDLIN** 3:20
**eight** 85:13
**either** 28:18 43:1
69:8 71:16 95:17
**electronic** 94:2
**Elementary** 16:25
17:5,6,11 32:15
32:16,21 33:7,10
40:19,21
**emotional** 75:23,24
**entire** 13:2 15:12
33:16,18 36:14
46:25 69:7
**entitled** 8:15 50:24
63:3 80:16
**ERRATA** 96:1
**ESQ** 3:6,13,14,21
**essentially** 21:12
60:17
**establish** 31:19
**established** 32:7
**estimate** 8:16,18,22
9:5 12:14
**evening** 86:20,21
**events** 8:14 9:23
**exact** 24:25 32:22
39:9 40:15 53:3
**exactly** 43:3 44:16
56:24 58:1 68:22
**EXAMINATION**
4:4,5 5:3 83:25
**example** 6:2
**Excel** 66:1,14
**excuse** 7:2 55:10
76:19
**Executed** 95:21
**exhibit** 4:11,13,14
4:15,16 54:11
60:13,20,21 63:22
63:23 66:17 67:5
67:24 68:2,4
**exhibits** 4:9 54:7

**expected** 16:16
**expenses** 75:16
**experience** 11:10
**EXPIRES** 96:24
**explain** 5:14 8:22
56:3
**express** 61:6
**extra** 54:13
**extremely** 6:20 8:9

**F**

**fact** 31:19 81:3
**fair** 15:17 17:17
18:24,25 22:4
23:13 26:6 32:25
33:6 35:8 39:13
43:23 59:15 69:16
**familiar** 31:22 32:3
32:5 67:1,4,6 71:6
**family** 28:23 86:10
86:13
**far** 61:25 85:14
**Farheena** 3:21
54:14 60:14 83:20
84:2
**fast** 7:4,5
**father** 15:4,11,18
15:20
**feature** 56:1,2 88:2
**February** 39:4,5,19
44:13 51:25 52:10
61:9,11,13 68:25
69:2,11,12 89:25
**Federer** 18:12,21
18:22
**feel** 10:11
**figure** 58:16,17
60:7
**figured** 39:24
**fill** 31:2
**filled** 49:11,11
**finally** 39:25
**find** 53:21 55:15
78:5 81:23 82:11
82:13 87:7 88:7
**fine** 18:24 30:24
31:1 68:10 83:24
93:1,23

**finish** 7:7
**fire** 83:3,5
**first** 10:20 13:3 14:2,3 32:23 40:9 44:10 51:15,20 54:8,13 61:8 63:25 68:22 79:15 79:16,24 81:20,21 82:1 83:3,8 87:3 87:17 88:14 89:24 90:1,9,10 95:5
**fit** 7:23
**five** 31:3 76:4,5 83:23
**Floor** 2:3
**focus** 20:2,2
**follow** 18:8 91:13
**follows** 5:2
**foregoing** 95:5,12 95:18
**forget** 17:21
**forgot** 32:18 82:9
**found** 87:3,8
**four** 12:6,16 15:1 40:7
**fourth** 17:11
**frame** 38:25
**Francisco** 3:23
**Franklin** 16:25 17:4,10,13 32:15 32:16,20,23 33:7 33:10 40:19,21
**freaking** 75:25
**friend** 89:7
**friend's** 86:8
**friends** 19:12 26:21 27:25 28:19,22 34:16 71:22,24 86:5 89:5
**front** 6:12,13
**full** 5:6 14:10,13 23:9 95:12
**funny** 16:12 19:7
**further** 95:16
**fuzzy** 40:11

**G**

**Game** 21:2,13
**games** 21:21,23,25 22:1,2,2,5 34:16 86:4
**GC** 3:18
**general** 37:9
**Generally** 21:20
**getting** 22:13,20 36:25 37:1,5,16 38:20,22 40:8,9 40:10,12,24 43:9 44:10,12 46:8,24 55:7 57:8 75:8 76:3 77:3,7 79:3 81:16 87:4,17,22 89:8
**give** 6:2 8:10 9:16 10:5 17:25 21:3 21:11 32:22 36:18 54:9,13 55:22 93:24
**given** 88:3
**gives** 55:23,23,24 55:24
**go** 5:13,16 11:7 16:23 17:4,7 28:17 31:5 32:15 34:15,17 41:17 54:6,8 56:16 62:15 63:21 70:16 83:19,22,24
**goes** 16:25 67:14
**going** 5:13,15,15 7:20 9:23 10:21 10:22 16:22,23 17:11 25:7 27:25 33:7 40:17 45:23 51:12 58:21 62:23 68:6 73:15 83:19 83:20 93:24
**golden** 18:1
**good** 5:4 11:4,9 14:12 19:14,15,19 31:4 38:4
**gotten** 39:13 77:5
**grade** 16:20 17:2 17:11,14
**grades** 17:7 19:15 19:17 20:1
**grandma** 21:9
**Granite** 12:13 15:7 15:7,18 17:19 33:3
**great** 11:1 16:15 17:22 61:2 91:12
**greatly** 6:24
**ground** 5:14
**grounded** 29:8,10
**grow** 17:23
**guardian** 1:5
**guess** 8:17,18,23 50:8,9 51:8 79:13 82:4,7 83:12 87:7
**guessing** 9:2
**guidance** 88:25 89:2
**guy** 79:15
**guys** 86:6,18 93:5

**H**

**HABIB** 3:21 4:5 12:11 39:24 67:19 67:22 80:12,15,18 80:23 83:22,25 84:1 90:8,24 91:8 91:12,15 94:6
**half** 18:7 33:1 35:1 35:6 52:11 85:23 85:24 86:14
**hang** 34:16 74:5 86:5,6
**happen** 40:6,6
**happened** 8:14 9:24,25 41:11 47:22 50:25 51:17 70:5 74:3,18,21 75:2 79:24 80:3 81:4 82:17
**happening** 51:19
**happens** 51:12
**hard** 21:17 32:22 35:5 39:4 46:21 51:16
**hate** 28:10
**head** 6:21,23 7:15 8:8 13:13 15:9 26:21 32:6 35:3 88:17
**heading** 42:2
**hear** 10:23 37:8,10 37:19 41:9,15 42:12 73:20
**heard** 36:4,6 41:12 41:13,25 42:5 47:25 63:17 71:10 71:13,16,16 72:4 73:21
**help** 5:15 52:21 58:22 59:11
**hire** 52:6,7,10 79:21 81:19 82:1 82:6,14
**hired** 83:10,12
**Hmm** 9:19
**hockey** 19:4,5,9
**hold** 64:4 68:9
**home** 27:24 34:15 85:3
**homeroom** 19:19
**homework** 6:4,4,5 6:8 34:15 85:15 85:17,18,22 86:2
**honestly** 12:7 29:7 36:5 71:10 82:24 87:14
**hooked** 21:18 22:15
**hope** 14:23
**hopefully** 20:1
**horizontal** 67:20
**hot** 86:5
**hour** 85:23,24 86:14
**hours** 10:8 35:1
**house** 8:24,25 9:5 12:8 13:3,3 23:18 32:24 85:11,14 86:6,8
**HUIE** 3:20
**hundred** 49:17,21 73:12
**hundreds** 36:4
**hung** 47:25 70:8,10

**I**

**I.D** 38:2,5 53:4,5,6 53:8,19 55:17 56:7,9,16 61:17 62:2
**idea** 20:13,15 24:14 26:5 75:2
**IDENTIFICATI...** 54:11 60:21 63:23 68:4
**immediately** 37:21
**important** 5:21 6:11,16,20 8:9 19:1,2 31:13,15 50:24 70:24 71:1
**impressed** 28:17,18
**included** 30:15
**inconveniences** 75:18
**incurred** 75:16
**INDEX** 4:1,9
**infant** 1:5
**informal** 6:17
**information** 55:22 78:11,17 80:9 91:18,19
**inside** 33:12 86:8
**installed** 86:25
**instances** 47:22 48:14
**interested** 95:19
**internet** 27:19 28:14
**interrogatories** 4:14 60:16,17
**Interrogatory** 60:24 62:15
**involved** 16:9 29:23 30:9
**issue** 58:10 76:17 76:18 77:1

**J**

**James** 14:18
**jargon** 10:1 60:17
**Job** 1:25
**JOHN** 1:9
**Joshua** 14:18
**journals** 76:13,14

**judge** 6:12
**July** 1:17 2:2 95:21
96:3
**jump** 65:18

**K**

**K** 2:2 16:25 17:1
**K10** 28:11
**KAMINSKI** 3:14
50:4 68:9,11
76:19 80:17 81:3
81:6 92:24 93:7
**keep** 34:7 41:19,20
41:21 50:13,16
86:15
**kept** 36:20 38:1
46:8 49:1 57:19
75:7 76:3,4
**Kevin** 79:15
**kid** 16:15 45:5
**kidding** 11:21
**kind** 5:14 21:17
32:5 35:5 39:4
51:16 58:21 74:12
74:13 75:25 77:4
77:23 81:16,22
**knew** 42:19,20 43:1
55:15
**know** 6:8 7:5,11,13
8:17,20 9:12
10:20,21 11:6,7,8
11:9 12:7 13:4,20
14:12 17:24 18:2
18:8,21,22,23
19:24,25,25 21:8
21:10 22:14,15,20
23:3,9,10,13 24:6
24:13,18,24,25
25:1,4,7,8,11,15
25:16 26:3,15
28:9 29:7,23,25
30:1 32:1,4 35:20
36:5 37:16 38:7
40:24 41:4 42:3
42:16,16 43:13,15
45:4,6,19,19,21
47:3 48:20,23
52:5,13 53:3,7

54:7 55:4,7,13
56:8,21,21,25
58:2,21,23 59:23
60:16,18 61:11,14
61:25 64:23,24
65:1,2,7,7,8,10,13
65:14 68:22 69:9
69:9 71:4,14,18
71:20,22,24,25
72:3,5,7,9,11 73:2
73:9 74:2 75:3,13
75:14 76:9 77:5,6
77:23 79:1,1,2,23
80:12,16,25 81:8
82:6,9,16,16,25
83:9,17 84:6,23
85:14,20 87:6
88:4 89:16 90:23
92:7,9 94:6,7
**knowing** 27:2
**knowledge** 63:12
**knows** 25:13 29:15
34:14 59:3

**L**

**L-e-m-o-s** 5:9
**lady** 6:18
**land** 77:8
**Lane** 12:19
**large** 37:7
**lastly** 59:25
**laughing** 77:22,22
**Laura** 1:24 2:4 7:2
7:3,20 92:15 93:7
95:23
**lawsuit** 29:24 30:21
31:21 50:14 51:7
**lawyer** 17:25 78:6
78:9,15 79:4,5,9
79:10,14,18,24
80:4,5 88:9,11
**lawyers** 79:22
82:11
**lazy** 27:24
**learned** 31:21
**leave** 48:17
**lecture** 20:5
**legal** 10:1,1 16:10

60:17
**Lemos** 1:6,16 2:6
5:1,8,8 11:13
14:11,14,18 20:7
20:11 45:2,3
94:14 96:4
**lesson** 84:25
**lessons** 84:16,18
**let's** 23:7 31:5
55:20 62:15 64:4
**letter** 35:12,13
**LG** 24:9 28:11,12
**lie** 5:22,25 6:6
31:16 71:2
**life** 13:2
**line** 70:13
**linked** 48:23
**list** 36:14
**listen** 7:10 8:10
27:13 73:13
**listened** 70:9
**listening** 45:16,20
**literally** 68:8
**litigation** 80:24
**little** 9:21 10:13,13
12:2 16:17 20:5,6
31:3 32:1 40:17
51:21 52:11 55:24
57:7,18 66:4,21
79:3 83:23 85:13
**live** 11:25 12:17,24
14:5 15:3,18 28:1
**lived** 12:5 13:1,4,5
13:6 15:11,15,20
33:3
**lives** 15:12
**living** 12:7,15
32:24
**Ln** 96:5
**log** 4:15,16 28:8
49:9,14,15,18,18
49:22,24 50:22
51:1,7,9 61:22
63:20 64:3,15
65:3,5,11,21 66:4
66:7,25 67:3,24
68:6,7,13,13 70:2
70:8 76:8 90:3,25

91:18
**logged** 61:21 76:11
**logging** 49:12
**logs** 36:8,8,9,11
37:20 38:7 52:17
52:20 56:20 61:12
61:12,15,17,18,19
66:10 67:12 76:12
76:13,14 77:14
**long** 12:5,7,24
13:16 18:4 19:6,7
34:25 84:25 86:12
**longer** 83:23 85:13
**look** 7:25 16:15
28:7,7 41:6 54:12
63:25 64:4 66:4,7
66:11,25 67:3,7
68:15 76:4 87:6
88:5 91:8
**looking** 48:9 66:5
72:25 73:8 76:6,8
77:13 87:10
**looks** 66:19 67:6,9
91:9
**Lori** 6:18
**Los** 3:16
**lose** 18:12
**lost** 73:5 81:23
**lot** 21:20 22:11,12
28:1 40:12 57:9
71:24 77:7 84:4
**lunch** 42:2
**lunchtime** 41:18

**M**

**mail** 35:15 48:18
49:3
**mails** 49:1
**main** 24:20
**makeup** 84:10
**making** 7:20 90:4
**male** 69:3,6
**man** 8:21
**March** 39:4,5 52:3
64:20 77:6
**Marcus** 3:5,6 11:4
18:12 19:1 30:11
30:15,18 31:5

50:3,5,10,13,16
50:18 52:4 59:3
59:14 62:23 63:5
63:14 64:2,6,9
65:18,21,25 66:4
66:7,9,13,18,23
69:23 70:12,16
74:20,24 78:25
79:11,11 80:2,6
80:10,14,20,25
81:4,8,14,18 90:7
90:23 91:7,10,13
92:13,18,23 93:4
93:17,23 94:2
**Mario** 22:1
**mark** 19:25 54:10
60:13,20 63:22
67:24 68:2
**MARKED** 54:11
60:21 63:23 68:4
**math** 19:21,22,23
**matters** 16:10
**mean** 23:25 26:8,25
27:18 46:23 65:7
65:17 70:13 75:9
80:3,7 82:6,13
89:16 92:8 93:2
**meaning** 61:10
**means** 52:5 54:17
58:18 59:12,17
63:10 85:21
**medical** 77:15
**medication** 77:19
77:25
**medications** 10:7
**meet** 6:19
**memory** 13:6 91:22
**mentioned** 30:5,6
39:8 75:1 79:16
**messages** 48:17
61:5
**MESSER** 3:12
**Metro** 25:10,11
36:12,16 38:9
52:20,22 78:7,11
78:17 79:8 80:1
82:3 86:24 90:16
92:8

**Microsoft** 65:24,25
**middle** 14:12 17:13 40:12 68:8
**mind** 12:3 31:25 66:18
**mine** 23:4,6 64:25 65:2,9 66:15 68:22 76:11
**minor** 44:8
**minute** 83:23
**minutes** 31:6 84:2 85:1,12
**misheard** 89:10
**missed** 41:7
**mistake** 39:17,21
**mom** 14:7 16:3,4 20:8 23:5 24:21 25:13,25 26:4,22 29:14 30:9 34:14 46:4,15 49:20 50:19 68:21 69:7 69:8 71:22 82:24 82:25 85:5 88:18 88:21,23 89:25 91:17
**mom's** 11:1 14:12 20:16,25 21:14 23:10,11 49:13 61:23 90:4 91:19
**Monday** 84:22
**money** 21:3,4,6,12
**Montalvo** 12:1,4
**month** 39:11,11,12 52:11
**months** 14:22
**morning** 5:4 77:3
**mother** 1:5 15:4,10 15:10,17,19 20:7 20:11 24:6 27:5 30:17
**mother's** 14:8 20:18 22:19 23:13 23:20 24:1,4 25:4
**move** 20:6 60:15
**moved** 13:2,2 17:17 17:18
**Moving** 17:16
**multiple** 38:12 44:6 44:7 62:14
**music** 27:13

**N**

**N.D** 1:9
**N.L** 1:5 96:2
**name** 5:4,6,7 6:18 11:17 14:8,10,12 14:13,13,17 25:8 26:3 44:14 53:3 56:8 59:19 71:4,6 71:10,13,17,18,20 71:25 72:3,4,5,7 72:10,10,11,12 73:1,4 79:15 82:8 82:8,10 84:2 96:2
**named** 71:22 95:18 95:19
**names** 11:12 29:23 73:10
**natural** 1:5
**necessary** 95:14
**need** 8:2 9:11 10:25 11:6,7 24:21 30:23 56:21 64:10 83:23 92:20 93:23
**nerve-racking** 11:8
**nervous** 10:13,21 10:22,25 11:6
**never** 5:11,12 9:1 16:11,12 17:21 19:24 35:10 38:14 43:23,25 53:18 57:3 60:10 61:25 71:16,16 89:18
**new** 13:2
**nickname** 11:16
**nicknames** 11:14
**Nintendo** 22:17
**NJ** 3:8
**Noah** 1:16 2:6 5:1,8 10:15,16 11:13,22 19:23 28:17 30:12 31:12 45:1,3 50:6 52:5 54:16 64:9 65:21 68:16,25 69:3,6 70:12,17 74:21 81:14 83:22 91:10 92:19 94:14 96:4
**Noah's** 66:10
**nodding** 6:22,23
**Nods** 7:15 8:8 15:9 35:3 88:17
**noise** 42:8
**Nope** 16:6
**Notary** 96:24
**note** 69:5,10,17
**notebook** 7:20,22 8:1
**notes** 16:5 47:5,10 83:19
**Notice** 2:1
**noticed** 37:25
**noticing** 36:19
**number** 13:12 22:19,23,24 23:2 23:4,6,19,20,22 23:23 24:1,4,20 24:21 25:8,17,18 25:22 26:16 28:8 28:9 31:20,20,21 31:22 32:1,3,8,9 32:10,11,11 34:10 37:20 38:3,8 39:10,10 40:18 41:10 48:11,13,15 48:22,23 51:23 53:10,14,14,23 55:23 56:4,17,19 57:4,5,12 58:10 58:19 59:1 60:7 61:8 62:9,12,13 72:15,16,22 79:6 80:1 82:3 88:3 90:13
**numbers** 23:8 25:5 29:21 38:12,14 44:6 49:1 51:5 53:12,18 62:14 88:11

**O**

**object** 62:23
**Objection** 69:23 74:20 80:2,6
**obviously** 30:13 84:4
**occasions** 40:6,7,7 42:12
**oh** 19:7,20 24:8 36:22 58:18 90:11
**okay** 5:12,12,16,17 5:21,24 6:2,8,16 6:25 7:1,8,14,17 7:25 8:4,9,13,20 8:23 9:10,13,14 9:20,22 10:2,4,7 10:11 11:3,8,10 11:11,18,21,24 12:5,9,17 13:6,11 13:14,19 14:5,8 15:1,3,10,17,23 16:1,4,9,15,18,20 17:10,10,15,15,17 17:25 18:1,6,11 18:16,17 19:7,11 19:14,14,17,20 20:5,9,9,15,18 21:6 22:4,7,10,18 22:22 23:19,25,25 23:25 24:4,17,20 24:23 25:2,7,11 25:14,14,22,24 26:6,15,18 27:12 27:18 29:4,12 30:23 31:2,5,8,24 32:9,12,13,25 34:17,19 35:4,15 36:16 39:23 41:9 41:15 42:10 44:1 46:7 48:1,11 49:9 49:24 50:18,22 51:24 52:9,16,25 53:21 54:2,5,17 54:25 55:2 56:10 56:13 58:5,7,12 59:5,8,19,22,25 59:25 60:5,19,23 61:1,10 62:15 63:17,19,22 64:6 64:7 65:3 66:12 66:16,25 67:3,9 67:11,17,22,23,25 68:2,24,24 69:2,5 69:16 71:8,12 73:11,12,13,15,16 73:19,20,22 74:8 74:10,18,18 75:4 75:11 76:6 77:25 78:5,9,15 79:4,7 79:10,14,21,24 82:5,11 83:10,22 84:11,14 85:5,10 85:15,20,24 86:2 86:6,9,15,18,21 87:17,21 88:2,14 88:18,24 89:10,23 90:3,11,24 91:1,5 91:12,15,18 92:4 92:10,11
**old** 14:19 32:24
**older** 11:10 14:21 15:2
**once** 29:1,19,20 36:1 45:10 84:11 84:18,20
**one's** 67:20
**ones** 24:9,16
**oOo** 1:4 2:8 3:25 4:7,19
**open** 73:12
**opportunity** 7:22 95:14
**order** 53:21
**ordering** 93:18 94:4
**original** 92:15
**outcome** 95:19
**outside** 34:8 41:17 41:23 42:1 63:5 86:6,7
**owe** 44:25 45:5,23 70:11 75:9,20,22
**owed** 44:20,21,24 45:23,25

**P**

**p.m** 35:2 94:9
**PAGE** 4:3,11
**paid** 59:17
**parents** 13:3,3 23:3

23:8 28:2,20,21 28:24 30:7,8 59:7 75:14 85:4 87:20
**Park** 3:8
**part** 23:5 31:25 32:2 68:22 74:3 75:2 81:11
**particular** 13:23
**parties** 95:17
**patients** 88:12
**paused** 71:8
**pay** 56:23 57:2 59:13,18
**paying** 59:23
**pays** 25:24 59:6
**PCS** 25:10,11 36:12,16 38:9 52:20,22 78:7,11 78:18 79:8 80:1 82:3 86:24 90:16 92:8
**peak** 37:3,4 38:18 38:19 39:1,2 40:5
**people** 27:14 42:17 44:7
**Perfect** 7:19
**period** 17:18 40:25
**permission** 20:20
**person** 7:6 44:16 45:11 48:9 49:5 50:12 51:4 55:6 55:18 56:25 71:4 71:18,20,25 72:3 73:1,8 78:23 95:10
**personal** 25:18
**personally** 2:5 60:11
**Pg** 96:5
**phone** 13:14,16 22:18,22,23 23:2 23:3,5,8,14,18,18 23:20 24:4,10,23 24:24,25 25:1,4,8 25:17,18,22,24 26:1,3,7,12,13,13 26:15,19,22,23,24 27:3,3,5,7,9,12,22 28:4,6,10,12,25 29:12,16,21 30:4 30:7 31:19,20 32:1,8,10 33:11 33:17,24 34:1,10 35:9,10 36:21,22 37:8,10,24 38:6,8 39:10,22 40:22 41:6,10,13,15,20 41:22,25 42:3,5 42:12,21 43:14,16 43:20,24,25 46:9 47:23 48:2,15,16 52:17,23 53:1,17 54:3,23 56:11,14 56:20 58:10,24 59:1,12,16,18,20 61:6,18 62:10 72:15,22 73:1 85:25 86:15,25 87:2,10,11,22 88:2,18 89:12,18 90:13 91:2
**phone's** 77:10
**phones** 13:25 24:7 24:15,17
**photos** 91:3
**phrase** 52:5
**physically** 41:9
**pick** 14:23 36:22 85:4 87:12
**picked** 43:9,17,20 47:24
**picking** 15:2 38:1
**pictures** 90:18
**piss** 76:1,2
**pissed** 76:14,17
**place** 61:9 95:8
**placed** 62:19
**plaintiff** 1:7 3:3 61:7 62:19 93:12 93:13
**plaintiff's** 93:11,14
**plaintiffs** 61:5
**plan** 25:12
**platforming** 22:1
**play** 18:2,3,15,16 19:3,3,12,13 22:4 34:16 73:11,15,16 73:19,22 74:7 84:6,8,11,15 86:4
**played** 18:4 74:19
**playing** 19:9 20:1 35:4,6 73:18,25 74:9
**please** 5:6,7 6:23 7:6,10 8:16 14:10 14:13 54:18 56:2 58:8 60:2 61:2 62:18 63:22 76:24 78:12,13 81:24
**pocket** 37:19
**point** 7:19 66:24
**Pony** 12:19 13:9 15:20 17:18,21
**posed** 70:14
**pourer** 11:4
**power** 89:12,22
**powered** 89:18
**practice** 34:17,21 34:25 35:9
**pre-recorded** 61:5
**precisely** 43:4
**predictive** 62:20
**prepare** 15:23 16:5
**preschool** 17:9
**prescribed** 77:25
**prescription** 78:1
**present** 32:17
**pretty** 13:1,19 19:15 77:4
**previous** 80:10
**printed** 66:14
**privilege** 50:11 62:24 80:6,8,22
**privileged** 30:13 50:9,23 51:13 63:2 80:9,11,24
**probably** 18:7 27:24 39:21 59:7 65:9 75:3
**problem** 57:20
**problems** 75:24
**process** 5:16
**produced** 63:21 64:14 90:22
**program** 65:22,24
**promised** 5:18
**pros** 18:20
**protected** 11:1
**protectors** 22:16
**provide** 62:9
**provider** 77:16
**provides** 25:9
**Public** 96:24
**purchase** 20:25 21:21 77:19
**purchased** 21:20
**purposes** 80:24
**pursuant** 2:1
**put** 34:1 40:14 67:7 69:9 79:6,25 82:2
**putting** 64:25 65:16

**Q**

**quantity** 37:7
**question** 6:24 7:7,7 7:10,12,13,13,16 16:12 32:19 38:4 43:3 58:21,22 60:18,19 62:25 68:8 70:14 73:5 76:23 77:1,24 78:15,22 81:1,15 81:25 93:7
**questioning** 70:13
**questions** 8:10,13 9:23 63:22 68:7 73:16 81:11,12,13 84:4,4 92:11,13
**quite** 46:13 75:7

**R**

**rack** 34:8 41:23
**raging** 46:25
**Ranch** 17:6,8
**random** 37:6 38:22 53:17
**range** 13:20
**reach** 24:21
**reached** 52:13 79:14,16,25 88:10
**read** 54:18 58:8 60:2 61:1 62:18 76:25 78:14 95:14 96:5
**reads** 96:5
**real** 55:5,18
**realized** 57:19
**really** 13:7 17:24 28:2 40:10,14 45:13,16 47:2 54:1 58:4 61:25 64:21,21 65:24 70:7 81:22 82:16 82:16 85:13 86:19 89:22
**reason** 9:15 10:4 13:22 75:10 90:17 96:5
**recap** 45:1
**receipt** 93:15
**receive** 28:4 48:25 49:5 93:21
**received** 30:2 35:22 37:3 40:4 53:8 62:2 69:18 76:10
**receives** 93:13
**receiving** 37:4,12 37:13,22 39:18 40:2,5 51:24 52:9 57:16
**recess** 31:9 70:19 76:21 93:9
**record** 11:5 30:12 31:8,12 49:25 54:15 60:22 68:5 70:21 74:7,20 76:7,19,25 77:12 78:14 92:15 93:8 94:8 95:13
**recorded** 64:12 88:10
**recording** 73:11,14 74:3 78:7
**recordings** 47:8
**records** 36:13,13 47:5,10 50:13,16 66:19
**redirect** 35:23
**redirected** 30:4
**refer** 20:8 32:8

**referred** 32:9
**referring** 32:10,12 36:11 39:1 61:16
**regarding** 22:19 72:15 80:9
**regular** 56:20 61:18 85:21
**remember** 8:15 13:7,21,22 20:21 22:23,25 23:1 25:17 29:2,8,11 32:23 36:10 39:9 39:11 40:8,11 42:7,14 43:4,11 43:22 44:14,17 45:14,22 46:13,14 47:2 49:4,7 52:15 54:1 56:24 58:1 62:6,11 64:21,25 65:15,22,24 66:2 67:15,23 70:7 71:17 73:9 74:6 74:15,16,22,23 82:8,18,19 84:7 87:14 88:1,8,11 88:21 89:22,24 91:13 92:4
**REMEMBERED** 2:1
**remind** 70:23
**reminded** 32:4
**repeat** 76:23 78:12 78:13 81:24
**rephrase** 7:13 24:1 26:11 40:3 58:20 78:20
**report** 36:13 56:1,2 56:4 57:5 79:8
**reported** 1:24 51:3 51:4,5,22 57:4,10 57:12 78:10,17 82:2 90:12 95:10
**reporter** 2:4 6:17 7:2 54:10 76:25 78:14 93:18 94:4 95:4
**represent** 83:7
**represents** 79:5,18
**request** 54:9,17,19 59:9 95:14
**Requests** 4:13
**residential** 11:24
**response** 4:13,14 54:25 58:12 60:3 60:16 61:2,3 62:18,22 63:4,6 63:13
**responses** 54:9
**restroom** 31:7 70:12,16
**result** 77:16,19 78:1
**retain** 51:14 52:4 80:23,25 81:2,7
**retained** 51:2,9,18 52:3 80:13 81:8
**retaining** 80:21
**return** 93:14
**review** 7:22 15:23 64:10 92:20 93:14
**RFA** 54:17,18 58:5
**RFAs** 59:25
**ridiculous** 76:5
**right** 6:9 7:9,18,19 9:2,3,6,7,10,15 10:19,20,24 11:18 13:11 16:16 18:8 18:9,24 19:2,2,23 19:23 20:6,21 21:11,11 22:8 28:15,15 30:18 31:11 35:11 43:12 54:6 57:22 58:24 59:14 60:15,15 61:3 62:17 63:14 63:19 65:8 66:23 68:12,17 70:18 73:11,17 78:5 79:11 80:14 83:18 85:25 86:16 87:10 89:13 93:17,25
**ring** 37:8,10 41:13 41:15 42:13 71:8
**ringing** 41:10 42:1 42:8
**rings** 71:15
**RMR** 1:24
**robo** 92:1,4,7
**robocaller** 55:3,4 55:13,16,18,25 57:21
**robocalls** 55:12 91:24
**Rocklin** 12:21,23 12:24
**Rockwin** 12:22
**Roger** 18:12,21,22
**room** 8:24,25 9:1,4 9:6
**roughly** 15:19
**rule** 32:14 33:10
**rules** 5:14 89:17
**run** 70:16 80:22
**running** 89:15

**S**

**Sacramento** 1:3 2:3
**safe** 37:23 40:17
**Samsung** 24:9 25:1
**San** 3:23
**Sandra** 1:5 14:9,11 20:7,8,11
**saying** 6:20 7:3 44:17 81:6 89:8
**says** 28:8 68:16,16 68:25 69:2,6 70:2
**scam** 28:8 38:13 53:16 55:25
**scare** 18:1
**school** 16:21,24 17:4 19:15 20:1,3 29:12,14,16,18 32:14,16,21 33:7 33:10,13,15,21 34:4,5,13,17 37:18,21 40:19,21 41:2,3,12,16 42:19,20 43:12,20 43:24,25 77:8,9 85:2,9,10,22 88:25 89:1,11,19
**schools** 17:15
**science** 19:21,22
**screen** 22:16 56:10 87:11
**screenshot** 62:4,8 90:15 91:2,16
**screenshots** 62:1 90:18
**second** 12:8 65:19 68:9 76:20
**see** 7:23 18:12,18 18:20 37:24 41:7 56:16,23 66:19 68:16,24 69:2 70:1 73:15 77:15
**seen** 9:1,6 36:8 77:15 92:6,6
**send** 91:11 92:15 92:21,22 94:2
**sending** 21:9 93:25
**sense** 28:13 38:25 51:6 82:6,13 83:12
**separate** 40:6,7,7
**service** 25:9,24 27:19 59:6
**SERVICES** 3:18
**session** 33:14,15
**setting** 6:17
**seven** 85:13
**seventh** 16:22,23 17:12
**shaking** 6:21,22
**shaky** 10:14
**share** 26:8
**she'll** 21:11,12
**SHEET** 96:1
**Shooter** 22:2
**shop** 22:11
**Shorthand** 2:4 95:3
**show** 27:14 56:10 56:18 66:9
**showed** 66:13
**side** 45:11
**sight** 27:4
**sign** 92:20
**SIGNATURE** 96:19
**signed** 93:14
**similar** 66:7
**Simone** 14:11
**sister** 14:15
**sit** 91:22
**sitting** 6:11 11:8 79:11
**sixth** 16:21 17:1,11
**size** 8:25 9:4,5
**skate** 19:13
**slowed** 38:22
**slower** 12:2
**slowing** 40:13
**smart** 8:20 28:12 28:13
**snack** 34:15
**sneezed** 74:4 75:3
**soliciting** 80:15
**somebody** 26:22 50:16 55:16 73:3 73:4
**somewhat** 46:22 67:6 90:1
**soon** 37:25
**sooner** 93:2,6
**sorry** 21:2 32:18,18 73:4 81:24 89:23 92:9
**sought** 50:25
**sound** 31:22 71:6 74:10
**sounded** 32:3
**sounds** 51:1 74:2,2
**spam** 42:17
**speak** 16:2
**special** 53:15
**specific** 13:19
**specifically** 51:7 62:8
**specified** 92:3
**specify** 28:9 55:17
**spell** 5:6
**spelled** 5:8
**spend** 85:22 86:12
**spoke** 69:3,6
**sports** 18:2 19:3
**Spotted** 12:19 13:9 15:20 17:18,21
**star** 18:1
**start** 34:21 35:4

44:12
**started** 36:19 40:13 43:9 51:19,21 52:9 57:8,16 87:4 87:17,22 90:4
**starting** 46:22
**state** 5:6 95:4
**stated** 41:20 61:12 83:10 95:9
**STATES** 1:1
**stop** 20:6 36:20 44:4 45:9,17 46:20 52:14 87:8 87:12
**stopped** 19:9 46:23 47:2,3
**story** 6:10,12 9:22 9:25 10:2,5,23
**straight** 76:11
**street** 2:3 3:22 28:1
**strike** 25:15 36:25 37:11 38:4 55:10 65:4 83:6
**strong** 19:24
**stuff** 20:24 21:20
**subscribe** 95:15
**SUBSCRIBED** 96:20
**subscriber** 58:9,18 58:23 59:1,4,5,12 59:16
**subscribers** 59:24
**sucking** 19:22
**suffered** 75:5,23
**suit** 11:9 19:24
**Sunset** 17:6,7
**sure** 7:11 11:15 13:1 29:15 30:25 31:12 32:20 34:14 40:4 55:21 65:5 65:20 70:15 73:7 78:13 82:1 85:7 91:7,10 92:11 93:4
**sweet** 6:18
**swim** 86:4
**switch** 17:15 22:17
**sworn** 5:2 95:6
96:20
**synonymous** 9:24
**system** 30:4 35:24 48:3,10 54:23 57:25 58:3 60:12 62:20 63:9,17 78:7

**T**

**T-shirts** 21:19
**table** 8:24,25 9:1,4 9:6 86:16
**take** 9:11,12 11:6 27:10 29:12,13,13 31:3,5 50:4,5 62:1 63:24 64:4,10 70:22 90:15,18,18 91:8,16
**taken** 5:10,13 10:7 26:22 29:9 95:8
**talk** 26:23 51:22 87:18 89:2,5,7
**talked** 63:2 88:12 88:13,14
**talking** 19:18 90:3
**TCPA** 54:24
**teacher** 6:3,5 42:10 89:21,21
**telemarketers** 55:5
**telephone** 13:11 25:9,9 44:1 54:23 57:24 58:2
**tell** 5:18 6:16 31:13 44:9 45:8 46:4,10 57:21,24 70:24 87:15,21,24 90:5 91:15
**telling** 6:10,12 30:3 46:8
**tennis** 18:3,4,14 19:3 20:2 34:17 34:21,25 35:4,9 35:10 84:6
**tenor** 80:18
**testified** 5:2 57:15
**testify** 10:12 95:6
**testimony** 8:11 9:16,18,22,24,25
10:5,9 95:9,13
**Thank** 9:10 31:18 68:11
**thereof** 2:2
**thing** 22:15 30:7 38:9 56:22 65:16 69:8 75:7
**things** 21:15,18 83:20
**think** 13:17 17:9 19:10,21 20:23 21:2,19 23:3,24 26:20,20,21 27:4 27:6,21 28:3,22 29:1,8,19 32:4 35:5 36:18,24 37:1,3,4,5 38:9,13 39:3,15,17 40:10 42:11 43:8,17 44:5,19 46:23,23 46:24 47:24 48:5 48:21,21 50:7 51:15 52:3 53:4 53:12,16,24,24 55:11 59:3 60:14 61:21 62:12 64:23 65:8,15 66:9 69:13 70:7,7 71:9 71:10,12,15 72:4 72:19 75:13 77:4 77:14 78:19,23 80:16,21 81:6 82:22,24 83:18,20 84:24 88:6 89:7 89:10,20 90:7,14 91:4,5 92:10,12
**thinking** 23:4 71:9
**third** 17:9,13 68:15 69:5
**Thirty** 93:1
**Thomas** 5:8
**thought** 44:20,21 87:12 89:11
**three** 12:6,6,15,16 15:19 33:4 40:6 43:17,18,19 47:18 48:6,14 53:12 70:3,5
**Thursday** 84:10
**Thursdays** 34:18 84:6
**tie** 11:9
**time** 7:6 9:12,24 17:18 19:6,7 22:16 28:24 29:8 33:19,21 34:21 36:9,19 38:25 40:18,25 41:5 42:18 45:17 50:4 50:5 51:4,6 59:4 62:6 64:10,10 65:16 66:10 73:23 74:7 77:11 81:25 84:23 85:22,25 86:18,19 87:3 92:24 95:8
**times** 27:16 30:5,6 35:19,25 36:2,3 36:14 37:20,21 40:1 42:14 43:13 43:15,18,19 45:8 48:4,6 58:10 67:7 70:10 77:7 84:9 89:24 92:7
**tiny** 49:12
**today** 5:5,15,19,22 6:11,19,20 7:4,21 8:11 9:16 10:5,9 10:12,14 15:24 18:13 20:5 31:13 31:16 70:24 71:2 78:10,16 79:5,12 79:19 91:22
**told** 6:4 44:4,5,7 45:17,17 50:16 52:19 62:12 63:6 87:22 89:21,24 91:23 92:1
**ton** 38:23
**top** 13:13 26:20 32:6 67:14
**total** 36:5
**touching** 62:24
**track** 73:5
**transcribed** 95:11
**transcript** 92:16
93:13,15,16,22 96:1
**treatment** 77:16
**trial** 8:6
**tried** 30:3 49:12 87:7
**tries** 27:10
**trips** 27:13
**trouble** 29:20 77:8
**true** 95:13
**truth** 5:19,25 6:17 31:13 70:24 95:6 95:6,7
**truthfully** 10:12 60:19
**try** 10:22
**trying** 21:19 23:3 23:23 38:25 45:18 50:7 51:6 58:16 58:16,17 71:9,14 72:21 73:3 78:19 78:23 81:23
**turn** 33:11 89:12
**turning** 27:20
**twice** 36:1 84:18
**two** 12:6,15 13:6 14:21 18:5 24:17 28:5 33:4 35:7 40:6 41:7 42:14 43:17,19 47:18,22 67:11 70:8
**type** 7:4,5 19:17 20:24 21:25 24:23 24:25 25:11 28:10
**typer** 7:5
**types** 7:21
**typewriting** 95:12
**typing** 6:19

**U**

**uh** 19:25 53:14 79:16
**Uh-huh** 13:10 15:16,22 22:9 25:23 80:17 84:17
**Uh-uh** 25:6
**uhm** 5:8,15 6:20,22 7:10,12,21 8:4,5,6

8:10,14,15,16,17 8:22 9:10 11:10 11:14,15 12:1,6,7 13:1,2,4,13,17 14:14 15:12 16:3 16:18 17:3,9,22 17:24 18:10 21:8 22:1 25:25 26:20 29:19,20 31:18,21 32:22 34:8,18,23 35:12,21,22 36:4 36:7,8,12,18 37:3 37:9,17 38:8,17 38:20 39:3,18 40:8,9,11 41:1,11 42:7,16,18 43:1,9 43:17 44:4 45:13 46:11,13 47:1,10 48:2,2,5,13,21,25 49:1,7,11,16,17 50:3,15,21,24 51:14,20,21 52:18 54:4,6,7,7,8,9 55:3,9,23,24,25 56:18,19 57:7,7,9 58:4 60:1,20 61:18,20 62:15 64:18 65:7,11,24 69:14,22,25 70:8 71:20 73:5,13 75:16 76:12 77:4 78:5,22 79:15 84:9 85:1,4,5,12 85:16 86:1,4,7,9 87:2,4,20 90:6,17 91:5 92:1,11,14
**undersigned** 95:3
**understand** 5:18 5:21,24 6:6,9,13 7:12,23 8:7 9:8,18 10:2,15 31:13,15 52:7,21 70:13,23 71:1 78:22 80:14 81:14
**understanding** 55:21
**understands** 52:5
**understood** 7:17 52:6
**Unified** 62:20 63:9 63:17
**UNITED** 1:1
**unpaid** 72:15
**use** 10:1 11:17 21:12 26:6 27:12 27:13,14,15,16,18 28:13 29:16 31:6 33:13,17,23 35:8 35:10 48:12 59:13 59:18 66:16,23 67:4 70:12
**uses** 26:12
**usually** 28:5 29:13 29:13 30:7 34:15 41:17 86:3,17

**V**

**vague** 80:2
**vertical** 67:19
**vibrating** 42:6
**video** 21:23 22:5
**Vincent** 71:5,13,19 71:21,23 72:1 73:1,8 75:1
**viola** 84:15
**visa** 20:24
**voice** 48:18 49:1,3 74:1,11
**vs** 1:8 96:2

**W**

**Wade** 3:13 4:4 5:3 5:4,5 11:5 12:14 18:16 19:2 30:14 30:16,19 31:8,11 40:1 50:19 52:6 54:6,12,16 59:5 59:15 60:13,23 63:1,9,16,19,24 64:4,8,13 65:20 66:12,16,21,25 67:23 68:2,6,12 70:2,15,21 73:19 73:22 74:1,10,23 75:4 76:23 77:12 78:13,20 79:4 80:4,7 81:11,19 92:14,19 93:1,5 93:11,20 94:1,8
**Wait** 53:10
**walk** 31:5,6 56:13
**want** 8:21 10:23 16:16 17:22 18:1 20:6 30:11 31:2 31:12 32:15 39:8 40:16 47:13 54:6 54:8 55:21 56:21 60:15,18 61:14,15 63:1,20 64:9 65:10 66:9,16,18 66:24 72:17 73:11 73:13 78:20 81:8 84:3 93:20
**wanted** 49:25 51:22 58:22,23 63:21 68:7 70:1 84:6
**wants** 18:18
**Washington** 3:22
**wasn't** 40:10 72:16
**watch** 18:14,18,20 27:14
**water** 11:4 31:2
**way** 10:16 17:21 23:7 24:15 31:18 32:9 50:7 60:14 69:13 87:8 95:18
**we'll** 9:12,22 60:13 63:22 73:15 92:15 93:2,21
**we're** 5:14,15 6:19 7:3 8:23 11:8 25:7 31:11 60:18 62:24 70:21 80:16 92:12 94:8
**we've** 89:23 90:3
**Wednesday** 2:2
**week** 69:15 84:11 84:12,18,19,20
**weekend** 43:21 77:6
**weekends** 77:5
**weeks** 85:17
**weird** 56:22 77:23
**went** 17:10,13 32:23 40:14 42:4 42:4 46:23 47:24 61:25 87:9 90:7
**weren't** 45:3,16,19 45:20,25
**Wesy** 3:15
**Wilson** 72:3,5,8,10 72:12
**Wimbledon** 18:8,9
**windows** 73:12
**within-entitled** 95:7
**witness** 2:7 12:13 18:14 39:25 50:7 50:12,15,17 63:7 63:15 64:1,3,7,11 65:23 66:2,6,8,15 67:21 68:10 69:25 70:18 73:21 75:1 77:2 78:19 79:2 81:16 83:24 95:5 95:9,13
**word** 9:18 59:4 92:4
**work** 21:8 93:1
**works** 82:7
**world** 10:1
**wouldn't** 80:8,9
**wow** 19:5 89:8
**write** 35:11 69:10 76:16
**writing** 91:13
**written** 69:8
**wrong** 61:8
**wrote** 58:20 68:20 69:5

**X**

**Y**

**yeah** 12:16 13:8 20:4 22:6 23:15 23:15,17 24:11 27:20 28:2,13,16 29:15 30:7,10,24 31:1 33:2,5 34:24 37:25,25 39:20 41:8 46:14 49:23 50:5,12 51:20 53:6 56:18 57:10 57:23 64:2 67:21 68:1,10,19 74:14 82:9 83:12 84:13 85:8 86:23 88:15 89:9 90:1,1 92:10
**year** 16:21,22 17:14 29:6 33:1 39:5,5 46:22,24
**years** 8:14 12:6 14:21 15:19 18:5 18:7 19:8 33:4 35:6,7
**Yep** 16:19
**Yitzchak** 79:10 92:17
**young** 8:20,21,21 8:21 16:15
**youngest** 15:1

**Z**

**Zelman** 3:5 79:10

**0**

**07712** 3:8

**1**

**1** 23:12 24:1
**1-25** 1:9
**1-510** 24:22
**1:05** 70:20
**1:15** 76:21,22
**1:37** 93:9,10
**1:38** 94:9
**10** 14:20 37:5,13 38:21 40:2,5 60:1 84:1 85:12
**100** 36:9
**11** 1:17 2:2 96:3
**11:00** 41:18
**11:11** 2:2
**11:30** 41:18
**11:44** 31:9
**11:50** 41:18
**11:55** 31:10
**12** 10:8 16:25 19:8 22:8
**12-year-old** 22:7 22:10 45:5 46:2
**12:51** 70:19

**1215** 2:2
**130** 36:10
**143650** 1:25
**14th** 11:23
**15** 93:15,21
**17th** 2:3
**18** 14:22,23

**2**
**2:17-cv-01512-J...**
  1:8
**2:30** 33:20,23 34:11
  40:22
**20** 25:16 39:18
  52:12
**2006** 11:23
**2016** 13:18,20
  25:14,16,20 32:17
  32:25 33:7 39:7
  39:12,19
**2017** 39:21 44:13
  46:25 47:1 51:25
  52:3,10 61:9,11
  89:25
**2018** 1:17 2:2 46:24
  95:21 96:3,21
**20th** 64:20 77:6
**21st** 61:9,11,13
  68:25 69:2,11,12
**23rd** 95:21
**24/7** 27:16

**3**
**3:05** 84:24
**3:15** 84:24
**30** 52:12 92:21,24
**308** 31:25
**308-9847** 31:22
  32:4

**4**
**4** 60:24
**4:00** 34:24,24 35:2
**4:30** 34:23,24 35:2
**40** 85:1

**5**
**5** 37:5,13 38:21
  40:2,5 54:18

  85:12
**5:30** 35:2 86:21
**500** 3:22
**510** 23:12 24:2
**55** 4:13
**5901** 3:15

**6**
**6** 4:4
**6:00** 35:2
**61** 4:14
**6173** 1:24 95:23
**6252** 12:1,4,18 13:9
**64** 4:15
**69** 4:16

**7**
**7** 58:6 59:9
**7:30** 86:22
**701** 3:7
**708-9155** 23:12
  24:2

**8**
**8** 62:16
**8:00** 49:6,8
**8:30** 33:22,23 34:11
  40:22
**822** 12:19
**85** 4:5

**9**
**9:00** 77:7
**90045** 3:16
**915** 24:20
**9155** 23:19,23
**916** 31:22
**94111** 3:23
**9847** 32:8,11 39:10
  40:18 48:13,15
  58:10