IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>Defendants. | C.A. No. 2:17-cv-01512-JAM-DB<br><br>Hon. District Judge John A. Mendez<br><br>**DECLARATION OF DON HUDECEK** |

## DECLARATION

I, Don Hudecek, am a Senior Product Manager for Aspect Software, Inc. ("Aspect"). I am competent and authorized to provide the information contained herein, which is based on my own personal knowledge.

1. Aspect is a global leader in customer engagement solutions, including contact center technology.

2. In my role as Senior Product Manager, I am familiar with Aspect's products and, in particular, the outbound and dialing components of Aspect's contact center systems. One of Aspect's flagship contact center systems is called "Aspect® Unified IP®." Aspect® Unified IP® is a contact center system that supports both inbound and outbound engagement. Aspect® Unified IP® includes

a dialer component in order to support outbound engagement. Aspect® Unified IP® is primarily sold as a premised-based system, which means it is installed at our customers' premises on our customers' servers.

3. Aspect generally sells Unified IP® through "perpetual licenses." This means that customers buy agent licenses for an agreed-upon dollar amount and, once those license fees are paid, with certain limited exceptions, the customer has a right to use the number of purchased licenses from that point forward with no additional license fees. If Aspect customers wish to add licenses, they may purchase additional licenses at an agreed-upon price.

4. None of the versions of Aspect® Unified IP® that have ever been developed and sold by Aspect have the capacity to produce phone numbers using a random or sequential number generator. In other words, the Unified IP® dialers do not actually produce any telephone numbers. The only telephone numbers that these products can dial are those phone numbers provided by Aspect's customers and users of these products which they load into the products. They do so either by using one of several methods that Aspect provides to our customers or by manually typing the phone number into one of the product's user interfaces. Once the customer-provided phone numbers have been inputted into the Aspect® Unified IP® dialer, the product can dial the numbers according to the customer-defined and configured dialing rules.

5. Aspect® Unified IP®, if configured accordingly, does have the ability to automatically dial customer-provided telephone numbers. Unified IP® also has predictive dialer capabilities which means Unified IP®, through the use of system algorithms, can place the correct number of automatic calls in order to correspond to the number of contact center agents who are or will become available to speak with end users.

6. One of Aspect's most recent releases of its many next-generation customer contact solutions is a product that has outbound calling functionality called Aspect® Agent Initiated Contact™ ("AIC").

7. AIC has many features that assist customers with compliance with several requirements of the Telephone Consumer Protection Act ("TCPA") and associated rules issued by the Federal Communications Commission ("FCC"). Among other features, AIC removes all automatic dialing capabilities to provide heighted TCPA-compliance assistance to contact center customers. Contact center users of AIC must, therefore, have agents physically place the calls.

8. AIC also has no prerecorded voice capabilities.

9. In response to a subpoena issued to Aspect in the instant lawsuit, I reviewed the order management records for an Aspect customer, Granada Services Private, LTD d/b/a iEnergizer Holdings, Limited ("iEnergizer"). Based on this review, I noted that iEnergizer had purchased, at some point, licenses for Unified IP® versions 6.6, 6.7, and 7.3. These systems each have predictive dialer capabilities and the ability to automatically dial customer-provided telephone numbers.

10. Based on my review of iEnergizer's order management records, it does not appear that iEnergizer ever purchased an AIC system, the system described above which requires an agent to initiate the dialing of a phone number.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  5-24-2018

_____
DON HUDECEK

DECLARATION FROM ASPECT SOFTWARE, INC.