IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>Defendants. | C.A. No. 2:17-cv-01512-JAM-DB<br><br>**Hon. District Judge John A. Mendez**<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff N.L., an infant by his mother and natural guardian Sandra Lemos ("Plaintiff") has filed with the Court a Motion for Summary Judgment as to his TCPA claims,

**AND NOW**, this _____ day of _____, 20_____, upon consideration of the Motion, the papers submitted in Opposition by the Defendants, all of the pleadings and filings submitted in this case, and following oral argument held in this matter, and upon good cause shown,

It is hereby **ORDERED** that:

1. The Plaintiff's Motion is **GRANTED.**

2. The parties are directed to the Magistrate Judge to confer as to the next steps in this action.

1 | Dated:

_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE