# "Exhibit 2"

| cdseqnum | calltypeid | callstartdate | callenddate | user_id | account_num | dialednum | ani | service | table_id | agentdispid | switchdispid | talktime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56361132 | 1 | 2017-04-07 17:43:59.787 | 2017-04-07 17:44:52.863 | NULL | | NULL | 9163089847 | 99 | NULL | NULL | 1 | NULL |
| 105033208 | 1 | 2017-06-28 18:36:30.883 | 2017-06-28 18:37:38.147 | 220454 | | NULL | 9163089847 | 99 | NULL | 545 | 16 | 3 |
| 1598784084 | 2 | 2017-03-18 11:31:16.667 | 2017-03-18 11:32:21.540 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340096 | NULL | 10 | 0 |
| 1598821382 | 2 | 2017-03-18 12:53:24.903 | 2017-03-18 12:55:06.053 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340096 | NULL | 10 | 0 |
| 1598858974 | 2 | 2017-03-18 13:51:41.337 | 2017-03-18 13:52:33.753 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340096 | NULL | 10 | 0 |
| 1598893282 | 2 | 2017-03-18 14:46:54.420 | 2017-03-18 14:48:45.430 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340096 | NULL | 10 | 0 |
| 1598924484 | 2 | 2017-03-18 15:32:12.720 | 2017-03-18 15:33:48.463 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340096 | NULL | 3 | 0 |
| 1599050166 | 2 | 2017-03-19 11:25:11.657 | 2017-03-19 11:26:34.433 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340164 | NULL | 61 | 0 |
| 1599080910 | 2 | 2017-03-19 12:22:13.413 | 2017-03-19 12:24:02.690 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340164 | NULL | 61 | 0 |
| 1599118719 | 2 | 2017-03-19 13:22:46.243 | 2017-03-19 13:24:10.117 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340164 | NULL | 61 | 0 |
| 1599172393 | 2 | 2017-03-19 14:57:25.887 | 2017-03-19 14:58:40.047 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340164 | NULL | 10 | 0 |
| 1599213980 | 2 | 2017-03-19 16:15:27.553 | 2017-03-19 16:16:37.250 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340164 | NULL | 10 | 0 |
| 1599418846 | 2 | 2017-03-20 11:45:16.067 | 2017-03-20 11:47:11.957 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 10 | 0 |
| 1599471371 | 2 | 2017-03-20 13:35:40.667 | 2017-03-20 13:37:40.017 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 10 | 0 |
| 1599515992 | 2 | 2017-03-20 15:01:12.707 | 2017-03-20 15:03:07.360 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 10 | 0 |
| 1599575718 | 2 | 2017-03-20 16:53:55.597 | 2017-03-20 16:55:34.057 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 3 | 0 |
| 1599608119 | 2 | 2017-03-20 17:47:12.947 | 2017-03-20 17:49:12.313 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 10 | 0 |
| 1599676580 | 2 | 2017-03-20 21:26:24.187 | 2017-03-20 21:28:25.180 | NULL | COS29877338 | 9163089847 | NULL | 342 | 340285 | NULL | 10 | 0 |
| 45899031 | 2 | 2017-03-21 11:16:51.900 | 2017-03-21 11:17:55.927 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 45977989 | 2 | 2017-03-21 12:36:44.347 | 2017-03-21 12:38:05.070 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 46148458 | 2 | 2017-03-21 15:10:53.760 | 2017-03-21 15:11:49.707 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 46206355 | 2 | 2017-03-21 16:25:14.010 | 2017-03-21 16:26:02.247 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46246776 | 2 | 2017-03-21 17:30:31.630 | 2017-03-21 17:31:35.653 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46301799 | 2 | 2017-03-21 19:15:44.030 | 2017-03-21 19:16:58.160 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46329008 | 2 | 2017-03-21 20:06:27.047 | 2017-03-21 20:07:51.663 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46626061 | 2 | 2017-03-22 11:26:19.203 | 2017-03-22 11:27:31.007 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46678704 | 2 | 2017-03-22 12:23:40.927 | 2017-03-22 12:24:36.173 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46745962 | 2 | 2017-03-22 13:30:07.927 | 2017-03-22 13:31:15.627 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 46793331 | 2 | 2017-03-22 14:12:20.107 | 2017-03-22 14:13:48.820 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 46830053 | 2 | 2017-03-22 14:51:31.043 | 2017-03-22 14:52:45.713 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 10 | 0 |
| 47223341 | 2 | 2017-03-23 11:11:03.040 | 2017-03-23 11:12:02.250 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 47320778 | 2 | 2017-03-23 12:52:43.937 | 2017-03-23 12:54:15.857 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 47436334 | 2 | 2017-03-23 15:06:05.190 | 2017-03-23 15:07:27.950 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 47570009 | 2 | 2017-03-23 19:08:49.820 | 2017-03-23 19:11:19.187 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 47860518 | 2 | 2017-03-24 11:06:35.127 | 2017-03-24 11:07:35.920 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 47934475 | 2 | 2017-03-24 12:10:55.520 | 2017-03-24 12:12:07.280 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48010460 | 2 | 2017-03-24 13:14:00.303 | 2017-03-24 13:15:17.110 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48051331 | 2 | 2017-03-24 14:04:11.940 | 2017-03-24 14:05:58.663 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48105504 | 2 | 2017-03-24 15:10:34.687 | 2017-03-24 15:11:50.910 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48147611 | 2 | 2017-03-24 16:18:00.543 | 2017-03-24 16:19:24.957 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48195724 | 2 | 2017-03-24 18:30:21.083 | 2017-03-24 18:31:34.927 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48464430 | 2 | 2017-03-25 11:09:02.957 | 2017-03-25 11:10:16.507 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48522834 | 2 | 2017-03-25 12:03:09.757 | 2017-03-25 12:04:15.153 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48590319 | 2 | 2017-03-25 13:16:45.963 | 2017-03-25 13:17:58.837 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48644579 | 2 | 2017-03-25 14:25:54.297 | 2017-03-25 14:27:02.580 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48685062 | 2 | 2017-03-25 15:25:25.307 | 2017-03-25 15:26:38.237 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 48880173 | 2 | 2017-03-26 11:44:04.437 | 2017-03-26 11:45:10.677 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |
| 49035856 | 2 | 2017-03-26 15:05:26.080 | 2017-03-26 15:06:06.197 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 12 | 0 |
| 49117286 | 2 | 2017-03-26 16:46:55.250 | 2017-03-26 16:48:05.707 | NULL | 29877338 | 9163089847 | NULL | 472 | -2 | NULL | 3 | 0 |