# "Exhibit 3"

## Transcription of Telephonic Recording

**Re:**              *N.L. v. Credit One Bank, et al.,* iEnergizer Recording

**File Name:**       Mohit Bhogal

**Date of Recording:** February 22, 2017

**Duration:**        0.15

---

iEnergizer Rep: Hello?

N.L.: Who is this?

iEnergizer Rep: Uhm please note ma'am.  This call maybe monitored or recorded quality assurance.  Can I speak with Derrick Vincent?

N.L.: (Inaudible)

iEnergizer Rep: Hello?

(End of Call)