**"Exhibit 4"**

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 03/04/17 02:04 PM PST | 312859783 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 01:23 PM PST | 313545905 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 12:01 PM PST | 312779843 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 10:38 AM PST | 313154922 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/02/17 02:57 PM PST | 312744798 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/02/17 01:52 PM PST | 313510603 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/02/17 12:17 PM PST | 313480285 | ███████ 8983 | TPRI NML AMD No ID CH | |
| 03/02/17 09:37 AM PST | 311989467 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/01/17 12:42 PM PST | 313440084 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/01/17 11:36 AM PST | 313490316 | ███████ -8983 | TPRI NML AMD No ID CH | |
| 03/01/17 10:41 AM PST | 313510604 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/01/17 09:43 AM PST | 313490331 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 02:53 PM PST | 312659680 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/28/17 01:24 PM PST | 312829892 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 10:55 AM PST | 312369490 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 10:17 AM PST | 313530860 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/27/17 12:40 PM PST | 313305159 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/27/17 12:08 PM PST | 312939944 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/27/17 10:16 AM PST | 313285069 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/27/17 09:25 AM PST | 313505483 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000001

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 02/26/17 02:08 PM PST | 313054795 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/26/17 01:22 PM PST | 312609543 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/26/17 12:21 PM PST | 313074886 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/26/17 10:33 AM PST | 313530277 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/25/17 01:49 PM PST | 313505302 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/25/17 12:44 PM PST | 312894777 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/25/17 11:40 AM PST | 313305160 | OBH (916) 308-9847 | TPRI NA | |
| 02/25/17 10:47 AM PST | 313530860 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/25/17 09:52 AM PST | 312369490 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/24/17 02:46 PM PST | 312919781 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/24/17 01:39 PM PST | 313505284 | ▓▓▓▓▓▓▓7272 | TPRI NML AMD No ID CH | |
| 02/24/17 11:34 AM PST | 313480044 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/24/17 10:07 AM PST | 313545900 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/23/17 05:29 PM PST | 313505282 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/23/17 03:19 PM PST | 313490345 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/23/17 01:55 PM PST | 313425061 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/23/17 01:22 PM PST | 312894777 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/22/17 04:55 PM PST | 313124849 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/22/17 03:12 PM PST | 312779840 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/22/17 02:30 PM PST | 313515242 | OBH (916) 308-9847 | TPRI SPKW 3rd: NML | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000002

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 02/22/17 01:56 PM PST | 312979786 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/20/17 02:19 PM PST | 313200066 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/20/17 01:06 PM PST | 313510235 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/20/17 09:54 AM PST | 313530224 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 01/12/17 02:47 PM PST | 312514528 | Work Case History | End Call - RCLOSED | |
| 01/12/17 02:45 PM PST | 312514528 | IBH | CCI SPKW PRI PTP DC on 01/12/2017 - RCLOSED | 29 |
| 01/12/17 02:45 PM PST | 312514528 | Work Case History | PTP - RCLOSED | |
| 01/12/17 02:45 PM PST | 312514528 | Work Case History | ACH Payment - RCLOSED | |
| 01/12/17 12:00 AM PST | | MEMO | PYMT AM: 38 PAYMENT NOT FLOATED DATE 20170111 | |
| 12/05/16 12:00 AM PST | | MEMO | PYMT AM: 29 PAYMENT NOT FLOATED DATE 20161205 | |
| 11/13/16 11:16 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 11/13/16 11:16 AM PST | 1 | Work Case History | Authorized User Fee - RCLOSED | |
| 11/13/16 12:00 AM PST | | MEMO | PYMT AM: 38 PAYMENT NOT FLOATED DATE 20161113 | |
| 11/12/16 11:56 AM PST | 312659748 | Work Case History | End Call - RCLOSED | |
| 11/12/16 11:55 AM PST | 312659748 | IBH | CCI SPKW PRI PTP DC on 11/12/2016 - RCLOSED | 29 |
| 11/12/16 11:55 AM PST | 312659748 | Work Case History | ACH Payment - RCLOSED | |
| 11/12/16 11:55 AM PST | 312659748 | Work Case History | PTP - RCLOSED | |
| 10/11/16 12:00 AM PST | | MEMO | PYMT AM: 39 PAYMENT NOT FLOATED DATE 20161011 | |
| 10/09/16 12:00 AM PST | | MEMO | MQ602LK NM-028 NEW REASON CODE = 59OLD REASON CODE = 00 | |
| 10/09/16 12:00 AM PST | | MEMO | MQ602LK NM-016 = A; PREV STATUS = | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000003

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 10/08/16 11:36 PM PST | 313004802 | Work Case History | End Call - RCLOSED | |
| 10/08/16 11:34 PM PST | 313004802 | Work Case History | Acct Status - RCLOSED | |
| 10/08/16 11:34 PM PST | 313004802 | Work Case History | Reissue - RCLOSED | |
| 09/11/16 12:00 AM PST | | MEMO | PYMT AM: 35 PAYMENT NOT FLOATED DATE 20160911 | |
| 08/31/16 12:00 AM PST | | MEMO | AUTONM NM-028 NEW REASON CODE = 95OLD REASON CODE = 00 | |
| 08/27/16 09:01 AM PST | 313485242 | Work Case History | End Call - RCLOSED | |
| 08/10/16 12:00 AM PST | | MEMO | MQ60V89 NM-042 PIN MAILER REQUESTED | |
| 08/09/16 09:06 PM PST | 47 | Work Case History | Reissue - RCLOSED | |
| 08/09/16 02:27 PM PST | 312369531 | Work Case History | End Call - RCLOSED | |
| 08/09/16 02:26 PM PST | 312369531 | Work Case History | Cardholder Info - RCLOSED | |
| 08/09/16 02:26 PM PST | 312369531 | Work Case History | CLI System - SYSAPPROVED | |
| 08/09/16 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | |
| 08/09/16 12:00 AM PST | | MEMO | *MQ604BU NM-009 = 0000000000550 ; OLD LINE = 0000000000400 | |
| 08/08/16 08:13 PM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | |
| 08/05/16 12:00 AM PST | | MEMO | PYMT AM: 42 PAYMENT NOT FLOATED DATE 20160805 | |
| 07/08/16 12:00 AM PST | | MEMO | PYMT AM: 38 PAYMENT NOT FLOATED DATE 20160708 | |
| 06/09/16 12:00 AM PST | | MEMO | PYMT AM: 68 PAYMENT NOT FLOATED DATE 20160609 | |
| 06/08/16 01:55 PM PST | 313134838 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 05/28/16 01:10 PM PST | 313074928 | OBH (916) 308-9847 | TPRI DEAD AIR | |
| 05/26/16 03:45 PM PST | 312634490 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 05/23/16 12:39 PM PST | 312834855 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 05/17/16 12:00 AM PST | | MEMO | *CHANGE CPST: M115/DEF DATE: 05/17/16 RSN: CYC ALLO B/A: A | |
| 04/20/16 12:00 AM PST | | MEMO | *ATEXPA NM-014 PREV EXP DATE = 190430 | |
| 04/20/16 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 | |
| 04/20/16 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 | |
| 04/19/16 12:00 AM PST | | MEMO | 00000 NM-136 PREV MMN = | |
| 04/19/16 12:00 AM PST | | MEMO | * NM954-04 CUST END ROLE = 03 | |
| 04/19/16 12:00 AM PST | | MEMO | MQ60V89 NM-197 LETTER = 2711 | |
| 04/19/16 12:00 AM PST | | MEMO | MQ60V89 AT 4447962249645346 TO 4447962215436688 TYPE N - RC 00 | |
| 04/19/16 12:00 AM PST | | MEMO | MQ60V89 NM-028 NEW REASON CODE = 00 OLD REASON CODE = 00 | |
| 04/19/16 12:00 AM PST | | MEMO | MQ60V89 NM-016 = L; PREV STATUS = | |
| 04/18/16 04:06 PM PST | 313004802 | Work Case History | End Call - RCLOSED | |
| 04/18/16 04:05 PM PST | 313004802 | Work Case History | Lost Stolen - RCLOSED | |
| 04/18/16 04:03 PM PST | 313004802 | Work Case History | Cardholder Info - RCLOSED | |
| 04/18/16 04:00 PM PST | 313004802 | Work Case History | AuthorizedUserInfo - ERRCLOSED | |
| 04/18/16 03:58 PM PST | 313004802 | Work Case History | End Call - RCLOSED | |
| 04/18/16 03:55 PM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 04/18/16 03:55 PM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 04/18/16 03:55 PM PST | 313004802 | Work Case History | LongTerm Retention - RCLOSED | |
| 04/18/16 03:49 PM PST | 313270076 | Work Case History | Transfer Multi Payment - RCLOSED | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000005

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 04/18/16 12:00 AM PST | | MEMO | MQ60V89 MSQ=0001 CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= 1 | |
| 04/03/16 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20160403 | |
| 03/26/16 04:35 PM PST | 47 | Work Case History | Cardholder Info - RCLOSED | |
| 03/26/16 04:35 PM PST | 47 | Work Case History | CLI System - SYSDECLINE | |
| 03/11/16 11:53 AM PST | 312964805 | Work Case History | End Call - RCLOSED | |
| 03/11/16 11:53 AM PST | 312964805 | Work Case History | CLI System - SYSDECLINE | |
| 03/09/16 12:00 AM PST | | MEMO | PYMT AM: 50 PAYMENT NOT FLOATED DATE 20160309 | |
| 02/14/16 12:00 AM PST | | MEMO | PYMT AM: 63 PAYMENT NOT FLOATED DATE 20160214 | |
| 01/15/16 12:00 AM PST | | MEMO | PYMT AM: 75 PAYMENT NOT FLOATED DATE 20160115 | |
| 01/12/16 07:46 PM PST | 313004826 | Work Case History | End Call - RCLOSED | |
| 01/12/16 07:45 PM PST | 313004826 | Work Case History | DebitCard External Payment - DebitCardNotCompleted | |
| 01/12/16 12:00 AM PST | 313004826 | Work Case History | PTP - RCLOSED | |
| 12/27/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20151227 | |
| 11/13/15 11:09 AM PST | 1 | Work Case History | Authorized User Fee - RCLOSED | |
| 11/13/15 11:09 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 11/09/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20151109 | |
| 10/11/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20151011 | |
| 09/12/15 12:38 PM PST | 313049878 | Work Case History | End Call - RCLOSED | |
| 09/12/15 12:33 PM PST | 312959786 | Work Case History | End Call - RCLOSED | |
| 09/08/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150908 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000006

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 08/30/15 11:08 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 07/31/15 01:13 PM PST | 1 | Work Case History | BatchNonMon - RCLOSED | |
| 07/31/15 01:13 PM PST | 47 | Work Case History | Pricing - RCLOSED | |
| 07/31/15 12:00 AM PST | | MEMO | 5727000 NM-197 LETTER = D809 | |
| 07/31/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150731 | |
| 07/30/15 10:19 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 07/02/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150702 | |
| 06/07/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150607 | |
| 05/30/15 11:44 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 05/12/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150512 | |
| 03/31/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150331 | |
| 03/03/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150303 | |
| 02/10/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150210 | |
| 01/16/15 12:00 AM PST | | MEMO | *CHANGE CPST: M115/DEF DATE: 01/16/15 RSN: CYC ALLO B/A: A | |
| 01/13/15 11:41 AM PST | 47 | Work Case History | Cardholder Info - RCLOSED | |
| 01/13/15 11:41 AM PST | 47 | Work Case History | Cardholder Info - RCLOSED | |
| 01/13/15 11:41 AM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | |
| 01/13/15 12:00 AM PST | | MEMO | 00000 NM-056 BUSINESS PHONE CHANGED FROM: 9163089847 16:07 | |
| 01/13/15 12:00 AM PST | | MEMO | 00000 NM-037 HOME PHONE CHANGED FROM: 1000000000 16:07 | |
| 01/13/15 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000007

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 01/13/15 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | |
| 01/12/15 06:41 PM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | |
| 01/12/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150112 | |
| 01/11/15 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20150111 | |
| 01/04/15 12:00 AM PST | | MEMO | *ATEXPA NM-014 PREV EXP DATE = 180131 | |
| 01/04/15 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 DEREK VINCENT | |
| 01/04/15 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 CRYSTAL VINCENT | |
| 01/02/15 03:09 AM PST | 309950422 | Work Case History | Lost Stolen - RCLOSED | |
| 01/02/15 03:09 AM PST | 309950422 | Work Case History | Acct Status - RCLOSED | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60V89 MSQ=0001 CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= 1 | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60V89 AT 4447962249426275 TO 4447962249645346 TYPE N - RC 00 | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60V89 NM-028 NEW REASON CODE = 00OLD REASON CODE = 00 | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60F5B NM-028 NEW REASON CODE = 00OLD REASON CODE = 59 | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60V89 NM-016 = L; PREV STATUS = | |
| 01/02/15 12:00 AM PST | | MEMO | MQ60F5B NM-016 = ; PREV STATUS = A | |
| 12/17/14 07:19 AM PST | 312004324 | Work Case History | Send Letter - RCLOSED | |
| 12/17/14 07:19 AM PST | 1 | Work Case History | BatchNonMon - RCLOSED | |
| 12/17/14 07:19 AM PST | 312004324 | Work Case History | Acct Status - RCLOSED | |
| 12/17/14 12:00 AM PST | | MEMO | MQ602G2 NM-028 NEW REASON CODE = 59OLD REASON CODE = 00 | |
| 12/17/14 12:00 AM PST | | MEMO | MQ602G2 NM-016 = A; PREV STATUS = | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000008

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 12/17/14 12:00 AM PST | | MEMO | 12/17/14 2004 | |
| 12/10/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20141210 | |
| 12/10/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20141210 | |
| 12/02/14 10:19 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 11/10/14 08:34 AM PST | 640 | Work Case History | Cardholder Info - RCLOSED | |
| 11/09/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20141109 | |
| 10/12/14 12:00 AM PST | | MEMO | 00000 NM-037 HOME PHONE CHANGED FROM: ▮▮▮▮3823 16:11 | |
| 10/12/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20141012 | |
| 10/11/14 09:53 AM PST | 312709786 | Work Case History | Cardholder Info - RCLOSED | |
| 10/11/14 09:53 AM PST | 312709786 | Work Case History | Cardholder Info - RCLOSED | |
| 09/17/14 12:00 AM PST | | MEMO | *CHANGE CPST: A064/M115 DATE: 09/17/14 RSN: CYC ALLO B/A: A | |
| 09/08/14 07:21 PM PST | 312749835 | Work Case History | End Call - RCLOSED | |
| 09/07/14 04:30 AM PST | 47 | Work Case History | Cardholder Info - RCLOSED | |
| 09/07/14 04:30 AM PST | 47 | Work Case History | CLI System - SYSDECLINE | |
| 09/07/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140907 | |
| 08/08/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140808 | |
| 07/22/14 12:00 AM PST | | MEMO | 00000 NM-056 BUSINESS PHONE CHANGED FROM: ▮▮▮▮5453 16:06 | |
| 07/21/14 03:37 PM PST | 47 | Work Case History | Cardholder Info - RCLOSED | |
| 07/21/14 03:37 PM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | |
| 07/21/14 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000009

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 07/17/14 12:00 AM PST | | MEMO | *CHANGE CPST: A064/DEF DATE: 07/17/14 RSN: CYC ALLO B/A: A | |
| 07/14/14 12:00 AM PST | | MEMO | *ATEXPA NM-014 PREV EXP DATE = 170731 | |
| 07/14/14 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 DEREK VINCENT | |
| 07/14/14 12:00 AM PST | | MEMO | MQ60V89 PID-194 CARDS = 001 CRYSTAL VINCENT | |
| 07/13/14 12:00 AM PST | | MEMO | MQ60V89 AT 4447962240986863 TO 4447962249426275 TYPE N - RC 00 | |
| 07/13/14 12:00 AM PST | | MEMO | MQ60V89 NM-028 NEW REASON CODE = 00OLD REASON CODE = 00 | |
| 07/13/14 12:00 AM PST | | MEMO | MQ60V89 NM-016 = L; PREV STATUS = | |
| 07/12/14 03:02 PM PST | 312634783 | Work Case History | End Call - RCLOSED | |
| 07/12/14 03:02 PM PST | 312634783 | Work Case History | Replacement Fee - RCLOSED | |
| 07/12/14 03:02 PM PST | 312634783 | Work Case History | Lost Stolen - RCLOSED | |
| 07/12/14 12:00 AM PST | | MEMO | MQ60V89 MSQ=0001 CR BUREAU FLAG OLD FIELD= 1 NEW FIELD= 1 | |
| 06/29/14 12:00 AM PST | | MEMO | PYMT AM: 35 PAYMENT NOT FLOATED DATE 20140629 | |
| 06/05/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140605 | |
| 05/30/14 10:52 AM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 05/17/14 06:01 AM PST | 1 | Work Case History | Automated CLI - RCLOSED | |
| 05/16/14 12:00 AM PST | | MEMO | *ACS CA NM-009 = 0000000000400 ; OLD LINE = 0000000000300 | |
| 05/07/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140507 | |
| 04/27/14 12:00 AM PST | | MEMO | MQ60V89 NM-042 PIN MAILER REQUESTED | |
| 04/27/14 12:00 AM PST | | MEMO | MQ60V89 NM-042 PIN MAILER REQUESTED | |
| 04/26/14 04:02 PM PST | 47 | Work Case History | Reissue - RCLOSED | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000010

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 04/26/14 04:02 PM PST | 47 | Work Case History | Reissue - RCLOSED | |
| 04/06/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140406 | |
| 03/04/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140304 | |
| 02/09/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140209 | |
| 01/10/14 12:00 AM PST | | MEMO | PYMT AM: 25 PAYMENT NOT FLOATED DATE 20140110 | |
| 12/08/13 12:00 AM PST | | MEMO | PYMT AM: 30 PAYMENT NOT FLOATED DATE 20131208 | |
| 11/29/13 01:02 PM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 11/20/13 03:16 PM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | |
| 11/20/13 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | |
| 11/14/13 03:30 AM PST | 1 | Work Case History | Credit Protect - ENROLLED | |
| 11/13/13 12:16 PM PST | 1 | Work Case History | Adjust Fee - RCLOSED | |
| 11/13/13 08:20 AM PST | 1 | Work Case History | AuthorizedUserInfo - RCLOSED | |
| 11/12/13 12:00 AM PST | | MEMO | 5727000 MSQ=0003 CR BUREAU FLAG OLD FIELD= 3 NEW FIELD= 3 | |
| 11/12/13 12:00 AM PST | | MEMO | * NM954-02C133161316072871021383840CUST NEW ROLE = 03 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000011

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 03/05/17 12:28 PM PST | 313089799 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/05/17 11:09 AM PST | 313109869 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 02:06 PM PST | 312859783 | Work Case History | Pay-Off Balance Inquiry - RCLOSED | |
| 03/04/17 02:04 PM PST | 312859783 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 01:23 PM PST | 313545905 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 12:01 PM PST | 312779843 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/04/17 10:38 AM PST | 313154922 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/02/17 02:57 PM PST | 312744798 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/02/17 01:52 PM PST | 313510603 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/02/17 12:17 PM PST | 313480285 | ■■■■■■■■■■ | | |
| 03/02/17 09:37 AM PST | 311989467 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/01/17 12:42 PM PST | 313440084 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/01/17 11:36 AM PST | 313490316 | ■■■■■■■■■■ | | |
| 03/01/17 10:41 AM PST | 313510604 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/01/17 09:43 AM PST | 313490331 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 02:53 PM PST | 312659680 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 02/28/17 01:24 PM PST | 312829892 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 10:55 AM PST | 312369490 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/28/17 10:17 AM PST | 313530860 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 02/27/17 12:40 PM PST | 313305159 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000221

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 03/09/17 12:00 PM PST | 313545522 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/09/17 10:37 AM PST | 313515251 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/09/17 09:35 AM PST | 313480640 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/08/17 01:14 PM PST | 313305159 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/08/17 12:02 PM PST | 312959883 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/08/17 11:31 AM PST | 313505290 | ███████████████ | | |
| 03/08/17 11:31 AM PST | 313505290 | Work Case History | Cardholder Info - RCLOSED | |
| 03/08/17 10:36 AM PST | 313340052 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/08/17 09:44 AM PST | 313280051 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/08/17 12:00 AM PST | | MEMO | 00000 NM-056 BUSINESS PHONE CHANGED FROM: 9169178983 16:08 | |
| 03/07/17 03:57 PM PST | 312779921 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/07/17 01:21 PM PST | 313490316 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/07/17 11:28 AM PST | 313074906 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/07/17 09:55 AM PST | 313074899 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/06/17 04:52 PM PST | 313305148 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/06/17 04:17 PM PST | 313150466 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/06/17 01:37 PM PST | 313490345 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/06/17 10:28 AM PST | 313510388 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/05/17 02:46 PM PST | 313154897 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/05/17 01:56 PM PST | 313545909 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000222

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| 04/08/17 02:46 PM PST | 313044853 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 04/08/17 12:57 PM PST | 313060135 | OBH (916) 308-9847 | TPRI SPKW 3rd: NML | |
| 03/26/17 12:00 AM PST | | MEMO | PYMT AM: 90 PAYMENT NOT FLOATED DATE 20170324 | |
| 03/16/17 11:54 AM PST | 313074900 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/16/17 11:13 AM PST | 313305159 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/16/17 10:33 AM PST | 313054827 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/16/17 10:01 AM PST | 313340050 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/15/17 01:00 PM PST | 313225173 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/15/17 11:42 AM PST | 313340050 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/15/17 10:05 AM PST | 313545904 | OBH (916) 308-9847 | TPRI NA | |
| 03/14/17 01:41 PM PST | 313054793 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/14/17 12:35 PM PST | 313054793 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/14/17 11:36 AM PST | 313109866 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/14/17 10:49 AM PST | 313074894 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/12/17 02:00 PM PST | 313490340 | OBH (916) 308-9847 | TPRI LM AMD No ID CH | |
| 03/12/17 01:11 PM PST | 313074892 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/12/17 11:51 AM PST | 312979786 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/12/17 10:30 AM PST | 313225178 | OBH (916) 308-9847 | TPRI NML AMD ID CH | |
| 03/11/17 01:52 PM PST | 312794852 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 03/11/17 11:05 AM PST | 313515242 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000223

| Date | Agent | Call Type | Result | Amount |
|---|---|---|---|---|
| | | | ███████████████ | |
| 06/14/17 12:00 AM PST | | MEMO | PYMT AM: 38 PAYMENT NOT FLOATED DATE 20170613 | |
| 06/13/17 02:44 PM PST | 316644625 | Work Case History | End Call - RCLOSED | |
| 06/13/17 02:43 PM PST | 316644625 | IBH | CCI SPKW PRI PTP DEBIT AUTH# - RCLOSED | 38.95 |
| 06/13/17 02:43 PM PST | 316644625 | Work Case History | PTP - RCLOSED | |
| 06/13/17 02:43 PM PST | 316644625 | Work Case History | DebitCard External Payment - DebitCardApproved | |
| 06/13/17 02:43 PM PST | 316644625 | Work Case History | Debit Funding Account - RCLOSED | |
| 06/13/17 02:42 PM PST | 316644625 | Work Case History | Debit Funding Account - RCLOSED | |
| 06/12/17 07:50 PM PST | 313465082 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 06/11/17 04:33 PM PST | 313520335 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 06/11/17 09:04 AM PST | 313150593 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 06/10/17 02:14 PM PST | 312959864 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 06/10/17 12:55 PM PST | 313109890 | OBH (916) 308-9847 | TPRI NML AMD No ID CH | |
| 04/30/17 12:00 AM PST | | MEMO | AUTONM NM-028 NEW REASON CODE = 95OLD REASON CODE = 00 | |
| 04/30/17 12:00 AM PST | | MEMO | PYMT AM: 29 PAYMENT NOT FLOATED DATE 20170428 | |
| 04/09/17 12:00 AM PST | | MEMO | PYMT AM: 50 PAYMENT NOT FLOATED DATE 20170407 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000224

| Date | Agent | Call Type | Result | Amount |
|------|-------|-----------|--------|--------|



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000225



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - COB-NL-000226