1 | Charles R. Messer (SBN: 101094)
  | messerc@cmtlaw.com
2 | David J. Kaminski (SBN 128509)
  | kaminskid@cmtlaw.com
3 | Alex A. Wade (SBN 304022)
  | wadea@cmtlaw.com
4 | **CARLSON & MESSER LLP**
  | 5901 W. Century Boulevard, Suite 1200
5 | Los Angeles, California 90045
  | (310) 242-2200 Telephone
6 | (310) 242-2222 Facsimile

7 | Attorneys for Defendant
  | CREDIT ONE BANK, N.A.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS, | CASE NO. 2:17-cv-01512-JAM-DB<br>Assigned to: Hon. John A. Mendez |
| Plaintiff, | |
| vs. | **DECLARATION OF ALEX A. WADE IN SUPPORT OF CREDIT ONE BANK'S MOTION FOR SUMMARY JUDGMENT, AND IN SUPPORT OF CREDIT ONE BANK'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC, | |
| Defendants. | Date:   November 6, 2018<br>Time:   1:30 p.m.<br>Place:  U.S. District Court<br>        501 I Street<br>        Sacramento, CA 95814<br>Courtroom: 6, 14th Floor |

///

///

{00102337;1}                                   1

WADE DECLARATION
No. 2:17-cv-01512-JAM-DB

# DECLARATION OF ALEX A. WADE

I, Alex A. Wade, declare as follows:

1. I am an attorney at law, licensed to practice before all of the courts of the State of California and an associate of the law firm of Carlson & Messer LLP, attorneys of record for Defendant, Defendant Credit One Bank, N.A. ("Defendant").

2. I make this declaration in support of Defendant's Motion for Summary Judgment and in support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment. The facts set forth herein are true to my own personal knowledge, and if called upon, and sworn as a witness, I could and would competently testify thereto.

3. A true and correct copy of Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents and Plaintiff's call log produced therewith, served on January 17, 2018, are attached hereto as Exhibit 5.

4. A true and correct copy of Plaintiff's Responses to Defendant's First Set of Interrogatories, served on January 17, 2018, are attached hereto as Exhibit 6.

5. A true and correct copy of Plaintiff's Deposition Transcript, dated July 11, 2018, is attached hereto as Exhibit 7.

6. A true and correct copy of the Deposition Transcript of Plaintiff's mother, Sandra Lemos, dated July 11, 2018, is attached hereto as Exhibit 8.

7. A true and correct copy of Plaintiff's expert, Randall Snyder's, expert report and supporting documents, are attached hereto as Exhibit 9.

8. A true and correct copy of the Deposition Transcript of Defendant GC Services Limited Partnership's witness, Shon Sherman, dated June 6, 2018, is attached hereto as Exhibit 10.

9. A true and correct copy of the Declaration of Don Hudecek, Senior Project Manager for Aspect Software, Inc., is attached hereto as Exhibit 11.

10. A true and correct copy of the Deposition Transcript of Credit One Bank N.A.'s witness, Jeffrey Meek, dated June 15, 2018, is attached hereto as Exhibit 12.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October 2018, at Los Angeles, California.

                                                                                /s/ Alex Wade
                                                                                 Alex Wade

# **CERTIFICATE OF SERVICE**

I, Charles R. Messer, hereby certify that on this 9th day of October, 2018, a true and accurate copy of the foregoing DECLARATION OF ALEX A. WADE IN SUPPORT OF CREDIT ONE BANK'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS 5-12 were served via the District Court ECF System on the Following:

Email: ari@marcuszelman.com
jonathan.a.stieglitz@gmail.com
yzelman@marcuszelman.com
paul.grammatico@kattenlaw.com
fhabib@behblaw.com
cocarroll@behblaw.com
margie@rudnickifirm.com

/s/Charles R. Messer
Charles R. Messer
CARLSON & MESSER LLP