# "Exhibit 5"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CREDIT ONE BANK, N.A. and JOHN DOES 1-25,**<br><br>**Defendant.** | C.A. No. 2:17-cv-01512-JAM-DB |

Plaintiff, N.L., an infant by his mother and natural guardian SANDRA LEMOS, by his undersigned counsel, in accordance with Rule 33 of the Federal Rules of Civil Procedure, hereby responds to Defendant's First Set of Interrogatories as follows:

### RESPONSE TO INTERROGATORIES

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS supporting YOUR allegation that DEFENDANT's alleged violation of the TCPA was knowing or willful.

**Response:  Plaintiff is not in possession of any documents responsive to this Demand, other than the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos.**

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS supporting YOUR allegation that DEFENDANT called YOU using an automatic telephone dialing system.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand.  Discovery is still ongoing however.**

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS supporting YOUR allegation that DEFENDANT called YOUR cell phone six times each on February 23 and February 28, 2017, as alleged in Paragraph 16 of YOUR Complaint.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand, other than the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos.  Plaintiff will further subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS supporting YOUR allegation that on February 21, 2017, YOU advised DEFENDANT of the following: that YOU were a kid; that DEFENDANT was calling the wrong party; that YOU had no account with DEFENDANT; and that DEFENDANT should cease calling YOU, as alleged in Paragraph 22 of YOUR Complaint.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand, other than the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos.  Plaintiff will further subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS reflecting calls from DEFENDANT to YOUR telephone.

**Response: Plaintiff is not in possession of any documents responsive to this Demand, other than the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos. Plaintiff will further subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS that describe or reference any communications between YOU and DEFENDANT.

**Response: Plaintiff is not in possession of any documents responsive to this Demand, other than the documents produced by Defendant in this action and the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos. Plaintiff will further subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 7:**

Any recordings of communications between YOU and DEFENDANT.

**Response: Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 8:**

All written or electronic communications between YOU and DEFENDANT.

**Response:  Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 9:**

Any and all DOCUMENTS reflecting the service provider or carrier for the telephone number(s) that YOU claim DEFENDANT made calls in violation of the TCPA.

**Response:  Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 10:**

All billing statements for the telephone number(s) to which YOU claim DEFENDANT made calls in violation of the TCPA for the period of January 1, 2013 to the present.

**Response:  Plaintiff is not in possession of any documents responsive to this Demand.  Plaintiff will subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 11:**

Any subscriber agreements or service contracts for the telephone number(s) to which YOU claim DEFENDANT made calls in violation of the TCPA.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand.  Plaintiff will subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS that DEFENDANT sent to YOU.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 13:**

Any and all exhibits YOU may introduce at the trial for this matter.

**Response:   Plaintiff has not finalized his trial strategy, and will produce any such documents in accordance with any Pretrial Order entered in this action.**

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS supporting YOUR contention that the telephone number(s) at which YOU received a call from DEFENDANT was a cellular phone.

**Response:   Plaintiff is not in possession of any documents responsive to this Demand.  Plaintiff will subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 15:**

All DOCUMENTS that identify the make and model of YOUR cell phone that YOU allege YOU received calls from DEFENDANT on.

**Response: Plaintiff is not in possession of any documents responsive to this Demand. Plaintiff will subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS relating to any lawsuit filed by YOU in the last ten years.

**Response: Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS relating to any pending TCPA lawsuit filed by YOU in the last ten years.

**Response: Plaintiff is not in possession of any documents responsive to this Demand.**

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS supporting YOUR contention DEFENDANT violated the Rosenthal Fair Debt Collection Practices Act.

**Response: Plaintiff is not in possession of any documents responsive to this Demand, other than the documents produced by Defendant in this action and the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos. Plaintiff will further subpoena his wireless records from Metro PCS.**

**REQUEST FOR PRODUCTION NO. 19:**

Any and all DOCUMENTS reflecting YOUR calculation of damages.

**Response: Plaintiff is not in possession of any documents responsive to this Demand, other than the documents produced by Defendant in this action and the attached call log created by Plaintiff N.L. with the assistance of his mother, Sandra Lemos. Plaintiff will further subpoena his wireless records from Metro PCS.**

Dated: January 3, 2018

By:\_\_/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
Marcus Zelman, LLC.
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Phone:       (732) 695-3282
*Attorney for Plaintiff*