**"Exhibit 6"**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CREDIT ONE BANK, N.A. and JOHN DOES 1-25,**<br><br>**Defendant.** | **C.A. No. 2:17-cv-01512-JAM-DB** |

Plaintiff, N.L., an infant by his mother and natural guardian SANDRA LEMOS, by his undersigned counsel, in accordance with Rule 33 of the Federal Rules of Civil Procedure, hereby responds to Defendant's First Set of Interrogatories as follows:

**RESPONSE TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please state all facts supporting YOUR contention that DEFENDANT violated the Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA").

**Response:   As alleged in the Complaint, the Defendant used automated dialers and prerecorded messages to call the Plaintiff's cellular phone without his express consent, and then continued to do so after the Plaintiff advised that the Defendant had the wrong number.**

**INTERROGATORY NO. 2**:

Please IDENTIFY all PERSONS with knowledge of facts supporting YOUR contention that DEFENDANT violated the TCPA.

**Response:   The infant Plaintiff, Noah Lemos, has knowledge as to each aspect of his claim, as does his mother, Sandra Lemos, and his father, Kerry Lemos.**

**INTERROGATORY NO. 3:**

Please IDENTIFY all DOCUMENTS supporting YOUR contention that DEFENDANT violated the TCPA.

**Response:   Plaintiff identifies the attached Spreadsheet of calls, as well as his wireless records to be subpoenaed from Metro PCS.**

**INTERROGATORY NO. 4:**

If YOU contend DEFENDANT's violation of the TCPA was knowing or willful, please state all facts in supporting such contention.

**Response:   As alleged in the Complaint, the Defendant used automated dialers and prerecorded messages to call the Plaintiff's cellular phone without his express consent, and then continued to do so after the Plaintiff advised that the Defendant had the wrong number, the first of which conversations took place on February 21, 2017.**

**INTERROGATORY NO. 5:**

State all facts supporting any contention that DEFENDANT's alleged calls to YOU were made without prior express consent.

**Response:  The Plaintiff is an eleven year old child who has never had a relationship with Defendant and who has never consented to receive any calls from Defendant.**

**INTERROGATORY NO. 6:**

Please identify, by date, time, phone number called and substance of communication, all communications DEFENDANT had with YOU, including messages left for YOU and correspondence.

**Response:  Plaintiff refers Defendant to the call log and account notes it produced in this action.  Plaintiff further refers Defendant to the Plaintiff's partial call log attached hereto.**

**INTERROGATORY NO. 7:**

Please IDENTIFY the service provider or carrier for the telephone number(s) to which YOU claim DEFENDANT is liable for calls in violation of the TCPA.

**Response:   Metro PCS.**

**INTERROGATORY NO. 8:**

State all facts supporting YOUR contention that the device or system DEFENDANT used to called YOU was an automatic telephone dialing system as defined under the TCPA.

**Response: Defendant's calls to Plaintiff were placed via the Aspect Unified system, which is clearly a predictive dialer.**

**INTERROGATORY NO. 9:**

For the period January 2012 to the present, please IDENTIFY the name of the person or entity to whom the billing statements are addressed for the telephone number(s) to which YOU claim DEFENDANT is liable for calls in violation of the TCPA.

**Response:   The Plaintiff obtained this cellular number in mid-December 2016. Since that time, Sandra Lemos has been the subscriber on the wireless bills.**

**INTERROGATORY NO. 10:**

Please IDENTIFY all authorized users of the telephone number(s) to which YOU claim DEFENDANT is liable for calls made in violation of the TCPA.

**Response:   Noah Lemos.**

**INTERROGATORY NO. 11:**

Please state YOUR alleged damages as a result of DEFENDANT's violation of the TCPA.

**Response: Plaintiff claims damages in the amount of $500.00 statutory damages per each of the Defendant's numerous violations of the Telephone Consumer Protection Act (TCPA), pursuant to 47 USC 227, together with enhanced treble damages properly awarded pursuant to 47 USC 227(b)(3), for Defendant's knowing and willful violations of the TCPA.**

**INTERROGATORY NO. 12**

Please state the date when you became the customary and sole user of the phone number at issue as alleged in Paragraph 13 of YOUR Complaint.

**Response: Mid-December 2016.**

**INTERROGATORY NO. 13:**

Please IDENTIFY all PERSONS with knowledge of facts supporting any contention that YOU told DEFENDANT to stop calling.

**Response:   Noah Lemos, Sandra Lemos, Kerry Lemos.**

**INTERROGATORY NO. 14**

Please state the alleged date and time of each instance you told DEFENDANT to cease calling.

**Response: Plaintiff advised the Defendant to stop calling him on numerous instances. From the Plaintiff's records, he believes the first such date was on February 21, 2017. From the Defendant's records, it appears that the first such date may have been on February 22, 2017.**

**INTERROGATORY NO. 15**

Please state how the dialing system or equipment that DEFENDANT used to call YOU has the capacity to make calls using a random or sequential number generator.

**Response: Plaintiff objects to this Interrogatory, which seeks information that is beyond the scope of discovery, in that it is not relevant to any party's claim or defense and further seeks information which is vague, overbroad, not limited in temporal scope, and disproportional to the needs of the case. This Interrogatory further seeks information already in Defendant's possession, as well as in the possession of the dialing vendors used by Defendant to place these calls.**

**INTERROGATORY NO. 16**

Please state YOUR current residence and YOUR previous residences from January 1, 2010 to the present, including dates YOU lived at each residence.

**Response: Plaintiff currently resides at 6252 Calle Montalvo Circle, Granite Bay 95746, where Plaintiff has resided for the past three years. Plaintiff resided in Rockland, California before then.**

### INTERROGATORY NO. 17

Please state all facts supporting YOUR contention that DEFENDANT violated the Rosenthal Fair Debt Collection Practices Act.

**Response:   As alleged in the Complaint, the Defendant and its dialing vendors continued placing collection calls to the Plaintiff even after they knew they were calling the wrong party.**

### INTERROGATORY NO. 18

Please state YOUR alleged damages as a result of DEFENDANT's violation of the Rosenthal Fair Debt Collection Practices Act.

**Response: Plaintiff seeks one thousand dollars ($1,000.00) in statutory damages in addition to actual damages and reasonable attorneys' fees and costs pursuant to Cal. Civ. Code § 1788.30.**

Dated: January 3, 2018

By:__/s/ Yitzchak Zelman_____

                              Yitzchak Zelman, Esq. (YZ5857)
                              Marcus Zelman, LLC.
                              1500 Allaire Avenue, Suite 101
                              Ocean, New Jersey 07712
                              Phone:       (732) 695-3282
                              *Attorney for Plaintiff*

## **VERIFICATION**

I, SANDRA LEMOS, am the mother and natural guardian of N.L., the named Plaintiff in the within action. I have read the foregoing Plaintiff's Response to the Defendant's First Set of Interrogatories, and know the contents thereof. The contents of the foregoing documents are true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

_____
SANDRA LEMOS