**"Exhibit 7"**

Page 1

1               IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF CALIFORNIA

3                    SACRAMENTO DIVISION

4                       ---oOo---

5   N.L., an infant by his mother    :
    and natural guardian, SANDRA     :
6   LEMOS,                           :
                                     :
7                    Plaintiff,      :
                                     :
8            vs.                     : No.
                                     : 2:17-cv-01512-JAM-DB
9   CREDIT ONE BANK, N.D. and JOHN   :
    DOES 1-25,                       :
10                                   :
                     Defendants.     :
11  _____ :

12

13

14

15

16              DEPOSITION OF NOAH LEMOS

17                   July 11, 2018

18

19

20

21

22

23

24  Reported by: LAURA AXELSEN, CSR NO. 6173, RMR, CRP, CRR

25  Job No: 143650

Page 2

```
1        BE IT REMEMBERED THAT, pursuant to Notice and on
2   Wednesday, July 11, 2018 at 11:11 a.m. thereof at 1215 K
3   Street, 17th Floor, Sacramento, California, before me,
4   LAURA AXELSEN, a Certified Shorthand Reporter,
5   personally appeared
6            NOAH LEMOS,
7   called as a witness by the Defendants.
8            ---oOo---
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                APPEARANCES
2
3    FOR THE PLAINTIFF:
4
5        MARCUS & ZELMAN
6        BY:  ARI MARCUS, ESQ.
7        701 Cookman Avenue
8        Asbury Park, NJ 07712
9
10   FOR CREDIT ONE:
11
12       CARLSON & MESSER
13       BY:  ALEX WADE, ESQ.
14         DAVID KAMINSKI, ESQ.
15       5901 Wesy Century Boulevard
16       Los Angeles, CA 90045
17
18   FOR GC SERVICES:
19
20       BASSI EDLIN HUIE & BLUM
21       BY:  FARHEENA HABIB, ESQ.
22       500 Washington Street
23       San Francisco, CA 94111
24
25               ---oOo---
```

Page 4

```
1                INDEX
2
3                        PAGE
4    EXAMINATION BY MR. WADE            6
5    EXAMINATION BY MS. HABIB          85
6
7            ---oOo---
8
9        INDEX OF EXHIBITS
10
11   EXHIBIT     DESCRIPTION        PAGE
12
13   Exhibit A   Response to Requests for Admission   55
14   Exhibit B   Response to Interrogatories   61
15   Exhibit C1  Call log          64
16   Exhibit C2  Call log          69
17
18
19           ---oOo---
20
21
22
23
24
25
```

Page 5

```
1                NOAH LEMOS
2    having been duly sworn, testified as follows:
3            EXAMINATION BY MR. WADE
4        MR. WADE:  Q.  Good morning.  My name is
5    Alex Wade, and I will be taking your deposition today.
6    Would you please state your full name and spell your
7    last name, please?
8        A.  Uhm, Noah Thomas Lemos.  Lemos spelled
9    L-e-m-o-s.
10       Q.  Have you ever had your deposition taken before?
11       A.  No, never.
12       Q.  Okay.  Okay.  Well, since you've never had your
13   deposition taken before, I'm going to go over a few
14   ground rules, if you will, kind of explain what we're
15   going to be doing today.  Uhm, and we're going to help
16   you go through the process, okay?
17       A.  Okay.
18       Q.  Do you understand that you promised to tell the
19   truth here today?
20       A.  Yes.
21       Q.  Okay.  Do you understand that it's important
22   not to lie here today?
23       A.  Yes.
24       Q.  Okay.  Do you understand the difference between
25   a truth and a lie?
```

2 (Pages 2 to 5)

Page 6

1    A. Yes.
2    Q. You do. Okay. Let me give you an example just
3  in case. If your teacher asked you whether you did your
4  homework, and you didn't do your homework, but you told
5  your teacher that you did do your homework, you
6  understand that would be a lie, correct?
7    A. Yes.
8    Q. Okay. I know you always do your homework.
9  So -- all right. And also do you understand that this
10  is a deposition and what your story that you're telling
11  here today is just as important as if you were sitting
12  in a courtroom telling your story to a judge in front of
13  the -- in front of the courtroom. Do you understand
14  that?
15    A. Yes.
16    Q. Okay. So it is very important that you tell
17  the truth in this informal setting. The court reporter,
18  her name is Lori. Very sweet lady. I had a chance to
19  meet her today. She's typing everything that we're
20  saying today, uhm, so it's extremely important that you
21  answer with a yes or a no instead of shaking your head
22  or nodding. Uhm, she can't capture you're shaking your
23  head or nodding, so if you could please answer my
24  question with a yes or a no, I would greatly appreciate
25  it, okay?

Page 7

1    A. Okay.
2    Q. The court reporter, Laura -- excuse me,
3  Laura -- is taking down everything that we're saying
4  here today. She could only type but so fast. She's a
5  very fast typer. I know she is. But she can only type
6  one person at a time, so if you could please let me
7  finish my question before you answer my question, I'll
8  do the same for you, okay?
9    A. All right.
10    Q. Please listen to my question, uhm, and make
11  sure you know what I'm asking before you -- before you
12  answer my question. Uhm, if you don't understand my
13  question, just let me know. I'll rephrase my question
14  or change it, okay?
15    A. (Nods head.)
16    Q. And if you answer my question, I'll assume that
17  you understood what I asked, okay?
18    A. All right.
19    Q. All right. Perfect. At some later point,
20  Laura is going to be making a notebook of everything
21  that she types here today. Uhm, you will have the
22  opportunity to review that notebook and make any changes
23  that you see fit. Do you understand that?
24    A. Yes.
25    Q. Okay. Will you agree to look over that

Page 8

1  notebook and make changes if you -- if you -- if you
2  need to make any changes?
3    A. Yes.
4    Q. Okay. Uhm, if you do make changes, however,
5  uhm, I will caution you that I or some other attorney
6  may, uhm, comment on those changes at trial or at a
7  later date. Do you understand that?
8    A. (Nods head.)
9    Q. Okay. So it's extremely important for you to
10  listen to my questions, uhm, and give your best
11  testimony today. Do you agree to do that?
12    A. Yes, I do.
13    Q. Okay. Also, I will be asking some questions
14  for events that happened years ago. Uhm, you may not
15  remember everything, uhm, but what I am entitled to is
16  your best estimate. Uhm, I ask you that you please not
17  guess. Uhm, do you know the difference between an
18  estimate and a guess?
19    A. Yes.
20    Q. Okay. I know you're a very smart young --
21  young -- I want to say young man, but young boy. But,
22  uhm, I'll explain the difference between an estimate and
23  a guess just so we're crystal clear. Okay? If I asked
24  you how big is my dining room table at my house, or if I
25  asked you the size of my dining room table at my house,

Page 9

1  you've never seen my dining room table, so you would be
2  guessing, right?
3    A. Right.
4    Q. If I asked the size of your dining room table
5  at your house, you would be able to estimate the size of
6  that dining room table because you've seen it, right?
7    A. Right.
8    Q. Do you understand that?
9    A. Yes.
10    Q. Okay. Thank you. All right. Uhm, and as Ari,
11  your attorney, said, if you ever need to take a break at
12  any time, just let me know, and we'll take a break,
13  okay?
14    A. Okay.
15    Q. All right. Is there any reason that you cannot
16  give your best testimony today?
17    A. No.
18    Q. Do you understand what the word testimony is?
19    A. Hmm.
20    Q. Okay.
21    A. A little.
22    Q. Testimony -- we'll call it your story, okay?
23  So I'm going to be asking you questions events that
24  happened some time ago. Testimony is synonymous with
25  your story, what happened to you. Testimony is just a

3 (Pages 6 to 9)

Page 10

1   legal jargon that us attorneys use in the legal world,
2   okay? So it's basically your story. You understand?
3       A. Yes.
4       Q. Okay. So is it -- is there any reason you
5   cannot give your best testimony or story today?
6       A. No.
7       Q. Okay. Have you taken any medications within
8   the last 12 hours which you may -- which you believe may
9   affect your testimony today?
10      A. No.
11      Q. No. Okay. Do you feel that you're able to
12  testify truthfully to the best of your ability today?
13      A. Yes, but I am a little nervous and a little
14  shaky today. So --
15      Q. Absolutely. And I completely understand, Noah.
16  And by the way, can I call you Noah?
17      A. Yes.
18      Q. You can call me Alex.
19      A. All right.
20      Q. All right. And I know this is your first
21  deposition. I know you're going to be nervous. I'm
22  going to try my best not to make you nervous, because we
23  just want to hear your story. That's all.
24      A. Right.
25      Q. There's no need to be nervous. You're well

Page 11

1   protected. You have a great attorney here. Your mom's
2   here. We don't bite, as David said, so you will be
3   okay.
4       MR. MARCUS: Good water pourer.
5       MR. WADE: Q. That's for off the record.
6   But -- so I know you're nervous. If you need to take a
7   break, you need to go to the bathroom, just let me know.
8   Okay? I know it's nerve-racking. We're sitting here
9   with our suit and tie. But, you know, this will be good
10  experience for you, uhm, even when you get older, okay?
11      A. Okay.
12      Q. Have you gone by any other names other than
13  Noah Lemos?
14      A. Uhm, no. Like nicknames or anything?
15      Q. Uhm, sure.
16      A. No, like, I don't have a nickname or any other
17  name that I use.
18      Q. Okay. All right. Nothing like Mr. Awesome or
19  anything like that?
20      A. No, no.
21      Q. Okay. I'm just kidding. What is your date of
22  birth, Noah?
23      A. April 14th, 2006.
24      Q. Okay. What is your current residential
25  address? Where do you live?

Page 12

1       A. Uhm, 6252 Calle Montalvo Circle.
2       Q. Can you say that a little bit slower, if you
3   don't mind?
4       A. 6252 Calle Montalvo Circle.
5       Q. Okay. How long have you lived there?
6       A. Uhm, maybe three -- two, three, four years. I,
7   uhm, honestly don't know how long I've been living
8   there. It's our second house.
9       Q. Okay.
10      A. Or --
11      MS. HABIB: Could I just ask what city that's
12  in?
13      THE WITNESS: Granite Bay.
14      MR. WADE: Q. So you said -- you estimate
15  two, three -- you've been living at that --
16      A. Maybe three, four. I don't -- yeah.
17      Q. Okay. Where did you live -- what was your
18  address before that 6252 Calle -- that address.
19      A. 822 Spotted Pony Lane.
20      Q. And what city is that in?
21      A. Rocklin.
22      Q. Rockwin?
23      A. Rocklin.
24      Q. Rocklin. Got it. And how long did you live
25  there?

Page 13

1       A. Uhm, well, I'm pretty sure I lived there my
2   entire life before, uhm, I moved -- I moved into the new
3   house. But my parents -- my parents had a first house,
4   but I don't know if, uhm, I ever lived there or they
5   just lived there.
6       Q. Okay. So in your memory, you've lived at two
7   addresses, really, from what you can remember?
8       A. Yeah.
9       Q. The Spotted Pony and the 6252 address, correct?
10      A. Uh-huh.
11      Q. Okay. All right. What's your telephone
12  number?
13      A. Uhm, I can't get off the top of my head.
14      Q. Okay. Do you have a cell phone?
15      A. Yes.
16      Q. You do? How long have you had that cell phone?
17      A. Uhm, I think if I were to say maybe December
18  2016.
19      Q. Okay. That seems like a pretty specific date
20  range. How do you know you got it in December of 2016?
21      A. I just remember having it since then.
22      Q. Is there a reason why you remember that
23  particular date?
24      A. No, not at all.
25      Q. Have you ever had any other cell phones before

Page 14

1  that date?
2      A. No, it was my first.
3      Q. That was your first?
4      A. And I still have it.
5      Q. You still have it.  Okay.  Who do you live
6  with?
7      A. My mom and my dad and my brother.
8      Q. Okay.  What's your mother's name?
9      A. Sandra.
10     Q. Full name, please.
11     A. Sandra Simone Lemos.
12     Q. You know your mom's middle name.  Good for you.
13  What's your dad's name full name, please?
14     A. Uhm, Calvin Carey Lemos.
15     Q. And you said you had a sister?
16     A. No, a brother.
17     Q. Brother.  What's your brother's name?
18     A. Joshua James Lemos.
19     Q. And how old is your brother?
20     A. 10.
21     Q. So you're about two years older than him?
22     A. 18 months.
23     Q. 18.  I hope you don't pick on him being the
24  bigger brother.
25     A. No.

Page 15

1      Q. No?  Okay.  I'm the youngest.  I have four
2  brothers, so I'm used to my older brothers picking on
3  me.  That's why I asked.  Okay.  So you said you live
4  with your mother and your father and your brother,
5  correct?
6      A. Yes.
7      Q. In Granite Bay -- at that Granite Bay address,
8  correct?
9      A. (Nods head.)
10     Q. Okay.  Has your mother -- your mother and your
11  father always lived together?
12     A. Uhm, in -- like for their entire lives or what?
13     Q. Since you've been born.
14     A. Yes.
15     Q. They've always lived together?
16     A. Uh-huh.
17     Q. Okay.  So it's fair to say that your mother and
18  your father live with you at the Granite Bay address for
19  roughly the past three years, and then your mother and
20  your father lived with you at the Spotted Pony address,
21  correct?
22     A. Uh-huh.
23     Q. Okay.  Did you review any documents to prepare
24  for your deposition today?
25     A. No.

Page 16

1      Q. Okay.  From -- aside from your attorney, did
2  you speak with anyone about your deposition?
3      A. Uhm, well, my mom, but no one else, no.
4      Q. No one else but your mom.  Okay.  Did you make
5  any notes to prepare for your deposition?
6      A. Nope.
7      Q. Did you bring any documents to this deposition?
8      A. No.
9      Q. No.  Okay.  Have you ever been involved in any
10  legal matters?
11     A. Never.
12     Q. Never.  This is a funny question, but have you
13  ever been arrested?
14     A. No.
15     Q. No.  Okay.  You look like a great young kid, so
16  that's what I expected.  All right.  I want to get into
17  your background a little bit, so just bear with me.
18  Uhm, you're doing okay?
19     A. Yep.
20     Q. Okay.  What grade are you in?
21     A. I'm -- I was in sixth for this year school, and
22  next year I'm going to seventh.
23     Q. So you're going into seventh.  Where do you go
24  to school?
25     A. Franklin Elementary.  It goes from K to 12.

Page 17

1      Q. And have you been there since K through sixth
2  grade?
3      A. Uhm, no.
4      Q. Where did you go to school before Franklin
5  Elementary?
6      A. Sunset Ranch Elementary.
7      Q. And from what grades did you go to Sunset
8  Ranch?
9      A. Uhm, I think preschool to third.
10     Q. Okay.  Okay.  And then you went to Franklin
11  Elementary from fourth to sixth grade, going into
12  seventh?
13     A. I went into Franklin in the middle of the third
14  grade year.  So --
15     Q. Okay.  Okay.  And why did you switch schools?
16     A. Moving.
17     Q. Moved.  Okay.  So it's fair to say during that
18  time period you moved from the Spotted Pony to the
19  Granite Bay address?
20     A. Yes.
21     Q. By the way, I'll never forget the Spotted Pony
22  address.  That's a great address.  Uhm, what do you want
23  to be when you grow up?
24     A. Uhm, don't really know yet.
25     Q. Okay.  If you said lawyer, I would give you a

5 (Pages 14 to 17)

Page 18

1    golden star, but that's okay.  I don't want to scare
2    you, you know?  Do you play any sports?
3        A. I play tennis.
4        Q. How long have you played tennis?
5        A. Maybe for one or two years.
6        Q. Okay.
7        A. Probably one and a half years.
8        Q. So you follow Wimbledon right now?  You know
9    Wimbledon, right?
10       A. Uhm, no.
11       Q. Okay.
12           MR. MARCUS: You didn't see Roger Federer lose
13   today?
14           THE WITNESS: I don't watch tennis.  I just
15   play it.
16           MR. WADE:  Q.  Okay.  You just play it.
17   Okay.
18       A. But our coach wants us to watch it to just see
19   how --
20       Q. I agree.  You should watch.  See how the pros
21   do it, you know, so as Ari said, Roger Federer -- you
22   know Roger Federer?
23       A. No, I don't know any of them.
24       Q. That's fine.  That's fair.  All right.  That's
25   fair.

Page 19

1           MR. MARCUS: Not important.
2           MR. WADE:  Q.  Not important.  Right.  Right.
3    So you play tennis.  Did you play any other sports?
4        A. I did hockey.
5        Q. Hockey.  Wow.
6        A. For a long time.
7        Q. Oh, okay.  It's funny when you say a long time,
8    because you're only 12 years.  So it's -- how come you
9    stopped playing hockey?
10       A. I just think I was done with it.
11       Q. Okay.
12       A. I still -- I still, like, play with friends
13   sometimes.  I skate, but I don't play it.
14       Q. Okay.  Okay.  Very good.  How -- how are your
15   grades in school?  Did you do pretty good?
16       A. No, not at all.
17       Q. Not at all.  Okay.  What type of grades are we
18   talking about?
19       A. Well, good in everything except my homeroom.
20       Q. Oh, okay.
21       A. So math and science is just -- well, I think
22   science is better, but math I'm just sucking at.
23       Q. Right.  Right.  You and me both, Noah.  Math
24   was never my strong suit.  So, you know, well, you --
25   maybe should, uh, you know, I don't know how they mark

Page 20

1    your school grades, but hopefully you're not playing too
2    much tennis, and you'll focus -- you will focus on
3    school more.
4        A. Yeah.
5        Q. Okay.  That was my little lecture for today,
6    but I'll stop.  All right.  I want to move on a little
7    bit.  Are you aware that your mother, Sandra Lemos --
8    and I will refer to her as your mom or Sandra, if that's
9    okay with you.  Is that okay with you?
10       A. Yes.
11       Q. Are you aware that your mother, Sandra Lemos,
12   had a Credit One account?
13       A. I had no idea that she had a Credit One
14   account.
15       Q. You had no idea.  Okay.  Have you ever used
16   your mom's Credit One credit card?
17       A. I don't believe so.
18       Q. Okay.  Have you ever used any of your mother's
19   credit cards?
20       A. With her permission, of course, but --
21       Q. Right.  What credit cards do you remember
22   using?
23       A. Mostly -- I think all of them I've ever, like,
24   had to type stuff in on something is a visa.
25       Q. And what would you purchase with your mom's

Page 21

1    credit card?
2        A. I think I bought a Game Boy.  Sorry.  I
3    bought -- I give her money -- I gave her some of my
4    money, and then she lets me just buy -- buy something
5    with that amount.
6        Q. Okay.  When you say money, I assume you get an
7    allowance?
8        A. I -- I work for it, and, uhm, you know,
9    birthdays, grandma sending me a card or something, you
10   know?
11       Q. Right.  Right.  So she'll -- you'll give her
12   money, essentially, and she'll let you use her credit
13   card to buy a Game Boy.  Did you buy anything else with
14   your mom's credit card?
15       A. I've bought other things with it.
16       Q. What else?
17       A. It's kind of hard to say since, like, her
18   Amazon account is hooked up to things.  So I bought
19   T-shirts for my dad's birthday.  I'm trying to think.
20   Generally, a lot of stuff that I've purchased has come
21   from her credit card.  I also purchase games on my
22   computer.
23       Q. Like video games?
24       A. Yes.
25       Q. What type of games?

Page 22

```
 1        A.  Uhm, well, platforming games, like Mario
 2   Brothers, games like that.  Shooter games, like, a few
 3   of them.
 4        Q.  Okay.  So it's fair to say you like to play
 5   video games.
 6        A.  Yeah.
 7        Q.  Okay.  Like every other 12-year-old.  You're
 8   12, right?
 9        A.  Uh-huh.
10        Q.  Okay.  Like every other 12-year-old boy.  And
11   seems like you shop on Amazon a lot.
12        A.  Not -- not a lot.  Just sometimes when I'm
13   getting something.  Like you could say recently I
14   bought -- I don't know if this was with her credit card
15   because I don't know if my dad's thing was hooked up to
16   the account at the time but I bought screen protectors
17   for my Nintendo Switch.
18        Q.  Okay.  Has Credit One ever called your phone
19   number regarding your mother's Credit One account?
20        A.  I don't know if the calls that I were getting
21   were about her account.
22        Q.  Okay.  And earlier asked what your cell phone
23   number is, and you don't remember your cell phone
24   number.
25        A.  I don't remember it.
```

Page 23

```
 1        Q.  Do you remember any -- any of the digits within
 2   your cell phone number?
 3        A.  I'm trying to think.  I know my parents' phone
 4   number more than mine, so I'm thinking I might
 5   accidentally say a part of my mom or my dad's phone
 6   number instead of mine.
 7        Q.  How about let's do it this way.  What's your
 8   parents' phone numbers?
 9        A.  I don't -- I don't know my dad's full one, but
10   I know my mom's.
11        Q.  What's your mom's?
12        A.  1 (510) 708-9155.
13        Q.  So is it fair to say you know your mother's
14   cell phone because you call her the most?
15        A.  Yeah, and I've had -- yeah.
16        Q.  And she calls you --
17        A.  Yeah, I've had to call her before I ever had a
18   cell phone on our house phone.
19        Q.  Okay.  And is that 9155 number, is that your
20   mother's cell phone number?
21        A.  No.
22        Q.  What number is that?
23        A.  I don't -- 9155 number, that -- trying to
24   think.
25        Q.  Okay.  I mean, that's okay.  No.  It's okay.
```

Page 24

```
 1   I'll rephrase.  So you said your mother's number was  1
 2   (510) 708-9155, correct?
 3        A.  Yes.
 4        Q.  Is that your mother's cell phone number?
 5        A.  Yes.
 6        Q.  Do you know if your mother has any other cell
 7   phones?
 8        A.  Oh, yes.  This one called the Coolpad.  It's
 9   like mostly Samsung, LG, like cheap ones, like $80.
10        Q.  And is that a cell phone?
11        A.  A Coolpad?  Yeah.
12        Q.  What -- what is a Coolpad?
13        A.  I don't know.  It's some like -- it's some -- I
14   have no idea.  It just -- she got it a bit ago.  She
15   just breaks phones way too easily, so she buys cheap
16   ones.
17        Q.  Okay.  So she has two cell phones?
18        A.  I don't know how many she has or how many she's
19   broken.
20        Q.  Okay.  So her main number is the 915 -- if you
21   need to reach your mom, what number do you call?
22        A.  1-510 -- that one.
23        Q.  Okay.  And is that a cheap phone?  What type of
24   phone is that?  Do you know?
25        A.  I don't know the exact type of phone she has.
```

Page 25

```
 1   I know she has a Samsung phone and --
 2        Q.  Okay.
 3        A.  -- that other one.
 4        Q.  Do you know any of your mother's other phone
 5   numbers?
 6        A.  Uh-uh.
 7        Q.  Okay.  And do you know -- and we're going back
 8   to your phone number.  Do you know the name of the
 9   telephone company that provides you telephone service?
10        A.  Metro PCS.
11        Q.  Metro PCS.  Okay.  Do you know what type of
12   calling plan you have?
13        A.  No, my mom knows most of that.
14        Q.  Okay.  Okay.  In December of 2016 -- let me --
15   let me back up.  I know -- well, you can strike that.
16            In December of 20 -- 2016 -- I know you don't
17   remember your phone number.  Was that always your
18   personal phone number?
19        A.  The one I got in December?
20        Q.  Correct, of 2016.
21        A.  Yes, I believe so.
22        Q.  Okay.  Was it always a cell phone number?
23        A.  Uh-huh.
24        Q.  Okay.  Who pays for your cell phone service?
25        A.  Uhm, I believe my mom.
```

Page 26

```
1    Q. Since you've had the phone?
2    A. Yes.
3    Q. Do you know whose name is on your phone bill?
4    A. No.  Maybe my mom.  Maybe my dad.  I have no
5  idea.
6    Q. Okay.  Fair enough.  Does anyone else use your
7  cell phone?
8    A. No.  You mean if I share one?
9    Q. Correct.
10   A. No.
11   Q. So let me rephrase.  You're the only one that
12 uses your cell phone?
13   A. Yes, my cell phone is my cell phone.  My
14 brother has his own.
15   Q. Okay.  Do you know your brother's cell phone
16 number?
17   A. No.
18   Q. Okay.  Has anyone else ever used your cell
19 phone?
20   A. Uhm, I think -- I can't think of it off the top
21 of my head, but I think my friends might have had to
22 call somebody using my phone.  My mom might have taken
23 my cell phone to talk to my brother when I call him, but
24 nobody has actually ever used my phone.
25   Q. When you say "used," you mean no one else has
```

Page 27

```
1  ever --
2    A. Like -- like without me knowing or just like
3  without the phone being -- without the phone being in my
4  sight, I don't think.
5    Q. Has your mother ever borrowed your cell phone?
6    A. No, I don't think so.
7    Q. Has your dad ever used your cell phone?
8    A. No.
9    Q. Has your brother ever used your cell phone?
10   A. Well, he tries to take it from me, but, no, he
11 hasn't actually used it.
12   Q. Okay.  How often do you use your cell phone?
13   A. I use it on trips when I listen to music.  I
14 call people.  I sometimes use it to maybe watch a show
15 or something.  So I don't use it that often.  Like, I'm
16 not constantly on it 24/7, but I use it a few times a
17 day, maybe.
18   Q. Okay.  And when you say use it, you mean using,
19 like, the internet service?
20   A. Yeah, and just turning it on.
21   Q. On average, how many calls a day do you think
22 you make from your cell phone?
23   A. Mostly depends on what I'm doing.  If I'm at
24 home not doing anything, it's a lazy day, I'm probably
25 not going to make any.  But I sometimes call my friends
```

Page 28

```
1  a lot that live down the street.  Sometimes I have to
2  call my parents.  Yeah, that's really it.
3    Q. How many calls, on average, do you think you
4  receive on your cell phone a day?
5    A. One or two, but that usually depends.  Maybe
6  none in a day.  I do get these phone calls that
7  sometimes -- that when you look at it -- when you look
8  at the number in the call log, it just says "scam
9  likely" or specify just a number that I don't know.
10   Q. I hate to -- what type of phone do you have?
11   A. LG K10.
12   Q. LG.  Is that a smart phone?
13   A. Yeah.  Smart in the sense that it can use the
14 internet?
15   Q. Right.  Right.
16   A. Yeah.
17   Q. There you go.  I'm very impressed, Noah.  Very
18 impressed.  And you said you call -- you either call
19 your friends or your --
20   A. My parents.
21   Q. Your parents.  Do you call anyone else?
22   A. No, I don't think so, other than friends and
23 family.
24   Q. Was there ever a time where your parents took
25 your phone away from you?
```

Page 29

```
1    A. I think so.  Maybe once.
2    Q. Do you remember when?
3    A. No.
4    Q. Okay.  Was it couple days ago?
5    A. No.
6    Q. A year ago?
7    A. I honestly don't know any of the dates.  I
8  just -- I think I remember I got grounded one time and
9  got it taken away from me.
10   Q. And why did you get grounded?
11   A. Don't remember.
12   Q. Okay.  Did you ever take your phone to school?
13   A. I usually take it -- I usually take it to
14 school every day just because I have to call my mom,
15 make sure she knows where we are.  Yeah.
16   Q. Do you ever -- ever use your phone at school?
17   A. During?
18   Q. During school.
19   A. Uhm, I think I have once, and that got me in
20 trouble, but, uhm, only once.
21   Q. Have you ever had any other phone numbers?
22   A. No.
23   Q. Do you know the names of the companies involved
24 in this lawsuit?
25   A. I only know Credit One Bank.
```

8 (Pages 26 to 29)

Page 30

1    Q. And how do you know Credit One Bank?
2    A. Because when -- when I received the calls, they
3  were telling me I -- that I tried to call back, and it
4  just redirected me to the Credit One phone system. And
5  also it's been mentioned several times.
6    Q. Mentioned several times by whom?
7    A. Usually my parents and, yeah, the phone thing.
8    Q. When you say your parents, in what context?
9    A. Well, my mom is involved with this and she's
10 here. Yeah.
11    MR. MARCUS: I just want to be clear for the
12 record, any conversations that Noah had with his
13 attorneys obviously are privileged.
14    MR. WADE: Of course.
15    MR. MARCUS: That may be included but --
16    MR. WADE: Q. Of course. Aside from your
17 attorney. But your mother, certainly --
18    MR. MARCUS: Right.
19    MR. WADE: Q. Just aside from your
20 attorneys. So Credit One Bank is the only company that
21 you're aware of in this lawsuit, correct?
22    A. Yes.
23    Q. You doing okay? Do you need a break?
24    A. Yeah, I'm fine.
25    Q. You sure?

Page 31

1    A. Yeah, I'm fine.
2    Q. Okay. Want to fill up your water? Maybe we
3  should take a little five.
4    A. I'm good.
5    MR. MARCUS: Okay. Let's go take a walk. Just
6  walk around for a couple minutes. I got to use the
7  restroom anyway.
8    MR. WADE: Okay. Off the record.
9    (The deposition was in recess from 11:44 to
10   11:55.)
11    MR. WADE: Q. All right we're back on the
12 record. And Noah, I just want to make sure you
13 understand that it's important to tell the truth today.
14    A. Yes.
15    Q. Do you understand that it's important not to
16 lie today?
17    A. Yes.
18    Q. Thank you. Uhm, by the way, I'd like to
19 establish the fact that I'm aware of your cell phone
20 number or your alleged cell phone number, and I've
21 learned that number through the lawsuit. Uhm, and that
22 number is (916) 308-9847. Does that sound familiar?
23    A. Yes, it does.
24    Q. Okay.
25    A. I actually had the 308 part in my mind when you

Page 32

1  said do I know a little bit of my cell phone number, but
2  I was afraid it was part of my dad's or --
3    Q. And what number sounded familiar to you?
4    A. 308-9847. I think I know it when I'm reminded
5  of it. It's familiar to me. But I can't kind of do it
6  off the top of my head.
7    Q. So now that we have that established, I'd like
8  to refer to that as your cell phone number or the 9847
9  number, okay? And by the way, earlier when I referred
10 to your cell phone, that's the number I was referring.
11 When I say "that," the 9847 number is the number I was
12 referring to, okay?
13    A. Okay.
14    Q. Did you ever have a rule at your school -- and
15 I want to go to Franklin Elementary, because I believe
16 that's -- you were in Franklin Elementary School from
17 December 2016 until present, correct?
18    A. I've had my -- I'm sorry. I'm sorry. I forgot
19 the question.
20    Q. Sure. When have you gone to Franklin
21 Elementary School?
22    A. Uhm, hard to say. I can't give you an exact
23 date, but I remember I went to my first day at Franklin
24 while I was still living in my old house.
25    Q. Okay. So it's fair to say that December 2016

Page 33

1  is about a year and a half ago, correct?
2    A. Yeah.
3    Q. You lived at your Granite Bay address for the
4  past two to three years, correct?
5    A. Yeah.
6    Q. So it's fair to say that since December of
7  2016, you've been going to Franklin Elementary School,
8  correct?
9    A. Yes.
10    Q. Did Franklin Elementary School have a rule that
11 you had to turn your phone off during class?
12    A. You couldn't bring it inside your classroom
13 or -- and you couldn't use it in school when it was in
14 session.
15    Q. When is school in session?
16    A. Just, like, for the entire day. You're allowed
17 to -- you're not allowed to use your phone for the
18 entire day until dismissal.
19    Q. And what time is the dismissal?
20    A. 2:30.
21    Q. What time does school begin?
22    A. 8:30 a.m.
23    Q. So from 8:30 to 2:30, you could not use your
24 phone?
25    A. Yes.

9 (Pages 30 to 33)

Page 34

```
1        Q.  Where did you put your cell phone?
2        A.  In my backpack.
3        Q.  Did you carry your backpack with you?
4        A.  During school?
5        Q.  During school.
6        A.  No.
7        Q.  Where did you keep your backpack?
8        A.  Uhm, on this -- on a rack outside of my
9    classroom.
10       Q.  So you didn't have your cell phone number on
11   you from 8:30 to 2:30, correct?
12       A.  Yes.
13       Q.  What do you do after school?
14       A.  I call my mom, make sure she knows where I am.
15   I go home.  I do my homework.  I have a snack.  Usually
16   I hang out with friends or play games.
17       Q.  Okay.  Do you go tennis practice after school?
18       A.  Uhm, that's on Thursdays.
19       Q.  Okay.
20       A.  And a few other days.
21       Q.  And what time does tennis practice start, would
22   you say?
23       A.  Uhm, maybe 4:30.  I can't -- somewhere about
24   4:00 or -- yeah, 4:00 or 4:30.
25       Q.  And how long is tennis practice, would you say?
```

Page 35

```
1        A.  One and a half hours.
2        Q.  So 4:00 to 5:30 or 4:30 to 6:00 p.m.?
3        A.  (Nods head.)
4        Q.  Okay.  And when did you start playing tennis?
5        A.  It's kind of hard to say.  I think I've been
6    playing it for, like I said, maybe one and a half years,
7    two years.
8        Q.  Is it fair to say that you did not use your
9    cell phone during tennis practice?
10       A.  I never use my cell phone during tennis.
11       Q.  All right.  Did you ever write to Credit One?
12       A.  Uhm, a letter?
13       Q.  A letter.
14       A.  No.
15       Q.  Okay.  Did you ever mail anything to Credit
16   One?
17       A.  No.
18       Q.  Did Credit One ever call you?
19       A.  Yes, many times.
20       Q.  How do you know it was Credit One?
21       A.  Uhm, like I said, when I got the -- when I
22   received the calls, I would, uhm -- I would call them
23   back, and it would -- and the call would redirect me to
24   the Credit One calling system.
25       Q.  How many times did you call Credit One back?
```

Page 36

```
1        A.  Once or twice, I believe.
2        Q.  And you said Credit One called you many times.
3    How many times did they call you?
4        A.  Uhm, from what I've heard, maybe hundreds.  I
5    honestly don't know the total of calls.
6        Q.  And you said what you've heard.  From who?
7        A.  Uhm, well, also -- it's also from what I've
8    seen.  Like call logs -- call logs have, uhm -- the last
9    time I checked the call logs they were like maybe 100 --
10   like 130 calls.  I don't remember that well.
11       Q.  And what call logs are you referring to?
12       A.  Uhm, this -- there's a Metro PCS app that
13   records -- that records and lets you report callers, and
14   it has an entire list of how many times I got calls from
15   Credit One.
16       Q.  Okay.  And when did you access that Metro PCS
17   app?
18       A.  Uhm, I can't give you a date, but I think it
19   was around the time that I just started noticing that
20   these calls were -- didn't stop.  They kept coming in.
21   And I dropped my phone.
22       Q.  How many -- oh, pick up your phone.
23       A.  Got it.
24       Q.  How many calls a day do you think you were
25   getting and -- let me strike that.  How many calls do
```

Page 37

```
1    you think you were allegedly getting from alleged Credit
2    One?
3        A.  I, uhm, think I received -- at the peak -- I
4    don't think I'm receiving them any more, but at the peak
5    I think I was getting maybe 5 or 10 a day.  Between that
6    area.  Maybe less on certain days.  It's just random.
7    But it was a large quantity of calls.
8        Q.  Would you hear your phone ring?
9        A.  Uhm, just in general?
10       Q.  Would you hear your phone ring -- you said --
11   strike that.
12           I'll back up.  You said you were receiving or
13   you were allegedly receiving 5 to 10 calls a day from
14   Credit One, correct?
15       A.  Yes.
16       Q.  How do you know you were getting those calls?
17       A.  I, uhm, checked my -- I get the calls after
18   school, so I was able to check them when it was in my
19   pocket.  I could hear it.  And I would check the call
20   logs of how many times that number has called
21   immediately and there would be times during the school
22   day where I was receiving calls.
23       Q.  But it's safe to say you would check your cell
24   phone later in the day to see how many calls were made?
25       A.  Yeah, as soon as -- yeah, noticed that it was
```

Page 38

1    picking up and they kept calling and calling.
2        Q. What did your caller I.D. say?
3        A. About the number?
4        Q. Strike that. Good question. What did your
5    caller I.D. say when these alleged calls from Credit One
6    were being made to your phone?
7        A. I don't know. Like, the default call logs on
8    the call on the phone app just say the number. Uhm, but
9    I think on the Metro PCS thing, it said "debt
10   collector." Or --
11       Q. Were --
12       A. -- there was multiple numbers, actually, that
13   called me. I think one of them said "scam likely,"
14   because it just does that to numbers that you've never
15   been called by before.
16       Q. Were you checking that app every day?
17       A. Uhm, not every day, but I was checking when it
18   was at, like, the peak.
19       Q. When you say the peak, when -- when is that?
20       A. When, like, I was -- when, uhm, I was getting,
21   like, the most calls, and, like, the 5 to 10, just the
22   random amount. Now it's slowed down. I'm not getting
23   any calls. But back then, there was a ton of calls
24   coming in.
25       Q. I'm trying to get a sense of the time frame

Page 39

1    here. When you say peak, what date are you referring
2    to? When was the peak?
3        A. I think, uhm, somewhere -- it was after maybe
4    March, February or -- kind of hard to say.
5        Q. What year? March, February -- what year would
6    you say?
7        A. I believe 2016.
8        Q. So I just want to back up to you had mentioned
9    that you remember the exact date that you got your cell
10   phone number, the 9847 number?
11       A. The month I remember the month.
12       Q. The month. And that was December of 2016. So
13   is it fair to say that you would not have gotten any
14   calls from anyone that could have been Credit One --
15       A. I think --
16       Q. -- before December of Credit One?
17       A. I think I just made a mistake when I said --
18   did I say 20 -- uhm, did I say I was receiving like
19   calls February 2016?
20       Q. Yeah.
21       A. I just made a mistake it was probably 2017
22   because I didn't get the phone until December.
23       Q. It's okay.
24       MS. HABIB: You figured it out.
25       THE WITNESS: Yes, finally.

Page 40

1        MR. WADE: Q. How many times do you allege
2    you were receiving 5 to 10 calls a day? How many days?
3        A. Can you rephrase that?
4        Q. Sure. You said that you received -- during the
5    peak you were receiving 5 to 10 calls a day. Did that
6    happen on two separate occasions? Did that happen three
7    separate occasions, four separate occasions?
8        A. Uhm, I have to say I just remember getting
9    this -- like, at first I believe I was getting, uhm -- I
10   think I wasn't getting as many calls. It's really just
11   fuzzy to me. But, uhm, I remember like during the
12   middle of me getting called, it was, like, a lot more,
13   and then it started slowing down. I believe that's how
14   it went, but I still don't -- I can't really put an
15   exact date or anything on it.
16       Q. And I just want to make something clear, so I'm
17   going to back up here a little bit. So it's safe to say
18   the whole time that you've had the 9847 number you were
19   at Franklin Elementary School?
20       A. Yes.
21       Q. And Franklin Elementary School doesn't allow
22   you to have your phone from 8:30 to 2:30, correct?
23       A. Yes.
24       Q. So you did not know that you were getting calls
25   during that time period, correct?

Page 41

1        A. Yes, I was aware, uhm -- aware of them after
2    school.
3        Q. After school?
4        A. But I didn't know that they -- that those calls
5    were made during that time.
6        Q. So you would look at your phone and you would
7    see two missed calls?
8        A. Yeah.
9        Q. Okay. But you didn't physically hear your
10   phone number ringing?
11       A. Actually, uhm, has -- it has happened during
12   school. I have heard it.
13       Q. You have heard your phone ring?
14       A. Yes.
15       Q. Okay. And when did you hear your phone ring
16   during school?
17       A. Well, usually when we have to go outside, so
18   maybe like -- lunchtime is around 11:00, 11:30, 11:50.
19       Q. And where do you keep your -- because you
20   stated earlier that you keep your cell phone in your
21   backpack. Where do you keep your backpack with your
22   cell phone?
23       A. On this rack just outside of our classroom next
24   to the door.
25       Q. So you heard your phone in your backpack

Page 42

1  outside of your classroom ringing during class?
2      A. Yes, when we were heading to lunch.
3      Q. And how do you know it was your phone?
4      A. Because I went to -- I went closer to it. It
5  was my -- it was my phone. I heard it.
6      Q. Was it vibrating?
7      A. Uhm, I don't remember.
8      Q. Was it ringing? Did it make a noise?
9      A. Yes.
10     Q. Okay. Did your teacher say anything?
11     A. I don't think she did.
12     Q. And how many occasions did you hear your phone
13  ring during class?
14     A. I only remember maybe one or two times.
15     Q. And who was calling you?
16     A. I don't know -- I don't know. Uhm, could have
17  been -- could have been the people that were spam
18  calling me. Uhm, most likely was during that time, but
19  I only knew after school.
20     Q. You only knew after school when you would check
21  your phone, correct?
22     A. Yes.
23     Q. You said you claimed that Credit One allegedly
24  made calls to you. Did you ask why they were calling
25  you?

Page 43

1      A. Yes. Uhm, I either asked or I knew it was made
2  clear because they said they were a debt collector or
3  they answered my question. I just -- I don't exactly
4  remember precisely.
5      Q. So you answered their call?
6      A. Yes.
7      Q. When did you answer their call?
8      A. I can't say, but I think it was around when I
9  started getting the calls. Uhm, I picked up and they
10  said they were a debt collector.
11     Q. Do you remember when you answered the call?
12     A. I believe it was right after school.
13     Q. Do you know how many times you answered the
14  phone and Credit One -- or someone allegedly from Credit
15  One that called you? Do you know how many times you
16  answered the phone?
17     A. I think, uhm, I picked up maybe three -- two,
18  three times.
19     Q. And those two to three times you said you
20  picked up the phone after school?
21     A. Yes, or -- or like just maybe on a weekend. I
22  don't remember.
23     Q. But it's fair to say that you never answer your
24  phone during school?
25     A. Yes, I never answer my phone during school.

Page 44

1      Q. Okay. Did you ever have an actual telephone
2  conversation with someone claiming to be from Credit
3  One?
4      A. Well, I, uhm -- I told them to stop calling me,
5  and I also told one of the calls, because I think there
6  was -- there was multiple numbers, and it could have
7  been multiple different people. But I told them I was a
8  minor.
9      Q. And when did you tell them that?
10     A. Maybe around the first bit I was getting the
11  calls.
12     Q. And when did you start getting the calls?
13     A. February of 2017.
14     Q. Do you remember their name?
15     A. No.
16     Q. What, exactly, did that person say to you?
17     A. I remember them saying that they were a debt
18  collector for -- well, they said they were a debt
19  collector and I think they were calling me for some debt
20  they thought I owed.
21     Q. They thought that you owed?
22     A. Yes.
23     Q. So they were calling for you to collect on debt
24  that you owed?
25     A. Yes, but I don't owe a debt.

Page 45

1      Q. So just to recap, they were asking for Noah
2  Lemos?
3      A. They weren't asking for Noah Lemos. They
4  were -- I don't know who they were asking for, but I
5  don't owe any debt. I'm a 12-year-old kid.
6      Q. So do you know who they were calling for?
7      A. No.
8      Q. How many times did you tell Credit One to --
9  you said stop calling?
10     A. Once.
11     Q. Did the person on the other side acknowledge
12  that?
13     A. I don't believe so. Uhm, I don't really
14  remember.
15     Q. Did they say anything to you?
16     A. They weren't really listening to me. I just
17  told -- the time I told them to stop I was like -- I
18  was, like, trying to get their attention, but they
19  just -- I don't know if they weren't -- I don't know.
20  They weren't listening to me.
21     Q. And how do you know that?
22     A. Well, from what -- from what I remember, they
23  were just going on about a debt I owed. But I don't owe
24  a debt.
25     Q. When you said the debt you owed, they weren't

Page 46

1 calling to collect a debt from you, because you're a
2 12-year-old boy, correct?
3    A. Yes.
4    Q. Did you ever tell your mom that Credit One was
5 allegedly calling you?
6    A. Yes.
7    Q. Okay.
8    A. I just kept telling her I was getting these
9 phone calls over and over and over.
10    Q. Did you ever tell your dad?
11    A. Uhm, yes. I believe so.
12    Q. And what did they say?
13    A. Well, uhm, I don't -- I don't quite remember.
14 Yeah. I don't remember.
15    Q. Did your mom or dad ever answer any of the
16 calls from Credit One Bank or allegedly from Credit One
17 Bank?
18    A. No, I don't believe so.
19    Q. When did the calls allegedly from Credit One
20 stop?
21    A. It's hard to say. Maybe because if they were
22 starting at somewhat in the beginning of the year, I
23 think they went on until -- I mean, I think I stopped
24 getting them in 2018 this year, but I think it was like
25 raging on for the entire -- for all of 2017 until maybe

Page 47

1 the, uhm -- maybe close to the end of 2017. I don't
2 really remember when it stopped.
3    Q. Do you know why the calls stopped?
4    A. No.
5    Q. Do you have any records or notes about your
6 conversation with Credit One?
7    A. No.
8    Q. Do you have any recordings?
9    A. No.
10    Q. Did you ever make any records, notes, uhm,
11 about those conversations -- that conversation you had?
12    A. No.
13    Q. And I just want to make something clear. You
14 had one conversation allegedly with Credit One, correct?
15    A. Yes.
16    Q. How many calls do you believe you answered
17 allegedly from Credit One?
18    A. Two or three. Or just --
19    Q. But you only had one conversation with them,
20 correct?
21    A. I believe so.
22    Q. What happened on the other two instances that
23 you answered the phone?
24    A. I think I just picked up and I went -- when I
25 heard debt collector I just hung up.

Page 48

1    Q. Okay. Did you ever call Credit One?
2    A. Uhm, yes, uhm, and it just took me to the phone
3 system.
4    Q. How many times did you call them?
5    A. I think I said, uhm, somewhere between one and
6 three times.
7    Q. Did you have a conversation with anyone when
8 you called Credit One?
9    A. No, because I was looking for the person that
10 had directly called me, not the system.
11    Q. Okay. When you called Credit One, what number
12 did you use?
13    A. Uhm, the 9847 number.
14    Q. So the three instances that you called in to
15 Credit One, you used the 9847 phone number?
16    A. Yes, my phone.
17    Q. Did Credit One ever leave messages on your
18 voice mail?
19    A. I believe so.
20    Q. How do you know it was Credit One?
21    A. I didn't. I think -- I think, uhm, might have
22 been the number.
23    Q. So how do you know the number was linked to
24 Credit One?
25    A. Because it was, uhm -- because if I did receive

Page 49

1 any voice mails it was, uhm, from the numbers that kept
2 calling me.
3    Q. And what did the voice mail say?
4    A. I don't remember.
5    Q. Did you ever receive any calls from a person
6 alleging to be from Credit One before 8:00 a.m.?
7    A. I, uhm -- I don't remember if I got any calls
8 before 8:00 a.m.
9    Q. Okay. Did you create a log of calls that you
10 believe were made by Credit One?
11    A. I made one and I filled it, uhm -- I filled it
12 a tiny bit up until there were like -- I tried logging
13 each call on my mom's computer, but it just got -- there
14 was too many of them to log.
15    Q. Did you create this log after each call?
16    A. No. About after I got, uhm -- about after like
17 maybe a hundred or so calls, uhm, we just decided to
18 log -- log some of them. But --
19    Q. And when you say "we," who is we?
20    A. Me and my mom.
21    Q. So after about a hundred calls or so, you
22 decided to log the calls?
23    A. Yeah, but it was too much.
24    Q. Okay. And why did you begin to log the calls?
25    A. We just wanted to have a record.

13 (Pages 46 to 49)

Page 50

```
 1    Q.  For?
 2    A.  Can --
 3        MR. MARCUS:  Uhm --
 4        MR. KAMINSKI:  Take your time.
 5        MR. MARCUS:  Can I -- yeah.  Take your time,
 6  Noah.
 7        THE WITNESS:  Trying to think of a way to say
 8  it, but I guess I just say what he said earlier.  I
 9  guess it's privileged.
10        MR. MARCUS:  Is it something to do with
11  attorney-client privilege?
12        THE WITNESS:  Yeah, it has to do with a person.
13        MR. MARCUS:  So did you keep records because of
14  the lawsuit?
15        THE WITNESS:  Uhm, because --
16        MR. MARCUS:  Somebody told to you keep records?
17        THE WITNESS:  Yes.
18        MR. MARCUS:  Okay.
19        MR. WADE:   Q.  Was that someone your mom or
20  your attorney?
21    A.  Uhm, attorney.
22    Q.  Okay.  So when did you create this log?  And
23  I'm not asking for privileged communications with your
24  attorney, but what is important, uhm -- I am entitled to
25  everything that happened before you sought your
```

Page 51

```
 1  attorney.  So it sounds like you created this log after
 2  you retained an attorney; is that correct?
 3    A.  Yes.  Well, it was -- it was when I reported
 4  that -- it was some time after I reported the person --
 5  reported the numbers on the app.
 6    Q.  Just trying to get a sense of a time did you
 7  create the call log specifically for this lawsuit?
 8    A.  Well, I guess it was for the attorney.
 9    Q.  So you created this call log after you retained
10  an attorney?
11    A.  Yes.
12    Q.  And I'm not going to get into whatever happens
13  after that is -- the communications are privileged.  So,
14  uhm -- when did you retain your attorney?
15    A.  I don't -- I think it was after maybe the first
16  dozen or so calls.  It's kind of hard to say still,
17  because it happened a while ago.  But --
18    Q.  So you retained your attorney early on when the
19  calls started happening?
20    A.  Uhm, yeah.  Like sometime in like the first --
21  just, uhm, a little while after they started coming.
22  And I -- they wanted to talk to me after I reported the
23  number.
24    Q.  Okay.  So you said you began receiving calls
25  around February 2017, correct?
```

Page 52

```
 1    A.  Yes.
 2    Q.  When do you -- having said that, when do you
 3  think you retained your attorney?  March 2017?
 4        MR. MARCUS:  Can we just clarify what retain
 5  means?  I don't know if Noah understands that phrase.
 6        MR. WADE:  Q.  Understood.  When did you hire
 7  your attorney?  Do you understand hire?
 8    A.  Yes.
 9    Q.  Okay.  So you said you started receiving calls
10  around February 2017.  When did you hire your attorney?
11    A.  Maybe a half a month -- a little bit of a --
12  like 20 to 30 days after.  Maybe less.
13    Q.  Do you know if your attorney ever reached out
14  to Credit One to have them stop the calls?
15    A.  I don't remember.
16    Q.  Okay.  Have you ever downloaded an app to your
17  phone that logs your call?
18    A.  Uhm, downloaded, no.  The app -- the app that
19  told me that it was a debt collector and had all the
20  logs was built in with Metro PCS.
21    Q.  So if you could help me understand the app,
22  because I don't have Metro PCS, is it an app that's
23  already on your phone?
24    A.  Yes.
25    Q.  Okay.  And you did -- it would already -- that
```

Page 53

```
 1  app came with your phone?
 2    A.  Yes.
 3    Q.  And do you know the exact name of that app?
 4    A.  I think it was something like "Caller I.D."
 5    Q.  Caller I.D.
 6    A.  Might have been caller I.D., yeah.
 7    Q.  And I know i asked you earlier, but what did
 8  your caller I.D. say when you received these calls
 9  allegedly from Credit One?
10    A.  Wait.  What did it say about the number?
11    Q.  Correct.
12    A.  Well, I think there was three numbers.  One of
13  them said "debt collector," and one of them was just a
14  number.  Uh, and one of them was just the number.  It
15  didn't have anything special about it, but it was Credit
16  One, I believe.  And the last one I think said "scam
17  likely," because my phone just does that to random
18  numbers that have never been --
19    Q.  Did your caller I.D. ever say Credit One?
20    A.  No, it just said Credit One.
21    Q.  Okay.  So in order to find out whether it was
22  Credit One, or allegedly Credit One, you would call the
23  number back, correct?
24    A.  Yes, and I think it might have -- I think it
25  might have said, like, Credit One debt collector.  I
```

Page 54

```
 1    don't really remember.
 2       Q.  Okay.  Have you ever downloaded an app to your
 3    phone that blocks certain calls?
 4       A.  Uhm, no.
 5       Q.  No.  Okay.
 6          MR. WADE:  All right.  Uhm, I want to go
 7    through, uhm, some exhibits here.  Uhm, I know -- so
 8    bear with me.  I want to go through, uhm, first your
 9    responses to our request for admissions.  Uhm, so give
10    this to the court reporter to mark.
11          (EXHIBIT A WAS MARKED FOR IDENTIFICATION.)
12          MR. WADE:  And then I'll let Ari look at this
13    first, and then if we have an extra copy, we can give to
14    Farheena.
15          (Discussion off the record.)
16          MR. WADE:  Q.  So, Noah, I can direct you to
17    RFA.  That means request for admission, okay?  So if I
18    could direct you to RFA No. 5, can you please read the
19    request?
20       A.  This one?
21       Q.  Yes.
22       A.  "Admit that defendant did not call your cell
23    phone using an automatic telephone dialing system as
24    defined by the TCPA."
25       Q.  Okay.  What was your response?
```

Page 55

```
 1       A.  Denied.
 2       Q.  Okay.  What's the basis for your denial?
 3       A.  That, uhm, I was called by a robocaller.
 4       Q.  How do you know what a -- what is a robocaller?
 5       A.  Mostly telemarketers that -- it's not a real
 6    person.  It just automatically calls you.
 7       Q.  And how do you know you were getting automatic
 8    calls?
 9       A.  I, uhm --
10       Q.  Or excuse me.  Let me -- strike that.
11       A.  I don't think I admitted that they were
12    robocalls or --
13       Q.  How do you know that a robocaller was calling
14    you?
15       A.  The -- if I knew what a -- how -- I would find
16    out that if somebody was a robocaller I would check that
17    caller I.D. app and it would specify that it's not a
18    real person, or it's just a robocaller that just
19    automatically dials me.
20       Q.  So let's back up to this app, then, because I
21    want to make sure I'm understanding this app.  What
22    information does this app give you?
23       A.  Gives you the number, and it gives you, uhm --
24    it gives you the, uhm -- it gives you also these little
25    details, like robocaller, debt collector, scam.  Uhm,
```

Page 56

```
 1    also has that report feature that I used.
 2       Q.  When you say report feature, can you please
 3    explain?
 4       A.  I -- you report a number to the app and
 5    that's -- and then that's how the attorney got in
 6    contact with me.
 7       Q.  You said the app was Caller I.D., or do you
 8    know the name of the app?
 9       A.  I believe it was called Caller I.D.
10       Q.  Okay.  And does it show up on the screen of
11    your phone?
12       A.  Yes.
13       Q.  Okay.  So if you could walk me through -- so
14    you get a call on your phone?
15       A.  Yes.
16       Q.  You go to the Caller I.D. app, and you can see
17    what number just called you?
18       A.  Yeah, I can, uhm -- it doesn't just show you
19    what number just called you.  There's an, uhm -- the
20    call logs on your regular phone.  It does that.  But
21    that's just if you want to know -- what you need to know
22    about it.  And they have this weird thing where if you
23    pay you can see the -- like the call.  Like, I don't
24    remember exactly, but it was something about like a
25    description where you'll know the person who is calling
```

Page 57

```
 1    you.
 2       Q.  Did you ever pay for that description?
 3       A.  No, never.
 4       Q.  So you reported your number to the app.  When
 5    did you report the number allegedly from Credit One to
 6    the app?
 7       A.  Uhm, it was after, uhm -- after a little bit
 8    when I started getting the calls when they were -- when
 9    a lot of them were coming in, uhm, that was around --
10    and when I reported them, yeah, I got -- I got in
11    contact with the attorney that's --
12       Q.  So after you reported the number, your attorney
13    contacted you?
14       A.  Yes.
15       Q.  And you said as you testified earlier, that was
16    earlier on in the calls when you started receiving the
17    calls?
18       A.  Yes, a little bit after, like just when I
19    realized that they just kept coming in and it was a
20    problem.
21       Q.  So the app would tell you whether a robocaller
22    was calling, right?
23       A.  Yeah.
24       Q.  Did it tell you whether an automatic telephone
25    dialing system was being used?
```

15 (Pages 54 to 57)

Page 58

1    A. I don't exactly remember.
2    Q. Do you know what an automatic telephone dialing
3 system is?
4    A. Uhm, not really.
5    Q. Okay. Can I direct your attention to RFA No.
6 7?
7    A. Okay.
8    Q. Can you please read that?
9    A. "Admit that you were not the subscriber of the
10 phone number at issue and ending in 9847 at all times
11 defendant allegedly called you."
12    Q. Okay. What was your response?
13    A. Denied.
14    Q. And what's the basis for your denial on that
15 one?
16    A. I'm trying to -- I'm trying to figure out. So
17 I say no to this. I'm trying to figure out what this
18 means. Admit that you were not the subscriber. Oh,
19 that I have the number.
20    Q. I'll rephrase it, because we wrote the
21 question, so I kind of know where we were going with the
22 question, and you could help if you wanted to chime in
23 on this. But we wanted to know who the subscriber of
24 the phone was, right?
25    A. Who you --

Page 59

1    Q. Who the subscriber of your cell phone number
2 was.
3       MR. MARCUS: If he knows -- I think he's having
4 a difficult time with the word subscriber.
5       MR. WADE: Q. Okay. Subscriber is someone
6 that pays for a service.
7    A. So probably my parents.
8    Q. Okay. So what's the basis for your denial,
9 then to Request No. 7?
10    A. That I'm not.
11    Q. And I'll help you, because your denial to us
12 means that you are the subscriber of the phone.
13    A. I don't pay for it, but I use it.
14       MR. MARCUS: Right.
15       MR. WADE: Q. So is it fair to say that you
16 admit that you're not the subscriber of your cell phone?
17    A. Yes, if that means I paid for it, then I don't
18 pay for it. I just use my phone.
19    Q. Okay. And you said your name isn't on your
20 cell phone bill, correct?
21    A. I don't believe so.
22    Q. Okay.
23    A. I don't know much about who is paying
24 subscribers.
25    Q. Okay. Okay. And then lastly on the RFAs, if I

Page 60

1 could direct your attention to, uhm, No. 10, could you
2 please read that?
3    A. "Admit that you called defendant. Response:
4 Admitted."
5    Q. Okay. And that's -- you admitted that because
6 that's when you called Credit One back or allegedly
7 called Credit One back to figure out what the number
8 that was calling you, correct?
9    A. Yes, correct.
10    Q. But you never had an actual conversation with
11 Credit One when you called them personally, correct?
12    A. It was just their calling system.
13       MR. WADE: So we'll mark that as Exhibit A, by
14 the way, and I think we already -- Farheena and you have
15 a copy all right. All right. Now I want to move on to
16 your response to interrogatories, and I know these are
17 all legal jargon, but interrogatories are essentially --
18 we're asking you a question, and, you know, we just want
19 you to answer the question truthfully, of course. Okay?
20 Uhm, so we can mark this as Exhibit B.
21       (EXHIBIT B WAS MARKED FOR IDENTIFICATION.)
22       (Discussion off the record.)
23       MR. WADE: Q. Okay. Can I direct your
24 attention to Interrogatory No. 4?
25    A. Yes.

Page 61

1    Q. Okay. Actually, I just -- if you read your
2 response, that would be great, please.
3    A. All right. "Response: As alleged in the
4 complaint, the defendant used automated dialers and
5 pre-recorded messages to call the plaintiffs cellular
6 phone without his express consent and then continued to
7 do so after the plaintiff advised that the defendant had
8 the wrong number, the first of which conversations took
9 place on February 21st, 2017."
10    Q. Okay. What's your basis for that, meaning how
11 do you know it was February 21st, 2017?
12    A. The call logs -- the call logs stated that it
13 was February 21st.
14    Q. I just want to -- I know I'm asking it, but I
15 just want to make clear; what call logs are you
16 referring to?
17    A. I believe it was the Caller I.D. call logs and
18 the regular call logs on my, uhm, default phone app.
19    Q. Do you have those call logs?
20    A. Uhm, I might still do.
21    Q. How many calls do you think are logged on that
22 call log?
23    A. That I made on my mom's computer?
24    Q. Yes.
25    A. I don't know. I never really went far with

16 (Pages 58 to 61)

Page 62

1   that one.  I did take screenshots on -- of the -- on the
2   Caller I.D. app of how many calls I received from Credit
3   One.
4        Q.  What did your screenshot say?
5        A.  I believe they gave me the date, if I answered
6   or if I didn't, then the time.  I don't remember much of
7   that.
8        Q.  Would the screenshot specifically say Credit
9   One, or would it just provide a number that called your
10  phone?
11       A.  I don't remember if it said Credit One or not.
12  I think it just told me the number, and maybe it said
13  debt collector if it was the number that said that.
14  There were multiple numbers.
15       Q.  Okay.  Uhm, let's go through Interrogatory No.
16  8.
17       A.  All right.
18       Q.  Could you please read your response?
19       A.  "Defendant's calls to plaintiff were placed via
20  the Aspect Unified System, which is clearly a predictive
21  dialer.
22       Q.  And what's your basis for that response?
23       MR. MARCUS:  I'm just going to object, because
24  we're touching on attorney-client privilege with that
25  question.

Page 63

1        MR. WADE:  Q.  So I don't want anything that
2   you talked with your attorney.  That's privileged.  But
3   what I am entitled to is your basis for -- for that
4   response?
5        MR. MARCUS:  So outside of what your attorneys
6   told you, do you have any basis for this response?
7        THE WITNESS:  That -- that the calls were made
8   by an --
9        MR. WADE:  Q.  Aspect Unified System?
10       A.  Which means automatic caller or -- I'm confused
11  here.
12       Q.  So the basis of your knowledge for this
13  response was from your attorney?
14       MR. MARCUS:  That's right.
15       THE WITNESS:  Yes.
16       MR. WADE:  Q.  So without your attorney --
17  okay.  Have you ever heard of an Aspect Unified System?
18       A.  No.
19       MR. WADE:  Okay.  Done with that.  All right.
20  Now I want to direct your attention to a call log that
21  was produced by you, and I just wanted to go over a few
22  questions.  Okay.  We'll mark this as Exhibit C, please.
23       (EXHIBIT C1 WAS MARKED FOR IDENTIFICATION.)
24       MR. WADE:  And, actually, Ari, you can take a
25  look at it first.

Page 64

1        THE WITNESS:  So that was --
2        MR. MARCUS:  Yeah.
3        THE WITNESS:  So that was the call log I made.
4        MR. WADE:  Hold on.  Let's let Ari take a look
5   at it.
6        MR. MARCUS:  Okay.
7        THE WITNESS:  Okay.
8        MR. WADE:  Q.  What is this?
9        MR. MARCUS:  I just want to say, Noah, if you
10  need time to review the document, you take your time.
11       THE WITNESS:  So you said this was the one that
12  I recorded?
13       MR. WADE:  Q.  I'm asking you what is this
14  document that you produced?
15       A.  It's a log of the calls I got from the app
16  and --
17       Q.  When did you create this?
18       A.  I, uhm -- well, it -- it must have been after
19  all these dates.  So maybe sometime -- maybe a few days
20  after the last call, which is March 20th.  I don't
21  really -- I don't really remember when I made this.
22       Q.  Did you create this yourself?
23       A.  I don't know.  I think this is -- might have
24  been -- I made one.  I didn't -- I don't know if this is
25  mine, because I don't remember putting this many calls

Page 65

1   into this.  This could just be -- I don't know.  I don't
2   know if this is mine or not.
3        Q.  Okay.  Why did you create this log?  Let me
4   strike that.
5        So you're not sure if this is your log or not,
6   correct?
7        A.  Uhm, I mean, I don't know.  I don't know.  I
8   also don't know how it's here right now.  I think this
9   might be mine probably.
10       Q.  I'm just asking.  I just want to know who
11  created this log.  Uhm --
12       A.  I don't --
13       Q.  You don't know?
14       A.  I don't know if -- it might be me.  It might
15  not be.  Maybe it is, because I think I might remember
16  just not putting the thing between the time.
17       Q.  What do you mean?
18       MR. MARCUS:  Can I -- can I just jump in one
19  second?
20       MR. WADE:  Sure.
21       MR. MARCUS:  Noah, the log that you created, do
22  you remember what program you created it in?
23       THE WITNESS:  It was like -- I believe it was,
24  uhm, a Microsoft program.  I don't really remember.
25       MR. MARCUS:  Would it have been Microsoft

17 (Pages 62 to 65)

Page 66

1    Excel?
2         THE WITNESS: Maybe. I don't remember that
3    well.
4         MR. MARCUS: Did the log look a little bit
5    different than what you're looking at?
6         THE WITNESS: Yes, it was in this --
7         MR. MARCUS: Did it look similar to this log?
8         THE WITNESS: Yes.
9         MR. MARCUS: Just want to show you. I think
10   Noah's just having a difficult time because the logs
11   just look different.
12        MR. WADE: Okay.
13        MR. MARCUS: The one that you showed him and
14   the one that's printed from Excel.
15        THE WITNESS: This might be mine.
16        MR. WADE: Okay. Want me to use this as an
17   exhibit, then?
18        MR. MARCUS: I don't mind if you want to just
19   compare the records to see if they're the same. Looks
20   like they were the same.
21        MR. WADE: It's just a little cut off here.
22   So --
23        MR. MARCUS: Right. No, no, we can use yours.
24   I just want to clarify that point.
25        MR. WADE: Q. Okay. Does this log look

Page 67

1    familiar to you?
2         A. Yes.
3         Q. Okay. So, then, if that log doesn't look
4    familiar to you, then I would like to use this as an
5    exhibit.
6         A. This looks somewhat familiar with like how I
7    put in the times, but it doesn't look like the one that
8    I created.
9         Q. Okay. This looks like the one you created?
10        A. Yes, more.
11        Q. Okay. What's the difference between those two
12   call logs?
13        A. This one is in the -- this one is in this --
14   this one is top down like this instead of -- it goes
15   like that instead of this, and I remember it being in
16   these boxes --
17        Q. Okay.
18        A. -- when I made it.
19        MS. HABIB: So one of them is vertical and
20   one's horizontal.
21        THE WITNESS: Yeah.
22        MS. HABIB: Okay.
23        MR. WADE: Q. Okay. Since you remember this
24   call log, I would like to mark this as Exhibit C; is
25   that okay?

Page 68

1         A. Yeah.
2         MR. WADE: Okay. Can we mark that is Exhibit
3    C?
4         (EXHIBIT C2 WAS MARKED FOR IDENTIFICATION.)
5         (Discussion off the record.)
6         MR. WADE: Q. I'm going over the call log,
7    and I just wanted to ask questions about the call log.
8    I'm literally in the middle of the question.
9         MR. KAMINSKI: Can you hold off for a second?
10        THE WITNESS: Yeah, I'm fine.
11        MR. KAMINSKI: Thank you.
12        MR. WADE: Q. All right. So on this call
13   log, did you create this call log?
14        A. I believe so.
15        Q. And what if you look on the third column where
16   it says -- do you see where it says, "Noah answered"?
17        A. Right here?
18        Q. Yes.
19        A. Yeah.
20        Q. Who wrote that?
21        A. I believe -- I believe me or my mom did the
22   first part. I still don't know exactly if this is mine
23   or not.
24        Q. Okay. Okay. Do you see where it also said,
25   "Noah answered," where it says, "Date: February 21st"?

Page 69

1         A. Yes.
2         Q. Okay. Do you see February 21st where it says,
3    "Noah spoke with a male agent"?
4         A. Yes.
5         Q. Okay. Who wrote that note on the third column
6    down where it says, "Noah spoke with a male agent"?
7         A. I believe it was me or my mom. The entire
8    thing was either written by me or my mom. I still don't
9    know. I don't know if we put this many in or not.
10        Q. When did you write that note? Would it have
11   been on February 21st? Or would it have been after
12   February 21st?
13        A. It would have been way after, like I think it
14   was, uhm, after -- it was after all of these calls.
15   Maybe like a week or so after.
16        Q. Okay. So it's fair to say you didn't make this
17   note directly after you made the call -- or directly
18   after you have received the call from allegedly Credit
19   One?
20        A. No, I made this later on.
21        Q. Who did you create this for?
22        A. Uhm --
23        MR. MARCUS: Objection; asked and answered.
24   If you have anything else to add, you can answer.
25        THE WITNESS: Uhm, it was created by the -- it

Page 70

```
 1    was created for the -- the attorney wanted to see it.
 2         MR. WADE:  Q.  On the call log here it says
 3    that there were three calls answered.  Do you agree?
 4         A.  Yes.
 5         Q.  What happened during those three answered
 6    calls?
 7         A.  I don't really remember.  I think I -- I think
 8    two of them, like the call log said, uhm, I hung up
 9    like -- or just listened.  They said, "debt collector."
10    I hung up.  And then one of the times I said that I was
11    a -- that I didn't owe any debt.
12         MR. MARCUS:  Can Noah use the restroom now?  I
13    mean, I understand you're in a line of questioning but
14    he answered the question that you had posed.
15         MR. WADE:  Sure.
16         MR. MARCUS:  Just run to the restroom.  Go for
17    it, Noah.
18         THE WITNESS:  All right.
19         (The deposition was in recess from 12:51 to
20         1:05.)
21         MR. WADE:  Q.  So we're back on the record.
22    And, again, as whenever we would like to take a break, I
23    always like the remind you, do you understand that it's
24    important to tell the truth today?
25         A.  Yes.
```

Page 71

```
 1         Q.  Do you understand that it's important not to
 2    lie today?
 3         A.  Yes.
 4         Q.  Do you know a person by the name of D███████
 5    V█████?
 6         A.  I -- that name doesn't sound that familiar to
 7    me.
 8         Q.  Okay.  You paused.  Does it ring a bell?
 9         A.  I was just thinking -- trying to think if I've
10    ever heard that name before.  I honestly don't think I
11    have.
12         Q.  Okay.  When you say you don't think you have,
13    have you ever heard of the name D████ V████?
14         A.  Well, now I have, but I don't know.  I'm trying
15    to think if it rings a bell at all.  No, I don't -- have
16    never heard.  I've either never of heard of him or I
17    just don't remember the name.
18         Q.  So you do not know a person by the name of
19    D████ V████?
20         A.  Uhm, yes, I do not know a person by the name of
21    D████ V████.
22         Q.  Do you know if your mom had any friends named
23    D████ V████?
24         A.  I don't know.  She has a lot of friends.
25         Q.  Do you know any person by the last name
```

Page 72

```
 1    V█████?
 2         A.  I don't believe so.
 3         Q.  Do you know a person by the name Dwayne Wilson?
 4         A.  I don't think I've heard that name before.
 5         Q.  Do you know anyone with the last name Wilson?
 6         A.  No.
 7         Q.  So you do not know anyone by the name of Dwayne
 8    Wilson?
 9         A.  No, I -- well, yes, I don't know anybody by the
10    name of -- with the last name Wilson.
11         Q.  How about -- you said last name.  Do you know
12    anyone by the name of Dwayne Wilson?
13         A.  No.
14         Q.  Has anyone else other than Credit One ever
15    called your phone number regarding unpaid debt?
16         A.  So any other number that wasn't Credit Bank but
17    did want to collect debt?
18         Q.  Correct.
19         A.  No, I don't believe so.  I think it was all
20    Credit One.
21         Q.  So no one else was trying to collect a debt
22    that called your phone number other than allegedly
23    Credit One?
24         A.  No, it was only Credit One.
25         Q.  Did you ever get any calls looking for another
```

Page 73

```
 1    person by the name of D████ V████ on your phone?
 2         A.  I don't know.  That might have been the last --
 3    if that -- if they were -- if somebody was trying to
 4    collect a debt with somebody with that name?  Sorry.
 5    Just lost track here, but, uhm, can you say the question
 6    again?
 7         Q.  Sure.  Did you ever get calls from any other
 8    person looking for D████ V████?
 9         A.  I -- I don't know.  Maybe -- I don't remember
10    any names that the debt collector said, nothing.
11         Q.  Okay.  All right.  I want to play a recording
12    for you, okay?  And David has a hundred windows open.
13    Uhm, so I want you to listen closely, okay?
14         A.  Is this is a recording of me in it?
15         Q.  We'll see.  Okay.  So I'm going to play it, and
16    then I'll ask questions after I play it, okay?  All
17    right.
18         (Audio playing.)
19         MR. WADE:  I'll play it again.  Okay.  Can you
20    hear it okay?
21         THE WITNESS:  Yes, I heard it.
22         MR. WADE:  Q.  Okay.  Let me play it one more
23    time.
24         A.  Did I -- was that me?
25         (Audio playing.)
```

19 (Pages 70 to 73)

Page 74

```
 1          MR. WADE:  Q.  Is that your voice?
 2      A.  Sounds -- it sounds like me.  I don't know what
 3  happened in the last part of that recording.  Maybe I
 4  sneezed or something, but --
 5      Q.  Did you hang up?
 6      A.  I don't remember.
 7      Q.  I'll play it one more time just for the record,
 8  okay?
 9          (Audio playing).
10          MR. WADE:  Q.  Okay.  Does that sound like
11  your voice?
12      A.  Kind of.
13      Q.  Kind of.
14      A.  Yeah.
15      Q.  Do you remember that call?
16      A.  No, I don't -- I don't remember much about the
17  calls.
18      Q.  Okay.  Okay.  What happened during that call
19  that I just played?
20          MR. MARCUS:  Objection; it's on the record what
21  happened during the call, and Noah said he doesn't
22  remember the call.
23          MR. WADE:  Q.  You don't remember the call?
24          MR. MARCUS:  So if you have anything to add,
25  you can answer.
```

Page 75

```
 1          THE WITNESS:  So I mentioned D███ V████.  I
 2  still have no idea what happened in the last part of the
 3  call.  I probably just sneezed and then I don't know.
 4          MR. WADE:  Q.  Okay.  What damages do you
 5  believe you suffered due to the calls from -- alleged
 6  calls from Credit One Bank?
 7      A.  It was quite annoying.  One thing, I kept
 8  getting them constantly, which was a disturbance.  And,
 9  I mean, I didn't owe any debt.  They were calling for no
10  reason.
11      Q.  Okay.  Were you ever charged for the calls that
12  allegedly were from Credit One?
13      A.  Me, no.  I think it -- I don't know if my
14  parents were charged.  I don't know if anybody was
15  charged but --
16      Q.  What expenses have you incurred, uhm, from the
17  calls allegedly from Credit One Bank?
18      A.  So like what -- what inconveniences did this
19  cause me or --
20      Q.  Do you owe anything to anyone because of the
21  calls allegedly from Credit One Bank?
22      A.  No, I don't owe anything.  I don't believe so.
23      Q.  Do you claim that you suffered any emotional
24  problems, emotional distress?
25      A.  Well, was I freaking out, no, but it did kind
```

Page 76

```
 1  of piss me off.
 2      Q.  And why did it piss you off?
 3      A.  Because I kept getting these constantly, every
 4  day.  Look at this.  It kept -- like that was maybe five
 5  calls, five calls on one day.  That was ridiculous.
 6      Q.  Okay.  And what are you looking at, just for
 7  the record?
 8      A.  I'm looking at the -- this call log.
 9      Q.  And how do you know those were the calls that
10  you received allegedly from Credit One Bank?
11      A.  Well, if this is mine, I logged them straight
12  out of, uhm, the call logs.
13      Q.  Do you have any logs or any journals of -- any
14  logs or journals documenting your -- you said pissed
15  off?
16      A.  No, I didn't write anything about me being
17  pissed off, but it was like -- it was a bit of an issue.
18      Q.  Why was it an issue?
19          MR. KAMINSKI:  Excuse me.  Off the record for
20  one second.
21          (The deposition was in recess from 1:15 to
22          1:15.)
23          MR. WADE:  If you could repeat my question,
24  please.
25          (Record read by the reporter:
```

Page 77

```
 1          "QUESTION:   Why was it an issue?")
 2          THE WITNESS:  The calls, like -- I was also
 3  getting called like sometimes during the morning, which
 4  was pretty -- which was, uhm, kind of bad.  I think I
 5  might have gotten calls on weekends.  I don't know.  I
 6  don't know if March 20th is a weekend, but I was
 7  getting calls at, like, 9:00 a.m.  Those times -- a lot
 8  of calls in school, which could land me in trouble
 9  during school, because you're not allowed to have --
10  like your phone's not allowed to be active during that
11  time.
12          MR. WADE:  Q.  And for the record, what were
13  you looking at just now?
14      A.  The call logs that I -- that I think I made.
15      Q.  Have you seen any -- did you see any medical
16  provider for treatment as a result of the calls
17  allegedly from Credit One?
18      A.  No.
19      Q.  Did you purchase any medication as a result of
20  the calls allegedly from Credit One?
21      A.  No.
22      Q.  And you're laughing.  Why are you laughing?
23      A.  I don't know.  Just kind of -- it's a weird
24  question, but --
25      Q.  Okay.  Were you prescribed any medication over
```

Page 78

1  the counter or through prescription as a result of the
2  calls from Credit One Bank -- allegedly from Credit One
3  Bank?
4       A.  No.
5       Q.  Okay.  All right.  Uhm, how did you find your
6  lawyer in this case?
7       A.  Through the Metro PCS recording system on the
8  app.
9       Q.  Okay.  Is it the same lawyer that you have
10 today that contacted you after you reported the
11 information in the Metro PCS app?
12      A.  So -- can you please repeat that?
13      MR. WADE:  Sure.  Can you please repeat that?
14 (Record read by the reporter:
15      "QUESTION:   Okay.  Is it the same lawyer
16      that you have today that contacted you after
17      you reported the information in the Metro
18      PCS app?")
19      THE WITNESS:  I'm trying to think like --
20      MR. WADE:  Q.  I could rephrase it if you want
21 me to.
22      A.  Uhm, I understand the question.  Have -- is
23 that the same person.  I'm trying to think if they are,
24 if I always have -- so --
25      MR. MARCUS:  You have to answer, and if you

Page 79

1  don't know, then you can say you don't know.
2       THE WITNESS:  I don't know.  I just -- I'm
3  getting a little confused.
4       MR. WADE:  Q.  Okay.  Is the same lawyer that
5  represents you today the same lawyer that contacted you
6  after you put the number?
7       A.  Okay.
8       Q.  In the Metro PCS report?
9       A.  Can I ask who currently is my lawyer?
10      Q.  Okay.  Your lawyer is currently Yitzchak Zelman
11 and Ari Marcus, and Ari Marcus is sitting to your right
12 today.
13      A.  So I -- so I guess not the same.
14      Q.  Okay.  Who -- what lawyer reached out to you?
15      A.  Uhm, first guy, what was his name?  Kevin?
16 Mentioned his -- uh -- well, the first one that reached
17 out to me was the one through the app.
18      Q.  And it's not the same lawyer that represents
19 you today?
20      A.  No.
21      Q.  Okay.  When did you -- when did you hire your
22 current lawyers?
23      A.  I don't know.
24      Q.  Okay.  What happened after that first lawyer
25 reached out to you, that contacted you after you put the

Page 80

1  number in the Metro PCS app?
2       MR. MARCUS:  Objection; it's vague and
3  ambiguous.  What do you mean, what happened?
4       MR. WADE:  Q.   Did that lawyer -- when that
5  lawyer contacted you, what did he say?
6       MR. MARCUS:  Objection on privilege.
7       MR. WADE:  Q.  It's not -- that's -- I mean,
8  that wouldn't be attorney-client privilege as to you, so
9  it wouldn't be privileged information regarding --
10      MR. MARCUS:  If he had previous counsel, it
11 could be privileged but --
12      MS. HABIB:  We don't know if they were
13 retained.
14      MR. MARCUS:  Right.  I understand that.
15      MS. HABIB:  And they're soliciting him, so I
16 think we're entitled to know --
17      MR. KAMINSKI:  Uh-huh.
18      MS. HABIB:  -- what the tenor of the
19 conversation was, if not the detail.
20      MR. MARCUS:  Well, the -- if the conversation
21 was about retaining that attorney, then I think it would
22 run on privilege.
23      MS. HABIB:  Well, if they didn't retain them
24 for purposes of litigation, then it's not privileged.
25      MR. MARCUS:  How do you know they didn't retain

Page 81

1  them?  Is that the question?  Are you asking did he
2  retain an attorney?  Is that --
3       MR. KAMINSKI:  The fact --
4       MR. MARCUS:  Are you asking about what happened
5  in the conversation?
6       MR. KAMINSKI:  No, I think he's just saying did
7  he retain a different attorney.
8       MR. MARCUS:  So you want to know if he retained
9  the attorney that called him; is that what you're asking
10 him?
11      MR. WADE:  That's part of the questions.  I
12 have many questions on that, but, yes, that's one of the
13 questions.
14      MR. MARCUS:  Noah, do you understand the
15 question?
16      THE WITNESS:  No.  I'm getting kind of confused
17 here.
18      MR. MARCUS:  Yes.
19      MR. WADE:  Q.  Did you hire the attorney that
20 first contacted you?
21      A.  Well, they just -- got first in contact with
22 me -- I don't really -- I'm kind of confused how this
23 whole -- I'm trying to find who is it, and I lost
24 again.  I'm sorry, but can you please repeat the
25 question just one more time?

21 (Pages 78 to 81)

Page 82

1      Q.  Sure.  Did you hire the attorney that first
2  contacted you after you put -- after you reported the
3  number in your Metro PCS app?
4      A.  Yes, I guess.
5      Q.  Okay.
6      A.  I mean, hire in the sense that I don't know how
7  most of it works, but I guess, yes.
8      Q.  And you don't remember his name or her name?
9      A.  It -- I forgot.  Yeah.  I don't know their
10  name.
11      Q.  Okay.  How did you find your lawyers in this
12  case?
13      A.  So the -- in the sense find, you mean how did I
14  hire my current --
15      Q.  Correct.
16      A.  I don't really know how -- I don't really know
17  how it happened.  I --
18      Q.  You don't remember how?
19      A.  I don't remember how.
20      Q.  Did you, yourself, contact your current
21  attorneys?
22      A.  I think it was -- no.
23      Q.  Who contacted them?
24      A.  I think my mom, honestly.
25      Q.  And do you know when your mom contacted your

Page 83

1  current attorneys?
2      A.  No.
3      Q.  Did you fire the first attorney that contacted
4  you?
5      A.  Fire, no.
6      Q.  Did you -- strike that.
7      Does that attorney still represent you, the
8  first attorney that contacted you?
9      A.  I don't know.
10      Q.  Okay.  So you stated that you hired that
11  attorney, correct?
12      A.  I guess in a sense, yeah, hired.
13      Q.  So do you still contact that attorney to any
14  degree?
15      A.  Not now, no.
16      Q.  And why not?
17      A.  I don't know.  I just haven't been in contact.
18      Q.  All right.  I think I'm almost done.  I'm just
19  going to go through my notes, and then after I'm done I
20  think Farheena is going to clean up some of the things
21  that --
22      MS. HABIB:  Noah, are you okay to go for a
23  little bit longer, or do you need a five minute break?
24      THE WITNESS:  I'm fine to go on.
25      EXAMINATION BY MS. HABIB

Page 84

1      MS. HABIB:  Q.  I shouldn't be more than 10
2  minutes.  So my name is Farheena.  I'm an attorney in
3  this case as well.  I just want to ask you a few
4  questions.  Alex obviously asked you a lot of questions.
5  I won't be asking you everything again, but I just
6  wanted to know you said you play tennis on Thursdays and
7  a couple of other days.  Do you remember what other days
8  you play?
9      A.  Well, uhm, at certain times I've had to miss
10  Thursday, so we would do makeup days.
11      Q.  Okay.  But during the week you just play once a
12  week?
13      A.  Yeah.
14      Q.  Okay.  Do you do any other activities?
15      A.  I play viola.
16      Q.  Do you get lessons?
17      A.  Uh-huh.
18      Q.  And do you get those lessons once a week, twice
19  a week?
20      A.  Once a week.
21      Q.  And what day is that?
22      A.  Monday.
23      Q.  Do you know what time?
24      A.  I think around 3:05, 3:15.
25      Q.  And how long is that lesson?

Page 85

1      A.  Uhm, 40 minutes.
2      Q.  And when you get out of school, how do you get
3  home?
4      A.  Uhm, my parents pick me up.
5      Q.  Okay.  Uhm, do you call your mom and she comes
6  and gets you?
7      A.  Well, I call her to -- just to make sure that
8  she's -- yeah, she always comes after -- she always
9  comes when school comes out.
10      Q.  Okay.  And how often is your school from your
11  house?
12      A.  Uhm, like 10 -- not even maybe 5 minutes away.
13  A little bit longer like seven, eight.  I don't really
14  know, but it's not that far away from my house.
15      Q.  Okay.  And do you get homework every day?
16      A.  Uhm, yes, sometimes, but sometimes we get days
17  where we don't have homework or weeks where we don't
18  have to do homework because we have something big coming
19  up.
20      Q.  Okay.  So just on average, do you know what
21  that means, like on average, like on a regular day, how
22  much time do you spend after school doing homework?
23      A.  Half an hour.
24      Q.  Half an hour.  Okay.  And you don't have your
25  phone on you at that time, right?

22 (Pages 82 to 85)

Page 86

```
 1       A.  Uhm, no.
 2       Q.  Okay.  And after you do your homework, what do
 3  you do, usually?
 4       A.  Uhm, play games.  Sometimes I swim when it's
 5  hot out.  I hang out with friends.
 6       Q.  Okay.  Do you guys hang out outside the house?
 7       A.  Sometimes.  Uhm, sometimes outside.  Sometimes
 8  inside.  Sometimes at my friend's house.
 9       Q.  Okay.  Uhm, and do you have dinner with your
10  family?
11       A.  Yes.
12       Q.  About how long do you spend having dinner with
13  your family?
14       A.  Depends.  Like maybe a half hour.
15       Q.  Okay.  And you don't keep your phone at the
16  dinner table, right, when you're eating?
17       A.  Not usually, no.
18       Q.  Okay.  And what time do you guys have dinner?
19       A.  We don't really have a designated time just
20  have it around evening.
21       Q.  Okay.  Around evening like between 5:30 and
22  7:30, something like that?
23       A.  Yeah.
24       Q.  The Metro PCS app, did that come already
25  installed on your phone or is that something you had to
```

Page 87

```
 1  download?
 2       A.  Uhm, came with my phone.
 3       Q.  And what's the first time you found that app?
 4       A.  Uhm, I believe when I started getting the
 5  calls.
 6       Q.  And how did you know to look for that app?
 7       A.  I guess I was just -- I just tried to find a
 8  way to make the calls stop, and I found that app.  It
 9  just went from there.
10       Q.  So you were looking through your phone, right,
11  and your phone has different apps on the screen, and how
12  did you pick that one as one that you thought might stop
13  the calls?
14       A.  I honestly don't remember how I chose that one.
15       Q.  Did anyone tell you about that app?
16       A.  I don't believe so.
17       Q.  Okay.  When you first started getting the calls
18  that you believe are from Credit One, did you talk to
19  anyone about that?
20       A.  Uhm, my parents.
21       Q.  Okay.  And what did you tell them?
22       A.  I just told them I started getting phone calls
23  from -- from the bank, from Credit One.
24       Q.  And did they tell you anything about what to do
25  about that?
```

Page 88

```
 1       A.  I don't remember.
 2       Q.  Okay.  And on your phone, is there any feature
 3  that allows you to block a given number?
 4       A.  I don't know if I have an app that does that.
 5       Q.  Did you look for that?
 6       A.  I think I did.
 7       Q.  And you didn't find anything?
 8       A.  I don't remember.
 9       Q.  When Alex was just asking you about the lawyer
10  that reached out to you because you recorded these
11  numbers on the app, do you remember if that lawyer
12  talked to you or one of your patients?
13       A.  Well, talked to both of us.
14       Q.  Okay.  So you talked to them first?
15       A.  Yeah.
16       Q.  Correct?
17       A.  (Nods head.)
18       Q.  Okay.  And then you gave the phone to your mom
19  or dad?
20       A.  Yes.
21       Q.  Do you remember who?  Is it your mom or your
22  dad?
23       A.  Mom.
24       Q.  Okay.  Do you have -- do you have a consumer
25  counselor at school, like a guidance counselor?
```

Page 89

```
 1       A.  We do have one at school.
 2       Q.  Did you ever talk to your guidance counselor
 3  about these calls?
 4       A.  No.
 5       Q.  Did you talk to any of your friends about these
 6  calls?
 7       A.  Well, I just think I did talk to my friend
 8  saying, wow, I'm getting these annoying calls
 9  constantly, but yeah.
10       Q.  Okay.  And I think early on maybe I misheard
11  you but I thought you said when you're at school you
12  have to turn your phone off, like you have to power it
13  down; is that right?
14       A.  I -- you're just not allowed to have anything
15  running.  You're not allowed to have it do anything.  I
16  mean, you can have it on.  I don't know many of the
17  rules on that.
18       Q.  But you never powered down your phone while you
19  were at school?
20       A.  No, I don't -- I think after a while I got
21  those calls my teacher just -- my teacher told me to
22  power down.  I don't really remember.
23       Q.  Okay.  And sorry if we've asked this many
24  times, but do you remember the date you first told you
25  mom about the calls?  Was it February 2017?
```

23 (Pages 86 to 89)

Page 90

```
 1        A.  Yeah, somewhat -- yeah, after the first few
 2   calls.
 3        Q.  Okay.  And we've been talking about this log
 4   that you started making on your mom's computer.  Did
 5   someone tell you to do that?
 6        A.  Uhm --
 7        MR. MARCUS:  I think we went over this.
 8        MS. HABIB:  Q.  The attorney.  And just to
 9   clarify is it the first attorney or --
10        A.  The first attorney, yes.
11        Q.  Okay.  Oh, the attorneys that called you
12   because you reported the calls on the app, did they call
13   your cell phone number?
14        A.  Yes, I think so.
15        Q.  And do you -- did you take a screenshot of the
16   Metro PCS app?
17        A.  Uhm, not like just of the app for no reason,
18   but I did take pictures.  I did take screenshots of the
19   calls.
20        Q.  And do you have those?
21        A.  Yes.
22        Q.  And have those been produced?
23        MR. MARCUS:  I don't know.
24        MS. HABIB:  Q.  Okay.  You have them?
25        A.  Most of them are on that log.
```

Page 91

```
 1        Q.  Okay.  But do you actually have -- on your
 2   phone do you have a copy of the screenshot like in your
 3   photos or anywhere?
 4        A.  I think I do.
 5        Q.  You do.  Okay.  Uhm, do you think you would be
 6   able to get us that?
 7        MR. MARCUS:  Sure.
 8        MS. HABIB:  Like to take a look at what that
 9   looks like.
10        MR. MARCUS:  Sure.  If Noah has them we can
11   send them over to you.
12        MS. HABIB:  Q.  Okay.  Great.  And did --
13        MR. MARCUS:  Follow up in writing so I remember
14   after the deposition.
15        MS. HABIB:  Q.  Okay.  And did someone tell
16   you to take that screenshot or --
17        A.  I just did it myself.  Me and my mom.
18        Q.  Okay.  And the information on the log that you
19   made on your mom's computer, that information came from
20   that app, correct?
21        A.  Yes.
22        Q.  And as you sit here today, your memory is that
23   that app told you that some of these calls were
24   robocalls?
25        A.  Well, no, I don't believe that -- I said that,
```

Page 92

```
 1   uhm -- that this app can detect robo calls.  But it told
 2   me that it was -- it detailed some of the calls as debt
 3   collectors, it specified.
 4        Q.  Okay.  You don't remember the word robo call on
 5   the app?
 6        A.  I've seen it on the app.  I've seen -- I've
 7   been called by robo calls a few times.  I don't know if
 8   it was from Metro PCS -- I mean from Credit One Bank.
 9   I'm sorry.  But I don't know.  It could have.
10        Q.  Okay.  You think the app maybe said it, yeah?
11   Not sure?  Maybe?  Okay.  Uhm, that's all my questions.
12   I think we're done.
13        MR. MARCUS:  I don't have any questions.
14        MR. WADE:  I'm all done, uhm, and for the
15   record, we'll agree that Laura will send me the original
16   transcript.  I will make that available to you and
17   Yitzchak.
18        MR. MARCUS:  Appreciate it.
19        MR. WADE:  And then if you could have Noah
20   review, correct, sign it if any changes need to be made,
21   and then you can send that back to us within 30 days
22   after we send it to you.
23        MR. MARCUS:  Got it.
24        MR. KAMINSKI:  Do we have enough time for 30
25   days?
```

Page 93

```
 1        MR. WADE:  Thirty days should work fine.  I
 2   mean, we'll get it to you when we get it.  The sooner
 3   the better.
 4        MR. MARCUS:  Sure.
 5        MR. WADE:  If you guys could get it back to us
 6   sooner --
 7        MR. KAMINSKI:  Laura, a question for you off
 8   the record.
 9        (The deposition was in recess from 1:37 to
10        1:37.)
11        MR. WADE:  So plaintiff's counsel and
12   defendant's counsel agree that after plaintiff counsel
13   receives the deposition transcript for plaintiff to
14   review, plaintiff's counsel will return that signed
15   deposition transcript within 15 days after his receipt
16   of the transcript from defense counsel.
17        MR. MARCUS:  That's right.
18        THE REPORTER:  Are you ordering your own
19   certified copy?
20        MR. WADE:  I just want to add something.  If we
21   don't receive it in 15 days, we'll assume that no
22   changes were being made to the transcript.
23        MR. MARCUS:  That's fine.  No, I don't need a
24   copy, then, if you're going to give us certified.
25   You're sending us the certified copy, right?
```

TSG Reporting - Worldwide - 877-702-9580

Page 94

1       MR. WADE:  Correct.
2       MR. MARCUS:  Just send us an electronic copy,
3    if you can.
4       THE REPORTER:  So that's ordering a copy, then.
5    How about you?
6       MS. HABIB:  I don't know yet.  I'll let you
7    know.
8       MR. WADE:  We're off the record.
9       (The deposition was concluded at 1:38 p.m.)
10
11
12
13
14       _____

            NOAH LEMOS
15
16
17
18
19
20
21
22
23
24
25

Page 95

1                   CERTIFICATE
2
3       I, the undersigned, a Certified Shorthand
4    Reporter, State of California, hereby certify that the
5    witness in the foregoing deposition was by me first duly
6    sworn to testify to the truth, the whole truth, and
7    nothing but the truth in the within-entitled cause; that
8    said deposition was taken at the time and place therein
9    stated; that the testimony of the said witness was
10   reported by me, a disinterested person, and was
11   thereafter transcribed under my direction into
12   typewriting; that the foregoing is a full, complete, and
13   true record of said testimony; and that the witness did
14   not request an opportunity to read it and, if necessary,
15   correct said deposition and to subscribe the same.
16       I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21       Executed this 23rd day of July, 2018.
22
23       _____

            LAURA AXELSEN, C.S.R. 6173
24
25

Page 96

1       ERRATA SHEET FOR THE TRANSCRIPT OF:
2    Case Name:  N.L. vs. Credit One
3    Dep. Date: July 11, 2018
4    Deponent: Noah Lemos
5    Pg.  Ln.  Now reads    Should read   Reason
6    ____ ____ _____ _____ _____
7    ____ ____ _____ _____ _____
8    ____ ____ _____ _____ _____
9    ____ ____ _____ _____ _____
10   ____ ____ _____ _____ _____
11   ____ ____ _____ _____ _____
12   ____ ____ _____ _____ _____
13   ____ ____ _____ _____ _____
14   ____ ____ _____ _____ _____
15   ____ ____ _____ _____ _____
16   ____ ____ _____ _____ _____
17
18       _____
19       SIGNATURE OF DEPONENT
20   SUBSCRIBED AND SWORN BEFORE ME
21   THIS____DAY OF_____, 2018
22
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25

## A

**$80** 24:9
**a.m** 2:2 33:22 49:6
  49:8 77:7
**ability** 10:12
**able** 9:5 10:11
  37:18 91:6
**Absolutely** 10:15
**access** 36:16
**accidentally** 23:5
**account** 20:12,14
  21:18 22:16,19,21
**acknowledge** 45:11
**active** 77:10
**activities** 84:14
**actual** 44:1 60:10
**add** 69:24 74:24
  93:20
**address** 11:25
  12:18,18 13:9
  15:7,18,20 17:19
  17:22,22 33:3
**addresses** 13:7
**admission** 4:13
  54:17
**admissions** 54:9
**admit** 54:22 58:9
  58:18 59:16 60:3
**admitted** 55:11
  60:4,5
**advised** 61:7
**affect** 10:9
**afraid** 32:2
**agent** 69:3,6
**ago** 8:14 9:24 24:14
  29:4,6 33:1 51:17
**agree** 7:25 8:11
  18:20 70:3 92:15
  93:12
**Alex** 3:13 5:5 10:18
  84:4 88:9
**allege** 40:1
**alleged** 31:20 37:1
  38:5 61:3 75:5
**allegedly** 37:1,13
  42:23 43:14 46:5
  46:16,19 47:14,17
  53:9,22 57:5

**58:11 60:6 69:18
  72:22 75:12,17,21
  76:10 77:17,20
  78:2
**alleging** 49:6
**allow** 40:21
**allowance** 21:7
**allowed** 33:16,17
  77:9,10 89:14,15
**allows** 88:3
**Amazon** 21:18
  22:11
**ambiguous** 80:3
**amount** 21:5 38:22
**Angeles** 3:16
**annoying** 75:7 89:8
**answer** 6:21,23 7:7
  7:12,16 43:7,23
  43:25 46:15 60:19
  69:24 74:25 78:25
**answered** 43:3,5,11
  43:13,16 47:16,23
  62:5 68:16,25
  69:23 70:3,5,14
**anybody** 72:9
  75:14
**anyway** 31:7
**app** 36:12,17 38:8
  38:16 51:5 52:16
  52:18,18,21,22
  53:1,3 54:2 55:17
  55:20,21,22 56:4
  56:7,8,16 57:4,6
  57:21 61:18 62:2
  64:15 78:8,11,18
  79:17 80:1 82:3
  86:24 87:3,6,8,15
  88:4,11 90:12,16
  90:17 91:20,23
  92:1,5,6,10
**APPEARANCES**
  3:1
**appeared** 2:5
**appreciate** 6:24
  92:18
**apps** 87:11
**April** 11:23
**area** 37:6

**Ari** 3:6 9:10 18:21
  54:12 63:24 64:4
  79:11,11
**arrested** 16:13
**Asbury** 3:8
**aside** 16:1 30:16,19
**asked** 6:3 7:17 8:23
  8:25 9:4 15:3
  22:22 43:1 53:7
  69:23 84:4 89:23
**asking** 7:11 8:13
  9:23 45:1,3,4
  50:23 60:18 61:14
  64:13 65:10 81:1
  81:4,9 84:5 88:9
**Aspect** 62:20 63:9
  63:17
**assume** 7:16 21:6
  93:21
**attention** 45:18
  58:5 60:1,24
  63:20
**attorney** 8:5 9:11
  11:1 16:1 30:17
  50:20,21,24 51:1
  51:2,8,10,14,18
  52:3,7,10,13 56:5
  57:11,12 63:2,13
  63:16 70:1 80:21
  81:2,7,9,19 82:1
  83:3,7,8,11,13
  84:2 90:8,9,10
  95:17
**attorney-client**
  50:11 62:24 80:8
**attorneys** 10:1
  30:13,20 63:5
  82:21 83:1 90:11
**Audio** 73:18,25
  74:9
**automated** 61:4
**automatic** 54:23
  55:7 57:24 58:2
  63:10
**automatically** 55:6
  55:19
**available** 92:16
**Avenue** 3:7

**average** 27:21 28:3
  85:20,21
**aware** 20:7,11
  30:21 31:19 41:1
  41:1
**Awesome** 11:18
**AXELSEN** 1:24
  2:4 95:23

## B

**B** 4:14 60:20,21
**back** 25:7,15 30:3
  31:11 35:23,25
  37:12 38:23 39:8
  40:17 53:23 55:20
  60:6,7 70:21
  92:21 93:5
**background** 16:17
**backpack** 34:2,3,7
  41:21,21,25
**bad** 77:4
**bank** 1:9 29:25
  30:1,20 46:16,17
  72:16 75:6,17,21
  76:10 78:2,3
  87:23 92:8
**basically** 10:2
**basis** 55:2 58:14
  59:8 61:10 62:22
  63:3,6,12
**BASSI** 3:20
**bathroom** 11:7
**Bay** 12:13 15:7,7
  15:18 17:19 33:3
**bear** 16:17 54:8
**began** 51:24
**beginning** 46:22
**believe** 10:8 20:17
  25:21,25 32:15
  36:1 39:7 40:9,13
  43:12 45:13 46:11
  46:18 47:16,21
  48:19 49:10 53:16
  56:9 59:21 61:17
  62:5 65:23 68:14
  68:21,21 69:7
  72:2,19 75:5,22
  87:4,16,18 91:25

**bell** 71:8,15
**best** 8:10,16 9:16
  10:5,12,22
**better** 19:22 93:3
**big** 8:24 85:18
**bigger** 14:24
**bill** 26:3 59:20
**birth** 11:22
**birthday** 21:19
**birthdays** 21:9
**bit** 12:2 16:17 20:7
  24:14 32:1 40:17
  44:10 49:12 52:11
  57:7,18 66:4
  76:17 83:23 85:13
**bite** 11:2
**block** 88:3
**blocks** 54:3
**BLUM** 3:20
**born** 15:13
**borrowed** 27:5
**bought** 21:2,3,15
  21:18 22:14,16
**Boulevard** 3:15
**boxes** 67:16
**boy** 8:21 21:2,13
  22:10 46:2
**break** 9:11,12 11:7
  30:23 70:22 83:23
**breaks** 24:15
**bring** 16:7 33:12
**broken** 24:19
**brother** 14:7,16,17
  14:19,24 15:4
  26:14,23 27:9
**brother's** 14:17
  26:15
**brothers** 15:2,2
  22:2
**built** 52:20
**buy** 21:4,4,13,13
**buys** 24:15

## C

**C** 63:22 67:24 68:3
**C.S.R** 95:23
**C1** 4:15 63:23
**C2** 4:16 68:4

**CA** 3:16,23
**California** 1:2 2:3
95:4
**call** 4:15,16 9:22
10:16,18 23:14,17
24:21 26:22,23
27:14,25 28:2,8
28:18,18,21 29:14
30:3 34:14 35:18
35:22,23,25 36:3
36:8,8,9,11 37:19
38:7,8 43:5,7,11
48:1,4 49:13,15
51:7,9 52:17
53:22 54:22 56:14
56:20,23 61:5,12
61:12,15,17,18,19
61:22 63:20 64:3
64:20 67:12,24
68:6,7,12,13
69:17,18 70:2,8
74:15,18,21,22,23
75:3 76:8,12
77:14 85:5,7
90:12 92:4
**Calle** 12:1,4,18
**called** 2:7 22:18
24:8 36:2 37:20
38:13,15 40:12
43:15 48:8,10,11
48:14 55:3 56:9
56:17,19 58:11
60:3,6,7,11 62:9
72:15,22 77:3
81:9 90:11 92:7
**caller** 2:3 53:4,5
53:6,8,19 55:17
56:7,9,16 61:17
62:2 63:10
**callers** 36:13
**calling** 25:12 35:24
38:1,1 42:15,18
42:24 44:4,19,23
45:6,9 46:1,5 49:2
55:13 56:25 57:22
60:8,12 75:9
**calls** 22:20 23:16
27:21 28:3,6 30:2

35:22 36:5,10,14
36:20,24,25 37:7
37:13,16,17,22,24
38:5,21,23,23
39:14,19 40:2,5
40:10,24 41:4,7
42:24 43:9 44:5
44:11,12 46:9,16
46:19 47:3,16
49:5,7,9,17,21,22
49:24 51:16,19,24
52:9,14 53:8 54:3
55:6,8 57:8,16,17
61:21 62:2,19
63:7 64:15,25
69:14 70:3,6
72:25 73:7 74:17
75:5,6,11,17,21
76:5,5,9 77:2,5,7
77:8,16,20 78:2
87:5,8,13,17,22
89:3,6,8,21,25
90:2,12,19 91:23
92:1,2,7
**Calvin** 14:14
**caption** 95:18,20
**capture** 6:22
**card** 20:16 21:1,9
21:13,14,21 22:14
**cards** 20:19,21
**Carey** 14:14
**CARLSON** 3:12
**carry** 34:3
**case** 6:3 78:6 82:12
84:3 96:2
**cause** 75:19 95:7,19
**caution** 8:5
**cell** 13:14,16,25
22:22,23 23:2,14
23:18,20 24:4,6
24:10,17 25:22,24
26:7,12,13,13,15
26:18,23 27:5,7,9
27:12,22 28:4
31:19,20 32:1,8
32:10 34:1,10
35:9,10 37:23
39:9 41:20,22

54:22 59:1,16,20
90:13
**cellular** 61:5
**Century** 3:15
**certain** 37:6 54:3
84:9
**certainly** 30:17
**CERTIFICATE**
95:1
**certified** 2:4 93:19
93:24,25 95:3
**certify** 95:4,16
**chance** 6:18
**change** 7:14
**changes** 7:22 8:1,2
8:4,6 92:20 93:22
**charged** 75:11,14
75:15
**cheap** 24:9,15,23
**check** 37:18,19,23
42:20 55:16
**checked** 36:9 37:17
**checking** 38:16,17
**chime** 58:22
**chose** 87:14
**Circle** 12:1,4
**city** 12:11,20
**claim** 75:23
**claimed** 42:23
**claiming** 44:2
**clarify** 52:4 66:24
90:9
**class** 33:11 42:1,13
**classroom** 33:12
34:9 41:23 42:1
**clean** 83:20
**clear** 8:23 30:11
40:16 43:2 47:13
61:15
**clearly** 62:20
**close** 47:1
**closely** 73:13
**closer** 42:4
**coach** 18:18
**collect** 44:23 46:1
72:17,21 73:4
**collector** 38:10
43:2,10 44:18,19

47:25 52:19 53:13
53:20,25 55:25
62:13 70:9 73:10
**collectors** 92:3
**column** 68:15 69:5
**come** 19:8 21:20
86:24
**comes** 85:5,8,9,9
**coming** 36:20
38:24 51:21 57:9
57:19 85:18
**comment** 8:6
**COMMISSION**
96:24
**communications**
50:23 51:13
**companies** 29:23
**company** 25:9
30:20
**compare** 66:19
**complaint** 61:4
**complete** 95:12
**completely** 10:15
**computer** 21:22
49:13 61:23 90:4
91:19
**concluded** 94:9
**confused** 63:10
79:3 81:16,22
**consent** 61:6
**constantly** 27:16
75:8 76:3 89:9
**consumer** 88:24
**contact** 56:6 57:11
81:21 82:20 83:13
83:17
**contacted** 57:13
78:10,16 79:5,25
80:5 81:20 82:2
82:23,25 83:3,8
**context** 30:8
**continued** 61:6
**conversation** 44:2
47:6,11,14,19
48:7 60:10 80:19
80:20 81:5
**conversations**
30:12 47:11 61:8

**Cookman** 3:7
**Coolpad** 24:8,11,12
**copy** 54:13 60:15
91:2 93:19,24,25
94:2,4
**correct** 6:6 13:9
15:5,8,21 24:2
25:20 26:9 30:21
32:17 33:1,4,8
34:11 37:14 40:22
40:25 42:21 46:2
47:14,20 51:2,25
53:11,23 59:20
60:8,9,11 65:6
72:18 82:15 83:11
88:16 91:20 92:20
94:1 95:15
**counsel** 80:10
93:11,12,12,14,16
95:16
**counselor** 88:25,25
89:2
**counter** 78:1
**couple** 29:4 31:6
84:7
**course** 20:20 30:14
30:16 60:19
**court** 1:1 6:17 7:2
54:10
**courtroom** 6:12,13
**create** 49:9,15
50:22 51:7 64:17
64:22 65:3 68:13
69:21
**created** 51:1,9
65:11,21,22 67:8
67:9 69:25 70:1
**credit** 1:9 3:10
20:12,13,16,16,19
20:21 21:1,12,14
21:21 22:14,18,19
29:25 30:1,4,20
35:11,15,18,20,24
35:25 36:2,15
37:1,14 38:5
39:14,16 42:23
43:14,14 44:2
45:8 46:4,16,16

46:19 47:6,14,17
48:1,8,11,15,17
48:20,24 49:6,10
52:14 53:9,15,19
53:22,22,25 57:5
60:6,7,11 62:2,8
62:11 69:18 72:14
72:16,20,23,24
75:6,12,17,21
76:10 77:17,20
78:2,2 87:18,23
92:8 96:2
**CRP** 1:24
**CRR** 1:24
**crystal** 8:23
**CSR** 1:24
**current** 11:24
79:22 82:14,20
83:1
**currently** 79:9,10
**cut** 66:21

**D**

**dad** 14:7 26:4 27:7
46:10,15 88:19,22
**dad's** 14:13 21:19
22:15 23:5,9 32:2
**damages** 75:4
**date** 8:7 11:21
13:19,23 14:1
32:23 36:18 39:1
39:9 40:15 62:5
68:25 89:24 96:3
**dates** 29:7 64:19
**David** 3:14 11:2
73:12
**day** 27:17,21,24
28:4,6 29:14
32:23 33:16,18
36:24 37:5,13,22
37:24 38:16,17
40:2,5 76:4,5
84:21 85:15,21
95:21 96:21
**days** 29:4 34:20
37:6 40:2 52:12
64:19 84:7,7,10
85:16 92:21,25

93:1,15,21
**debt** 38:9 43:2,10
44:17,18,19,23,25
45:5,23,24,25
46:1 47:25 52:19
53:13,20,25 55:25
62:13 70:9,11
72:15,17,21 73:4
73:10 75:9 92:2
**December** 13:17,20
25:14,16,19 32:17
32:25 33:6 39:12
39:16,22
**decided** 49:17,22
**default** 38:7 61:18
**defendant** 54:22
58:11 60:3 61:4,7
**defendant's** 62:19
93:12
**Defendants** 1:10
2:7
**defense** 93:16
**defined** 54:24
**degree** 83:14
**denial** 55:2 58:14
59:8,11
**Denied** 55:1 58:13
**Dep** 96:3
**depends** 27:23 28:5
86:14
**Deponent** 96:4,19
**deposition** 1:16 5:5
5:10,13 6:10
10:21 15:24 16:2
16:5,7 31:9 70:19
76:21 91:14 93:9
93:13,15 94:9
95:5,8,15,18
**D**<span style="background-color:black">████</span> 71:4,13,19
71:21,23 73:1,8
75:1
**description** 4:11
56:25 57:2
**designated** 86:19
**detail** 80:19
**detailed** 92:2
**details** 55:25
**detect** 92:1

**dialer** 62:21
**dialers** 61:4
**dialing** 54:23 57:25
58:2
**dials** 55:19
**difference** 5:24
8:17,22 67:11
**different** 44:7 66:5
66:11 81:7 87:11
**difficult** 59:4 66:10
**digits** 23:1
**dining** 8:24,25 9:1
9:4,6
**dinner** 86:9,12,16
86:18
**direct** 54:16,18
58:5 60:1,23
63:20
**direction** 95:11
**directly** 48:10
69:17,17
**Discussion** 54:15
60:22 68:5
**disinterested** 95:10
**dismissal** 33:18,19
**distress** 75:24
**DISTRICT** 1:1,2
**disturbance** 75:8
**DIVISION** 1:3
**document** 64:10,14
**documenting** 76:14
**documents** 15:23
16:7
**doing** 5:15 16:18
27:23,24 30:23
85:22
**door** 41:24
**download** 87:1
**downloaded** 52:16
52:18 54:2
**dozen** 51:16
**dropped** 36:21
**due** 75:5
**duly** 5:2 95:5
**Dwayne** 72:3,7,12

**E**

**earlier** 22:22 32:9

41:20 50:8 53:7
57:15,16
**early** 51:18 89:10
**easily** 24:15
**EASTERN** 1:2
**eating** 86:16
**EDLIN** 3:20
**eight** 85:13
**either** 28:18 43:1
69:8 71:16 95:17
**electronic** 94:2
**Elementary** 16:25
17:5,6,11 32:15
32:16,21 33:7,10
40:19,21
**emotional** 75:23,24
**entire** 13:2 15:12
33:16,18 36:14
46:25 69:7
**entitled** 8:15 50:24
63:3 80:16
**ERRATA** 96:1
**ESQ** 3:6,13,14,21
**essentially** 21:12
60:17
**establish** 31:19
**established** 32:7
**estimate** 8:16,18,22
9:5 12:14
**evening** 86:20,21
**events** 8:14 9:23
**exact** 24:25 32:22
39:9 40:15 53:3
**exactly** 43:3 44:16
56:24 58:1 68:22
**EXAMINATION**
4:4,5 5:3 83:25
**example** 6:2
**Excel** 66:1,14
**excuse** 7:2 55:10
76:19
**Executed** 95:21
**exhibit** 4:11,13,14
4:15,16 54:11
60:13,20,21 63:22
63:23 66:17 67:5
67:24 68:2,4
**exhibits** 4:9 54:7

**expected** 16:16
**expenses** 75:16
**experience** 11:10
**EXPIRES** 96:24
**explain** 5:14 8:22
56:3
**express** 61:6
**extra** 54:13
**extremely** 6:20 8:9

**F**

**fact** 31:19 81:3
**fair** 15:17 17:17
18:24,25 22:4
23:13 26:6 32:25
33:6 35:8 39:13
43:23 59:15 69:16
**familiar** 31:22 32:3
32:5 67:1,4,6 71:6
**family** 28:23 86:10
86:13
**far** 61:25 85:14
**Farheena** 3:21
54:14 60:14 83:20
84:2
**fast** 7:4,5
**father** 15:4,11,18
15:20
**feature** 56:1,2 88:2
**February** 39:4,5,19
44:13 51:25 52:10
61:9,11,13 68:25
69:2,11,12 89:25
**Federer** 18:12,21
18:22
**feel** 10:11
**figure** 58:16,17
60:7
**figured** 39:24
**fill** 31:2
**filled** 49:11,11
**finally** 39:25
**find** 53:21 55:15
78:5 81:23 82:11
82:13 87:7 88:7
**fine** 18:24 30:24
31:1 68:10 83:24
93:1,23

**finish** 7:7
**fire** 83:3,5
**first** 10:20 13:3
  14:2,3 32:23 40:9
  44:10 51:15,20
  54:8,13 61:8
  63:25 68:22 79:15
  79:16,24 81:20,21
  82:1 83:3,8 87:3
  87:17 88:14 89:24
  90:1,9,10 95:5
**fit** 7:23
**five** 31:3 76:4,5
  83:23
**Floor** 2:3
**focus** 20:2,2
**follow** 18:8 91:13
**follows** 5:2
**foregoing** 95:5,12
  95:18
**forget** 17:21
**forgot** 32:18 82:9
**found** 87:3,8
**four** 12:6,16 15:1
  40:7
**fourth** 17:11
**frame** 38:25
**Francisco** 3:23
**Franklin** 16:25
  17:4,10,13 32:15
  32:16,20,23 33:7
  33:10 40:19,21
**freaking** 75:25
**friend** 89:7
**friend's** 86:8
**friends** 19:12 26:21
  27:25 28:19,22
  34:16 71:22,24
  86:5 89:5
**front** 6:12,13
**full** 5:6 14:10,13
  23:9 95:12
**funny** 16:12 19:7
**further** 95:16
**fuzzy** 40:11

—————
**G**
**Game** 21:2,13

**games** 21:21,23,25
  22:1,2,2,5 34:16
  86:4
**GC** 3:18
**general** 37:9
**Generally** 21:20
**getting** 22:13,20
  36:25 37:1,5,16
  38:20,22 40:8,9
  40:10,12,24 43:9
  44:10,12 46:8,24
  55:7 57:8 75:8
  76:3 77:3,7 79:3
  81:16 87:4,17,22
  89:8
**give** 6:2 8:10 9:16
  10:5 17:25 21:3
  21:11 32:22 36:18
  54:9,13 55:22
  93:24
**given** 88:3
**gives** 55:23,23,24
  55:24
**go** 5:13,16 11:7
  16:23 17:4,7
  28:17 31:5 32:15
  34:15,17 41:17
  54:6,8 56:16
  62:15 63:21 70:16
  83:19,22,24
**goes** 16:25 67:14
**going** 5:13,15,15
  7:20 9:23 10:21
  10:22 16:22,23
  17:11 25:7 27:25
  33:7 40:17 45:23
  51:12 58:21 62:23
  68:6 73:15 83:19
  83:20 93:24
**golden** 18:1
**good** 5:4 11:4,9
  14:12 19:14,15,19
  31:4 38:4
**gotten** 39:13 77:5
**grade** 16:20 17:2
  17:11,14
**grades** 17:7 19:15
  19:17 20:1

**grandma** 21:9
**Granite** 12:13 15:7
  15:7,18 17:19
  33:3
**great** 11:1 16:15
  17:22 61:2 91:12
**greatly** 6:24
**ground** 5:14
**grounded** 29:8,10
**grow** 17:23
**guardian** 1:5
**guess** 8:17,18,23
  50:8,9 51:8 79:13
  82:4,7 83:12 87:7
**guessing** 9:2
**guidance** 88:25
  89:2
**guy** 79:15
**guys** 86:6,18 93:5

—————
**H**
**HABIB** 3:21 4:5
  12:11 39:24 67:19
  67:22 80:12,15,18
  80:23 83:22,25
  84:1 90:8,24 91:8
  91:12,15 94:6
**half** 18:7 33:1 35:1
  35:6 52:11 85:23
  85:24 86:14
**hang** 34:16 74:5
  86:5,6
**happen** 40:6,6
**happened** 8:14
  9:24,25 41:11
  47:22 50:25 51:17
  70:5 74:3,18,21
  75:2 79:24 80:3
  81:4 82:17
**happening** 51:19
**happens** 51:12
**hard** 21:17 32:22
  35:5 39:4 46:21
  51:16
**hate** 28:10
**head** 6:21,23 7:15
  8:8 13:13 15:9
  26:21 32:6 35:3

88:17
**heading** 42:2
**hear** 10:23 37:8,10
  37:19 41:9,15
  42:12 73:20
**heard** 36:4,6 41:12
  41:13,25 42:5
  47:25 63:17 71:10
  71:13,16,16 72:4
  73:21
**help** 5:15 52:21
  58:22 59:11
**hire** 52:6,7,10
  79:21 81:19 82:1
  82:6,14
**hired** 83:10,12
**Hmm** 9:19
**hockey** 19:4,5,9
**hold** 64:4 68:9
**home** 27:24 34:15
  85:3
**homeroom** 19:19
**homework** 6:4,4,5
  6:8 34:15 85:15
  85:17,18,22 86:2
**honestly** 12:7 29:7
  36:5 71:10 82:24
  87:14
**hooked** 21:18
  22:15
**hope** 14:23
**hopefully** 20:1
**horizontal** 67:20
**hot** 86:5
**hour** 85:23,24
  86:14
**hours** 10:8 35:1
**house** 8:24,25 9:5
  12:8 13:3,3 23:18
  32:24 85:11,14
  86:6,8
**HUIE** 3:20
**hundred** 49:17,21
  73:12
**hundreds** 36:4
**hung** 47:25 70:8,10

—————
**I**

**I.D** 38:2,5 53:4,5,6
  53:8,19 55:17
  56:7,9,16 61:17
  62:2
**idea** 20:13,15 24:14
  26:5 75:2
**IDENTIFICATI...**
  54:11 60:21 63:23
  68:4
**immediately** 37:21
**important** 5:21
  6:11,16,20 8:9
  19:1,2 31:13,15
  50:24 70:24 71:1
**impressed** 28:17,18
**included** 30:15
**inconveniences**
  75:18
**incurred** 75:16
**INDEX** 4:1,9
**infant** 1:5
**informal** 6:17
**information** 55:22
  78:11,17 80:9
  91:18,19
**inside** 33:12 86:8
**installed** 86:25
**instances** 47:22
  48:14
**interested** 95:19
**internet** 27:19
  28:14
**interrogatories**
  4:14 60:16,17
**Interrogatory**
  60:24 62:15
**involved** 16:9
  29:23 30:9
**issue** 58:10 76:17
  76:18 77:1

—————
**J**
**James** 14:18
**jargon** 10:1 60:17
**Job** 1:25
**JOHN** 1:9
**Joshua** 14:18
**journals** 76:13,14

**judge** 6:12
**July** 1:17 2:2 95:21
  96:3
**jump** 65:18

**K**

**K** 2:2 16:25 17:1
**K10** 28:11
**KAMINSKI** 3:14
  50:4 68:9,11
  76:19 80:17 81:3
  81:6 92:24 93:7
**keep** 34:7 41:19,20
  41:21 50:13,16
  86:15
**kept** 36:20 38:1
  46:8 49:1 57:19
  75:7 76:3,4
**Kevin** 79:15
**kid** 16:15 45:5
**kidding** 11:21
**kind** 5:14 21:17
  32:5 35:5 39:4
  51:16 58:21 74:12
  74:13 75:25 77:4
  77:23 81:16,22
**knew** 42:19,20 43:1
  55:15
**know** 6:8 7:5,11,13
  8:17,20 9:12
  10:20,21 11:6,7,8
  11:9 12:7 13:4,20
  14:12 17:24 18:2
  18:8,21,22,23
  19:24,25,25 21:8
  21:10 22:14,15,20
  23:3,9,10,13 24:6
  24:13,18,24,25
  25:1,4,7,8,11,15
  25:16 26:3,15
  28:9 29:7,23,25
  30:1 32:1,4 35:20
  36:5 37:16 38:7
  40:24 41:4 42:3
  42:16,16 43:13,15
  45:4,6,19,19,21
  47:3 48:20,23
  52:5,13 53:3,7

54:7 55:4,7,13
56:8,21,21,25
58:2,21,23 59:23
60:16,18 61:11,14
61:25 64:23,24
65:1,2,7,7,8,10,13
65:14 68:22 69:9
69:9 71:4,14,18
71:20,22,24,25
72:3,5,7,9,11 73:2
73:9 74:2 75:3,13
75:14 76:9 77:5,6
77:23 79:1,1,2,23
80:12,16,25 81:8
82:6,9,16,16,25
83:9,17 84:6,23
85:14,20 87:6
88:4 89:16 90:23
92:7,9 94:6,7
**knowing** 27:2
**knowledge** 63:12
**knows** 25:13 29:15
  34:14 59:3

**L**

**L-e-m-o-s** 5:9
**lady** 6:18
**land** 77:8
**Lane** 12:19
**large** 37:7
**lastly** 59:25
**laughing** 77:22,22
**Laura** 1:24 2:4 7:2
  7:3,20 92:15 93:7
  95:23
**lawsuit** 29:24 30:21
  31:21 50:14 51:7
**lawyer** 17:25 78:6
  78:9,15 79:4,5,9
  79:10,14,18,24
  80:4,5 88:9,11
**lawyers** 79:22
  82:11
**lazy** 27:24
**learned** 31:21
**leave** 48:17
**lecture** 20:5
**legal** 10:1,1 16:10

60:17
**Lemos** 1:6,16 2:6
  5:1,8,8 11:13
  14:11,14,18 20:7
  20:11 45:2,3
  94:14 96:4
**lesson** 84:25
**lessons** 84:16,18
**let's** 23:7 31:5
  55:20 62:15 64:4
**letter** 35:12,13
**LG** 24:9 28:11,12
**lie** 5:22,25 6:6
  31:16 71:2
**life** 13:2
**line** 70:13
**linked** 48:23
**list** 36:14
**listen** 7:10 8:10
  27:13 73:13
**listened** 70:9
**listening** 45:16,20
**literally** 68:8
**litigation** 80:24
**little** 9:21 10:13,13
  12:2 16:17 20:5,6
  31:3 32:1 40:17
  51:21 52:11 55:24
  57:7,18 66:4,21
  79:3 83:23 85:13
**live** 11:25 12:17,24
  14:5 15:3,18 28:1
**lived** 12:5 13:1,4,5
  13:6 15:11,15,20
  33:3
**lives** 15:12
**living** 12:7,15
  32:24
**Ln** 96:5
**log** 4:15,16 28:8
  49:9,14,15,18,18
  49:22,24 50:22
  51:1,7,9 61:22
  63:20 64:3,15
  65:3,5,11,21 66:4
  66:7,25 67:3,24
  68:6,7,13,13 70:2
  70:8 76:8 90:3,25

91:18
**logged** 61:21 76:11
**logging** 49:12
**logs** 36:8,8,9,11
  37:20 38:7 52:17
  52:20 56:20 61:12
  61:12,15,17,18,19
  66:10 67:12 76:12
  76:13,14 77:14
**long** 12:5,7,24
  13:16 18:4 19:6,7
  34:25 84:25 86:12
**longer** 83:23 85:13
**look** 7:25 16:15
  28:7,7 41:6 54:12
  63:25 64:4 66:4,7
  66:11,25 67:3,7
  68:15 76:4 87:6
  88:5 91:8
**looking** 48:9 66:5
  72:25 73:8 76:6,8
  77:13 87:10
**looks** 66:19 67:6,9
  91:9
**Lori** 6:18
**Los** 3:16
**lose** 18:12
**lost** 73:5 81:23
**lot** 21:20 22:11,12
  28:1 40:12 57:9
  71:24 77:7 84:4
**lunch** 42:2
**lunchtime** 41:18

**M**

**mail** 35:15 48:18
  49:3
**mails** 49:1
**main** 24:20
**makeup** 84:10
**making** 7:20 90:4
**male** 69:3,6
**man** 8:21
**March** 39:4,5 52:3
  64:20 77:6
**Marcus** 3:5,6 11:4
  18:12 19:1 30:11
  30:15,18 31:5

50:3,5,10,13,16
50:18 52:4 59:3
59:14 62:23 63:5
63:14 64:2,6,9
65:18,21,25 66:4
66:7,9,13,18,23
69:23 70:12,16
74:20,24 78:25
79:11,11 80:2,6
80:10,14,20,25
81:4,8,14,18 90:7
90:23 91:7,10,13
92:13,18,23 93:4
93:17,23 94:2
**Mario** 22:1
**mark** 19:25 54:10
  60:13,20 63:22
  67:24 68:2
**MARKED** 54:11
  60:21 63:23 68:4
**math** 19:21,22,23
**matters** 16:10
**mean** 23:25 26:8,25
  27:18 46:23 65:7
  65:17 70:13 75:9
  80:3,7 82:6,13
  89:16 92:8 93:2
**meaning** 61:10
**means** 52:5 54:17
  58:18 59:12,17
  63:10 85:21
**medical** 77:15
**medication** 77:19
  77:25
**medications** 10:7
**meet** 6:19
**memory** 13:6 91:22
**mentioned** 30:5,6
  39:8 75:1 79:16
**messages** 48:17
  61:5
**MESSER** 3:12
**Metro** 25:10,11
  36:12,16 38:9
  52:20,22 78:7,11
  78:17 79:8 80:1
  82:3 86:24 90:16
  92:8

**Microsoft** 65:24,25
**middle** 14:12 17:13
  40:12 68:8
**mind** 12:3 31:25
  66:18
**mine** 23:4,6 64:25
  65:2,9 66:15
  68:22 76:11
**minor** 44:8
**minute** 83:23
**minutes** 31:6 84:2
  85:1,12
**misheard** 89:10
**missed** 41:7
**mistake** 39:17,21
**mom** 14:7 16:3,4
  20:8 23:5 24:21
  25:13,25 26:4,22
  29:14 30:9 34:14
  46:4,15 49:20
  50:19 68:21 69:7
  69:8 71:22 82:24
  82:25 85:5 88:18
  88:21,23 89:25
  91:17
**mom's** 11:1 14:12
  20:16,25 21:14
  23:10,11 49:13
  61:23 90:4 91:19
**Monday** 84:22
**money** 21:3,4,6,12
**Montalvo** 12:1,4
**month** 39:11,11,12
  52:11
**months** 14:22
**morning** 5:4 77:3
**mother** 1:5 15:4,10
  15:10,17,19 20:7
  20:11 24:6 27:5
  30:17
**mother's** 14:8
  20:18 22:19 23:13
  23:20 24:1,4 25:4
**move** 20:6 60:15
**moved** 13:2,2 17:17
  17:18
**Moving** 17:16
**multiple** 38:12 44:6

  44:7 62:14
**music** 27:13

**N**

**N.D** 1:9
**N.L** 1:5 96:2
**name** 5:4,6,7 6:18
  11:17 14:8,10,12
  14:13,13,17 25:8
  26:3 44:14 53:3
  56:8 59:19 71:4,6
  71:10,13,17,18,20
  71:25 72:3,4,5,7
  72:10,10,11,12
  73:1,4 79:15 82:8
  82:8,10 84:2 96:2
**named** 71:22 95:18
  95:19
**names** 11:12 29:23
  73:10
**natural** 1:5
**necessary** 95:14
**need** 8:2 9:11 10:25
  11:6,7 24:21
  30:23 56:21 64:10
  83:23 92:20 93:23
**nerve-racking** 11:8
**nervous** 10:13,21
  10:22,25 11:6
**never** 5:11,12 9:1
  16:11,12 17:21
  19:24 35:10 38:14
  43:23,25 53:18
  57:3 60:10 61:25
  71:16,16 89:18
**new** 13:2
**nickname** 11:16
**nicknames** 11:14
**Nintendo** 22:17
**NJ** 3:8
**Noah** 1:16 2:6 5:1,8
  10:15,16 11:13,22
  19:23 28:17 30:12
  31:12 45:1,3 50:6
  52:5 54:16 64:9
  65:21 68:16,25
  69:3,6 70:12,17
  74:21 81:14 83:22

  91:10 92:19 94:14
  96:4
**Noah's** 66:10
**nodding** 6:22,23
**Nods** 7:15 8:8 15:9
  35:3 88:17
**noise** 42:8
**Nope** 16:6
**Notary** 96:24
**note** 69:5,10,17
**notebook** 7:20,22
  8:1
**notes** 16:5 47:5,10
  83:19
**Notice** 2:1
**noticed** 37:25
**noticing** 36:19
**number** 13:12
  22:19,23,24 23:2
  23:4,6,19,20,22
  23:23 24:1,4,20
  24:21 25:8,17,18
  25:22 26:16 28:8
  28:9 31:20,20,21
  31:22 32:1,3,8,9
  32:10,11,11 34:10
  37:20 38:3,8
  39:10,10 40:18
  41:10 48:11,13,15
  48:22,23 51:23
  53:10,14,14,23
  55:23 56:4,17,19
  57:4,5,12 58:10
  58:19 59:1 60:7
  61:8 62:9,12,13
  72:15,16,22 79:6
  80:1 82:3 88:3
  90:13
**numbers** 23:8 25:5
  29:21 38:12,14
  44:6 49:1 51:5
  53:12,18 62:14
  88:11

**O**

**object** 62:23
**Objection** 69:23
  74:20 80:2,6

**obviously** 30:13
  84:4
**occasions** 40:6,7,7
  42:12
**oh** 19:7,20 24:8
  36:22 58:18 90:11
**okay** 5:12,12,16,17
  5:21,24 6:2,8,16
  6:25 7:1,8,14,17
  7:25 8:4,9,13,20
  8:23 9:10,13,14
  9:20,22 10:2,4,7
  10:11 11:3,8,10
  11:11,18,21,24
  12:5,9,17 13:6,11
  13:14,19 14:5,8
  15:1,3,10,17,23
  16:1,4,9,15,18,20
  17:10,10,15,15,17
  17:25 18:1,6,11
  18:16,17 19:7,11
  19:14,14,17,20
  20:5,9,9,15,18
  21:6 22:4,7,10,18
  22:22 23:19,25,25
  23:25 24:4,17,20
  24:23 25:2,7,11
  25:14,14,22,24
  26:6,15,18 27:12
  27:18 29:4,12
  30:23 31:2,5,8,24
  32:9,12,13,25
  34:17,19 35:4,15
  36:16 39:23 41:9
  41:15 42:10 44:1
  46:7 48:1,11 49:9
  49:24 50:18,22
  51:24 52:9,16,25
  53:21 54:2,5,17
  54:25 55:2 56:10
  56:13 58:5,7,12
  59:5,8,19,22,25
  59:25 60:5,19,23
  61:1,10 62:15
  63:17,19,22 64:6
  64:7 65:3 66:12
  66:16,25 67:3,9
  67:11,17,22,23,25

  68:2,24,24 69:2,5
  69:16 71:8,12
  73:11,12,13,15,16
  73:19,20,22 74:8
  74:10,18,18 75:4
  75:11 76:6 77:25
  78:5,9,15 79:4,7
  79:10,14,21,24
  82:5,11 83:10,22
  84:11,14 85:5,10
  85:15,20,24 86:2
  86:6,9,15,18,21
  87:17,21 88:2,14
  88:18,24 89:10,23
  90:3,11,24 91:1,5
  91:12,15,18 92:4
  92:10,11
**old** 14:19 32:24
**older** 11:10 14:21
  15:2
**once** 29:1,19,20
  36:1 45:10 84:11
  84:18,20
**one's** 67:20
**ones** 24:9,16
**oOo** 1:4 2:8 3:25
  4:7,19
**open** 73:12
**opportunity** 7:22
  95:14
**order** 53:21
**ordering** 93:18
  94:4
**original** 92:15
**outcome** 95:19
**outside** 34:8 41:17
  41:23 42:1 63:5
  86:6,7
**owe** 44:25 45:5,23
  70:11 75:9,20,22
**owed** 44:20,21,24
  45:23,25

**P**

**p.m** 35:2 94:9
**PAGE** 4:3,11
**paid** 59:17
**parents** 13:3,3 23:3

23:8 28:2,20,21
28:24 30:7,8 59:7
75:14 85:4 87:20
**Park** 3:8
**part** 23:5 31:25
32:2 68:22 74:3
75:2 81:11
**particular** 13:23
**parties** 95:17
**patients** 88:12
**paused** 71:8
**pay** 56:23 57:2
59:13,18
**paying** 59:23
**pays** 25:24 59:6
**PCS** 25:10,11
36:12,16 38:9
52:20,22 78:7,11
78:18 79:8 80:1
82:3 86:24 90:16
92:8
**peak** 37:3,4 38:18
38:19 39:1,2 40:5
**people** 27:14 42:17
44:7
**Perfect** 7:19
**period** 17:18 40:25
**permission** 20:20
**person** 7:6 44:16
45:11 48:9 49:5
50:12 51:4 55:6
55:18 56:25 71:4
71:18,20,25 72:3
73:1,8 78:23
95:10
**personal** 25:18
**personally** 2:5
60:11
**Pg** 96:5
**phone** 13:14,16
22:18,22,23 23:2
23:3,5,8,14,18,18
23:20 24:4,10,23
24:24,25 25:1,4,8
25:17,18,22,24
26:1,3,7,12,13,13
26:15,19,22,23,24
27:3,3,5,7,9,12,22

28:4,6,10,12,25
29:12,16,21 30:4
30:7 31:19,20
32:1,8,10 33:11
33:17,24 34:1,10
35:9,10 36:21,22
37:8,10,24 38:6,8
39:10,22 40:22
41:6,10,13,15,20
41:22,25 42:3,5
42:12,21 43:14,16
43:20,24,25 46:9
47:23 48:2,15,16
52:17,23 53:1,17
54:3,23 56:11,14
56:20 58:10,24
59:1,12,16,18,20
61:6,18 62:10
72:15,22 73:1
85:25 86:15,25
87:2,10,11,22
88:2,18 89:12,18
90:13 91:2
**phone's** 77:10
**phones** 13:25 24:7
24:15,17
**photos** 91:3
**phrase** 52:5
**physically** 41:9
**pick** 14:23 36:22
85:4 87:12
**picked** 43:9,17,20
47:24
**picking** 15:2 38:1
**pictures** 90:18
**piss** 76:1,2
**pissed** 76:14,17
**place** 61:9 95:8
**placed** 62:19
**plaintiff** 1:7 3:3
61:7 62:19 93:12
93:13
**plaintiff's** 93:11,14
**plaintiffs** 61:5
**plan** 25:12
**platforming** 22:1
**play** 18:2,3,15,16
19:3,3,12,13 22:4

34:16 73:11,15,16
73:19,22 74:7
84:6,8,11,15 86:4
**played** 18:4 74:19
**playing** 19:9 20:1
35:4,6 73:18,25
74:9
**please** 5:6,7 6:23
7:6,10 8:16 14:10
14:13 54:18 56:2
58:8 60:2 61:2
62:18 63:22 76:24
78:12,13 81:24
**pocket** 37:19
**point** 7:19 66:24
**Pony** 12:19 13:9
15:20 17:18,21
**posed** 70:14
**pourer** 11:4
**power** 89:12,22
**powered** 89:18
**practice** 34:17,21
34:25 35:9
**pre-recorded** 61:5
**precisely** 43:4
**predictive** 62:20
**prepare** 15:23 16:5
**preschool** 17:9
**prescribed** 77:25
**prescription** 78:1
**present** 32:17
**pretty** 13:1,19
19:15 77:4
**previous** 80:10
**printed** 66:14
**privilege** 50:11
62:24 80:6,8,22
**privileged** 30:13
50:9,23 51:13
63:2 80:9,11,24
**probably** 18:7
27:24 39:21 59:7
65:9 75:3
**problem** 57:20
**problems** 75:24
**process** 5:16
**produced** 63:21
64:14 90:22

**program** 65:22,24
**promised** 5:18
**pros** 18:20
**protected** 11:1
**protectors** 22:16
**provide** 62:9
**provider** 77:16
**provides** 25:9
**Public** 96:24
**purchase** 20:25
21:21 77:19
**purchased** 21:20
**purposes** 80:24
**pursuant** 2:1
**put** 34:1 40:14 67:7
69:9 79:6,25 82:2
**putting** 64:25
65:16

― Q ―

**quantity** 37:7
**question** 6:24 7:7,7
7:10,12,13,13,16
16:12 32:19 38:4
43:3 58:21,22
60:18,19 62:25
68:8 70:14 73:5
76:23 77:1,24
78:15,22 81:1,15
81:25 93:7
**questioning** 70:13
**questions** 8:10,13
9:23 63:22 68:7
73:16 81:11,12,13
84:4,4 92:11,13
**quite** 46:13 75:7

― R ―

**rack** 34:8 41:23
**raging** 46:25
**Ranch** 17:6,8
**random** 37:6 38:22
53:17
**range** 13:20
**reach** 24:21
**reached** 52:13
79:14,16,25 88:10
**read** 54:18 58:8
60:2 61:1 62:18

76:25 78:14 95:14
96:5
**reads** 96:5
**real** 55:5,18
**realized** 57:19
**really** 13:7 17:24
28:2 40:10,14
45:13,16 47:2
54:1 58:4 61:25
64:21,21 65:24
70:7 81:22 82:16
82:16 85:13 86:19
89:22
**reason** 9:15 10:4
13:22 75:10 90:17
96:5
**recap** 45:1
**receipt** 93:15
**receive** 28:4 48:25
49:5 93:21
**received** 30:2 35:22
37:3 40:4 53:8
62:2 69:18 76:10
**receives** 93:13
**receiving** 37:4,12
37:13,22 39:18
40:2,5 51:24 52:9
57:16
**recess** 31:9 70:19
76:21 93:9
**record** 11:5 30:12
31:8,12 49:25
54:15 60:22 68:5
70:21 74:7,20
76:7,19,25 77:12
78:14 92:15 93:8
94:8 95:13
**recorded** 64:12
88:10
**recording** 73:11,14
74:3 78:7
**recordings** 47:8
**records** 36:13,13
47:5,10 50:13,16
66:19
**redirect** 35:23
**redirected** 30:4
**refer** 20:8 32:8

referred 32:9
referring 32:10,12
  36:11 39:1 61:16
regarding 22:19
  72:15 80:9
regular 56:20
  61:18 85:21
remember 8:15
  13:7,21,22 20:21
  22:23,25 23:1
  25:17 29:2,8,11
  32:23 36:10 39:9
  39:11 40:8,11
  42:7,14 43:4,11
  43:22 44:14,17
  45:14,22 46:13,14
  47:2 49:4,7 52:15
  54:1 56:24 58:1
  62:6,11 64:21,25
  65:15,22,24 66:2
  67:15,23 70:7
  71:17 73:9 74:6
  74:15,16,22,23
  82:8,18,19 84:7
  87:14 88:1,8,11
  88:21 89:22,24
  91:13 92:4
REMEMBERED
  2:1
remind 70:23
reminded 32:4
repeat 76:23 78:12
  78:13 81:24
rephrase 7:13 24:1
  26:11 40:3 58:20
  78:20
report 36:13 56:1,2
  56:4 57:5 79:8
reported 1:24 51:3
  51:4,5,22 57:4,10
  57:12 78:10,17
  82:2 90:12 95:10
reporter 2:4 6:17
  7:2 54:10 76:25
  78:14 93:18 94:4
  95:4
represent 83:7
represents 79:5,18

request 54:9,17,19
  59:9 95:14
Requests 4:13
residential 11:24
response 4:13,14
  54:25 58:12 60:3
  60:16 61:2,3
  62:18,22 63:4,6
  63:13
responses 54:9
restroom 31:7
  70:12,16
result 77:16,19
  78:1
retain 51:14 52:4
  80:23,25 81:2,7
retained 51:2,9,18
  52:3 80:13 81:8
retaining 80:21
return 93:14
review 7:22 15:23
  64:10 92:20 93:14
RFA 54:17,18 58:5
RFAs 59:25
ridiculous 76:5
right 6:9 7:9,18,19
  9:2,3,6,7,10,15
  10:19,20,24 11:18
  13:11 16:16 18:8
  18:9,24 19:2,2,23
  19:23 20:6,21
  21:11,11 22:8
  28:15,15 30:18
  31:11 35:11 43:12
  54:6 57:22 58:24
  59:14 60:15,15
  61:3 62:17 63:14
  63:19 65:8 66:23
  68:12,17 70:18
  73:11,17 78:5
  79:11 80:14 83:18
  85:25 86:16 87:10
  89:13 93:17,25
ring 37:8,10 41:13
  41:15 42:13 71:8
ringing 41:10 42:1
  42:8
rings 71:15

RMR 1:24
robo 92:1,4,7
robocaller 55:3,4
  55:13,16,18,25
  57:21
robocalls 55:12
  91:24
Rocklin 12:21,23
  12:24
Rockwin 12:22
Roger 18:12,21,22
room 8:24,25 9:1,4
  9:6
roughly 15:19
rule 32:14 33:10
rules 5:14 89:17
run 70:16 80:22
running 89:15

---

## S

Sacramento 1:3
  2:3
safe 37:23 40:17
Samsung 24:9 25:1
San 3:23
Sandra 1:5 14:9,11
  20:7,8,11
saying 6:20 7:3
  44:17 81:6 89:8
says 28:8 68:16,16
  68:25 69:2,6 70:2
scam 28:8 38:13
  53:16 55:25
scare 18:1
school 16:21,24
  17:4 19:15 20:1,3
  29:12,14,16,18
  32:14,16,21 33:7
  33:10,13,15,21
  34:4,5,13,17
  37:18,21 40:19,21
  41:2,3,12,16
  42:19,20 43:12,20
  43:24,25 77:8,9
  85:2,9,10,22
  88:25 89:1,11,19
schools 17:15
science 19:21,22

screen 22:16 56:10
  87:11
screenshot 62:4,8
  90:15 91:2,16
screenshots 62:1
  90:18
second 12:8 65:19
  68:9 76:20
see 7:23 18:12,18
  18:20 37:24 41:7
  56:16,23 66:19
  68:16,24 69:2
  70:1 73:15 77:15
seen 9:1,6 36:8
  77:15 92:6,6
send 91:11 92:15
  92:21,22 94:2
sending 21:9 93:25
sense 28:13 38:25
  51:6 82:6,13
  83:12
separate 40:6,7,7
service 25:9,24
  27:19 59:6
SERVICES 3:18
session 33:14,15
setting 6:17
seven 85:13
seventh 16:22,23
  17:12
shaking 6:21,22
shaky 10:14
share 26:8
she'll 21:11,12
SHEET 96:1
Shooter 22:2
shop 22:11
Shorthand 2:4 95:3
show 27:14 56:10
  56:18 66:9
showed 66:13
side 45:11
sight 27:4
sign 92:20
SIGNATURE
  96:19
signed 93:14
similar 66:7

Simone 14:11
sister 14:15
sit 91:22
sitting 6:11 11:8
  79:11
sixth 16:21 17:1,11
size 8:25 9:4,5
skate 19:13
slowed 38:22
slower 12:2
slowing 40:13
smart 8:20 28:12
  28:13
snack 34:15
sneezed 74:4 75:3
soliciting 80:15
somebody 26:22
  50:16 55:16 73:3
  73:4
somewhat 46:22
  67:6 90:1
soon 37:25
sooner 93:2,6
sorry 2:2 32:18,18
  73:4 81:24 89:23
  92:9
sought 50:25
sound 31:22 71:6
  74:10
sounded 32:3
sounds 51:1 74:2,2
spam 42:17
speak 16:2
special 53:15
specific 13:19
specifically 51:7
  62:8
specified 92:3
specify 28:9 55:17
spell 5:6
spelled 5:8
spend 85:22 86:12
spoke 69:3,6
sports 18:2 19:3
Spotted 12:19 13:9
  15:20 17:18,21
star 18:1
start 34:21 35:4

44:12
**started** 36:19 40:13
  43:9 51:19,21
  52:9 57:8,16 87:4
  87:17,22 90:4
**starting** 46:22
**state** 5:6 95:4
**stated** 41:20 61:12
  83:10 95:9
**STATES** 1:1
**stop** 20:6 36:20
  44:4 45:9,17
  46:20 52:14 87:8
  87:12
**stopped** 19:9 46:23
  47:2,3
**story** 6:10,12 9:22
  9:25 10:2,5,23
**straight** 76:11
**street** 2:3 3:22 28:1
**strike** 25:15 36:25
  37:11 38:4 55:10
  65:4 83:6
**strong** 19:24
**stuff** 20:24 21:20
**subscribe** 95:15
**SUBSCRIBED**
  96:20
**subscriber** 58:9,18
  58:23 59:1,4,5,12
  59:16
**subscribers** 59:24
**sucking** 19:22
**suffered** 75:5,23
**suit** 11:9 19:24
**Sunset** 17:6,7
**sure** 7:11 11:15
  13:1 29:15 30:25
  31:12 32:20 34:14
  40:4 55:21 65:5
  65:20 70:15 73:7
  78:13 82:1 85:7
  91:7,10 92:11
  93:4
**sweet** 6:18
**swim** 86:4
**switch** 17:15 22:17
**sworn** 5:2 95:6

**96:20**
**synonymous** 9:24
**system** 30:4 35:24
  48:3,10 54:23
  57:25 58:3 60:12
  62:20 63:9,17
  78:7

_____
                **T**
**T-shirts** 21:19
**table** 8:24,25 9:1,4
  9:6 86:16
**take** 9:11,12 11:6
  27:10 29:12,13,13
  31:3,5 50:4,5 62:1
  63:24 64:4,10
  70:22 90:15,18,18
  91:8,16
**taken** 5:10,13 10:7
  26:22 29:9 95:8
**talk** 26:23 51:22
  87:18 89:2,5,7
**talked** 63:2 88:12
  88:13,14
**talking** 19:18 90:3
**TCPA** 54:24
**teacher** 6:3,5 42:10
  89:21,21
**telemarketers** 55:5
**telephone** 13:11
  25:9,9 44:1 54:23
  57:24 58:2
**tell** 5:18 6:16 31:13
  44:9 45:8 46:4,10
  57:21,24 70:24
  87:15,21,24 90:5
  91:15
**telling** 6:10,12 30:3
  46:8
**tennis** 18:3,4,14
  19:3 20:2 34:17
  34:21,25 35:4,9
  35:10 84:6
**tenor** 80:18
**testified** 5:2 57:15
**testify** 10:12 95:6
**testimony** 8:11
  9:16,18,22,24,25

10:5,9 95:9,13
**Thank** 9:10 31:18
  68:11
**thereof** 2:2
**thing** 22:15 30:7
  38:9 56:22 65:16
  69:8 75:7
**things** 21:15,18
  83:20
**think** 13:17 17:9
  19:10,21 20:23
  21:2,19 23:3,24
  26:20,20,21 27:4
  27:6,21 28:3,22
  29:1,8,19 32:4
  35:5 36:18,24
  37:1,3,4,5 38:9,13
  39:3,15,17 40:10
  42:11 43:8,17
  44:5,19 46:23,23
  46:24 47:24 48:5
  48:21,21 50:7
  51:15 52:3 53:4
  53:12,16,24,24
  55:11 59:3 60:14
  61:21 62:12 64:23
  65:8,15 66:9
  69:13 70:7,7 71:9
  71:10,12,15 72:4
  72:19 75:13 77:4
  77:14 78:19,23
  80:16,21 81:6
  82:22,24 83:18,20
  84:24 88:6 89:7
  89:10,20 90:7,14
  91:4,5 92:10,12
**thinking** 23:4 71:9
**third** 17:9,13 68:15
  69:5
**Thirty** 93:1
**Thomas** 5:8
**thought** 44:20,21
  87:12 89:11
**three** 12:6,6,15,16
  15:19 33:4 40:6
  43:17,18,19 47:18
  48:6,14 53:12
  70:3,5

**Thursday** 84:10
**Thursdays** 34:18
  84:6
**tie** 11:9
**time** 7:6 9:12,24
  17:18 19:6,7
  22:16 28:24 29:8
  33:19,21 34:21
  36:9,19 38:25
  40:18,25 41:5
  42:18 45:17 50:4
  50:5 51:4,6 59:4
  62:6 64:10,10
  65:16 66:10 73:23
  74:7 77:11 81:25
  84:23 85:22,25
  86:18,19 87:3
  92:24 95:8
**times** 27:16 30:5,6
  35:19,25 36:2,3
  36:14 37:20,21
  40:1 42:14 43:13
  43:15,18,19 45:8
  48:4,6 58:10 67:7
  70:10 77:7 84:9
  89:24 92:7
**tiny** 49:12
**today** 5:5,15,19,22
  6:11,19,20 7:4,21
  8:11 9:16 10:5,9
  10:12,14 15:24
  18:13 20:5 31:13
  31:16 70:24 71:2
  78:10,16 79:5,12
  79:19 91:22
**told** 6:4 44:4,5,7
  45:17,17 50:16
  52:19 62:12 63:6
  87:22 89:21,24
  91:23 92:1
**ton** 38:23
**top** 13:13 26:20
  32:6 67:14
**total** 36:5
**touching** 62:24
**track** 73:5
**transcribed** 95:11
**transcript** 92:16

93:13,15,16,22
  96:1
**treatment** 77:16
**trial** 8:6
**tried** 30:3 49:12
  87:7
**tries** 27:10
**trips** 27:13
**trouble** 29:20 77:8
**true** 95:13
**truth** 5:19,25 6:17
  31:13 70:24 95:6
  95:6,7
**truthfully** 10:12
  60:19
**try** 10:22
**trying** 21:19 23:3
  23:23 38:25 45:18
  50:7 51:6 58:16
  58:16,17 71:9,14
  72:21 73:3 78:19
  78:23 81:23
**turn** 33:11 89:12
**turning** 27:20
**twice** 36:1 84:18
**two** 12:6,15 13:6
  14:21 18:5 24:17
  28:5 33:4 35:7
  40:6 41:7 42:14
  43:17,19 47:18,22
  67:11 70:8
**type** 7:4,5 19:17
  20:24 21:25 24:23
  24:25 25:11 28:10
**typer** 7:5
**types** 7:21
**typewriting** 95:12
**typing** 6:19

_____
                **U**
**uh** 19:25 53:14
  79:16
**Uh-huh** 13:10
  15:16,22 22:9
  25:23 80:17 84:17
**Uh-uh** 25:6
**uhm** 5:8,15 6:20,22
  7:10,12,21 8:4,5,6

8:10,14,15,16,17
8:22 9:10 11:10
11:14,15 12:1,6,7
13:1,2,4,13,17
14:14 15:12 16:3
16:18 17:3,9,22
17:24 18:10 21:8
22:1 25:25 26:20
29:19,20 31:18,21
32:22 34:8,18,23
35:12,21,22 36:4
36:7,8,12,18 37:3
37:9,17 38:8,17
38:20 39:3,18
40:8,9,11 41:1,11
42:7,16,18 43:1,9
43:17 44:4 45:13
46:11,13 47:1,10
48:2,2,5,13,21,25
49:1,7,11,16,17
50:3,15,21,24
51:14,20,21 52:18
54:4,6,7,7,8,9
55:3,9,23,24,25
56:18,19 57:7,7,9
58:4 60:1,20
61:18,20 62:15
64:18 65:7,11,24
69:14,22,25 70:8
71:20 73:5,13
75:16 76:12 77:4
78:5,22 79:15
84:9 85:1,4,5,12
85:16 86:1,4,7,9
87:2,4,20 90:6,17
91:5 92:1,11,14
**undersigned** 95:3
**understand** 5:18
5:21,24 6:6,9,13
7:12,23 8:7 9:8,18
10:2,15 31:13,15
52:7,21 70:13,23
71:1 78:22 80:14
81:14
**understanding**
55:21
**understands** 52:5
**understood** 7:17

52:6
**Unified** 62:20 63:9
63:17
**UNITED** 1:1
**unpaid** 72:15
**use** 10:1 11:17
21:12 26:6 27:12
27:13,14,15,16,18
28:13 29:16 31:6
33:13,17,23 35:8
35:10 48:12 59:13
59:18 66:16,23
67:4 70:12
**uses** 26:12
**usually** 28:5 29:13
29:13 30:7 34:15
41:17 86:3,17

___
**V**
___
**vague** 80:2
**vertical** 67:19
**vibrating** 42:6
**video** 21:23 22:5
**V** ███ 71:5,13,19
71:21,23 72:1
73:1,8 75:1
**viola** 84:15
**visa** 20:24
**voice** 48:18 49:1,3
74:1,11
**vs** 1:8 96:2

___
**W**
___
**Wade** 3:13 4:4 5:3
5:4,5 11:5 12:14
18:16 19:2 30:14
30:16,19 31:8,11
40:1 50:19 52:6
54:6,12,16 59:5
59:15 60:13,23
63:1,9,16,19,24
64:4,8,13 65:20
66:12,16,21,25
67:23 68:2,6,12
70:2,15,21 73:19
73:22 74:1,10,23
75:4 76:23 77:12
78:13,20 79:4
80:4,7 81:11,19

92:14,19 93:1,5
93:11,20 94:1,8
**Wait** 53:10
**walk** 31:5,6 56:13
**want** 8:21 10:23
16:16 17:22 18:1
20:6 30:11 31:2
31:12 32:15 39:8
40:16 47:13 54:6
54:8 55:21 56:21
60:15,18 61:14,15
63:1,20 64:9
65:10 66:9,16,18
66:24 72:17 73:11
73:13 78:20 81:8
84:3 93:20
**wanted** 49:25 51:22
58:22,23 63:21
68:7 70:1 84:6
**wants** 18:18
**Washington** 3:22
**wasn't** 40:10 72:16
**watch** 18:14,18,20
27:14
**water** 11:4 31:2
**way** 10:16 17:21
23:7 24:15 31:18
32:9 50:7 60:14
69:13 87:8 95:18
**we'll** 9:12,22 60:13
63:22 73:15 92:15
93:2,21
**we're** 5:14,15 6:19
7:3 8:23 11:8
25:7 31:11 60:18
62:24 70:21 80:16
92:12 94:8
**we've** 89:23 90:3
**Wednesday** 2:2
**week** 69:15 84:11
84:12,18,19,20
**weekend** 43:21
77:6
**weekends** 77:5
**weeks** 85:17
**weird** 56:22 77:23
**went** 17:10,13
32:23 40:14 42:4

42:4 46:23 47:24
61:25 87:9 90:7
**weren't** 45:3,16,19
45:20,25
**Wesy** 3:15
**Wilson** 72:3,5,8,10
72:12
**Wimbledon** 18:8,9
**windows** 73:12
**within-entitled**
95:7
**witness** 2:7 12:13
18:14 39:25 50:7
50:12,15,17 63:7
63:15 64:1,3,7,11
65:23 66:2,6,8,15
67:21 68:10 69:25
70:18 73:21 75:1
77:2 78:19 79:2
81:16 83:24 95:5
95:9,13
**word** 9:18 59:4
92:4
**work** 21:8 93:1
**works** 82:7
**world** 10:1
**wouldn't** 80:8,9
**wow** 19:5 89:8
**write** 35:11 69:10
76:16
**writing** 91:13
**written** 69:8
**wrong** 61:8
**wrote** 58:20 68:20
69:5

___
**X**
___

___
**Y**
___
**yeah** 12:16 13:8
20:4 22:6 23:15
23:15,17 24:11
27:20 28:2,13,16
29:15 30:7,10,24
31:1 33:2,5 34:24
37:25,25 39:20
41:8 46:14 49:23
50:5,12 51:20
53:6 56:18 57:10

57:23 64:2 67:21
68:1,10,19 74:14
82:9 83:12 84:13
85:8 86:23 88:15
89:9 90:1,1 92:10
**year** 16:21,22
17:14 29:6 33:1
39:5,5 46:22,24
**years** 8:14 12:6
14:21 15:19 18:5
18:7 19:8 33:4
35:6,7
**Yep** 16:19
**Yitzchak** 79:10
92:17
**young** 8:20,21,21
8:21 16:15
**youngest** 15:1

___
**Z**
___
**Zelman** 3:5 79:10

___
**0**
___
**07712** 3:8

___
**1**
___
**1** 23:12 24:1
**1-25** 1:9
**1-510** 24:22
**1:05** 70:20
**1:15** 76:21,22
**1:37** 93:9,10
**1:38** 94:9
**10** 14:20 37:5,13
38:21 40:2,5 60:1
84:1 85:12
**100** 36:9
**11** 1:17 2:2 96:3
**11:00** 41:18
**11:11** 2:2
**11:30** 41:18
**11:44** 31:9
**11:50** 41:18
**11:55** 31:10
**12** 10:8 16:25 19:8
22:8
**12-year-old** 22:7
22:10 45:5 46:2
**12:51** 70:19

**1215** 2:2
**130** 36:10
**143650** 1:25
**14th** 11:23
**15** 93:15,21
**17th** 2:3
**18** 14:22,23

_____ **2**
**2:17-cv-01512-J...**
  1:8
**2:30** 33:20,23 34:11
  40:22
**20** 25:16 39:18
  52:12
**2006** 11:23
**2016** 13:18,20
  25:14,16,20 32:17
  32:25 33:7 39:7
  39:12,19
**2017** 39:21 44:13
  46:25 47:1 51:25
  52:3,10 61:9,11
  89:25
**2018** 1:17 2:2 46:24
  95:21 96:3,21
**20th** 64:20 77:6
**21st** 61:9,11,13
  68:25 69:2,11,12
**23rd** 95:21
**24/7** 27:16

_____ **3**
**3:05** 84:24
**3:15** 84:24
**30** 52:12 92:21,24
**308** 31:25
**308-9847** 31:22
  32:4

_____ **4**
**4** 60:24
**4:00** 34:24,24 35:2
**4:30** 34:23,24 35:2
**40** 85:1

_____ **5**
**5** 37:5,13 38:21
  40:2,5 54:18

  85:12
**5:30** 35:2 86:21
**500** 3:22
**510** 23:12 24:2
**55** 4:13
**5901** 3:15

_____ **6**
**6** 4:4
**6:00** 35:2
**61** 4:14
**6173** 1:24 95:23
**6252** 12:1,4,18 13:9
**64** 4:15
**69** 4:16

_____ **7**
**7** 58:6 59:9
**7:30** 86:22
**701** 3:7
**708-9155** 23:12
  24:2

_____ **8**
**8** 62:16
**8:00** 49:6,8
**8:30** 33:22,23 34:11
  40:22
**822** 12:19
**85** 4:5

_____ **9**
**9:00** 77:7
**90045** 3:16
**915** 24:20
**9155** 23:19,23
**916** 31:22
**94111** 3:23
**9847** 32:8,11 39:10
  40:18 48:13,15
  58:10