**"Exhibit 9"**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, AND FIRST CONTACT, LLC A/K/A IQOR HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**DECLARATION OF RANDALL A. SNYDER** |

## DECLARATION OF RANDALL A. SNYDER

I, Randall A. Snyder, hereby declare as follows:

1.      My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2.      I am an independent telecommunications technology consultant and I reside at 8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by Marcus & Zelman, LLC in the matter *Lemos v. Credit One Bank, N.A., et al.*, No. 2:17-cv-01512-JAM-DB (E.D. Cal.) to provide my opinions relating to dialing technology described within the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and utilized by Credit One Bank, N.A., et al. ("Credit One" or "Defendants"). I have been asked to determine whether Credit One and/or its agents utilized equipment which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers. Furthermore, I have been asked to determine whether Credit One and/or its agents utilized equipment which has

the capacity to dial numbers from a stored list or database of numbers, and whether the Credit One and/or its agents utilized equipment which has the capacity to dial telephone numbers without human intervention.

## RELEVANT TRAINING, EXPERIENCE AND CREDENTIALS

3.      I have over 34 years of experience in telecommunications network and system architecture, engineering, design and technology. I have expertise in the fields of both wireline and wireless telecommunications networking technology. I have a Bachelor of Arts degree with a major in mathematics from Franklin and Marshall College. I have been retained as a testifying or consulting expert in over 250 cases regarding cellular telecommunications technology, including over 215 cases by both plaintiffs and defendants regarding the TCPA and associated regulations.

4.      I was a software engineer, designing, developing, testing and deploying code for complex real-time database, data communications and telecommunications systems for the first eight years of my career. This work included designing and developing relational databases, database applications, data communications protocols, telecommunications protocols, signaling protocols, call control and call processing systems and dynamic traffic engineering and overload control systems for the cellular networks. Overall, these software systems were written in assembly computer language (ASM), Pascal and C programming languages.

5.      I have taught many classes and seminars on both wireline and wireless telecommunication network technologies and have been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association ("CTIA"). I spent seven years developing standards within the American National Standards Institute's ("ANSI's") subsidiary organization, the Telecommunications Industry Association ("TIA"), providing technical contributions and authoring and editing telecommunications proposed

standards documents. Most notably, I authored and oversaw the standardization of Interim Standard 93, providing interconnection technology between wireline and wireless telecommunications networks, which is now a fully accredited ANSI standard.

6.      I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. I have been issued 39 U.S. and international patents on telecommunications networking technology. I have been hired as a consultant by the CTIA, as well as by many wireline and wireless telecommunications companies, including Bell Laboratories, McCaw Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and other telecommunications technology vendors and service providers. I was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc. Still more detail, as well as details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (a true and correct copy of which is attached hereto as Exhibit A) along with a list of cases where I served as a testifying or consulting expert and my standard rate sheet.

7.      I am being compensated at the rate of $2,000 for my study, analysis and written testimony in this case.

## DOCUMENTS REVIEWED AND CONSIDERED

8.      My opinions in this Expert Report are based on my education, knowledge, experience, expertise, training and my review of the following documents in this case:

          a.      Amended Complaint and Jury Trial Demand;

b.      Response to Interrogatories;

c.      Plaintiff's Call Logs (Bates Nos. COB-NL-000012–COB-NL-000026);

d.      Declaration of Don Hudecek;

e.      Aspect® Unified IP® – Unified Director User Guide (Bates Nos. Aspect000001–Aspect000678);

f.      Public information from Aspect Software, Inc.'s website (https://www.aspect.com);

g.      Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and regulations promulgated thereunder;

h.      Federal Communications Commission's ("FCC") Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated October 16, 1992;

i.      FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated July 3, 2003;

j.      FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated January 4, 2008;

k.      FCC's Report and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991 dated February 15, 2012; and

l.      FCC's Notice of Proposed Rulemaking in the Matter of the Middle Class Tax Relief and Job Creation Act of 2012, Establishment of a Public Safety Answering Point Do-Not-Call Registry dated May 22, 2012.

## INTRODUCTION SUMMARY OF OPINIONS

9.      Based on my knowledge, education, experience, expertise, training, the evidence I have reviewed, and the facts described above, it is my opinion that the Credit One and/or its agents utilized equipment which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator and to dial such numbers. In addition, it is my opinion that the Credit One and/or its agents utilized equipment which has the capacity to dial numbers from a stored list or database of numbers, and to dial such numbers without human intervention.

## BACKGROUND – AUTOMATIC TELEPHONE DIALING FUNCTIONS

10.    Automatic telephone dialing systems used by companies that perform debt collection services typically fall into several fundamental types of computerized telephone number dialing: *preview* dialing, *progressive* dialing, *predictive* dialing and *unattended message* dialing. Note that telephone numbers to be dialed using these dialing functions are organized as "campaigns." A campaign is simply a stored electronic list of telephone numbers organized by some defined criteria that are to be called for a specific purpose. Each distinct campaign calls the telephone numbers in the stored list using the same dialing method, which is defined within the campaign setup parameters.

11.    Preview dialing is a method for dialing individual telephone numbers by call center agents. When preview dialing is used, each individual call center agent can "preview" a computerized call record and has the ability to originate a call to the consumer. For example, the call center agent may be able to enter the individual digits of a full 10-digit telephone number. The entered digits are sent as a message into the automatic dialing system to be subsequently dialed by the system. Furthermore, the call center agent can "invoke" the automatic sending of all the individual digits of the telephone number into the system at one time without entering the individual digits. The telephone number to be called may be displayed on the computer screen and the call center agent sends the digits into the automatic dialing system by clicking the displayed number itself or, for example, by clicking a "submit" button for the displayed telephone number. In some cases, a soft-phone application enables the call center agent to dial the number; in other cases, clicking the number simply sends a message containing the entire telephone number into the automatic dialing system to be subsequently dialed by the system.

12.    In addition, sometimes preview dialing can be fully automated. This automation is sometimes known as "timed preview dialing." Timed preview dialing automatically processes the

next telephone number in the stored list once the agent has concluded a call. The next telephone number to be called is processed at some predefined time limit, for example 90 seconds. If the agent does not call the next number within 90 seconds, the preview dialing system automatically processes the next telephone number in the list. This mechanism is typically used to maximize the number of calls made and to ensure call center agents are moving quickly through their stored call record list.

13.     Progressive dialing (sometimes known as "power dialing") is a computerized method for automatically dialing stored lists of telephone numbers commonly used in call center operations. Progressive dialing is a type of automatic telephone dialing whereby the equipment initiates outbound telephone calls for sales, telemarketing, collections, information surveys or other purposes by *progressively* dialing through a stored list of telephone numbers. Using this basic type of automatic dialing, the computerized system dynamically regulates the number of calls to be automatically dialed by maintaining a simple balance among the number of call center agents currently available, the number of calls currently in progress and the "dial ratio."

14.     The dial ratio is simply the ratio of telephone lines configured per call center agent involved in a particular calling campaign. Using this mechanism, the number of automatic outbound telephone calls to be dialed by the computer system can be dynamically regulated (*i.e.*, increased or decreased) over time simply based on the number of calls in progress, the number of agents and the number of telephone lines available per agent. Prerecorded voice technology may also be used to announce to the called party to wait for a call center agent to respond. Called parties that answer a progressively dialed outbound call may be redirected and connected to a call center agent.

15.     In addition, progressive dialing methods enable a variety of programmatic ways to treat calls that have not been answered by the called party. As examples, calls that may be answered by voicemail, calls that receive a busy signal and calls that are not answered, may all be treated and

managed differently by the automatic dialing system. Progressive dialing can sometimes use an interactive voice response ("IVR") system, whereby an artificial or prerecorded voice message is used to communicate with the called party and computerized prompts may be used to enable the called party to provide responses. The artificial or prerecorded voice messages are recorded before the calling campaign is executed and are stored in audio files that are configured as part of the IVR calling campaign.

16.     Predictive dialing is a computerized method for automatically dialing stored lists of telephone numbers commonly used in call center operations. Predictive dialing is a type of automatic telephone dialing as defined by the FCC to make outbound telephone calls for sales, telemarketing, collections, information surveys or other purposes. Predictive dialing provides the capability to "predict" the availability of call center agents that can respond to the outbound calls that have been dialed by the predictive dialing system and answered by the called party.

17.     Using predictive dialing, the computerized system dynamically regulates the rate at which numbers are dialed using a very complex mathematical predictive analytics algorithm, known as a "pacing" algorithm. Predictive pacing algorithms incorporate the same parameters as progressive "dial ratio" algorithms; however, pacing algorithms also add many probability parameters to make the rate of dialing even more efficient and reduce abandoned calls. These parameters include demographic factors for consumers included within a calling campaign, time of day that calls are being made, day of the week that calls are being made, average duration of answered calls, and many others. By adding these probabilistic factors, the rate at which the automatic dialing system dials calls can be made much more efficient. Using this mechanism, the number of automatic outbound telephone calls to be dialed by the computer system can be dynamically regulated (*i.e.*, increased or decreased) over time based on the predictive pacing algorithm. Prerecorded voice technology may also be used to announce to the called party to wait

for a call center agent to respond. Called parties that answer a predictively dialed outbound call typically experience a distinctive and recognizable pause due to the time interval during which the call is redirected and connected to an available call center agent.

18.     With predictive dialing, prerecorded voice technology may also be used to announce to the called party to wait for a call center agent to respond. Called parties that answer a predictively dialed outbound call typically experience a distinctive and recognizable pause due to the time interval during which the call is redirected and connected to an available call center agent. Prerecorded voice technology may also be used to announce to the called party to wait for a call center agent to respond. In addition, predictive dialing methods enable a variety of programmatic ways to treat calls that have not been answered by the called party. As examples, calls that may be answered by voicemail, calls that receive a busy signal and calls that are not answered, may all be treated and managed differently by the automatic dialing system.

19.     Furthermore, predictive dialing methods enable a variety of programmatic ways to treat calls that have not been answered by the called party. As examples, calls that may be answered by voicemail, calls that receive a busy signal and calls that are not answered, may all be treated and managed differently by the automatic dialing system.

20.     Note that the actual *predictive* functionality of predictive dialers occurs *after* the equipment automatically dials telephone numbers from the stored list of numbers. Therefore, the automatic telephone dialing function of the equipment, *i.e.*, the ability to automatically dial telephone numbers from a list of numbers, occurs prior to the call being connected and *predictively* redirected to an available call center agent. Thus, predictive dialing is identical to progressive dialing with the addition of the automated capability of connecting the called party (once the outbound call is answered) to an algorithmically predicted call center agent. Note that progressive dialing also incorporates an algorithm, albeit much less sophisticated than predictive dialing

algorithms, to redirect answered calls to agents. In either case of predictive or progressive dialing, the only difference is the algorithm used to govern the rate at which calls are dialed.

21.    Unattended message dialing (sometimes known as a "message blast" or a "phone blast") is a computerized method for automatically dialing stored lists of telephone numbers with the intent to only transmit a prerecorded voice message to the called parties once the call is answered. If an answering machine or voicemail system answers the call, the prerecorded voice message can be left as a recording for the called party to listen to later. No call center agents are required and there are no inbound calls to the system. Unattended message calls are always outbound, from an automatic telephone dialing system to a stored electronic list of telephone numbers. The prerecorded voice message is recorded before the calling campaign is executed and is stored in an audio file that is automatically played when the call is answered.

22.    Both progressive and predictive automatic dialing require the equipment to perform *call progress analysis* for each automatically initiated call. Call progress analysis automatically detects ring-back tones, busy tones, fast-busy tones, special information tones, answering machines, voicemail systems, a person answering a call, etc. The equipment itself essentially *listens* to the initiated call that is in progress and can be programmed to act in a particular way depending on the result of the call attempt. In SIP-based VoIP systems, call progress analysis is performed and transmitted via "session progress messages." Call progress analysis capability is a key characteristic of automatic telephone dialing systems. The presence of this function is inherent in the process of automatic dialing and clearly implies the capability of the equipment to automatically dial telephone numbers. This is because the functional process to analyze call progress tones is established prior to the process of electronically signaling out (*i.e.*, dialing) the ten digits of a telephone number. Computerized call progress analysis is inextricably tied to the process of automatic electronic dialing.

23.     Additionally, unattended message dialing, predictive dialing and progressive dialing can use prerecorded voice technology to leave a message on an answering machine or a voicemail system if a person does not answer the call. This function, of course, is based on the ability of the equipment to perform call progress analysis, so different prerecorded messages can be left when the automatic dialing system detects a person answering versus a voicemail system answering. For example, prerecorded voice technology can be used for predictive dialing to announce to the called party to wait on the line for a call center agent to respond or to leave a prerecorded message on an answering machine.

24.     These types of computerized dialing (*i.e.*, preview, progressive, predictive and unattended message) require the automatic system to store telephone numbers to be called. The numbers stored electronically are automatically and directly dialed by the dialing system equipment. The stored list of telephone numbers to be called by the equipment is made available to the dialing system as part of setting up each call or calling campaign.

## THE ASPECT UNIFIED IP AUTOMATIC DIALING SYSTEM

25.     It is my understanding that Credit One and/or its agents employ and utilize dialing software manufactured by Aspect Software, Inc.[1] ("Aspect") to initiate calls to consumers to collect debts.

26.     Aspect is a company that markets and sells business software and services, including contact center (or "call center") software and solutions.

27.     Aspect's automatic telephone dialing software solutions and products are identified under the Aspect® Unified IP® ("Aspect UIP") suite of dialing products and services. (Exhibit B.) These products and services enable Aspect's client companies to perform various contact center functions, including automatic outbound dialing.

---

[1] https://www.aspect.com

28.     I have analyzed the Aspect UIP dialer on many occasions and have detailed documentation on several versions of the software. It is my understanding that Credit One and/or its agents utilized Version 6.7 and 7.3 of the Aspect UIP dialer. Credit One and/or its agents have failed to produce the appropriate documentation regarding Version 7.3 of the Aspect UIP dialer software (*i.e.*, *Aspect® Unified Command and Control® – Administration System Administrator Guide 7.3*). However, I do have this document in my personal possession and have previously analyzed this version of the dialer software. I can personally attest that there are no changes in the fundamental and primary automatic dialing capabilities between Version 6.7 and 7.3. In fact, I have analyzed multiple versions the Aspect UIP dialer software over the past eight years. The automatic dialing functions of the software I describe in this Declaration have remained the same over that time across multiple major revisions and updates of the Aspect dialing system software.

29.     The Aspect UIP system consists of software, hardware and network components. According to Aspect's website—

> Aspect Unified IP equips the enterprise to drive automated outbound, high-touch, multichannel campaigns via voice, email or SMS. The system utilizes multiple dialing and advanced pacing options, campaign and call list management, while providing industry-leading voice, modem, pager and answering machine detection of up to 95% – all to ensure optimal results.

(Exhibit B.)

30.     The Aspect UIP system enables several methods for making automatic outbound calls to telephone numbers: (i) automatic (progressive) dialing; (ii) blaster dialing; (iii) precision dialing; (iv) predictive dialing; and (v) preview dialing. (Exhibit C, Aspect000085.)

31.     "Progressive" automatic dialing within the Aspect UIP system is simply termed "automatic" dialing. (Exhibit C, Aspect000085.)

32.     "Blaster" automatic dialing within the Aspect UIP system is the same as unattended message dialing. A contact center agent is not required to be logged into the system. (Exhibit C,

Aspect000085.) This type of dialing is typically used when a particular automatic dialing campaign is designed to only leave a prerecorded voice message for the called party.

33.    "Precision" automatic dialing within the Aspect UIP system is the same as progressive dialing except that a dial ratio is not used to govern the rate at which calls are automatically dialed. Instead, the rate at which calls are automatically dialed is based upon the number of calls currently on hold relative to the number of contact center agents available. (Exhibit C, Aspect000085.)

34.    "Predictive" automatic dialing within the Aspect UIP system is simply termed "predictive" dialing. (Exhibit C, Aspect000085.)

35.    "Preview" dialing within the Aspect UIP system is simply termed "preview" dialing and includes the feature "timed preview" dialing which is automatic preview dialing as previously described. ((Exhibit C, Aspect000085.)

36.    Furthermore, the Aspect UIP dialing system performs these types of dialing using stored lists of telephone numbers to be called. The Aspect UIP automatic dialing system can import lists call records to be stored, (denoted "call tables") for particular dialing campaigns. These call records contain one or more phone numbers to be automatically called by the dialing system. (Exhibit C, Aspect000439.)

37.    It is apparent that the Aspect UIP dialing system provides predictive dialing functionality and many other types of automatic dialing functions that are fundamentally inherent in the system.

38.    Therefore, it is my opinion, based on my knowledge, education, experience, expertise, training, my review of the relevant documents and the facts described above, that the Aspect Unified IP automatic dialing system is equipment that stored or produced telephone numbers to be called, using a random or sequential number, and dialed such numbers. In addition, the Aspect

UIP automatic dialing system is equipment that dialed telephone numbers from a stored list of numbers without human intervention.

## THE ASPECT UIP DIALING SYSTEM HAS THE CAPACITY TO STORE RANDOMLY OR SEQUENTIALLY GENERATED NUMBERS AND DIAL THOSE NUMBERS

39.     The algorithms for generating random and sequential numbers are among the most basic in computer science and the ability to generate these values are among the first concepts taught in beginning computer science classes.

40.     Credit One and/or its agents, if they so choose, can easily upload random or sequentially generated telephone numbers. Among the most basic methods to do this is by using the Microsoft® Excel® spreadsheet application commonly available for desktop workstations. Excel inherently provides the "RAND" function enabling the generation of any type of random numbers.

41.     For example, the Excel formula

=RAND() * (9999999999 - 2222222222) + 2222222222

generates 10-digit random telephone numbers of a valid format between 222-222-2222 and 999-999-9999. (Exhibit D.)

42.     Such a list of these randomly generated telephone numbers can be created on a desktop workstation and imported into the Aspect UIP dialing system. These telephone numbers can be exported from Excel as a ".csv" (comma separated value) file or ".txt" (text) file and converted readily into the database format required by the Aspect UIP dialing system.

43.     In this way, the Aspect UIP dialing system is equipment which has the capacity and capability to store or produce randomly generated telephone numbers that are available to be automatically dialed.

## SUMMARY OF OPINIONS

44.     It is my opinion, based on my knowledge, education, experience, expertise, training,

my review of the relevant documents, and the facts described above, that the Aspect Unified IP dialing system is equipment which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers. In addition, it is my opinion that the Aspect Unified IP dialing system is equipment which has the capacity to dial telephone numbers from a list or database of numbers and to dial such numbers without human intervention.

45.    My opinions in this Declaration are based upon extensive experience in the telecommunications industry, a detailed understanding of telecommunications systems, a detailed understanding of call processing systems and a detailed understanding of automatic telephone dialing systems. I hereby reserve the right to supplement or modify my opinions detailed in this Declaration to the extent that new information is made available through discovery or other means.

46.    I declare that the foregoing is true and correct, to the best of my knowledge, subject to the laws of perjury of the United States.

Executed in Las Vegas, Nevada, on this 7th day of June, 2018.

*Randall A. Snyder*
_____
Randall A. Snyder

# EXHIBIT A

| **Randall A. Snyder**<br>**Curriculum Vitae** |
| --- |

## Professional Summary

Mr. Snyder has over 34 years of experience in telecommunications network and system architecture, engineering, design and technology. He has expertise in the fields of both wireline and wireless telecommunications networking technology. He has been retained as an expert witness in over 250 cases regarding telecommunications technology including over 215 Telephone Consumer Protection Act (TCPA) cases, patent and intellectual property cases, breach of contract cases and other areas of litigation regarding telecommunications network technology.

Mr. Snyder has taught many classes and seminars on both wireline and wireless telecommunication network technologies and has been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers (IEEE) and the Cellular Telecommunications and Internet Association (CTIA). He spent several years developing network technology standards within the American National Standards Institute (ANSI) and the Telecommunications Industry Association (TIA), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, ANSI-93, providing interconnection technology between wireline and wireless telecommunications networks.

Mr. Snyder is the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. He holds 40 patents on telecommunications networking technology and has been hired as a consultant by the CTIA, as well as many wireline and wireless telecommunications companies, including Bell Laboratories, IBM, Google, McCaw Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and others. He was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology he designed while at Entriq, Inc.

## Subject Matter Expertise

- Wireless and cellular network systems
- Wireless and cellular network architectures
- Network interconnectivity
- GSM, UMTS, LTE and ANSI-41 (CDMA) standards and networks
- Location Based Services (LBS)
- Short Message Service (SMS)
- Multimedia Message Service (MMS)
- Wireless Application Protocol (WAP)

- Call Processing and Calling Features
- Billing Systems Support (BSS)
- Operations, Administration, Maintenance & Provisioning (OAM&P, OSS)
- Signaling System No. 7 (SS7)
- LTE Diameter Signaling
- Multifrequency Signaling
- Session Initiation Protocol (SIP)/VoIP
- Automatic Telephone Dialing Systems (ATDS)

> **Randall A. Snyder**
> **Curriculum Vitae**

## Notable Expert Witness Engagements

- Retained as Plaintiff's testifying expert witness in *Satterfield v. Simon & Schuster, Inc.* No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion remanded by the United States Court of Appeals for the Ninth Circuit. Personally cited in opinion by N.R. Smith, Circuit Judge, June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA, and sending messages to a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

- Retained as Plaintiff's testifying expert witness in *Gomez v. Campbell-Ewald Company*. No. 13-55486, D.C. No. 2:10-CV-02007-DMG-CW Opinion. Appeal from the United States District Court for the Central District of California. Opinion vacated by the United States Court of Appeals for the Ninth Circuit. Opinion by Fortunato P. Benavides, Circuit Judge. Filed September 19, 2014. Appellate court opinion upheld by the Supreme Court of the United States. Opinion by Justice Ginsburg, January 20, 2016.

- Retained by the Department of Justice Canada as Plaintiff's consulting expert in *Commissioner of Competition v. Rogers Communications Inc., Bell Canada, Telus Corporation and the Canadian Wireless Telecommunications Association*, Court File No. 12-55497. Defendants accused of deceptive and misleading marketing practices related to premium text messages leading to improper charging for multimedia content delivery using various mobile billing mechanisms. Case settled favorably for the Canada Competition Bureau in May, 2016.

- Retained by the U.S. Department of Justice as Defendant's testifying expert witness in *In re Inter Partes Review of U.S. Patent No. 7,693,938, U.S. Patent No. 8,103,719, Patent No. 8,438,212, Patent No. 8,438,221 and Patent No. 9,236,954*. Defendant accused of patent infringement in *CellCast Technologies, LLC v. The United States of America*, Case No. 1:15-cv-01307-VJW (Fed. Cl.).

- Retained by IBM de México as testifying expert witness in *IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse Iusacell, S.A. de C.V.,* ICC Case No. 19879/ASM. International $4B material breach of contract case under the International Chamber of Commerce International Court of Arbitration.

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy/Astrophysics) |

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Technology and expert witness consulting services. Areas of subject matter expertise
                include mobile and cellular networking, 2G, 2.5G, 3G, LTE, GSM, ANSI-41, LBS,
                SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems
                (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in
                the area of system and product analysis, architecture, design, development,
                management and marketing as well as patent preparation and development, expert
                reports, expert testimony and litigation support. Particular areas of expert witness
                experience include patent litigation and the Telephone Consumer Protection Act
                (TCPA).

From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA (acquired by Visa)
Title:          Vice President Wireless Engineering and Product Management
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As
                vice president of product management and wireless engineering and a member of the
                executive management team, was responsible for product management activities and
                wireless technology solutions for Finsphere's products. These products encompassed
                mobile location based software-as-a-service (SaaS) products offered primarily to
                financial institutions and banks. Responsibilities included product requirements and
                system functionality, strategic planning, R&D of new technologies, wireless network
                interconnectivity as well as wireless technology for Finsphere's products. Was also
                responsible for market strategies, white papers and development and management of
                intellectual property and patent applications.

From:           May 2004
To:             April 2007
Organization:   Entriq, Inc.; Carlsbad, CA
Title:          Vice President Product Management
Summary:        Was responsible for the entire product management team and system architecture for
                Entriq's products and services. Products encompassed mobile and broadband pay
                media applications (specializing in video), digital rights management (DRM) and
                security solutions, e-commerce and m-commerce systems as well as ad management
                and delivery solutions for both broadband and mobile media services. Responsibilities
                also included network and protocol analysis, market analysis, evaluation of third-party
                software and services, all vendor contract negotiations, RFP responses and overall
                administrative responsibility for the entire product line. Was responsible for directing

> **Randall A. Snyder**
> **Curriculum Vitae**

and managing the technical writing department producing all user documentation associated with the products. Was nominated for a National Television Arts and Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology for unique mobile technology designed, developed and commercially deployed as part of Entriq's solution.


From:        February 2002
To:          November 2003
Organization: m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:       Founder, Vice President Product Management and Carrier Marketing
Summary:     Was responsible for the entire product management and carrier marketing teams, member of the executive management team and one of the founders. Was responsible for all product management, system engineering and product strategy for all business conducted with the wireless industry and carriers. Was in charge of the market strategy and wireless network architecture for m-Qube's mobile marketing service, a value-added service offering mobile marketing solutions to wireless carriers using short message services (SMS) for GSM and CDMA networks. The service architecture enabled branded companies to deploy promotional marketing and messaging campaign dialogs with mobile subscribers via SMS. The network architecture required definition and design of all aspects of the overall network including SMS technology, interconnectivity to the wireless carriers, signaling, traffic management, market requirements for features and services, network equipment specifications and OA&M.


From:        April 2001
To:          February 2002
Organization: Bitfone Corporation; Mountain View, CA
Title:       Vice President Product Management and Marketing
Summary:     Was responsible for the entire product management team and all of the company's product definitions, strategies and positioning. Had direct responsibility for market and product requirements, market research, competitive analysis, product strategy and sales strategy. Bitfone's products included the iBroker, a mobile Internet technology infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.


From:        November 2000
To:          April 2001
Organization: Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA
Title:       Executive Director Emerging Technologies
Summary:     Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for

| Randall A. Snyder |
| Curriculum Vitae |

additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies.

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |
| Title: | Executive Director Product Marketing and Management |
| Summary: | |

1998 – 1999    Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998    Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test

| Randall A. Snyder |
| Curriculum Vitae |

plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997        Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996        Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator developed and marketed by AirLink Communications, Inc.

From:            December 1990
To:              April 1992
Organization:    AT&T Bell Laboratories; Whippany, NJ
Title:           Consulting Member of the Technical Staff
Summary:         Evaluated wireless technology services for the Wireless Systems Architecture group. Also participated as a system engineer on the design of the Global System for Mobile (GSM) communication architecture and a software engineer developing the base station controller (BSC) for GSM. Also responsible for planning, coordinating, designing and testing the SS7 protocol software for the GSM A-interface between the BSC, MSC and operations and maintenance center (OMC). High-level and detailed

> **Randall A. Snyder**
> **Curriculum Vitae**

design specifications were developed to coordinate the protocol testing between two remote laboratories. Provided the traffic analysis and traffic engineering of call traffic for the BSC. Specifically designed and developed the dynamic traffic overload control subsystem for the BSC. Presentations were given to technical staffs at multiple Bell Laboratories facilities supporting this work.

| | |
|---|---|
| From: | May 1987 |
| To: | December 1990 |
| Organization: | DGM&S, Inc.; Mt. Laurel, NJ |
| Title: | Senior Staff Consultant |
| Summary: | Responsible for the design, development and test coordination of an advanced intelligent network applications platform for a service control point (SCP). Also spent several years as a consulting software engineer for Siemens AG, developing and testing SS7 and call control software for the EWSD digital switching system for international as well as U.S. national network implementations. This work involved extensive travel to both Frankfurt and Munich, Germany for software system design and testing. Also involved in the concept, design and technical marketing of proprietary enabling technology software products for SS7 and ISDN. |

| | |
|---|---|
| From: | May 1986 |
| To: | May 1987 |
| Organization: | ADP, Inc.; Mt. Laurel, NJ |
| Title: | Senior Software Engineer and Analyst |
| Summary: | Responsible for the design and development of data communications and real time database application software for a host data center that provided real time financial information to large brokerage houses. Data communication protocol expertise in HDLC, RS-232 and IBM BiSync. |

| | |
|---|---|
| From: | June 1984 |
| To: | May 1986 |
| Organization: | C3, Inc.; Cape May, NJ |
| Title: | Consulting Systems Analyst and Software Engineer |
| Summary: | Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software for shipboard use including inventory and law enforcement applications. The work included the follow-through of the entire project lifecycle including writing of requirements, functional, design and program specifications, coding, debugging, alpha and beta testing, release, shipboard installation and continuing technical support of the product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, for successful efforts on these projects. |

Randall A. Snyder
Curriculum Vitae

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 9,848,298 | 12/19/2017 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 9,818,121 | 11/14/2017 | Mobile Communications Message Verification of Financial Transactions |
| US 9,801,063 | 10/24/2017 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,736,662 | 8/15/2017 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 9,679,312 | 6/13/2017 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 9,603,023 | 3/21/2017 | System and Method for Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 9,456,348 | 9/27/2016 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 9,432,845 | 8/30/2016 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 9,420,448 | 8/16/2016 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 9,313,628 | 4/12/2016 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 9,185,123 | 11/10/2015 | Systems and Method for Mobile Identity Protection for Online User Authentication |
| US 9,154,952 | 10/6/2015 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,092,803 | 7/28/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication |

| | | Devices |
|---|---|---|
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |

<table>
<tr><td>Randall A. Snyder<br>Curriculum Vitae</td></tr>
</table>

| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, former Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986).
2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.
3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.
4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.
5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.
6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

| Randall A. Snyder |
| Curriculum Vitae |

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Lewis, D. v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Marcus & Zelman, LLC |
| Case Name: | Lemos v. Credit One Bank, N.A. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Preston Law Offices |
| Case Name: | Katz v. Liberty Power Corp., LLC, et al. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Huntley v. Nationstar Mortgage, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Ryan Lee, PLLC |
| Case Name: | Wishert v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

### Randall A. Snyder
### Curriculum Vitae

Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Morgan & Morgan, P.A.
Case Name:               Griffin v. Nationstar Mortgage, LLC
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Morgan & Morgan, P.A.
Case Name:               Francois v. Nationstar Mortgage, LLC
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Morgan & Morgan, P.A.
Case Name:               Anderson v. Nationstar Mortgage, LLC
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Burke Law Offices, LLC
Case Name:               Hossfeld v. Compass Bank and MSR Group, LLC
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Burke Law Offices, LLC
Case Name:               Meredith v. United Collection Bureau, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2018

| Randall A. Snyder |
| Curriculum Vitae |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Shamis & Gentile, P.A. |
| Case Name: | Schaevitz v. Braman Hyundai, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Thomas v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Richard v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Paris v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Castile v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Brandenburg v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Moore v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Betts v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Gearghty v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            St. Mary v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Law Firm:                    Lemberg & Associates LLC
Case Name:                Scott v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                          2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                                    unlawful cellular telephone calls
Law Firm:                    Lemberg & Associates LLC
Case Name:                Larson v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                          2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                                    unlawful cellular telephone calls
Law Firm:                    Lemberg & Associates LLC
Case Name:                Castro v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                          2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                                    related to unlawful cellular telephone calls
Law Firm:                    Kazerouni Law Group, APC
Case Name:                Fontes v. Time Warner Cable Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                          2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                                    related to short message service (SMS) technology
Law Firm:                    Carey Rodriguez Milian Gonya LLP
Case Name:                Soukhaphonh v. Hot Topic, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:                Ongoing
Date:                          2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                                    unlawful cellular telephone calls
Law Firm:                    Law Office of Michael A. Ziegler, P.L.
Case Name:                Illes v. Santander Consumer USA Inc.

**Randall A. Snyder**
**Curriculum Vitae**

Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Stephen A. Thomas, PLC
Case Name:             Jones v. Credit Acceptance Corporation
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Toupin v. Wells Fargo Bank, N.A.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Pohl v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Andrew L. Campbell, Attorney at Law
Case Name:             Pyciak v. Credit One Bank
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Consumer Attorney Advocates Inc.
Case Name:             Cole v. Sierra Pacific Mortgage Company, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing

> ### Randall A. Snyder
> ### Curriculum Vitae

Date:                   2018

*Expert Engagement:*

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Price Law Group
Case Name:              Renner v. Navient Solutions, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Price Law Group
Case Name:              Desmangles v. Navient Solutions, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Price Law Group
Case Name:              Reed v. Navient Solutions, Inc.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Price Law Group
Case Name:              Bryson v. Credit One Bank, N.A.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               SM Law Group, APC
Case Name:              Johnson v. Wells Fargo Bank, N.A.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                   2018

| Randall A. Snyder |
| :---: |
| **Randall A. Snyder** |
| **Curriculum Vitae** |

*Expert Engagement:*

| | |
| --- | --- |
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Marcus & Zelman, LLC |
| Case Name: | Jiminez v. Credit One Bank, N.A. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
| --- | --- |
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Price Law Group |
| Case Name: | Ziegler v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
| --- | --- |
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Whitaker v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
| --- | --- |
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Jaimes v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
| --- | --- |
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kopelowitz Ostrow Ferguson Weiselberg Gilbert |
| Case Name: | Grigorian v. The Keyes Company |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Michael A. Ziegler, P.L. |
| Case Name: | Bernstein v. Genpact Services, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Hiraldo P.A. |
| Case Name: | Eisenband v. Starion Energy, Inc.. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Myers v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Decker v. Receivables Performance Management, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Arndts v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |

<table>
<tr><td colspan="2" align="center">**Randall A. Snyder**<br>**Curriculum Vitae**</td></tr>
</table>

| | |
|---|---|
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Baldon v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Santiago v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Maney & Gordon, P.A. |
| Case Name: | Silverman v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Dostart Hannink Coveney, LLP |
| Case Name: | Harrison v. Great HealthWorks, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Thomas v. Smith-Palluck Associates Corp. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Gadelhak v. AT&T Services, Inc. |

| | |
|---|---|
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Matthew P. McCue |
| Case Name: | Hopkins v. Modernize, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Thomas v. Smith-Palluck Associates Corp. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kopelowitz Ostrow Ferguson Weiselberg Gilbert |
| Case Name: | Ramos v. Hopele of Fort Lauderdale, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Smith Law Firm, LLC |
| Case Name: | Etzkorn v. 3 Day Blinds, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Thompson Consumer Law Group |
| Case Name: | Eady v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

| Randall A. Snyder |
| Curriculum Vitae |

Date:                          2018

*Expert Engagement:*
Type of Matter:           Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                          unlawful cellular telephone calls
Law Firm:                 Davis Law Firm PLLC
Case Name:                Robart v. Credit One Bank, N.A.
Services Provided:        Testifying expert, expert reports for plaintiff
Disposition:              Ongoing
Date:                     2018

*Expert Engagement:*
Type of Matter:           Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                          related to short message service (SMS) technology
Law Firm:                 Gray, LLC
Case Name:                Fitzgerald v. Universal City Studios, LLC
Services Provided:        Testifying expert, expert reports for plaintiff
Disposition:              Ongoing
Date:                     2018

*Expert Engagement:*
Type of Matter:           Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                          unlawful cellular telephone calls
Law Firm:                 Los Angeles County District Attorney
Case Name:                State of California v. Allied Interstate, LLC
Services Provided:        Testifying expert for plaintiff
Disposition:              Ongoing
Date:                     2018

*Expert Engagement:*
Type of Matter:           Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                          unlawful cellular telephone calls
Law Firm:                 Law Offices of Jeffrey Lohman
Case Name:                Rios v. Synchrony Bank
Services Provided:        Testifying expert, expert reports for plaintiff, arbitration testimony for plaintiff
Disposition:              Ongoing
Date:                     2017

*Expert Engagement:*
Type of Matter:           Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                          related to short message service (SMS) technology
Law Firm:                 Kopelowitz Ostrow Ferguson Weiselberg Gilbert
Case Name:                Dipuglia v. US Coachways, Inc.
Services Provided:        Testifying expert, expert reports for plaintiff
Disposition:              Ongoing
Date:                     2017-2018

| | |
|---|---|
| | **Randall A. Snyder**<br>**Curriculum Vitae** |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Terrell Marshall Law Group PLLC |
| Case Name: | Abante Rooter v. Alarm.com, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Cortes v. National Credit Adjusters, L.L.C. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Ansley v. Comcast Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Larson v. Harman Management Corporation and 3Seventy, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | In Re Portfolio Recovery Associates, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Dostart Hannink Coveney, LLP |
| Case Name: | Kerr v. Zacks Investment Research, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Smith v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Blake v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Saunders v. Dyck O'Neal, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Millora v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |

| Randall A. Snyder |
| Curriculum Vitae |

Law Firm:              Law Offices of Ronald A. Marron
Case Name:             Gulley v. Comenity, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Sulaiman Law Group, Ltd.
Case Name:             O'Connor/Figueroa v. HSBC Mortgage Corporation (USA), et al.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Mayer v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports, arbitration testimony for plaintiff
Disposition:           Dismissed
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Wunderlich v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Berger & Montague, P.C.
Case Name:             Richardson v. Verde Energy USA, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Martin & Bontrager, APC
Case Name:             Foss v. Navient Solutions, Inc.

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:       Ongoing
Date:             2017

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                  unlawful cellular telephone calls
Law Firm:         Law Offices of Jeffrey Lohman
Case Name:        Givens v. Navient Solutions, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:      Settled
Date:            2017

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                  unlawful cellular telephone calls
Law Firm:         Law Offices of Jeffrey Lohman
Case Name:        Ibarra v. Navient Solutions, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:      Settled
Date:            2017

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                  related to short message service (SMS) technology
Law Firm:         Hyde & Swigart
Case Name:        Foley v. GatherApp, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:      Ongoing
Date:            2017

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                  unlawful cellular telephone calls
Law Firm:         Law Offices of Jeffrey Lohman
Case Name:        Stringham v. Navient Solutions, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:      Ongoing
Date:            2017

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                  unlawful cellular telephone calls
Law Firm:         Krohn & Moss, Ltd.
Case Name:        Brown v. Crescent Bank & Trust, Inc.
Services Provided: Testifying expert, expert reports for plaintiff
Disposition:      Ongoing

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Date:                        2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Rogers v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Saballos v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Kelsaw v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Hyde & Swigart
Case Name:               DeMun v. National Enterprise Systems, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2017

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Krohn & Moss, Ltd.
Case Name:               Dillard v. Credit Protection Association LP
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2017
*Expert Engagement:*

| | Randall A. Snyder |
| --- | --- |
| | **Curriculum Vitae** |

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:            Berger & Montague, P.C.
Case Name:           Rubenstein v. Loandepot.com, LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Collier v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Moore v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert reports, arbitration testimony for plaintiff
Disposition:         Dismissed
Date:                2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Deffenbaugh v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert reports, arbitration testimony for plaintiff
Disposition:         Ongoing
Date:                2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           McClogan v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert reports, arbitration testimony for plaintiff
Disposition:         Settled
Date:                2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls

> **Randall A. Snyder**
> **Curriculum Vitae**

Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Blankson v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Natoli v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Welch v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports, arbitration testimony for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Amaral v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Dismissed
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Lewis, H. v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Smith v. Navient Solutions, Inc.

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Turner v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Hernandez v. Navient Solutions, LLC
Services Provided:     Testifying expert, expert reports, arbitration testimony for plaintiff
Settled                Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Stotler v. Navient Solutions, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Haines & Krieger, LLC
Case Name:             Mitchell v. LRE of Nevada, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Krohn & Moss, Ltd.
Case Name:             Tokarski v. Navient Solutions, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing

Date:                2017

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Thompson Consumer Law Group |
| Case Name: | Larson v. Online Information Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Moody v. Navient Solutions, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Centrella v. Navient Solutions, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Cain v. Ocwen Loan Servicing, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | Lockett v. Conn Appliances, Inc. et al. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

| Randall A. Snyder |
| Curriculum Vitae |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kopelowitz Ostrow Ferguson Weiselberg Gilbert |
| Case Name: | Gottlieb v. CITGO Petroleum Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Martinez v. Navient Solutions, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Zimmerman Reed LLP |
| Case Name: | Lennartson v. Papa Murphy's Holdings, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | McMillion v. Rash Curtis & Associates |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Mbazomo v. ETourandTravel, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:     Bursor & Fisher, P.A.
Case Name:     Bakov v. Consolidated Travel Holdings Group, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:     Ongoing
Date:     2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:     Haines & Krieger, LLC
Case Name:     Miles v. Receivables Performance Management, LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:     Settled
Date:     2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:     Law Office of Chris R. Miltenberger, PLLC
Case Name:     Mahoney v. TT of Pine Ridge, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:     Settled
Date:     2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:     Haines & Krieger, LLC
Case Name:     Toldi v. Hyundai Capital America
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:     Withdrawn
Date:     2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology
Law Firm:     McGuire Law, P.C.
Case Name:     Serban v. CarGurus, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:     Dismissed
Date:     2017

*Expert Engagement:*

Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls

| | |
|---|---|
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Marshall v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Glasser v. Hilton Grand Vacations, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Carey Rodriguez Milian Gonya LLP |
| Case Name: | Farnham v. Caribou Coffee Company, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Hunter v. Time Warner Cable Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Unlawful Recording of and Eavesdropping Upon Confidential Communications (Cal. Penal. Code §§ 632) and Unlawful Wiretapping (Cal. Penal. Code §§ 631) class action related to unlawful recording of telephone conversations |
| Law Firm: | Da Vega Fisher Mechtenberg LLP |
| Case Name: | Gruber v. Yelp, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Michael A. Ziegler, P.L. |

| Case Name: | Francescutti v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2016 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Self-Forbes v. Advanced Call Center Technologies, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Engstrom, Lipscomb & Lack |
| Case Name: | Nghiem v. Dick's Sporting Goods, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2016 |

*Expert Engagement:*

| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | United States Department of Justice (DOJ) |
| Case Name: | CellCast Technologies, LLC v. The United States of America |
| Services Provided: | Testifying expert, affidavits for inter partes review for defendant |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Katz v. American Honda Motor Co., Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Morris v. SolarCity Corp. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                    2016

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Keller Rohrback, L.L.P.
Case Name:              Wick v. Twilio, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Dismissed
Date:                    2016

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Edelman, Combs, Latturner & Goodwin, LLC
Case Name:              Bailey v. Santander Consumer USA, Inc.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Settled
Date:                    2016

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Bailey & Glasser LLP
Case Name:              Newhart v. Quicken Loans, Inc. et al.
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Ongoing
Date:                    2016

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Manchee & Manchee, PC
Case Name:              Gibbs v. Ocwen Loan Servicing, LLC
Services Provided:      Testifying expert, expert reports for plaintiff
Disposition:            Settled
Date:                    2016

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Maney & Gordon, P.A.
Case Name:              Holland v. Keesler Federal Credit Bureau
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Dismissed
Date:                    2016

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Spencer v. Kohl's Department Stores, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Parisi & Havens LLP |
| Case Name: | Slovin v. SunRun. Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | Harrington v. RoundPoint Mortgage Servicing Corporation |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Dismissed |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to short message service (SMS) technology |
| Law Firm: | Law Office of Troy D. Krenning, LLC |
| Case Name: | Newton v. Comdata, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Yerkes v. RGS, Financial, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2016 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Manning Law APC |
| Case Name: | Vizcarra v. Macys.com Inc. et al. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Deaderick v. Contract Callers, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Tycko & Zavareei LLP |
| Case Name: | Lathrop v. Uber Technologies, Inc. |
| Services Provided: | Testifying expert, exert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2015–2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Zeidel v. A&M (2015) LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2015–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Marquis Aurbach Coffing |
| Case Name: | Fisher v. MJ Christensen Jewelers, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Competition Act, § 74.1 R.S.C. 1985, c. C-34 class action related to false and misleading advertisements related to premium text messaging and short message service (SMS) technology |

> **Randall A. Snyder**
> **Curriculum Vitae**

Law Firm:            Department of Justice Canada
Case Name:           Commissioner of Competition v. Rogers Communications Inc., Bell Canada,
                     Telus Corporation and the Canadian Wireless Telecommunications Association
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2013–2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Maney & Gordon, P.A.
Case Name:           Ritter v. Wells Fargo Bank, N.A.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Bock & Hatch, LLC
Case Name:           Kozlow v. Shopkick, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Withdrawn
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Edelson PC
Case Name:           Suttles v. Mutual of Omaha Insurance Company
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Manchee & Manchee, PC
Case Name:           Gebray v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Ongoing
Date:                2015

*Expert Engagement:*

Type of Matter:      Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                     unlawful recording of telephone conversations
Law Firm:            Keller Grover LLP and Law Offices of Scot D. Bernstein

| **Randall A. Snyder** |
| **Curriculum Vitae** |

Case Name:          Saunders v. Cabela's Incorporated
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           McGuire Law, P.C.
Case Name:          Lozano v. Avenue Stores, LLC
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Bailey & Glasser LLP
Case Name:          Phillips v. Mozes, Inc. et al.
Services Provided:  Testifying expert, expert reports, depositions for plaintiff
Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to mobile location based technology and
                    short message service (SMS) technology
Law Firm:           Knobbe, Martens, Olson & Bear, LLP
Case Name:          TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:  Testifying expert for defendant
Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to machine-to-machine (M2M) mobile
                    technology
Law Firm:           Paul Hastings LLP
Case Name:          M2M Solutions LLC v. Novatel Wireless Solutions, Inc.
Services Provided:  Testifying expert, USPTO affidavits for patent reexamination for defendant
Disposition:        Unknown
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Mazie Slater Katz & Freeman LLC
Case Name:          Meyer v. Bebe Stores Inc.

<table>
<tr><td colspan="2" align="center"><strong>Randall A. Snyder<br>Curriculum Vitae</strong></td></tr>
</table>

| Services Provided: | Testifying expert, expert reports for plaintiff |
|---|---|
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Strategic Legal Practices, APC |
| Case Name: | Haghayeghi v. Guess Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Bailey & Glasser LLP |
| Case Name: | Stein v. Monterey Financial Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Aronovitz Law |
| Case Name: | McKee v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | Moore v. Family Dollar Stores, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Bailey & Glasser LLP |
| Case Name: | Jones v. FMS Corp., U.S. Department of Education |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |

| | |
|---|---|
| **Randall A. Snyder**<br>**Curriculum Vitae** | |

Date:                    2015

*Expert Engagement:*

Type of Matter:        Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             Roberts v. Wyndham International, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to short message service (SMS) technology
Law Firm:              Paul Hastings LLP
Case Name:             Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:     Testifying expert, USPTO affidavits for inter partes review for defendant
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Maney & Gordon, P.A.
Case Name:             Drew v. Ocwen Loan Servicing, LLC
Services Provided:     Testifying expert, expert reports, depositions, trial testimony for plaintiff
Disposition:           Plaintiff obtained statutory damages for willful TCPA violations
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             Kleja v. Transworld Systems, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             McCabe v. Six Continents Hotels, Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Type of Matter:        Material Breach of Contract
Law Firm:             Hogan Lovells USA LLP
Case Name:            IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse
                      Iusacell, S.A. de C.V.
Services Provided:     Testifying expert, expert reports for IBM México
Disposition:          Unknown
Date:                 2014–2016

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Caddell & Chapman
Case Name:            Hooker v. Sirius XM Radio, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2014–2016

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Heyrich Kalish McGuigan, PLLC
Case Name:            Gragg v. Orange Cab Company, Inc. et al
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2013–2016

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             McGuire Law, P.C.
Case Name:            Valladares v. Blackboard, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2014–2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Hamlett et al v. Santander Consumer USA Inc. et al
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2014–2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls

| | |
|---|---|
| Law Firm: | Parisi & Havens LLP |
| Case Name: | Lofton v. Verizon Wireless LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014–2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Spencer v. AT&T Digital Life, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | In re: Life Time Fitness, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | McGuireWoods LLP |
| Case Name: | Comcast Cable Communications, LLC v. Sprint Communications Company L.P. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Hangtime, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |

| | |
|---|---|
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Parisi & Havens LLP |
| Case Name: | In re Collecto, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Edelson PC |
| Case Name: | Birchmeier et al v. Caribbean Cruise Line, Inc. et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Johnson v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Class Decertified |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Jacobs Kolton, Chtd. |
| Case Name: | Nunes v. Twitter, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Dismissed |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Manning Law, PLLC |
| Case Name: | Manning v. Lendio, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

| Randall A. Snyder |
| Curriculum Vitae |

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Dismissed |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Dismissed |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Iniguez v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Keogh, Cox & Wilson, Ltd. |
| Case Name: | Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

| Randall A. Snyder |
| Curriculum Vitae |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Potter Handy, LLP |
| Case Name: | Potter v. Bank of America Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Shiyan v. Lucille Roberts Health Clubs, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Meyer v. Receivables Performance Management LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Murray v. Bill Me Later, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Creel v. GC Services, L.P. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

**Randall A. Snyder**
**Curriculum Vitae**

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and communication protocols |
| Law Firm: | White & Case LLP |
| Case Name: | Nokia Corporation v. Google Inc. |
| Services Provided: | Testifying expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Gomez v. Campbell-Ewald Company |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Francis & Mailman, P.C. |
| Case Name: | Dominguez v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Unknown |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |

| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |
|---|---|
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Wooten, Kimbrough & Normand, PA |
| Case Name: | Murphy v. DCI Biologicals, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
|---|---|
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Sherman v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Class Decertified |
| Date: | 2013–2014 |

*Expert Engagement:*

| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful cellular telephone calls |
|---|---|
| Law Firm: | Collins & Story, PA |
| Case Name: | Keen v. Delta Outsource Group, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and mobile banking |
|---|---|

| | |
|---|---|
| Law Firm: | Panovia Group LLP |
| Case Name: | N5 Technologies, LLC v. Capital One, N.A. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Hartmann and Kananen |
| Case Name: | Baird v. Sabre, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert reports for defendants |
| Disposition: | Patent withdrawn from litigation |
| Date: | 2012–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Unknown |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Lavery Law Firm |
| Case Name: | Volpe v. Caribbean Cruise Line, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related to unfair business practices and unlawful cellular telephone calls |
| Law Firm: | Williamson and Williams Law |
| Case Name: | Kids Northwest v. First Data Corporation |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Unknown |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | George Rikos Law |
| Case Name: | Van Patten v. Vertical Fitness |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California Business and Professions Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Milberg LLP |
| Case Name: | D'Agostino v. Jesta Digital, LLC (dba Jamster) |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R. § 64.1200(d)(3) class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Benzion v. Vivint, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Rutigliano v. Convergent Outsourcing, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Emanuel v. The Los Angeles Lakers, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Barani v. Wells Fargo Bank, N.A. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless calling party identification technology |
| Law Firm: | K&L Gates LLP |
| Case Name: | Cequint Inc. v. Apple Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Mais v. Gulf Coast Collection Bureau, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed on appeal |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Manno v. Healthcare Revenue Recovery Group, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2012–2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012–2013 |

*Expert Engagement:*

> **Randall A. Snyder**
> **Curriculum Vitae**

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition: | Dismissed |
| Date: | 2012–2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2011–2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2011–2012 |

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Unknown |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Testifying expert, USPTO affidavits for inter partes reviewfor plaintiff |
| Disposition: | Unknown |
| Date: | 2010–2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Unknown |
| Date: | 2010–2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010–2011 |

*Expert Engagement:*

## Randall A. Snyder
## Curriculum Vitae

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Unknown |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Gordon & Rees LLP |
| Case Name: | Allen v. Rickenbacker Collection Services |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Unknown |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (trademarks) related to short message service (SMS) technology |
| Law Firm: | Fish & Richardson P.C. |
| Case Name: | Cricket Communications, Inc. v. HipCricket, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Unknown |
| Date: | 2008–2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Albrecht v. mBlox, Inc. et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008–2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Blim & Edelson, LLC |

| | |
|---|---|
| Case Name: | Satterfield v. Simon & Schuster, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2007–2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Walker v. Motricity, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Rynearson v. Motricity, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Reed v. Sprint Nextel Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2008 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Nava v. Predicto Mobile, LLC |
| Services Provided: | Consulting expert for plaintiff |

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          McFerren v. AT&T Mobility, LLC
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                    action related to short message service (SMS) technology and unlawful charging
                    of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Guerrero v. MobileFunster, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                    short message service (SMS) technology and unlawful charging of cellular
                    telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Gray v. Mobile Messenger Americas, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Goddard v. Google, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful
                    charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Duffy v. Nevis Mobile, LLC
Services Provided:  Consulting expert for plaintiff

Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Criswell v. MySpace, Inc.
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Unknown
Date:               2008

*Expert Engagement:*
Type of Matter:     Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. § 1367(a) class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Bradberry v. mBlox, Inc.
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           KamberEdelson, LLC
Case Name:          Ayers v. Media Breakaway, LLC
Services Provided:  Testifying expert, expert reports for plaintiff
Disposition:        Settled
Date:               2008

*Expert Engagement:*
Type of Matter:     Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:           Hahn Loeser & Parks, LLC
Case Name:          Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al
Services Provided:  Consulting expert for plaintiff
Disposition:        Unknown
Date:               2008

*Expert Engagement:*
Type of Matter:     Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:           Blim & Edelson, LLC
Case Name:          Valdez v. Sprint Nextel Corporation
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled

**Randall A. Snyder**
**Curriculum Vitae**

Date:                    2007

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action
                         related to short message service (SMS) technology and unlawful charging of
                         cellular telephone customers
Law Firm:                Blim & Edelson, LLC
Case Name:               Bradberry v. T-Mobile USA, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2007

*Expert Engagement:*
Type of Matter:          California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair
                         Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short
                         message service (SMS) technology
Law Firm:                KamberEdelson, LLC
Case Name:               Abrams v. Facebook, Inc.
Services Provided:       Testifying expert, expert reports for plaintiff
Disposition:             Settled
Date:                    2007

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to short message service (SMS) technology
Law Firm:                Paul Hastings LLP
Case Name:               TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:       Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:             Settled
Date:                    2007

# Wireless Research Services, LLC Rate Sheet

| ITEM | FEE |
|---|---|
| Non-refundable Retainer at Time of Engagement (5 cases @ $2,000 per case) | $10,000 |
| Expert Witness Consulting, Expert Reports | Included |
| Depositions and In-court Testimony | $525 per hour (Depositions are payable at time of Deposition) |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice outstanding after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by:_____ Yitzchak Zelman _____

Law firm/Company:_____ Marcus & Zelman, LLC _____

Case Name:_____ Lemos v. Credit One, etc _____

Date:_____ 05/25/2018 _____

# EXHIBIT B



# Aspect® Unified IP®
# Proactive Outbound Contact

A multichannel solution with proactive outbound contact capabilities offering a blended solution able to meet even the most complex business needs or the strictest compliance requirements.

Aspect Unified IP equips the enterprise to drive automated outbound, high-touch, multichannel campaigns via voice, email or SMS. The system utilizes multiple dialing and advanced pacing options, campaign and call list management, while providing industry-leading voice, modem, pager and answering machine detection of up to 95% – all to ensure optimal results. Aspect Unified IP allows for business rule flexibility to improve right party contacts, thereby improving collections and sales rates while helping companies meet regulatory, security and customer satisfaction goals with customized security configurations for unique requirements. Industry leading call progress detection allows businesses to maximize agent's productivity and effectiveness.

## Key Differentiators

✓ **Seamless Integration**
Informed and empowered interactions in every channel and every touch point - inbound calls and outbound calls, email, IM, web chat and SMS – all from the same workstation

✓ **Most Efficient Contact Results**
Automates more without involving a live agent, but when seamless transfers occur, both agents and customers start with more context which enhances the experience

✓ **Unified Architecture**
Enabled by technology, the contact is a consistent, differentiating experience, even when customers switch channels

✓ **Enriched Options**
In customer interaction across channels, including social spaces

✓ **Usability Ease**
Leverage unified communications and collaboration technologies across the enterprise

✓ **Deployment Flexibility**
Flexible, scalable, sophisticated enhancements, for simple to complex needs

## Key Components

### Pacing Options
A key factor for outbound dialing is correctly configuring the pace or speed of the dialing. Considerations are made for keeping agents productive and busy, complying with abandonment rate laws, effectively utilizing your telephony resources, and ensuring that there are enough agents to handle outbound as well as contacts in other channels.

### Campaign Management
The Aspect solution provides a centralized, business rule and contact record distribution engine to create and execute sophisticated, high-yield campaign strategies. The records are fed to Unified IP for outbound contact, dynamically adjusting record levels as agents log in. You can create, modify, stop or start campaigns dynamically, through a single point of administration and your changes will be implemented in real-time and be available for the next contact. Unified IP allows you to easily abide by regulatory compliance laws, such as Do Not Call requests, and then as regulations change, you have a single source where you can adjust the rules. To minimize security risks associated with your highly-sensitive customer data, the system can be configured to safeguard the privacy of your information based on your unique needs.

### Compliant Proactive Outreach and High-Touch Customer Care
Aspect Unified IP multichannel inbound and outbound capabilities, including automated voice, mobile self-service, voice, email and SMS proactive outreach, enable interactions to occur at the right time and place with the right resources, for high-touch customer service, personalized sales campaigns and precision-targeted collections efforts. Smarter, compliant campaigns can take full advantage of calling opportunities to save time and resources. And with multichannel notification and escalation capabilities, you're able to send critical alerts and value-added messages that reach customers when the information is most helpful.

**Contact Blending**

Aspect® Unified IP® allocates agents across contact channels through true, automated multichannel blending defined by business rules. Some or all available agents can handle multiple types of customer interactions – including inbound and outbound calls, email, IM, web chat, SMS and social – all from the same workstation and without having to log in and out of services. Multichannel contact blending is designed to balance the objectives of maximizing the value of each contact, minimizing agent idle time, and maximizing agent productivity. If blending is done well, it will result in excellent service and maximized agent productivity.

## Pacing Options

- **Manual Dialing**
  Directories and simple click-to-dial functions expedite the manual dialing process for agents

- **Preview Dialing**
  Presents an outbound record for review before either the agent will manually launch a dial or the system will automatically launch a dial after a configurable amount of time

- **Automatic Dialing**
  Based on a predefined call-to-agent ratio

- **Precision Dialing**
  Dialing based on the availability of agents at a given time.

- **Predictive Dialing**
  System dials based on algorithms that predict when an agent will become available to receive the next call, by evaluating number of agents logged into the service, agent idle time and customer abort rate

- **Blaster Dialing**
  Dialing not based on agent logged–in status, but rather on available resources, such as Voice Portal ports

## Pacing Parameters

- **Target Abandoned Percentage Selection**
  Sets the target abandoned rate for the campaign by adjusting the number of calls dialed to adhere to the target abandoned rate setting

- **Wait for Available Agent Selection**
  Controls the maximum amount of time that an outbound call in queue will wait for an agent before it is disconnected

- **Goal Service Length**
  Controls the target number of calls desired in queue at any point in time

- **Goal Service Time**
  Sets the target amount of time a call should be held in queue. The Goal Service Time should be lower than the Wait for Available Agent setting.

- **Goal Service Percentage**
  Sets the percentage of time the goal service length and goal service time settings are expected to be upheld.

- **Goal Within Service Time**
  Calculated by multiplying the goal service percentage and goal service time fields

- **Calls in Service**
  Used to approximate the number of active outbound calls in the service at any point in time

- **Agents Working in Service**
  Used to approximate the number of active agents in the service at any point in time

- **Call-to-Agent Ratio**
  Is the number of calls in-service divided by the agents working in service fields - a non-binding target number used in prioritization

- **Predictive Dampening Factor**
  Allows the system to quickly adjust to sudden changes, throughout the campaign and not only at the initial phase

- **Predictive Transient Calls**
  Used to indicate the number of hits (connects) that the system allows before the standard pacing algorithm takes effect

- **Predictive Expected Hit Rate**
  Is the hit rate used during the initial period before the standard pacing algorithm and hit rate calculation apply

- **Predictive Abandon Tolerance**
  Defines abandoned rate tolerance rate during the initial period and works in conjunction with the Target Abandoned Percentage setting

- **Predictive Slowdown Factor**
  Determines a factor that shows how slow the algorithm will become when the actual abandon rate exceeds the desired abandon rate

## Campaign Management

- **Automatic Feed**
  Identifies which records from your CRM system (via an API) are to be dialed and then how quickly or how slowly they are to be fed/trickled into the system, with the outcomes automatically delivered back to the CRM

- **Exclusion Management**
  Allows agents to populate records to an inbound campaign exclusion list which then filters the record out of the outbound campaign list

- **List Management**
  Administrators can manually import or schedule the import of call lists, and can then apply various filters to customize control of the execution of outbound call campaigns

- **Escalation Strategies**
  You can select the automated multichannel escalation strategies deployed for critical notifications. If a customer cannot be reached via one method, automated retry rules can be built that cross media types to ensure contact

- **Segmentation Strategies**
  Leverage campaign management strategies to segment according to business rules, customer needs analysis, and customer data, before being prioritized for outreach based on information importance or revenue opportunities

- **Blending Strategies**
  Agents can seamlessly work inbound and outbound voice, IM, chat, email, SMS and workflow services concurrently in order to deliver the appropriate outreach via the best channel dictated by the customer, all within one system

- **Service Flow**
  Agents can automatically move (flow) from one outbound service to another as the numbers in the initial service are depleted, maximizing agent utilization across multiple outbound campaigns throughout the day

- **Multiple Outbound Services Support**
  Agents can belong to multiple outbound services at the same time, so the initial service flag and service flow configuration will determine which outbound service the agent will start in and to which services they could become active in

- **Dynamic Scheduling of Outbound Services**
  Calls can be set to automatically adhere to a predetermined schedule and then at the stop time, fields can be set to allow calls already in the outbound queue, and any active calls, to be completed and after hours calls can be either rerouted to an active service or set to hear a predetermined message

- **Agent Based Recalls**
  Outbound campaign agents can schedule customers for callbacks to themselves or any available agent in a working pool

---

**Corporate Headquarters East**
300 Apollo Drive
Chelmsford, MA 01824
+(1) 978 250 7900 office
+(1) 978 244 7410 fax

**Corporate Headquarters West**
2325 E. Camelback Road,
Suite 700
Phoenix, AZ 85016
+(1) 602 282 1500 office
+(1) 602 956 2294 fax

**Europe & Africa Headquarters**
2 The Square, Stockley Park
Uxbridge
Middlesex UB11 1AD
+(44) 20 8589 1000 office
+(44) 20 8589 1001 fax

**Asia Pacific & Middle East Headquarters**
8 Cross Street
# 25-01/02 PWC Building
Singapore 048424
+(65) 6590 0388 office
+(65) 6324 1003 fax

**About Aspect**
Aspect is the only software company with a fully-integrated interaction and workforce optimization platform for enterprise contact centers globally that need to profitably (and seamlessly) orchestrate people, processes and touch points in an era when the contact center is the new center of the customer experience. For more information, visit **www.aspect.com**.



© 2013 Aspect Software, Inc. All Rights Reserved. 3559US-A  9/13

# EXHIBIT C

Aspect Software Inc CONFIDENTIAL
Aspect0000001



Aspect® Unified IP®

# Unified Director User Guide

6.7

© 2012 Aspect Software, Inc. All Rights Reserved. Unauthorized Reproduction Prohibited By Law.

Aspect Software Inst CONFIDENTIAL Aspect_000002

The content of this publication is furnished for informational use only, is subject to change without notice, and should not be construed as a commitment by Aspect Software, Inc. Aspect Software, Inc. assumes no responsibility or liability for any errors or inaccuracies that may appear in this publication. Aspect Software, Inc. reserves the right to change information in this publication without notice, as a result of product enhancements or other reasons.

Aspect, Aspect Software, Aspect CallCenter, Spectrum, Aspect Customer Self Service, Unison, Unison Predictive Dialer, Conversations, Conversations Predictive Dialer, Enterprise Contact Server, Contact Server, EnsemblePro, Unified IP, Uniphi Suite, PerformanceEdge, eWorkforce Management, RightForce, RightForce Workforce Management, Analyzer, Campaign Optimizer, Enterprise Campaign Manager, PerformanceEdge Quality Management, PerformanceEdge Performance Management, Unified Command and Control, DataMart, and LYRICall are either trademarks or registered trademarks of Aspect Software, Inc., in the United States and/or other countries. Use of any Aspect Software, Inc. trademark is subject to express written pre-approval from Aspect Software, Inc. Microsoft Windows®, Microsoft SQL Server®, Microsoft Lync™ are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Any other brands, product names, company names, logos, trademarks, and/or service marks used in this publication are the property of their respective owners.

The works of authorship contained in this publication, including but not limited to all design, text and images and the software described herein, are owned, except as otherwise expressly stated, by Aspect Software, Inc., or its affiliates or licensors. The entire contents of this publication are protected by United States' and worldwide copyright laws and treaty provisions. In accordance with these terms, except as stated above, you may not copy, reproduce, modify, use, republish, upload, post, transmit or distribute in any way material from the publication. Further, you may not copy, modify or display any of Aspect Software, Inc.'s or its affiliates' trademarks, tradenames or logos appearing in this publication in any way without Aspect Software, Inc.'s express written consent. Aspect Software, Inc. assumes no responsibility or liability for any errors or inaccuracies that may appear in this publication. Except as permitted by such license, no part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, or otherwise, without the prior written permission of Aspect Software, Inc.

RESTRICTED RIGHTS LEGEND
This publication is provided with "Restricted Rights". No part of this publication may be photocopied, reproduced or transmitted, in any form or by any means, without the prior written consent of Aspect Software, Inc. Use, duplication, or disclosure by the United States Government is subject to the restrictions set forth in DFARS 252.227-7013 (c)(1)(ii) and FAR 52.227-19. Use of the materials by the Government constitutes acknowledgement of Aspect's proprietary rights in them. Aspect Software, Inc. is located at 300 Apollo Drive, Chelmsford, MA 01824, USA.

LIMITED RIGHTS NOTICE (DEC 2007)

(a) These data are submitted with limited rights under Government Contract No(s). TIRNO-09-D-0009 and DTFAWA-05-C-00031, as applicable. These data may be reproduced and used by the Government with the express limitation that they will not, without written permission of the Contractor, be used for purposes of manufacture nor disclosed outside the Government; except that the Government may disclose these data outside the Government for the following purposes, if any; provided that the Government makes such disclosure subject to prohibition against further use and disclosure: none

(b) This notice shall be marked on any reproduction of these data, in whole or in part.

EXPORT REQUIREMENTS
This item is subject to U.S. export control laws and regulations. This item may not be exported, re-exported, re-transferred, disclosed or otherwise diverted contrary to U.S. export control laws and regulations.

NO WARRANTY
THE CONTENTS OF THIS PUBLICATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.

ASPECT SHALL NOT BE LIABLE FOR ANY DAMAGES SUFFERED AS A RESULT OF USING THE CONTENTS OF THIS PUBLICATION. IN NO EVENT SHALL ASPECT BE LIABLE FOR ANY INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGE (INCLUDING LOSS OF BUSINESS, REVENUE, PROFITS, USE, DATA OR OTHER ECONOMIC ADVANTAGE) HOWEVER IT ARISES, WHETHER FOR BREACH OR IN TORT, EVEN IF ASPECT HAS BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. BECAUSE SOME JURISDICTIONS PROHIBIT THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

PROGRAMMING AND USE OF PRODUCTS
THE PRODUCTS DESCRIBED IN THIS DOCUMENTATION CAN BE USED AND PROGRAMMED IN A WIDE VARIETY OF WAYS BASED UPON THE REQUIREMENTS OF YOUR PARTICULAR TECHNOLOGY ENVIRONMENT AND BUSINESS NEEDS. NOTWITHSTANDING THE USE OF EXAMPLES IN THE DOCUMENTATION OR THE PROVISION OF PROFESSIONAL SERVICES BY ASPECT, ASPECT RESELLERS OR ANY THIRD PARTY ENGAGED BY ASPECT, IT IS IN ALL CASES THE USER'S RESPONSIBILITY TO ENSURE THAT THE PRODUCTS ARE PROGRAMMED AND USED IN ACCORDANCE WITH ALL APPLICABLE LAWS AND REGULATIONS AND IN A MANNER THAT DOES NOT VIOLATE THE INTELLECTUAL PROPERTY AND OTHER RIGHTS OF ANY THIRD-PARTY.

Part Number: 3205-1524A
Date: March 9, 2012

**5**

**Chapter 5**
# Outbound Service

This chapter provides an overview of the Outbound service and describes how to create, modify, or delete an Outbound service.

## Outbound Service Overview

The Outbound Service or Automated Outbound Dialing (AOD) service is an automated method of making outbound calls and then passing the answered calls to agents.

An Outbound service must be associated with one or more dial tables. These tables contain relevant information about the customer and typically include the number to dial (mandatory), information about the customer (name and address), account number, historical dial dispositions, and more. The tables are initially imported from an external file into an Aspect Unified IP internal database. Dial tables for the service are selected in the Outbound tab. See Outbound Tables Tab (Outbound Service) and Table Admin Overview for detailed information on Aspect Unified IP call tables.

There are several different dialing methods used to set up an Outbound service. The following list provides an overview of dialing mode types you can select when setting up an Outbound service:

- Automatic dialing mode—Based on a predefined line to agent ratio.

- Blaster dialing mode—Based on setting the dialing to agent ratio very high without the requirement that an agent be logged into the system.

- Precision dialing mode—Based on adjusting the actual number of calls on hold to the availability of agents at a given time during the dialing sequence.

- Predictive dialing mode—Based on the correct pacing for outbound calls. Pacing is determined by the system which uses an algorithm to predict when an agent is available to handle the next call and dials based on these assumptions.

- Preview dialing mode—Based on providing the agent with a preview of a call record before it is dialed.

- Manual—Based on providing the agent with the ability to place manual outbound calls using the dial pad or by accessing the speed dial directory.

Aspect Software Inc. CONFIDENTIAL

Aspect000439

**16**

Chapter 16

# Table Admin

This chapter describes how to create call table definitions, import and export call tables, and attach external tables (including SQL tables). It also describes how to create and use filters to prevent certain records from being dialed.

## Table Admin Overview

Call tables store contact information (such as customer names, account identifications, and most importantly, telephone numbers) that the Aspect Unified IP system needs to run outbound services. A call table is the list of records that is downloaded and sent to the dialer.

In the Director Table Admin module, are the following components:

- **Table Definitions—** enable you to define the layout of your call tables so that the Aspect Unified IP system can recognize the fields to be imported, including the contents of each field and the location of specific items, such as name, address, or telephone number. Allows you to create separate domestic and international tables that conform to time zone restrictions for dialing.

- **Tables—** provides you with the ability to select a call table and view it before it is used or printed.

- **Import/Export**—enables you to import or export a call table either by scheduling the process or by requesting a call table on-demand.

- **External Call Tables**—enables you to import call tables into the Aspect Unified IP system from an external data source.

- **Filters—** are created to initially dial or redial a table excluding specific information (or records).

- **ANI (Automatic Number Identification) Import Definitions—** are lists of abandoned contacts that are extracted from a database and grouped in tables.

- **Outbound Feed Applications** —enable you to control the numbers called and feed them to the Aspect Unified IP system, or the CenterCord.

- **Dial Orders**—enable you to handle multiple telephone numbers per customer record.

# EXHIBIT D

# THE CAPACITY TO PRODUCE NUMBERS
## USING A RANDOM OR SEQUENTIAL NUMBER GENERATOR
### v3.0

**Randall A. Snyder**
**Wireless Research Services, LLC**
http://www.WirelessResearchServices.com
RSnyder@WirelessResearchServices.com
**(702) 521-7900**

1.      Random number generation is among the most basic computer functions and among the most common functions used in software applications. Random number generators are supported by nearly every computer operating system and are used in nearly every type of software application. These applications include common video games (*e.g.*, solitaire and poker), electronic contests and drawings, statistical samples, securing electronic data and telephone numbers for telephone polling and surveys. Furthermore, the techniques for generating random numbers are among the most basic in computer science and are among the first concepts taught in beginning computer science classes.

2.      Within the context of computer systems, there are two general methods to generate random numbers: 1) *pseudo*random number generation; and 2) *true* random number generation.

3.      Pseudorandom number generation refers to the fact that a computational algorithm is used to generate what appear, for all intents and purposes, to be "random" numbers. Although these mathematical algorithms can produce billions of numbers in a sequence that are seemingly random, they use a small initial numerical *seed* value to initiate the algorithm to begin generating those random numbers. However, the entire sequence of numbers can be easily reproduced if the seed number becomes known and is then again applied to the algorithm. In this sense, the generated numbers are not "truly" random; hence, they are technically termed

*pseudo*random.

4.     True random number generation (aka "hardware random number generation") refers to the use of a physical process, rather than an algorithm, to generate random numbers. These physical processes are often random artifacts of the operation of electrical hardware, such as random noise signals and other electrical artifacts such as magnetic fields, that can be measured and that emanate from the physical computer hardware components.

5.     Random number generators are incorporated into the operating systems of enterprise computer systems that encompass database systems, data processing systems and communications systems. The Windows operating system supports the "CryptGenRandom" function which, when called within a software program, generates and returns a pseudorandom number.[1] The Apple Mac operating system employs the "/dev/random" function which, when called within a software program, generates and returns a pseudorandom integer in the range 0 through 255.[2]

6.     In addition, the most popular versions of the UNIX® operating system, including Linux®[3], HP's HP-UX®[4], IBM's AIX®[5] and Oracle's Solaris®[6], that are used for enterprise computers, incorporate random number generators that can be used by software programs running on those respective platforms.

7.     Furthermore, the most popular versions of programming languages used over the past 30 years, or so, provide software libraries which contain various programmatic functions

---

[1] https://msdn.microsoft.com/en-us/library/windows/desktop/aa379942(v=vs.85).aspx
[2] https://developer.apple.com/library/content/documentation/Security/Conceptual/cryptoservices/RandomNumberGenerationAPIs/RandomNumberGenerationAPIs.html
[3] http://man7.org/linux/man-pages/man4/random.4.html
[4] https://h20392.www2.hpe.com/portal/swdepot/displayProductInfo.do?productNumber=KRNG11I
[5] https://www.ibm.com/support/knowledgecenter/ssw_aix_61/com.ibm.aix.files/urandom.htm
[6] https://docs.oracle.com/cd/E19082-01/819-3000/ipsec-mgtasks-12/index.html

that can be incorporated into any source code. For example, the C programming language,[7] C++ programming language,[8] the Java programming language[9] and the PHP programming language[10] used for enterprise software applications, incorporate random number generator functions that can be used by software programs coded using those respective languages.

8.     Random number generators are also required to encrypt data and data communications transmission links for security purposes, such as to secure passwords, databases and internet protocol ("IP") communications in enterprise communications networks. Among the most common uses of computer encryption, and therefore random number generators, is the secure socket layer ("SSL") protocol and its functional descendant, the transport layer security ("TLS") protocol used to secure and encrypt IP communications in enterprise systems and networks. These security protocols are necessarily based on the ability to generate random secret "keys" that are used to both encrypt and decrypt data communications connections.

9.     Additionally, it is a straightforward and very basic algorithm to use the available random number generation functions to generate random ten-digit telephone numbers in the proper format. The standard numbering plan in the United States for telephone numbers is the ten-digit number format "NXX-NXX-XXXX." This format specifies that the digit "N" can be any numeral from 2 through 9 and the digit "X" can be any numeral from 0 through 9. Therefore, valid and usable telephone numbers are any strings of ten numeric digits between the values "0000000000" and "9999999999" where the first and fourth digits cannot be "0" or "1."

10.    As an example, since there are ten numeric digits required to make a telephone number, there are two general methods to derive those digits: 1) ten numerals can be inherent

---

[7] http://www.cs.yale.edu/homes/aspnes/pinewiki/C(2f)Randomization.html
[8] http://www.cplusplus.com/reference/cstdlib/rand/
[9] http://www.javapractices.com/topic/TopicAction.do?Id=62
[10] http://php.net/manual/en/function.rand.php

within the single result of the random number generator as that result may contain at least ten numerals (such as a large decimal number); and 2) ten numerals can be derived individually or in groups by repeatedly calling the random number generator function and concatenating the random numeric results together.

11.     Among the most basic methods that anyone can use to easily generate random telephone numbers is by using the Microsoft® Excel® spreadsheet application commonly available on personal computers. Excel inherently provides the "RAND" function enabling the generation of any type of random numbers.

12.     For example, within Excel, the formula

=RAND() * (9999999999 - 2222222222) + 2222222222

generates 10-digit random telephone numbers of a valid telephone number format between 222-222-2222 and 999-999-9999.

13.     Such a list of these randomly generated telephone numbers can be created easily and imported into any automatic dialing system.

14.     The ability to generate random numbers is a fundamental function inherent in information technology computer systems employing the most common operating systems, security protocols and encryption.

15.     If a defendant's application makes extensive use of the secure variant of the Hypertext Transfer Protocol (HTTP) known as HTTPS for the website portion of its application or access to any application program interfaces ("APIs"), then that defendant's application supports random number generation. HTTPS necessarily uses either the Secure Socket Layer ("SSL") protocol or it's more recent incarnation, the Transport Layer Security ("TLS") protocol to secure and authenticate the two systems on either side of a communications link. Therefore,

that defendant maintains technology within its platform to generate random numbers.

16.     Sequential number generation is a common function used in software applications. Telephone numbers can be generated by dialing system software in any type of sequence using simple programmatic algorithms. In fact, it is one method that can be used by dialing systems to automatically dial numbers from a list of numbers. For a software program to read numbers from an electronic list to be dialed, it need only start with the first number in the list and use the first ordinal position of that number (for example, "1") as the start of an index value into the list of numbers. Subsequent telephone numbers in the list can be read from that list by simply incrementing the first ordinal index number by a regular integer value, such as "1." After reading the first telephone number in the list, a software program can increment the numerical ordinal position of that number by 1, thereby enabling the telephone number that is in the second position in the list to be read, and so on. This algorithm can enable dialing system software to dial numbers sequentially (i.e., one after another) from a list of numbers based on their ordinal position in the list.

17.     It is my understanding, from Plaintiff's attorneys, that the term "generating sequential numbers" as related to the definition of an ATDS within the TCPA, can mean generating 10-digit telephone numbers such that each subsequent 10-digit telephone number value is generated by incrementing the previous value by some integer, for instance "1." As an example, starting with any valid 10-digit telephone number, such as "7025217900," the software program need only increment the 10-digit value by 1 each time, resulting in "7025217901" as the next 10-digit telephone number generated in sequence. As long as the resulting and subsequent 10-digit telephone numbers generated in sequence are a valid telephone number format, these telephone numbers can then be automatically dialed by the dialing system software.

18.     The algorithms for generating sequential numbers are among the most basic in computer science and the ability to increment values are among the first concepts taught in beginning computer science classes. ATDS's are inherently capable of random and sequential number generation with the operating system and programming languages being used as the basis for those systems.

19.     Furthermore, these basic software-based random number and sequential number generation procedures do not imply, or result in, the absurd conclusion that a software system must be entirely rebuilt to add such capabilities. These functions can be integrated within the core software or reside outside the core software of autodialer equipment. The primary issue is that the *results* of the functions that randomly or sequentially generate numbers (*i.e.*, the numbers themselves) are made accessible to the autodialer equipment so these numbers can be dialed by that equipment.

20.     In addition, the basic software-based random number and sequential number generation procedures do not imply, or result in, the illogical conclusion that these capabilities somehow make any computer system an autodialer. Automatic dialing systems maintain the primary computerized function of dialing telephone numbers and initiating telephone calls automatically. Without this complex functionality, it is absurd to conclude that any computerized system that can generate random or sequential numbers somehow qualifies as an ATDS.