Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CREDIT ONE BANK, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>Defendants. | CASE NO. 2:17-cv-01512-JAM-DB<br>Assigned to: Hon. John A. Mendez<br><br>**INDEX OF EXHIBITS IN SUPPORT OF CREDIT ONE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     November 6, 2018<br>Time:     1:30 p.m.<br>Place:    U.S. District Court<br>          501 I Street<br>          Sacramento, CA  95814<br>Courtroom:  6, 14th Floor |

| EXHIBITS | DESCRIPTION |
|---|---|
| | **Declaration of Gary Harwood** |
| 1 | Defendant, Credit One Bank N.A.'s Call Logs |
| 2 | Defendant, GC Services' Call Logs |
| 3 | Transcription of the February 22, 2017 recording |

{00102407;1}                                      1

| | |
|---|---|
| 4 | Defendant, Credit One Bank N.A.'s account notes related to D.V.'s account. |
| | |
| | **Declaration of Alex A. Wade** |
| 5 | Plaintiff's Responses to Defendant's First Set of Requests for Production, inclusive of Plaintiff's call log |
| 6 | Plaintiff's Responses to Defendant's First Set of Interrogatories |
| 7 | Plaintiff's Deposition Transcript |
| 8 | Deposition Transcript of Plaintiff's mother, Sandra Lemos |
| 9 | Plaintiff's expert, Randall Snyder's, expert report and supporting documents |
| 10 | Deposition Transcript of Defendant GC Services' witness, Shon Sherman |
| 11 | Declaration of Don Hudecek, Senior Project Manager for Aspect Software, Inc. |
| 12 | Deposition Transcript of Credit One Bank, N.A.'s witness, Jeffrey Meek |

DATED:  October 9, 2018      **CARLSON & MESSER LLP**


By:    /s/ Charles R. Messer
       Charles R. Messer
       David J. Kaminski
       Alex A. Wade

       Attorneys for Defendant
       CREDIT ONE BANK, N.A.

# **CERTIFICATE OF SERVICE**

I, Charles R. Messer, hereby certify that on this 9th day of October, 2018, a true and accurate copy of the foregoing INDEX OF EXHIBITS IN SUPPORT OF CREDIT ONE'S MOTION FOR SUMMARY JUDGMENT were served via the District Court ECF System on the Following:

Email: ari@marcuszelman.com
jonathan.a.stieglitz@gmail.com
yzelman@marcuszelman.com
paul.grammatico@kattenlaw.com
fhabib@behblaw.com
cocarroll@behblaw.com
margie@rudnickifirm.com

/s/Charles R. Messer
Charles R. Messer
CARLSON & MESSER LLP