UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>      Plaintiff,<br><br>   vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>      Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CREDIT ONE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

   Defendant Credit One Bank, N.A.'s Motion for Summary Judgment was regularly heard by this court.  After reviewing and considering the moving papers, opposition papers, and reply papers, and after considering the arguments of the parties, the Court rules as follows:

///

///

{00102369;1}

Defendant's Motion for Summary Judgment is granted, and that judgment shall be entered forthwith in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Dated:  October __, 2018

_____
The Honorable John A. Mendez
Judge of the United States District Court for the
Eastern District of California

{00102369;1}