Charles R. Messer (SBN: 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant
CREDIT ONE BANK, N.A.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>  Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC,<br><br>  Defendants. | CASE NO. 2:17-cv-01512-JAM-DB<br><br>**NOTICE OF SUBMISSION OF DEFENDANT CREDIT ONE BANK, N.A.'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>SC Date:   October 25, 2018<br>Time:       10:30 a.m.<br>Place:      U.S. District Court<br>              501 I Street<br>              Sacramento, CA  95814<br>Courtroom:   24, 8th Floor<br>Magistrate Judge Carolyn K. Delaney |

Defendant CREDIT ONE BANK, N.A. hereby files this notice to advise the Court and the parties that it has submitted its Confidential Settlement Conference Statement pursuant to Local Rule 270(d).

DATED:  October 18, 2018                                   Respectfully Submitted,

                                                    By:     /s/ Charles R. Messer
                                                          Charles R. Messer
                                                          David J. Kaminski
                                                          Alex A. Wade
                                                          **CARLSON & MESSER LLP**
                                                          Attorneys for Defendant
                                                          CREDIT ONE BANK, N.A.

{00103004;1}                                           1

# **CERTIFICATE OF SERVICE**

I, Charles R. Messer, hereby certify that on this 18th day of October, 2018, a true and accurate copy of the foregoing NOTICE OF SUBMISSION OF DEFENDANT CREDIT ONE BANK, N.A.'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT were served via the District Court ECF System on the Following:

Email: ari@marcuszelman.com
jonathan.a.stieglitz@gmail.com
yzelman@marcuszelman.com

/s/Charles R. Messer
Charles R. Messer
CARLSON & MESSER LLP