MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
500 Washington Street, Suite 700
San Francisco, CA 94111
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, AND FIRST CONTACT, LLC AKA/ IQOR HOLDINGS, INC.,<br><br>　　　　Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN PLAINTIFF N.L. an infant by his mother and natural guardian SANDRA LEMOS and DEFENDANT GC SERVICES LIMITED PARTNERSHIP**<br><br>**Honorable John A. Mendez** |

TO THE COURT AND ALL PARTIES OF RECORD:

　　Please take notice that Plaintiff <u>N.L., an infant by his mother and natural guardian Sandra Lemos</u> ("Plaintiff") and defendant <u>GC Services Limited Partnership</u> ("GC") have reached an agreement in settlement of this action as between these two parties only.  Plaintiff and GC intend

2570492

to memorialize their agreement in a written document to be signed by the two parties.  The settlement is contingent on the Court's approval of a petition for a minor's compromise to be filed by Plaintiff.  Thereafter, Plaintiff will request dismissal with prejudice of its Complaint against GC.  Plaintiff is expressly not releasing Credit One Bank from any liability arising from GC's placement of calls on behalf of Credit One.

Date:   October 23, 2018				MARCUS & ZELMAN, LLC


							By: /s/ Yitzchak Zelman
							_____
							    YITZCHAK ZELMAN
							    Attorneys for Plaintiff
							    N.L., an infant by his mother and natural
							     guardian SANDRA LEMOS


Date:   October 23, 2018				BASSI, EDLIN, HUIE & BLUM LLP


							By: /s/ Farheena A. Habib
							_____
							    FARHEENA A. HABIB
							    Attorneys for Defendant
							    GC SERVICES LIMITED PARTNERSHIP

2570492