| FORM – B/SERVICE REPORT | | Receipt No. 310138/2018 |
|---|---|---|
| | | F.No. 12(122)/2018– Judl. |



### GOVERNMENT OF INDIA
### MINISTRY OF LAW & JUSTICE
### DEPARTMENT OF LEGAL AFFAIRS
(Judicial Section)
\*\*\*\*\*\*\*\*\*\*

Room No. 439- A,
4th Floor, A- Wing, Shastri Bhawan,
New Delhi, Dated 13/08/2018

**Sub.:** <u>Request for legal assistance in Service of summon/notice/documents on the respondent: iEnergizer Holdings, Limited</u>

The report from the concerned court has been received in the matter which states that the documents

| ☑ | have been served appropriately |
|---|---|
| ☐ | have not been served. |

2. Accordingly the duly filled Certificate as specified in the Mandatory Form of the Hague Convention of 15th November, 1965 in Civil and Commercial matters is enclosed along with all the documents for information of the under mentioned foreign authority.

**Enclosed: As above**

<u>Assistant Legal Adviser</u>

<u>Section Officer</u>

To,

Aaron D. Lukken, Attorney, Viking Advocates, LLC, 6525 Charlotte Street, Kansas City, Missouri 64131 USA

310/38/2018/Judl.

From,
    District Judge,
    Gautam Budh Nagar

To,
    The Section Officer (Judicial),
    Department of Legal Affairs,
    Judicial Section,
    Ministry of Law and Justice,
    Govt. Of India, Shastri Bhawan,
    New Delhi.

No. 2583/17 /DJ/GBN/Nazarat Dated: 11-7-18

Sub: Service of Summon/Notice on iEnergizer Holdings, Limited, A-37, Sector-60, Block A, Sector-60, Noida Uttar Pradesh-201301.

Sir,

    With refrence to your letter no. F.12(122)2018 Judl. Dated 23-03-2018 on the noted above, in this regard as per the office report it is submitted that the notice/summon has been served upon the addressee through his manager namely as Shri Virendra Tiwari.

    The served notice/summon along with documents and translation report of process server into English language are being enclosed herewith for onward transmission.

    With regard.

                            Yours faithfully

Encl: As above
                            District Judge,
                            Gautam Budh Nagar

## Translate the Report in English given by Process Server

Sir,

I process server went on dated 25-06-2018 at the given address in the Summon/Notice, there, Notice given to Manager Mr.Virendra Tiwari, alongwith copies and take his singnture with stamp.

Report is submitted.

Sd/-<br>
Zahid Ali<br>
Process Server<br>
26-06-2018

I state on oath that the above statement is true.

Sd/-<br>
Zahid Ali<br>
Process Server<br>
26-06-2018

Translated by Shri Gopal Lal
Asstt.Nazir
District Court,
Gautam Budh Nagar

12(122)2018

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | Hague Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi<br>110 001 India |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   **iEnergizer Holdings, Limited**
A-37, Sector 60, Block A, Sector 60
Noida, Uttar Pradesh 201301

→ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):~~ _____

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
   ~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.** (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Hague Service Convention NOTICE | Done at <u>Kansas City, Missouri, USA</u>, the <u>4th March, 2018</u> |
| Summary of the Documents to Be Served | *Fait à* _____, *le* _____ |
| SUMMONS IN A CIVIL CASE | **Signature and/or stamp.** |
| AMENDED COMPLAINT AND JURY DEMAND (CIVIL ACTION) | *Signature et/ou cachet.* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

# CERTIFICATE
# ATTESTATION

2975
23/6/18   इनके

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ that the document has been served\*/*que la demande a été exécutée\** served

    – the (date) / *le (date)*: 25th June, 2018
    – at (place, street, number)/ *à (localité, rue, numéro)*: at given address

– in one of the following methods authorized by Article 5/*dans une des formes suivantes prévues à l'article 5* :

☒    a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*/
       *selon les formes légales (article 5, alinéa premier, lettre a)\**

☐    b) in accordance with the following particular method\*/*selon la forme particulière suivante\** :

       _____

☐    c) by delivery to the addressee, if he accepts it voluntarily\*/*par remise simple\**

☒ The documents referred to in the request have been delivered to/*Les documents mentionnés dans la demande ont été remis à* :
    Identity and description of person/ *Identité et qualité de la personne*:

    Mr. VIRENDRA TIWARI

    Relationship to the addressee (family, business or other)/*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* :

    Manager of said company

2. that the document has not been served, by reason of the following facts\*/
    *que la demande n'a pas été exécutée, en raison des faits suivants\**:

    _____

☐   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*/ *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

**Annexes / Annexes**

Documents returned/*Pièces renvoyées*: _____

In appropriate cases, documents establishing the service/ *Le cas échéant, les documents justificatifs de l'exécution* :

_____

Done at / *Fait à* _____         Signature and/or stamp/ *Signature et / ou cachet*

                                                              20.9.18

The / *le* _____                             Central Authority
                                                    Ministry of Law & Justice
                                                    Govt. of India, New Delhi

\* if appropriate / *s'il y a lieu*

(recommended by the Fourteenth Session of
Hague Conference of October, 1980)

identité et adresse du destinataire
*identity and address of the addressee*

> **iEnergizer Holdings, Limited**
> A-37, Sector 60, Block A, Sector 60
> Noida, Uttar Pradesh 201301
> *(Or wherever the defendant may be found)*

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Legal Services of Northern California
> 517 12th Street
> Sacramento, CA 95814
> Tel. +1 (916) 551-2150

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

> Legal Services of Northern California
> 517 12th Street
> Sacramento, CA 95814
> Tel. +1 (916) 551-2150

8978
आगरा
23.6.18

V. Tiwari

VIRENDE TIWARI

25/06/18

ENERGIZER IT SERVICES PVT. LTD.
A-37, Sector-60, NOIDA
INWARD

श्रीमान जी → मै. प्रसाद वाहक नोटिस मे दिये गये पते पर दि० 25-6-18 को गाया वहा पर मिले प्रबन्धक वीरेन्द्र तिवारी को नोटिस भयपूर्वक दृकर हस्ताक्षर मोहर साहित प्राप्त किया रिपोर्ट सेवा मे सश्रद्ध पूर्वक प्रेषित है मै प्रसाद वाहक शपथ पूर्वक कथन करता हूँ कि उपरोक्त कथन सत्य है

प्रसाद वाहक
नाहिद आजी
26-6-18

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street, Kansas City, Missouri, USA<br>lukken@vikinglaw.us   Tel. +1.816.200.1383 |

**Particulars of the parties*:**
*Identité des parties :*   N.L., an infant by his mother and natural guardian SANDRA LEMOS, *Plaintiff*

CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC, *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To notify the defendants of proceedings and compel their appearance at court.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   Defendants are accused of violating the Telephone Consumer Protection Act..

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within 21 days from service the defendants must file an answer and appearance at the United States District Court for the Eastern District of California, 501 L Street, Sacramento, CA 95814

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   No court has issued a judgment.

**Date of judgment**:**
*Date de la décision :*   No court has issued a judgment.

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*   Defendant is summoned and required to appear and defend in the entitled action brought against it and answer the Amended Complaint within 21 days after service. If a defendant fails to answer, a default judgment may be entered against it.

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*