IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS, | **C.A. No. 2:17-cv-01512-JAM-DB** |
| Plaintiff, | **Hon. District Judge John A. Mendez** |
| v. | |
| CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC, | **ORDER APPROVING MINOR'S COMPROMISE OF CLAIMS** |
| Defendants. | |

The Court, having considered the Verified Petition of Sandra Lemos, mother and

Natural Guardian of Noah Lemos, a minor, for an Order authorizing Compromise of a

Minor's Claim, and upon good cause shown, hereby finds:

1. That the settlements proposed by the Plaintiff are hereby approved as being

    in the best interests of the minor Plaintiff.

2. That the disbursement of the funds, as set forth herein, are hereby approved

    as being in the best interests of the minor Plaintiff.

WHEREFORE IT IS ORDERED:

1. The Settlement between Plaintiff and Defendant First Contact, LLC is hereby

    approved, and the Plaintiff is hereby authorized to compromise his claims as

    to said Defendant for the total sum of $10,000.00.

2. The Settlement between Plaintiff and Defendant GC Services Limited Partnership is hereby approved, and the Plaintiff is hereby authorized to compromise his claims as to said Defendant for the total sum of $19,000.00.

3. The Settlement between Plaintiff and Defendant iEnergizer Holdings, Limited is hereby approved, and the Plaintiff is hereby authorized to compromise his claims as to said Defendant for the total sum of $57,500.00.

4. Plaintiff is authorized to dismiss his claims as to First Contact, iEnergizer and GC Services, with prejudice, upon payment of the aforementioned settlement funds.

5. Plaintiff is authorized to reimburse his attorneys litigation costs and expenses in the amount of $12,985.75, and to pay attorneys' fees of $29,405.70.

6. That the net settlement funds of $44,108.55 shall be placed into an insured Custodial IRA with National Financial Services, LLC, to be invested through Principal Securities, to be held for the Plaintiff's benefit until the Plaintiff reaches eighteen years of age.

**IT IS SO ORDERED ON January 10, 2019**

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE