Yitzchak Zelman (Admitted *Pro Hac Vice*)
New York Bar No. (5086509)
Email: yzelman@marcuszelman.com
**MARCUS & ZELMAN, LLC**
701 Cookman Avenue
Asbury Park, New Jersey 07712
Tel:  (845)367-7146
Fax: (732)695-3282
Attorney for Plaintiff
N.L., an infant by his mother and natural guardian
SANDRA LEMOS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

#### SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC., <br><br> Defendant. | **C.A. No. 2:17-cv-01512-JAM-DB** <br><br><br> **PLAINTIFF'S PROPOSED VOIR DIRE** |

Plaintiff, by and through the undersigned counsel of record, hereby submits to this Court the following Voir Dire questions that the Plaintiff respectfully requests be put to the jury:

1. Have you heard of any of the following companies?

   a. Credit One Bank
   b. iEnergizer Holdings, Limited
   c. GC Services Limited Partnership
   d. First Contact, LLC

2. Have you, anyone in your immediate family or a close friend ever worked for or owned any of the following types of business:

   a. A debt collector or collection agency
   b. A bank
   c. A finance company, check casher or pay day lender
   d. A credit card company
   e. A business that extended credit
   f. An insurance agency or insurance company
   g. A telemarketer
   h. A call center
   i. A law firm that handles collection accounts

3. Have you ever heard of the Telephone Consumer Protection Act?

4. Have you ever heard of the Rosenthal Fair Debt Collection Practices Act?

5. Do you have any opinions about the Telephone Consumer Protection Act or the Rosenthal Fair Debt Collection Practices Act?

1

6. Have you ever been sued or had a claim made against you under any federal or state consumer protection law, including the Telephone Consumer Protection Act or any Fair Debt Collection practices law?

7. The plaintiff in the case, Noah Lemos, is a twelve-year-old child. Do you have any beliefs, feelings or opinions about the credibility or believability of Plaintiff because of his young age?

8. Do you believe that a twelve-year-old child can testify truthfully and accurately?

9. Have you ever been a member of an organization that had a goal of reducing the number of lawsuits or the money damages that can be recovered?

10. Do you have any opinion about the number of lawsuits that are filed currently?

11. Do you have any opinion about whether something should be done to reduce the number of lawsuits that are filed? What would you like to see done?

12. Do you believe that there are a large number of frivolous lawsuits that are filed?

13. Can you give an example of a lawsuit that you recall as being frivolous?

14. Do you have any opinions on what should be done to limit the number of frivolous lawsuits that are filed?

15. Do you believe that the number of lawsuits, frivolous or not, are a drain on the economy?

Please explain.

16. Do you feel for any reason not discussed, that you could not sit and hear this case and thereafter render a verdict which would be fair to both the Plaintiff and the Defendant under the evidence as it may be presented?

17. If you determine that the Defendant has violated the law in this case, would you, for any reason, be unable to award damages as instructed by the Court?

Dated: January 16, 2019                    MARCUS & ZELMAN, LLC

                                           By: /s/ Yitzchak Zelman
                                           Yitzchak Zelman, Esq.