UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

)
N.L., an infant by his mother )
and natural guardian )
SANDRA LEMOS )
      v. )
)
CREDIT ONE BANK, et al, )
)
_____ )

2:17-cv-1512 JAM

NOTE FROM THE JURY

Date: 1-30-19

Time: 4:17 pm

THE JURY HAS REACHED A UNANIMOUS VERDICT  yes

THE JURY REQUESTS THE FOLLOWING:

Dated 1-30-19          Foreperson [signature]