**FILED**

JAN 3 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,<br><br>  Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**VERDICT FORM** |

WE, THE JURY, UNANIMOUSLY FIND THE FOLLOWING VERDICT:

<u>Telephone Consumer Protection Act Claim</u>

<u>Question No. 1</u>:

Did Defendant Credit One Bank, N.A. violate Plaintiff's rights under the Telephone Consumer Protection Act through the calls placed by iEnergizer?

Check 'Yes' or 'No'

YES ___X___          NO _____

*Proceed to Question 2.*

1

Question No. 2:

Did Defendant Credit One Bank, N.A. violate Plaintiff's rights under the Telephone Consumer Protection Act through the calls placed by GC Services?

Check 'Yes' or 'No'

YES ___X___                                    NO_____


*Proceed to Question 3.*


Question No. 3:

Did Defendant Credit One Bank, N.A. violate Plaintiff's rights under the Telephone Consumer Protection Act through the calls placed by First Contact?

Check 'Yes' or 'No'

YES ___X___                                    NO_____


*Proceed to Question 4.*


Rosenthal Fair Debt Collection Practices Act Claim

Question No. 4:

Did Defendant Credit One Bank, N.A. violate Plaintiff's rights under the California Rosenthal Fair Debt Collection Practices Act?

Check 'Yes' or 'No'

YES ___X___                                    NO_____


*If you answered "no" to Question 4, proceed to Question 6.*

*If you answered "yes" to Question 4, proceed to Question 5.*

///

1  Question No. 5:
2      Set forth the amount of actual damages and/or statutory
3  damages, if any, to be awarded to Plaintiff by this violation
4  (statutory damages may not be less than $100, nor more than
5  $1,000):
6  Amount of Actual Damages: ____~0~_____
7  Amount of Statutory Damages: __$1,000—_____
8
9      Invasion of Privacy by Intrusion Upon Seclusion Claim
10 Question No. 6:
11     Did Defendant Credit One Bank, N.A. intrude upon Plaintiff's
12 rights to seclusion or invade Plaintiff's privacy?
13     Check 'Yes' or 'No'
14     YES_____        NO___X_____
15
16     *If you answered "no" to Question 6, proceed to the end of this*
17 *verdict form and have the presiding juror date and sign the form.*
18     *If you answered "yes" to Question 6, proceed to Question 7.*
19
20 Question No. 7:
21     Set forth the amount of actual damages, if any, to be awarded
22 to Plaintiff under his invasion of privacy claim.
23     $_____
24
25     *If you did not award any actual damages to Plaintiff, proceed*
26 *to Question 8.*
27     *If you did award more than $1.00 in actual damages to*
28 *Plaintiff, proceed to Question 9.*

3

Question No. 8:

If you answered $0 or no damages to Question No. 7, you may award Plaintiff nominal damages. What amount of nominal damages do you award Plaintiff?

$_____

*If you awarded Plaintiff nominal damages, proceed to Question 9.*

*If you did not award Plaintiff any actual or nominal damages, proceed to the end of this verdict form and have the presiding juror date and sign the form.*

Question No. 9:

Did Plaintiff prove by clear and convincing evidence that Credit One Bank's conduct was malicious, oppressive or fraudulent?

Check 'Yes' or 'No'

YES_____                NO_____

*If you answered "no" to Question 9, proceed to the end of this verdict form and have the presiding juror date and sign the form.*

*If you answered "yes" to Question 9, what amount of punitive damages do you award to Plaintiff?*

$_____

///
///
///
///
///

4

1    Have the presiding juror sign and date the verdict form below.
2 Once he or she has done so, notify the court security officer that
3 you have reached a verdict.

Date: January 30, 2019

Signed: _____[signature]_____
Presiding Juror