## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**N. L.,**

                v.

                                           CASE NO: **2:17–CV–01512–JAM–DB**

**CREDIT ONE BANK, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 01/30/19**

                                                  **Marianne Matherly**
                                                  Clerk of Court

    ENTERED: **January 31, 2019**

                                  by: /s/ A. Benson
                                              Deputy Clerk