**Jonathan A. Stieglitz, Esq.**
**(SBN 278028)**
**THE LAW OFFICES OF**
**JONATHAN A. STIEGLITZ**
**11845 W. Olympic Blvd., Ste. 800**
**Los Angeles, California 90064**
**Tel: (323) 979-2063**
**Fax: (323) 488-6748**
**Email:** jonathan.a.stieglitz@gmail.com
*Attorney for Plaintiff*

**Yitzchak Zelman, Esq.**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, NJ 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
*Admitted PRO HAC VICE*
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **N.L., an infant by his mother and natural guardian SANDRA LEMOS,**<br><br>Plaintiff<br><br>-against-<br><br>**CREDIT ONE BANK, N.A. et al,**<br><br>Defendants | Civil Case No.: 2:17-cv-01512-JAM-DB<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 8, 2019 Stipulation of Dismissal, all claims asserted against Defendant FIRST CONTACT, LLC **only** in Civil Action No: 2:17-cv-01512-JAM-DB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 8th day of February, 2019**

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE