IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC, <br><br> Defendants. | C.A. No. 2:17-cv-01512-JAM-DB <br><br> **Hon. District Judge John A. Mendez** <br><br> **ORDER GRANTING STIPULATION TO SEAL DOCUMENTS** |

Plaintiff N.L., an infant by his mother and natural guardian Sandra Lemos ("Plaintiff"), and GC Services Limited Partnership. ("GC"), have filed with the Court a Stipulation, agreeing to seal Docket 79 and Docket 80, which contain information regarding the confidential settlement that GC reached with Plaintiff.

**AND NOW**, this 25th day of February, 2019, upon consideration of the Stipulation, and upon good cause shown,

It is hereby **ORDERED** that:

1. The Stipulation is **GRANTED.**

2. The Clerk is hereby directed to **SEAL** Docket 79 and Docket 80.

Dated: 2/25/2019

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE