MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, AND FIRST CONTACT, LLC AKA/ IQOR HOLDINGS, INC.<br><br>　　　　Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL**<br><br><br><br><br><br>**Hon. John A. Mendez** |

　　The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, as to GC Services Limited Partnership only, with each party to bear its own costs and attorneys' fees.

2573731

Date:   April 9, 2019                MARCUS & ZELMAN, LLC


By: /s/ Yitzchak Zelman
_____
YITZCHAK ZELMAN
Attorneys for Plaintiff
N.L., an infant by his mother and natural
 guardian SANDRA LEMOS


Date:   April 9, 2019                BASSI, EDLIN, HUIE & BLUM LLP


By:  /s/ Farheena A. Habib
_____
FARHEENA A. HABIB
Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

2573731

# ORDER

Based on the Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed, as to GC Services Limited Partnership only, with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Date: _____, 2019.

UNITED STATES DISTRICT COURT JUDGE