MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| N.L., an infant by his mother and natural guardian SANDRA LEMOS,<br><br>  Plaintiffs,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED, AND FIRST CONTACT, LLC AKA/ IQOR HOLDINGS, INC.<br><br>  Defendants. | Case No. 2:17-cv-01512-JAM-DB<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL**<br><br><br><br><br><br>**Hon. John A. Mendez** |

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, as to GC Services Limited Partnership **only**, with each party to bear its own costs and attorneys' fees.

2573731

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL

| | | |
|---|---|---|
| 1 | Date: April 9, 2019 | MARCUS & ZELMAN, LLC |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Yitzchak Zelman |
| 5 | | YITZCHAK ZELMAN<br>Attorneys for Plaintiff |
| 6 | | N.L., an infant by his mother and natural<br>guardian SANDRA LEMOS |
| 7 | | |
| 8 | Date: April 9, 2019 | BASSI, EDLIN, HUIE & BLUM LLP |
| 9 | | |
| 10 | | By: /s/ Farheena A. Habib |
| 11 | | FARHEENA A. HABIB |
| 12 | | Attorneys for Defendant<br>GC SERVICES LIMITED PARTNERSHIP |

2573731

2

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL

# **ORDER**

Based on the Stipulation for Dismissal entered into by the parties, the above-captioned matter is hereby dismissed, as to GC Services Limited Partnership **only**, with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Date: 4/9/2019.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

2573731