**JONATHAN A. STIEGLITZ**
**(SBN 278028)**
**THE LAW OFFICES OF**
**JONATHAN A. STIEGLITZ**
**11845 W. Olympic Blvd., Ste. 800**
**Los Angeles, California 90064**
**Tel: (323) 979-2063**
**Fax: (323) 488-6748**
**Email: jonathan.a.stieglitz@gmail.com**

**Yitzchak Zelman, Esq.,**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:     (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**
*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>**Plaintiff**<br><br>-against-<br><br>**CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,**<br><br>**Defendants** | C.A. No.: 2:17-cv-01512-JAM-DB<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant **IENERGIZER HOLDINGS, LIMITED <u>only</u>**, in the above-captioned matter, with prejudice.  THAT all parties shall bear their own attorneys' fees and costs incurred in this action.  A proposed Order of Dismissal is annexed hereto as Exhibit A

Dated:	March 20, 2019

<u>/s/ Yitzchak Zelman</u>
Yitzchak Zelman, Esq., Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email:  yzelman@MarcusZelman.com

<u>/s/ Jonathan A. Steiglitz</u>
Jonathan A. Steiglitz, Esq.
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Ste. 800
Los Angeles, California 90064
Tel: (323) 979-2063
Email: jonathan.a.stieglitz@gmail.com

*Attorneys for Plaintiff*
*N.L., an infant by his mother and natural guardian SANDRA LEMOS*

**JONATHAN A. STIEGLITZ**
**(SBN 278028)**
**THE LAW OFFICES OF**
**JONATHAN A. STIEGLITZ**
**11845 W. Olympic Blvd., Ste. 800**
**Los Angeles, California 90064**
**Tel: (323) 979-2063**
**Fax: (323) 488-6748**
**Email: jonathan.a.stieglitz@gmail.com**

**Yitzchak Zelman, Esq.,**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:     (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**
*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| N.L. an infant by his mother and natural guardian SANDRA LEMOS,<br><br>**Plaintiff**<br>-against-<br><br>CREDIT ONE BANK, N.A., GC SERVICES LIMITED PARTNERSHIP, IENERGIZER HOLDINGS, LIMITED and FIRST CONTACT, LLC a/k/a IQOR HOLDINGS, INC.,<br>**Defendants** | C.A. No.: 2:17-cv-01512-JAM-DB<br><br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 20, 2019 Stipulation of Dismissal, all claims asserted against **IENERGIZER HOLDINGS, LIMITED <u>only</u>** in Civil Action No: **2:17-cv-001512-JAM-DB**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 30th day of April, 2019.**


/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE